**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KISHORE NATH, Individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No.: 1:21-cv-06365-BMC |
| LIGHTSPEED COMMERCE INC., DAX DASILVA, and BRANDON BLAIR NUSSEY, | Hon. Brian M. Cogan |
| Defendants. | |
| PETER PAPPAS, Individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No.: 1:21-cv-10304-VM |
| LIGHTSPEED COMMERCE INC. (f/k/a LIGHTSPEED POS INC.), DAX DASILVA, and BRANDON NUSSEY, | Hon. Victor Marrero |
| Defendants. | |

**NOTICE OF MOTION OF FOREST DIEGO LTD. FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Forest Diego Ltd. ("Movant") respectfully moves this Court for an order: (1) consolidating the above-captioned actions (the "Actions"); (2) appointing Movant as Lead Plaintiff pursuant to § 21D of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (3) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks consolidation of the Actions, appointment as lead plaintiff, and approval of its choice of counsel pursuant to the Securities Exchange Act of 1934, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached Memorandum of Law, the Declaration of Adam M. Apton in support thereof, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Dated: January 18, 2022                                        Respectfully Submitted,


                                                                **LEVI & KORSINSKY, LLP**

                                                                By: */s/ Adam M. Apton*
                                                                Adam M. Apton (AS-8383)
                                                                55 Broadway, 10th Floor
                                                                New York, NY 10006
                                                                Tel: (212) 363-7500
                                                                Fax: (212) 363-7171
                                                                Email: aapton@zlk.com

                                                                *Lead Counsel for Forest Diego Ltd. and*
                                                                *[Proposed] Lead Counsel for the Class*

2