**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KISHORE NATH, Individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No.: 1:21-cv-06365-BMC |
| LIGHTSPEED COMMERCE INC., DAX DASILVA, and BRANDON BLAIR NUSSEY, | Hon. Brian M. Cogan |
| Defendants. | |
| PETER PAPPAS, Individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No.: 1:21-cv-10304-VM |
| LIGHTSPEED COMMERCE INC. (f/k/a LIGHTSPEED POS INC.), DAX DASILVA, and BRANDON NUSSEY, | Hon. Victor Marrero |
| Defendants. | |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF FOREST DIEGO LTD.'S
MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS
LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Forest Diego Ltd. ("Movant") and proposed Lead Counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation the above-captioned actions (the "Actions"), appointment as

Lead Plaintiff, and approval of its selection of Levi & Korsinsky as Lead Counsel for the Class.

3.     Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:   PSLRA Certification signed by Movant attesting to its transactions of Lightspeed Commerce Inc. ("Lightspeed" or the "Company") securities;

**Exhibit B**:   Loss Chart reflecting the losses incurred by Movant as a result of its transactions in Lightspeed securities;

**Exhibit C**:   Press Release published November 16, 2021, on *Globe Newswire,* announcing the pendency of the first-filed securities class action against defendants herein: *Nath v. Lightspeed Commerce Inc., et. al.,* Case No. 1:21-cv-06365-BMC;

**Exhibit D**:   Declaration signed by Movant's President, Hyman Joseph Eiley, in support of its lead plaintiff motion; and

**Exhibit E**:   Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: January 18, 2022                                Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Forest Diego Ltd. and*
*[Proposed] Lead Counsel for the Class*