# EXHIBIT A

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Hyman Joseph Eiley, on behalf of Forest Diego Ltd., ("Forest Diego") for which I am the President and duly authorized to act, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. Forest Diego did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. Forest Diego is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Forest Diego's transaction(s) in Lightspeed Commerce Inc., which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, Forest Diego has not sought to serve nor has Forest Diego served as a class representative in any federal securities fraud case, except:

6. Forest Diego will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed this _____ 1/17/2022 _____.

Name: Hyman Joseph Eiley
       President, Forest Diego, Ltd.

DocuSigned by:

Signed: *Hyman Joseph Eiley*
        3B00CB61B3EE40C...

| Case Name | Lightspeed Commerce Inc. |
|---|---|
| Ticker | LSPD |
| Class Period | 09-11-2020 to 11-03-2021 |

**Client Name**

Forest Diego Ltd.

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 09-23-2021 | P | 4980 | $ 158.7229 |
| 10-08-2021 | S | -3000 | $ 109.1200 |