# EXHIBIT B

| | |
|---|---|
| **Client Name** | Forest Diego Ltd. |
| **Company Name** | Lightspeed Commerce Inc. |
| **Ticker Symbol** | LSPD |
| **Security Type** | |
| **Class Period Start** | 09-11-2020 |
| **Class Period End** | 11-03-2021 |
| **90-DAY Lookback Period Start** | 11-04-2021 |
| **90-DAY Lookback Period End** | 01-18-2022 |
| **90-DAY Lookback Average** | $ 48.85 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $225,694.00 |
| *DURA LIFO* Total* | $115,162.00 |
| **Gross Shares Purchased** | 4,980 |
| **Net Shares Retained** | 1,980 |
| **Net Funds Expended** | $356,329.20 |

### Forest Diego Ltd.

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 09-23-2021 | 3000 | 124.14 | $ 372,420.00 | 10-08-2021 | 3000 | | $ 87.30 | $ 261,888.00 | - | - | - | $ 48.85 | | $ 110,532.00 | |
| 09-23-2021 | 500 | 124.14 | $ 62,070.00 | 11-15-2021 | | 500 | $ 70.21 | | $ 35,105.00 | 500 | - | $ 48.85 | | $ 26,965.00 | $ 26,965.00 |
| 09-23-2021 | 500 | 124.14 | $ 62,070.00 | 11-18-2021 | | 500 | $ 69.18 | | $ 34,590.00 | 500 | - | $ 48.85 | | $ 27,480.00 | $ 27,480.00 |
| 09-23-2021 | 200 | 124.14 | $ 24,828.00 | 11-23-2021 | | 200 | $ 66.45 | | $ 13,290.00 | 200 | - | $ 48.85 | | $ 11,538.00 | $ 11,538.00 |
| 09-23-2021 | 780 | 124.14 | $ 96,829.20 | 12-03-2021 | | 780 | $ 61.09 | | $ 47,650.20 | 780 | - | $ 48.85 | | $ 49,179.00 | $ 49,179.00 |
| **Total:** | **4,980** | | **$618,217.20** | | **3,000** | **1980** | | **$261,888.00** | **$130,635.20** | **1,980** | | | | **$225,694.00** | **$115,162.00** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.