# EXHIBIT C

*Source:* Pomerantz LLP

*November 16, 2021 19:12 ET*

# Pomerantz Law Firm Announces the Filing of a Class Action Against Lightspeed Commerce, Inc., and Certain Officers – LSPD

NEW YORK, Nov. 16, 2021 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Lightspeed Commerce, Inc. ("Lightspeed" or the "Company") (NYSE: LSPD) and certain of its officers.    The class action, filed in the United States District Court for the Eastern District of New York, and docketed under 21-cv-06365, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Lightspeed securities between September 11, 2020 and September 28, 2021, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased Lightspeed securities during the Class Period, you have until January 18, 2022 to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomerantzlaw.com.    To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

[Click here for information about joining the class action]

Lightspeed provides commerce enabling Software as a Service (SaaS) platform for small and midsize businesses, retailers, restaurants, and golf course operators in Canada, the United States, Germany, Australia, and internationally. The Company's cloud platforms are designed interrelated elements, such as omni-channel consumer experience, a comprehensive back-office operations management suite to improve customers' efficiency and insight, and the facilitation of payments. Lightspeed's platform functionalities include full omni-channel capabilities, order-ahead and curbside pickup, point of sale, product and menu management, employee and inventory management, analytics and reporting, multi-location connectivity, loyalty, customer management, and tailored financial solutions.

The complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Lightspeed had misrepresented the strength of its business by, *inter alia*, overstating its customer count, gross transaction volume ("GTV"), and increase in Average Revenue Per User ("ARPU"), while concealing the Company's declining organic growth and business deterioration; (ii) Lightspeed had overstated the benefits and value of the Company's various acquisitions; (iii) accordingly, the Company had overstated its financial position and prospects; and (iv) as a result, the Company's public statements were materially false and misleading at all relevant times.

On September 29, 2021, market analyst Spruce Point Capital Management published a report regarding Lightspeed.  Spruce Point also issued a press release summarizing its findings.  The summary stated, among other things, that "[e]vidence shows that Lightspeed massively inflated its business pre-IPO, overstating its customer count by 85% and gross transaction volume ('GTV') by 10% – a payment volume metric that a former employee described as 'smoke and mirrors'"; that there was "[e]vidence of declining organic growth and business deterioration through Lightspeed's IPO, despite management's claims that Average Revenue Per User ('ARPU') is increasing"; and that the Company's "[r]ecent acquisition spree has come at escalating costs with no clear path to profitability, while management pursues aggressive revenue reporting practices."

On this news, Lightspeed's stock price fell $13.73 per share, or 12.2%, to close at $98.77 per share on September 29, 2021.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomlaw.com.

**CONTACT:**
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com
888-476-6529 ext. 7980