# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KISHORE NATH, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>LIGHTSPEED COMMERCE INC., DAX DASILVA, and BRANDON BLAIR NUSSEY,<br><br>        Defendants. | Case No.: 1:21-cv-06365-BMC<br><br>Hon. Brian M. Cogan |
| PETER PAPPAS, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>LIGHTSPEED COMMERCE INC. (f/k/a LIGHTSPEED POS INC.), DAX DASILVA, and BRANDON NUSSEY,<br><br>        Defendants. | Case No.: 1:21-cv-10304-VM<br><br>Hon. Victor Marrero |

**DECLARATION OF HYMAN JOSEPH EILEY IN SUPPORT OF FOREST DIEGO LTD'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

I, Hyman Joseph Eiley, pursuant to 28 U.S.C. § 1746, declare as follow:

1.    I respectfully submit this Declaration in support of Forest Diego Ltd's ("Forest Diego") motion for appointment as Lead Plaintiff in the above-captioned securities class actions (the "Actions") against Lightspeed Commerce Inc. ("Lightspeed" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.    I currently reside in Toronto, Ontario, Canada. I possess a Licentiate in Accounting, as well as a Bachelor of Commerce Degree, Bachelor of Arts Degree, and Certified Public

Accountant and Chartered Accountant degrees. I am currently retired, although I have been a private investor for the past 12 years, having interests in two personal investment holding companies. Forest Diego Ltd. is one of these investment companies. I am the President of Forest Diego Ltd. and duly authorized to act on its behalf. Prior to retirement, I have worked in various fields as an entrepreneur, owning companies in many different sectors such as real estate, construction, entertainment, and social services. I also was a CPA for over 11 years. I have always been very active in community affairs, and act as chairman to numerous organizations, most notably, organizations for people with developmental disabilities, as well. I have been investing in securities for sixty years. Further, I have experience hiring and overseeing attorneys for real estate and business matters relating to my various business ventures.

3.      Forest Diego Ltd. is both capable and qualified to serve as the lead plaintiff in the Actions. By virtue of my significant financial interest in the resolution of the Actions through Forest Diego, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for Forest Diego and the Class.

4.      Prior to Forest Diego seeking appointment as lead plaintiff in the Actions, I communicated with attorneys at Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Actions would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and that I, as representative of Forest Diego, would owe fiduciary duties to the Class to act in its best interest.

5.      I understand that Forest Diego was not required to seek appointment as lead plaintiff in order to recover. Rather, based on Forest Diego's financial interest, I decided to seek lead plaintiff appointment than remain an absent class member.

DocuSign Envelope ID: 62E801C5-3B5E-482C-887D-51B40AA8F3E6

6.       After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I signed a retainer agreement with Levi & Korsinsky, LLP and authorized the firm to file a lead plaintiff motion on Forest Diego's behalf. I understand that my counsel is submitting this declaration along with a timely application for appointment as lead plaintiff on Forest Diego's behalf.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct.

Signed:    *Hyman Joseph Eiley*
DocuSigned by:
3B00CB61B3EE40C...

Name: Hyman Joseph Eiley
       President, Forest Diego, Ltd.

Date:  1/17/2022

3