UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| KISHORE NATH, Individually and On Behalf of All Others Similarly Situated, | : Case No. 1:21-cv-06365-BMC |
| | : |
| | : ECF Case |
| | : Electronically Filed |
| Plaintiff | : |
| | : Oral Argument Requested |
| v. | : |
| | : |
| LIGHTSPEED COMMERCE INC., DAX DASILVA, and BRANDON BLAIR NUSSEY, | : |
| | : |
| | : |
| | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF ALEXANDER C. DRYLEWSKI IN SUPPORT OF THE MOTION OF LIGHTSPEED COMMERCE INC., DAX DASILVA, AND BRANDON BLAIR NUSSEY TO DISMISS THE AMENDED CLASS ACTION COMPLAINT

I, Alexander C. Drylewski, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Lightspeed Commerce Inc., Dax Dasilva, and Brandon Blair Nussey (the "Defendants") in this action.

2.      I respectfully submit this declaration in support of the Defendants' Motion to Dismiss, filed concurrently herewith, and to transmit true and correct copies of the following documents:

Exhibit A...................Spruce Point Capital Management Investment Research Report, "Putting the Brakes on Lightspeed"

Exhibit B ...................LSPD's 2021 Management Discussion and Analysis for Period Ending March 31, 2021, filed on Form 40-F (May 20, 2021)

Exhibit C ................... LSPD's Second Quarter 2022 Management Discussion and Analysis for Period Ending September 30, 2021, filed on Form 6-K (November 4, 2021)

Exhibit D ................... LSPD's Fourth Quarter 2021 Press Release for Period Ending March 31, 2021, filed on Form 6-K (May 20, 2021)

Exhibit E ................... LSPD's Second Quarter 2021 Management Discussion and Analysis for Period Ending September 30, 2020, filed on Form 6-K (November 5, 2020)

Exhibit F ................... LSPD's Third Quarter 2021 Management Discussion and Analysis for Period Ending December 31, 2020, filed on Form 6-K (February 4, 2021)

Exhibit G ................... Excerpts of LSPD's Annual Report for the 2019 Fiscal Year Ending March 31, 2019 (May 31, 2019)

Exhibit H ................... LSPD's Third Quarter 2021 Press Release for Period Ending December 31, 2020, filed on Form 6-K (February 4, 2021)

Exhibit I ................... LSPD's First Quarter 2021 Management Discussion and Analysis for Period Ending June 30, 2020 (August 6, 2020)

Exhibit J ................... Excerpts of LSPD Amended Registration Statement, filed on Form F-10 (September 10, 2020)

Exhibit K ................... Excerpts of LSPD Canadian IPO Prospectus, Base PREP Prospectus (March 7, 2019)

Exhibit L ................... LSPD Press Release dated March 11, 2021, filed on Form 6-K

Exhibit M ................... Excerpts of LSPD August 2021 Preliminary Prospectus Supplement, filed on Form F-10 (August 10, 2021)

Exhibit N ................... LSPD's First Quarter 2022 Consolidated Financial Statement for Period Ending June 30, 2021, filed on Form 6-K (August 5, 2021)

Exhibit O ................... LSPD Business Acquisition Report, filed on Form 6-K (February 8, 2021)

Exhibit P ................... LSPD's 2022 Annual Information Form for Period Ending March 31, 2022, filed on Form 40-F (May 19, 2022)

Exhibit Q ................... LSPD's 2021 Annual Information Form for Period Ending March 31, 2021, filed on Form 40-F (May 20, 2021)

Exhibit R .................. LSPD's 2020 Annual Information Form for Period Ending March 31, 2020 (May 21, 2020)

Exhibit S .................. Insider Trading Report for Dax Dasilva, filed on The System for Electronic Disclosure by Insiders ("SEDI")

Exhibit T .................. LSPD's Report of Independent Registered Public Accounting Firm for Fiscal Year 2022, filed on Form 6-K (May 19, 2022)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2022, in New York, New York.

/s/ Alexander C. Drylewski
Alexander C. Drylewski

3