# Exhibit A



This research presentation expresses our research opinions. You should assume that as of the publication date of any presentation, report or letter, Spruce Point Capital Management LLC ("SPCM") (possibly along with or through our members, partners, affiliates, employees, and/or consultants) along with our subscribers and clients has a short position in all stocks (and are long/short combinations of puts and calls on the stock) covered herein, including without limitation Lightspeed Comm——————— and therefore stand to realize significant gains in the event that the price declines. In addition, you should assume SPCM is long Shopify, Inc ("SHOP") and ———————— combinations of puts and calls on the stock that stands to benefit from an increase in SHOP's share price. Following publication of any presentation, report or letter, we intend to continue transacting in the securities covered therein, and we may be long, short, or neutral at any time hereafter regardless of our initial recommendation. All expressions of opinion are subject to change without notice, and Spruce Point Capital Management does not und———————— this report or any information contained herein. Spruce Point Capital Management, subscribers and/or consultants shall have no obligation to inform any investor or viewer of this report about their historical, current, and future trading activities.

This research presentation expresses our research opinions, which we have based upon interpretation of certain facts and observations, all of which are based upon publicly available information, and all of which are set out in this research presentation. Any investment involves substantial risks, including complete loss of capital. There can be no assurance that any statement, information, projection, estimate, or assumption made reference to directly or indirectly in this presentation will be realized or accurate. Any forecasts, estimates, and examples are for illustrative purposes only and should not be taken as limitations of the minimum or maximum possible loss, gain, or outcome. Any information contained in this report may include forward looking statements, expectations, pro forma analyses, estimates, and projections. You should assume these————— statements, expectations, pro forma analyses, estimates, and projections may turn out to be incorrect for reasons beyond Spruce Point Capital Management LLC's control. This is not investment or accounting advice nor should it be construed as such. Use of Spruce Point Capital Management LLC's research is at your own risk. You should do your own research and due diligence, with assistance from professional financial, legal and tax experts, before making any investment decision with respect to securities covered herein. All figures assumed to be in US Dollars, unless specified otherwise.

To the best of our ability and belief, as of the date hereof, all information contained herein is accurate and reliable and does not omit to state material fa———————— make the statements herein not misleading, and all information has been obtained from public sources we believe to be accurate and reliable, and who are not insiders or connected persons of the stock covered herein or who may otherwise owe any fiduciary duty or duty of confidentiality to the issuer, or to any other person or entity that was breached by the transmission of information to Spruce Point Capital Management LLC. However, Spruce Point Capital Management LLC recognizes that there may be non-public information in the possession of LSPD or other insiders of LSPD that has not been publicly disclosed by LSPD. Therefore, such information contained herein is presented "as is," without warranty of any kind – whether express or implied. Spruce Point Capital Management LLC makes no other representations, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use.

This report's estimated fundamental value only represents a best efforts estimate of the potential fundamental valuation of a specific security, and is not expressed as, or implied as, assessments of the quality of a security, a summary of past performance, or an actionable investment strategy for an investor. This is not an offer to sell or a solicitation of an offer to buy any security, nor shall any security be offered or sold to any person, in any jurisdiction in which such offer would be unlawful under the securities laws of such jurisdiction. Spruce Point Capital Management LLC is registered with the SEC as an investment advisor. However, you should not assume that any discussion or information contained in this presentation serves as the receipt of personalized investment advice from Spruce Point Capital Management LLC. Spruce Point Capital Management LLC is not registered as a broker/dealer or accounting firm.

All rights reserved. This document may not be reproduced or disseminated in whole or in part without the prior written consent of Spruce Point Capital Management LLC.

2

Case 1:21-cv-06365-BMC Document 37-1 496 Filed 06/27/22 Page 3 of 126 PageID #:



# Spruce Point Has A Track Record In Canadian Shareholder Activism

**Spruce Point has written four recent critical activist reports in Canada. In a majority of the cases, the share price collapse has met or exceeded our downside estimate of intrinsic value. The avg. share price decline is 77%. <u>A common theme we believe is that Canadian analysts don't ask difficult questions of management, challenge assumptions, and are overly optimistic</u>.**

| Company: | Intertain *Intertain* | TSO3 T S O 3 | Maxar (Formerly MacDonald Dettwiller) MAXAR TECHNOLOGIES | Just Energy justenergy |
|---|---|---|---|---|
| **Exchange: Ticker** | TSX: IT | TSX: TOS | NYSE and TSX: MAXR | NYSE and TSX: JE |
| **Report Date** | December 17, 2015 | August 23, 2017 | Aug 7, 2018 | July 31, 2013 |
| **Stock Brokers Who Said "Buy"** | Canaccord/Mackie/Nat'l Bank/Cormark | Canaccord/RBC/Scotia/GMP | Canaccord/RBC/TD/CIBC/GMP/ BMO/Nat'l Bank/Scotia | CIBC/National Bank/RBC/Canaccord |
| **Spruce Point's Criticisms** | Stock promotion of a poorly organized online gaming roll-up CEO FitzGerald has a checkered past with ties to questionable people Ties to Amaya, a company being investigated by regulators Management Incentive Program is flawed and unjustly enriches insiders Questionable financial reporting and accounting practices Overvaluation: 45%-70% downside | Poorly promoted Canadian healthcare company, with limited product value Disclosure issues obfuscate actual end market sales, and overstatement of total addressable market Over-promotion of a partnership with Getinge that would be destined to fail Terrible insider alignment with mgmt. owning 1% of shares 80%+ downside when Getinge deal fails | MDA's acquisition of DigitalGlobe driven by the need to cover problems in its satellite business, including a forthcoming decline in the geostationary satellite industry Brazen accounting scheme including inflation of intangible assets to overstated Non-IFRS EPS Dangerously levered at 5.8x when taking into account off-balance sheet liabilities make Maxar's dividend at high risk of being cut or eliminated Analyst estimates are too high, and goodwill and asset impairment looms | Value destructive roll-up in the consumer energy marketing space Deceptive business practice being claimed by customers Generous 7% dividend yield unsustainable as debt load increases and earnings and cash flow prospects diminish |
| **Successful Outcome** | Intertain initiated a strategic review upon the report release Feb 2016, CEO FitzGerald resigns from Intertain (source) Intertain delists from the TSX in Jan 2017 and re-lists its shares in the UK -- claiming that the Canadian markets don't value its business (source) Analyst price targets of C$28.00 were never achieved. Shares hit a low of C$7.13, down 42% | On Jan 25, 2018, TSO3 discloses amendments to the Getinge partnership, validating Spruce Point's criticisms (source) Multiple brokers downgrade shares from >C$5.00 to C$2.00 Share price made a low of C$0.48 in Oct 2018, down 81% | Maxar's twice attempted to "refute" our conclusions, yet its share price collapsed 90% following our report and lingers near a multi-year low Maxar took a $386m asset write-down and impairment loss (source) Multiple resignations including CEO and Chief Accounting Officer Dividend cut to one penny (source) | In less than a year, CEO Ken Hartwick submitted his resignation Company issued restated financials having understated bad debt allowances by $74.6m and issued a material weakness of financial controls The dividend was eliminated in Aug 2019 and the Company announced a strategic review of operations with limited progress Shares down -96% since report |

The recommendations shown above are not intended to be exhaustive. A full list of all recommendations made over the past twelve months can be found on our website



3

Case 1:21-CV-06365-BMC   Document 37-1   Filed 06/27/22   Page 4 of 126 PageID #: 497



# Spruce Point's Track Record Exposing Companies Hyped As Technology Disruptors

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 5 of 126 PageID #:490

**Spruce Point has a strong track record of exposing highly promoted technology disruptors before the sell-side and investors could figure out the business has inflected negatively.**

| | ACTIVE network. | iRobot | ECHO))) | bazaarvoice: |
|---|---|---|---|---|
| **Report** | Oct 2012 | May 2015 / June 2017 | Sept 2016 | May 2012 |
| **Enterprise Value** | $700 million | $2.5 billion | $1.1 billion | $1.2 billion |
| **Company Promotion / Situation Overview** | Leading cloud software solution and internet vertical destination for group activities | Innovative robotics company capable of leveraging its success in robotics vacuums into other product categories such as telehealth, and lawn mower robots | Innovative technology disruptor in the third-party logistics space, hyping multiple iterations of its ETM and Optimizer technology, while quietly churning through five CTOs | Disruptive provider of social commerce solutions that help clients capture, display and analyze online word-of-mouth, including consumer-generated ratings and reviews |
| **Our Criticism** | Active attempted an IPO years earlier and failed. Instead it embarked on an ambitious acquisition spree resulting in a structurally worse business more akin to a business process outsourcer. The company appears to be hemorrhaging money, while navigating a cash crunch, and gaming its accounting to mask an increasingly fragile financial profile | Failures to innovate and repeated promises to diversify into other categories. Company is more a promotional vehicle for insiders to consistently sell stock at inflated multiples, while masking pressure through related distributor acquisitions | Management has a history of associating itself with companies that were touted as technology disruptors, but which ultimately fizzled out and had no lasting endurance. Notably: Groupon and Innerworkings, both which had earnings restatements | Our research revealed that BV's solution was nothing more than a money losing, rapidly commoditized service that would not scale. Its IPO prospectus was littered with social media buzz words at a time when Facebook was being taken public, and $25 analyst price targets would prove unrealistic |
| **Successful Outcome** | Shortly after the report on the next earning call, management introduced longer-term guidance which was significantly below street estimates, causing the share price to collapse over 30%. The Chairman and CEO resigned and an interim CEO was eventually brought in to sell the business, which was eventually sold to Vista Equity in Sept 2013 | iRobot's home vacuum market share has been significantly eroded by new entrants, forcing significant price compression. Its telehealth robots have failed to deliver any upside, while it finally just launched a lawn mower vacuum in Feb 2019, yet has not been able to articulate the price or distribution strategy into the U.S. | In Q2'17 ECHO cut its FY17 revenue outlook and suspended longer-term guidance given changes in its end market and failure to hit synergy targets with Command. ECHO sell-side brokers downgraded their recommendations from Buy to Hold. ECHO's shares fell to a 52 week low of $13, or nearly 50% | BV's CFO and CEO eventually resigned and its share price fizzled to low single digits before ultimately being acquired for just $5.50/sh, 54% below its $12 IPO price and 70% below our initiation price |

The Active Network report was written by Prescience Point Capital Management, co-authored by Spruce Point founder Ben Axler. The recommendations shown above are not intended to be exhaustive. A full list of all recommendations made over the past twelve months can be found on our website

4

# Table of Contents

| 1 | Executive Summary |
|---|---|
| 2 | Evidence That Lightspeed Materially Overstated its Customers, TAM, GTV, Office Locations And Revenue Growth Pre-IPO |
| 3 | Evidence That Lightspeed's Numbers Appear Too Good To Be True |
| 4 | We Believe Lightspeed Is A Poor Man's Shopify And Will See Increased Pressure From Square, Adobe And Amazon |
| 5 | Evidence of a Struggling Core Business Before Acquisitions Kick Into Full Gear |
| 6 | Evidence of Repeated Terrible Acquisitions |
| a. | Did Lightspeed Pay Anything For Crank Logic? |
| b. | Weak Early Deals Chronogolf, iKentoo, Kounta |
| c. | Gastrofix: Expecting a Deal To Fail From The Onset? |
| d. | ShopKeep (Nearly Defaulted) and Upserve (A Greedy Business): Shady Expense Management And Revenues Not Adding Up |
| e. | Vend: Fictitious or Non-Paying Customers and a History of Failed Aspirations |
| f. | Ecwid and NuORDER Growth Challenges |
| 7 | Dissecting The Hype On "Lightspeed Payments" – A Key Part of The Upside Story |
| 8 | Questionable CFO, Auditor And Board That Rewards Fiscal Irresponsibility |
| 9 | Valuation: 60% – 80%  Downside Potential |

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 6 of 126 PageID #: 499

# Executive Summary

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent



After conducting a forensic financial and accounting review, Spruce Point believes shares of Lightspeed Commerce Inc. (TSX/NYSE: LSPD) a cash degenerative North American roll-up of point-of-sale commerce solutions, has covered up massive inflation of its Total Addressable Market (TAM), customer counts, and Gross Transaction Volume (GTV). In addition, Spruce Point believes LSPD is covering up increasing competitive pressures and double digit organic declines in its business with a flurry of acquisitions. Given numerous changes to the definition of its Average Revenue Per User (ARPU), its resilience to revenue loss and improvement in DSOs during peak COVID-19 while its restaurant and retail clients were pressured, and subtle accounting changes, we question LSPD's revenue quality. Initially it guided investors to its cash from operations (CFO) as the best way to measure its performance, and then quietly suspended guidance. Based on employee interviews, we believe its ARPU has actually been declining, not all acquisitions have been successful, and it appears LSPD is gaming its goodwill testing to avoid impairment. LSPD baits investors with its massive potential in its payments solution, but we believe it has not been transparent about competitive pressures and material margin decline. Now a $17 billion company, we believe LSPD is crowding into Shopify's space, and will be forced to compete head-to-head with it, and new entrants such as Amazon. We believe LSPD will lose the battle and its astronomical 23x 2022E sales multiple will contract. We see 60%-80% downside risk to ($22.50 - $45.00 per share)

## Evidence Shows Lightspeed Massively Inflated Its Business Pre-IPO

- We find irrefutable evidence that LSPD overstated its customer count by 85%, while GTV, a measure of payment volume through its platform was overstated by at least 10%. Using the Wayback Machine to scrape customer and GTV counts suggests that LSPD's business was already stalling pre-IPO. LSPD has shifted its discussion from customers to locations:
  - GTV overstatement identified as early as 2014 and revisions were made pre-IPO, reducing it by ~$1.5 b██████. An employee told us to be careful of GTV as a metric, and that it is "smoke and mirrors"
  - Customer overstatement from 50k to 27k verified by two methods, using GTV per customer and ARPU per customer
- At its IPO, LSPD's prospectus promoted a Total Addressable Market (TAM) of $113bn to grow to $542bn:
  - Yet, after $2.5bn spent on acquisitions since its IPO, its recent prospectus showed a current TAM of just $16 billion (85% less)
- A compensation clawback policy was formally adopted at IPO for material misstatement of financials

## Evidence of Slowing (And Declining) Organic Growth And Business Deterioration Through IPO

- After its IPO, LSPD laid out its organic growth plan and listed "attracting new merchants" as its first objective in its year end conference call. On the following call it reported 2,000 net new merchants on its system. Thereafter, LSPD stopped disclosing net new merchant adds and it began a string of acquisitions
- Hardware margins have recently turned negative and deferred revenue quality has deteriorated. Hardware sales, formerly a profit center, is now a cost center as competition gives it away for free. LSPD used to get upfront payments from customers for long-term contracts and reported long-term deferred revenue. Now, it charges monthly payments and long-term deferred revenue is declining. A former employee told us definitively LSPD's ARPU has been declining, but management claims it is growing
- LSPD initially told investors that operating cash flow was the best way to measure its growth. However, it quickly suspended its cash flow guidance and didn't promptly call out the change to investors
- LSPD's income statement disclosures make it difficult to determine organic growth. However, balance sheet allocation from recent acquisitions gives us some insights:
  - In Q3 2021, LSPD shifted towards larger acquisitions: ShopKeep ($545m), Upserve ($412m), and Vend ($372m). By backing out each acquisition's contributions to deferred revenue and receivables, we find ██████████ of double digit organic decline. This contrasts with LSPD's claims of 42% organic software and payments revenue growth in its core business

7

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 8 of 126 PageID #: 501

Case 1:21-cv-06365-BMC Document 37-1 Filed 06/27/22 Page 9 of 26 PageID #: 502

**Questionable CFO Tied To a Prior Technology Scandal Brought In Pre-IPO**

- LSPD hired Brandon Nussey in 2018 to become its new CFO. A prior CFO position he held was leading a "turnaround" at Descartes Systems Group (TSX: DSG / Nasdaq: D▓▓▓)
  - There are some discrepancies on his biography about when he became CFO
Prior to becoming the CFO, he held a senior operating role at Descartes that is not made clear on his current biography:
  - Descartes fell into operational challenges after an a▓▓▓▓▓▓▓▓▓▓
- Descartes restated financial results and Nussey saw the company through a turnaround
- Descartes and Lightspeed are both software roll-ups. The challenges at Descartes culminated in the departures of the CEO and CFO. Restatements were made to reduce receivables, revenues and assets. Goodwill was also impaired
- In light of multiple financial anomalies in LSPD's reporting, Spruce Point questions why would it hire Nussey, an executive who went through a financial scandal and turnaround experience, to lead it through an IPO into the public markets?

**Pivot To Acquisitions And Wildly Overpay When Growth Stalls?**

- While we have concerns about some of LSPD's early deals, they were generally small and relatively inexpensive:
  - Example: Crank Logic we find no evidence the Company paid anything for the acquisition
- However, recent deals have come at escalating costs, and with little clear path to profitability. A few glaring issues surface:
  - LSPD has said it won't buy old platforms, but that's exactly what we believe it's done:
    - Example: ShopKeep was near bankruptcy and had limited growth, Upserve's business was in decline, and Vend was falling severely short of its financial expectations
  - LSPD's ARPU has been bizarrely stable and growing while most acquisitions have come in at lower ARPUs
  - GTV and customer numbers simply aren't adding up with the recent acquisition of Vend for $372m. We estimate Vend either overstated transacting customers by 25% or reported customers that didn't exist
  - Speaking with former employees, we find evidence that not all acquisitions have gone smoothly or met internal expectations while some acquired platforms have been sunsetted
    - Yet, LSPD has never taken a goodwill or intangible asset impairment, and recently changed its goodwill testing criteria to make it more liberal. There is a likelihood these changes were made to avoid impairments

**Evidence of Aggressive Revenue Reporting**

- LSPD appears to have loosened its revenue recognition disclosure post IPO to allow for earlier recognition. There is evidence of a revenue restatement post IPO (along with COGS revisions), without explanation
- Revenues barely went down during the peak COVID-19 shutdowns, while other peers with retail and hospitality POS businesses saw revenues decline by 20% and DSOs worsen:
  - LSPD's reported DSOs actually improved during this period
- The Company changed its story a year later about customers adding modules in early 2020, to now say in 2021 that customers who cut modules are coming back
- LSPD's allowance for bad debts as a % of gross receivables is 21% vs 3%-4% for peers. Despite admitting it tracks churn, CAC and LTV, LSPD doesn't disclose these metrics to investors. We believe it would expose a low quality customer base
- LSPD has constantly shifted Key Performance Indicators (KPIs): Notably it has presented three versions of its ARPU definition
- We believe LSPD hasn't been transparent about accounting revenue recognition changes from "net" to "gross" from recent acquisitions ShopKeep and Upserve that have artificially bolstered revenue growth

Case 1:20-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 10 of 126 PageID #: 503

**Troubles With Lightspeed Payments, The Highly Promoted Upside Opportunity**

- LSPD promoted a "payments" solution in 2014, which to the best of our knowledge, didn't appear to gain much traction. Now post-IPO in early 2019, LSPD introduced a new "Lightspeed Payments" and has been heavily promoting its upside to investors
- LSPD has been dodgy about providing any KPIs around the payments solution:
  - The Company has never disclosed exactly how many paying customers use the solution
  - It quickly introduced, and then abandoned, a KPI called "Payments Adoption Rate." Now suddenly, LSPD talks about "Payments Penetration" as a % of GTV processed. However, there is no defined KPI around this metric, and we already cautioned about GTV
- Recently, LSPD's president deflected any notion that it was seeing increased competitive pressures.
  - However, quarters earlier he admitted the practice of "bundling" which entails pairing the payments solution _____ed packaging (with implied embedded discounts). We believe hardware is being given away as an incentive to entice customers to adopt payments, without any guarantee that a customer will use the solution
- In its recent Annual Report, LSPD finally provided details on "transaction-based" revenues and costs, thereby allowing investors to see how the business is progressing:
  - Spruce Point believes LSPD purposefully avoids talking about payments margins. Even when asked dire____y ____ management gives long-winded answers in response
  - What's evident is that transaction-based margins are falling hard and have compressed by –2,500bps since March ____ Management hasn't been exactly open with investors about the magnitude or reasons for the sharp decline
- LSPD recently said it modified its processing contract with "benefits of scale" improving its economics.
  - However, subsequent disclosures reveal that LSPD added new risks to its balance sheet by changing the nature of its contract from an annual, to a multi-year minimum commitment agreement. Furthermore, it took on more direct merchant counterparty risk

**Weak Governance Standards**

- Historically, the CEO has not been held to stringent financial performance. In FY 2020, only 25% of his short-term incentive compensation was linked to "fiscal responsibility." Yet, wait just one second. In FY 2020, LSPD suspended its practice of giving investors guidance on Cash From Operations (CFO) which it once said was the best metric to follow its growth. Shouldn't the CEO have been penalized for this? Instead, the compensation committee completely ignored it. Was this a fiscally responsible action?
- The CEO is compensated on revenue, EBITDA and target payment customers, but the exact targets are unknown and he could be getting paid on less stringent metrics than public targets to investors. Furthermore, it's unclear if his targets are being adjusted for acquisitions. Why is the CEO being compensated on target payments customers if investors are not being given the KPI metric?

**Worrisome Auditing Oversight**

- LSPD has historically been audited by PwC. We observe that LSPD changed audit partners from Mr. Popi___ ___ ___ in technology, to Mr. Simcoe who specializes in Entertainment, Media & Communications:
  - Why was this change made ahead of a period substantial acquisitive growth by LSPD and right after its IPO? Recall, we found material revisions to many key metrics just ahead of the IPO
- In its recent Annual Report, LSPD now says that PwC became auditor in 2015. The timing of this appointment is interesting in the context of statements made by the CEO about repeated challenges and failures implementing a Salesforce system in 2014
- Furthermore, when carefully evaluating the Company's website in 2014 using the Wayback Machine, we find material revisions to statements made including: revenue growth claims, ___ll___ ___ GTV

**SPRUCE POINT**
CAPITAL MANAGEMENT

**Poor Risk / Reward**

**Insiders Cashing Out**

**Analyst Have Poor Track Record Modeling Results**

**LSPD May Be Sandbagging Guidance**

**Analysts and Market Data Providers Mismodel Ent Value By >$1.0bn**

**Inflated Valuation With 60% – 80% Downside Potential**

- LSPD is positioned by its bullish stock promoters as a best-of-breed commerce technology solution provider. Howe████ the promoters have taken management's story at face value without conducting a rigorous forensic review of its financial claims, accounting policies, and acquisition history

- The sell-side promoters are resoundingly bullish with 78% of analysts having the equivalent of a "Buy", 11% at "Ho███ ██ "Sell". The most skeptical analyst is Veritas with a $75 price target and outright sell. Notably, Veritas is an independent firm with a track record of calling out promotional Canadian companies, and isn't being indirectly paid by banking fees from LSPD

- LSPD's average consensus price target is currently $120.70 per share. LSPD is trading 7% below, making it near fully valued with a poor risk / reward

- However, we believe most price targets are based on financials currently inflated by a rapid sequence of acquisitions that LSPD has yet to fully digest and prove it can extract value from. Its promoters give LSPD full credit for seamless integration of each business
  - As one former employee commented, "They are very good at PR and saying we're going to acquire this, this, this, but I don't know if there will be a breaking point where all these acquisitions are not going to play well together. It looks great on paper but when you go into practice, how is this going to operate beyond just numbers on a PR deck?"
  - We find strong evidence that most of the recent acquisitions have been plagued by growth issues, were expensive to acquire and we believe used as means to paper over LSPD's organic growth challenges

- The sell-side promoters appear incredibly poor at modeling LSPD's business. In the past 5 quarters, LSPD has beaten revenue estimates by an average of 17%, which sounds impressive, and elicits cheers and price target upgrades
  - However, analysts have mismodeled LSPD's gross margin and on average it has missed quarterly targets by an astounding 450bps. In the recent quarter, LSPD missed gross margin estimates by 750bps, the biggest margin ever
  - Despite lingering economic uncertainties and having a small business customer base, LSPD is the only company among its close public peers to issue quarterly revenue guidance. It provides such a narrow range, that it appears to be managing revenue guidance in a manner to allow it to easily beat expectations

- LSPD commands a premium multiple despite its substandard financial reporting quality, and inability to generate positive EBITDA margins or cash flow 16 years after it was founded
  - Its valuation is even more expensive considering that most data providers haven't adjusted its enterprise value for a recent capital raise and equity/cash paid for the NuORDER and Ecwid acquisitions. As a result, we estimate its enterprise value is being understated by at least $1.0 billion

- Insider ownership has been in rapid decline post-IPO, in part from both insider selling and stock dilution for acquisitions. At IPO insiders owned 54%, but now own just 26% on a pro forma basis

- We believe investors buying LSPD at 23x and 47x 2022E sales and gross profit are failing to see the titanic competitive shifts happening in its business and industry. Given its changing market dynamics towards greater ecommerce, we believe it will increasingly compete against industry stalwart Shopify, and new entrants such as Amazon. We expect LSPD to fail as its ecommerce and omnichannel capabilities greatly lag peers. Once investors come to grips with reality and reassess the quality of its business, LSPD's share price could decline by 60% – 80% ($22.50 – $47.00 per share)

Case 1:21-cv-06365-BMC Document 37-1 Filed 06/27/22 Page 11 of 126 PageID #: 504

10



# Evidence That Lightspeed Materially Overstated Its Customers, TAM, G██ Office Locations And Revenue Growth ██-IPO

*Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent*

**SPRUCE POINT**
CAPITAL MANAGEMENT



Our observations about misstated customers, GTV, and questionable ARPU should be put in context with a quote given by the CEO and Founder Dax Dasilva from an interview in 2015. When asked about major challenges growing the business, he pinpointed the fact LSPD failed multiple times in an attempt to implement Salesforce. We also now know from a recent disclosure statement in LSPD's Annual Report that PwC was appointed auditor in 2015. This supports our belief that LSPD had lingering problems with its financial accounting and reporting.[1]

**Interviewer Question**

*"Any major challenges along the way, anything that stands out?"*

**Founder Dasilva Response**

*"Systems. Implementing a system of Salesforce took us four attempts. It was really complicated with all the resellers and all the different ways our different products are sold. And we bought two companies, so how do we integrate licenses for all those things in Salesforce? We spent a ton of money and failed many times."*

Source: Dax Dasilva interview – Startup Grind Ottawa – Feb 26, 2015

1) FY 2021 Annual Report, p. 41 discloses PwC 2015 appointment

Case 1:21-cv-06365-BMC    Document 37-1    Filed 06/27/22    Page 13 of 126 PageID #: 406

**SPRUCE POINT**
CAPITAL MANAGEMENT

Spruce Point interviewed a former Lightspeed employee who was intimately involved in the Lightspeed Payments product, launched in 2019. During the course of our discussion, we heard an opinion that Lightspeed's talk of GTV is "*smoke and mirrors*" and to "*not very transparent.*"

| Spruce Point Question | "*What do you think are some of the biggest risks with Lightspeed?*" |
|---|---|

**Former LSPD Employee**

"***The $16 billion GTV number is a PR number. That is anything that is going through Lightspeed. It could be their own payments, integrated payments, residual payments. This is the volume that looks like its being processed,*** *there's no way to say there's money backed up behind it.*"

"*It's not verified payments…It could be somebody could go and write a million dollar transaction and never collect payments. Like there's no way for them to see actual business or not. What they record is that it seems like in the platform, this is how much money is passing through.*"

"*It is not clear. If it was the value of integrated payments they reported, where they know there is a physical transaction behind it, that would be much more realistic.*"

"*I think there is a lot of smoke and mirrors in the PR deck and all of this. They are not very transparent about how and where the pockets of growth are, especially for payments. They are very good at PR, and saying we're going to acquire this, this, this, but I don't know if there will be a breaking point where all these acquisitions are not going to play well together. It looks great on paper but when you go into practice, how is this going to operate beyond just numbers on a PR deck.*"

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 15 of 126 PageID #: 508

14

# SPRUCE POINT
## CAPITAL MANAGEMENT

## 2014: Early Indicators of Revenue Misstatement

In the same period of suspiciously increasing its GTV claims, LSPD materially changed its number of "Certified *Resellers*" from 200+ to 150+ in the month of Feb 2014. In May 2014, it then showed 250+ "Certified *Partners*". **In addition, it removed its claim of 60%+ revenue growth, in favor of showing 120%+ growth in transactions processed.**

In prior years 2011 and 2012, Lightspeed made Profit's magazine fastest growing revenue list, and highlighted it on its website (see below on right). However, it did not make the top 500 list based on 2012 or 2013 revenue, where the minimum growth rate to be on the list was 37% and 43%, respectively.[1] Yet, on LSPD's website it claimed 60% revenue growth (which would have qualified it for the Profit list), and then later removed the statement.



"250+ Certified **Partners**"
Revenue Growth Claim Dropped

"150+ Certified **Resellers**"

"200+ Certified **Resellers** Worldwide"

Source: , Lightspeed Retail, May 9, 2014

Source: , Lightspeed Retail, Feb 21, 2014

Source: , Lightspeed Retail, Feb 2, 2014

1) 2013 Profit 500 ranking based in 2012 revenue and 2014 Profit 500 ranking based on 2013 revenue both exclude Lightspeed

SPRUCE POINT
CAPITAL MANAGEMENT



Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 17 of 126 PageID #: 510

Pay close attention to the customer and processing claims made by LSPD while a private company. Even in 2015, its customer and GTV claims are wildly conflicting. By the end of 2015, its website claimed 34,000 customers and $12bn GTV. Yet, it later provided a presentation showing 24,000 customers and $8bn GTV.

**June 2015**

The Lightspeed POS platform now processes over $10 billion worth of transactions annually for its retail and restaurant clients, counting over 24,000 customers in more than 100 countries. The average Lightspeed customer has $600,000 processed annually through the platform, which has helped the company grow its bookings 123% year over year.

Source: Lightspeed Press Release

**Nov 2015**



$11 Billion
In transactions processed by our customers annually

More than 250
Certified partners worldwide and growing everyday

26 000 and growing
Businesses using Lightspeed in 100 countries

Over 300
Employees across seven offices all over the world

Source: Wayback Machine

**Dec 2015**

$12 Billion
In transactions processed by our customers annually

More than 250
Certified partners worldwide and growing everyday

34 000 and growing
Businesses using Lightspeed in 100 countries

Over 440
Employees across seven offices all over the world

**Lightspeed Presentation (2015 figures)**



10 years experience creating retail tools
24,000 customers worldwide
$8B in transactions processed annually
Round-the-clock support & training

About Us

Source: YouTube video uploaded in Sept 2016, referencing the total company as of 2015

Source: Wayback Machine.
Note: LSPD Acquired SEOShop in Nov 2015 adding 8,000 customers with a retail emphasis. At the bottom of the press release, LSPD listed 26,000 business at $11bn transaction volume

16


**SPRUCE POINT**
CAPITAL MANAGEMENT

Notice carefully that the last disclosure on Nov 2018 made pre-IPO was $15bn+ of annual transactions processed. This was revised to $13bn+ at the time of the IPO on the website and disclosed at $14.5bn to investors.[1] Also notice that the claim of 50,000+ customers in 100+ countries was omitted.

**Nov 2018**

20%
growth in your first year of use

50 000+
customers in 100+ countries

$15B+
annual transactions processed

24/7
support for you anytime, anywhere

Source: ~~Wmvhmk MmVfm~~
Nov 1, 2018

**March 2019**

$13+ billion USD

700+
employees from diverse cultures

14
offices around the world

GTV

Source: ~~Wmvhmk MmVfm~~
~~March 07, 2019~~

**2019 Lightspeed Annual Report**

GTV
(in $bn)

??

47% CAGR

$4.6 — Fiscal 2016
$7.1 — Fiscal 2017
$10.6 — Fiscal 2018
$14.5 — Fiscal 2019

All dollar figures are presented in U.S. dollars

Source: 2019 Annual Report
Note: FY ends March 31st

1) We believe the $15B+ reference is in US$ as this was also cited in an article from May 2018 discussing the new CFO and referencing US$15 bn/yr. Note the IPO prospectus shows $13.6bn GTV as of LTM Dec 31, 2018

Case 1:21-CV-06365-BMC   Document 37-1   Filed 06/27/22   Page 18 of 126 PageID #: 511

17



## Evidence Points To Lightspeed Having Massively Overstated Customers (Method #1)

Notice carefully that LSPD's prospectus cloud image (right) fails to disclose customers, instead focusing on 47,000+ "Customer Locations". However, LSPD left a clue that allows us to calculate implied customers from the $500,000 GTV per customer. We estimate LSPD had 27,200 customers at IPO. This is 46% fewer customers than it reported just 5 months earlier.

### IPO Prospectus: March 7, 2019

Lightspeed at-a-glance

$13+ billion
Gross Transaction Volume ("GTV")

$500,000+ GTV
per Customer

48%
GTV CAGR

47,000 +
Customer Locations

~100
Countries

$72mm
LTM Revenue

36%
Revenue CAGR

Lightspeed Payments

~90%
Recurring Software and Payments Revenue

### Last Customer Disclosure Pre-IPO Nov 2018

20%
growth in your first year of use

50 000+
customers in 100+ countries

$15B+
annual transactions processed

24/7
support for you anytime, anywhere

Source: ███████ Nov 1, 2018

### Spruce Point Estimated Customers

| | GTV (A) | GTV per Customer (B) | Implied Customers (A/B) |
|---|---|---|---|
| Customers Implied At IPO | $13.6 bn | $500,000 | 27,200 |

Source: SEDAR.com

### SPRUCE POINT
CAPITAL MANAGEMENT

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 20 of 126 PageID #: 513

**SPRUCE POINT**
CAPITAL MANAGEMENT

> We also use LSPD's $200 per month ARPU claim to back into an estimate of unique customers. We calculate 26,664 which is close to the 27,200 estimate in Method #1.

**Last Customer Disclosure Pre-IPO Nov 2018**

20%
growth in your
first year of use

50
000+
customers in
100+ countries

$15B+
annual
transactions
processed

24/7
support for you
anytime,
anywhere

Source: Winvivit & Manfrin
Nov 1, 2018

**IPO Prospectus: March 7, 2019**

~$200 monthly
ARPU with
consistent growth

Source: SEDAR.com

**Spruce Point Estimated Customers**

| US$ in m | LTM 12/31/18 Software and Payment Revenue (A) | Monthly ARPU At Dec 2018 | Annual ARPU (monthly x12) (B) | Implied Unique Customers (A / B) |
|---|---|---|---|---|
| Unique Customers Implied At IPO | $63.9 | $200 | $2,400 | 26,664 |

Note: ARPU defined: "Average Revenue Per User" or "ARPU" represents the total software and payments revenue of the Company in the period divided _____ unique customers of the Company in the period.

SPRUCE POINT
CAPITAL MANAGEMENT

Using the Wayback Machine, we have carefully analyzed LSPD's customer and GTV disclosures leading up the IPO. There is evidence the growth of the business was stalling. A new CFO was hired while headlines touted "explosive growth" at Lightspeed, and disclosures ceased ahead of the IPO.[1] GTV was mysteriously revised lower from $15bn to $13bn+. GTV per customer was in steady decline.





Source: Wayback Machine captures of Lightspeed Website and Spruce Point analysis
(1) "Lightspeed Announces New CFO as the Company Sees Explosive Growth", Retail Insider, April 29, 2018

Case 1:21-cv-06365-BMC  Document 37-1  Filed 06/27/22  Page 21 of 126 PageID #:

20

There are extreme signs of embellishment of Lightspeed's scale. In early March 2019, during the pre-IPO stage, the Company increased its offices from 9 to 14 in just one week. Yet, the contacts page from March 2019 lists only 8 office locations.[1] It then later cut its offices from 14 to 13 six months later in Sept 2019. In Lightspeed's IPO prospectus, it claims offices in Montreal, the United Sates, The Netherlands, Belgium, Australia and the U.K.



**March 1, 2019: 9 Offices**

Source:

**March 8, 2019: 14 Offices**

Source:

**Sept 11, 2019: 13 Offices**

Source:

1) Contact Us page shows only 8 offices

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 22 of 126 PageID #: 515

**SPRUCE POINT**
CAPITAL MANAGEMENT

LSPD has spent nearly $2.5 bn on acquisitions (including the pending Ecwid deal), and yet since its 2019 IPO, its Total Addressable Market (TAM) representation has shrunk from $113 to $16 billion. This key revision was made in LSPD's latest prospectus when selling stock at all-time high prices post Q1 2022 in August 2021. Something appears to be incredibly wrong with this equity story…..

## Notice now LSPD is talking about 6 million SMBs (bottom right slide)
- Prior TAM (bottom left slide) emphasized 226 million SMBs, focusing on 47 million retail and restaurants

## Current TAM calculation is on ARPU of $230 per location
- Prior TAM was based on ARPU per customer of $200

### $542 Billion Potential TAM
### $113 Billion Current In 2019



Source: August 2019 Investor Presentation at SEDAR.com

### $16 Billion Current TAM In 2021



Source: LSPD Prospectus
Note: Red underline is Spruce Point emphasis

Case 1:2F-CV-06365-BMC   Document 37-1   Filed 06/27/22   Page 23 of 126 PageID #: 516



In light of the evidence we've presented that Lightspeed materially revised its customer counts, GTV, and office locations pre-IPO (including TAM post-IPO), we find it unusual that upon closing of the IPO, Lightspeed formally adopted a clawback policy to recoup compensation from management upon "material financial restatements".

### Clawback Policy

The Company will implement a formal clawback policy concurrently with Closing as an additional approach to mitigate compensation risk. The clawback policy enables the Board to require reimbursement of all or a portion of compensation received by an executive officer pursuant to awards made under the Company's short-term and long-term incentive plans upon material financial restatements due to an executive officer engaging in prohibited conduct causing, in whole or in part, the need for the restatement.

Source: IPO prospectus at SEDAR.com

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 24 of 126 PageID #: 517



# Evidence That Lightspeed's Numbers Appear Too Good To Be True

*Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent*

Case 1:21-cv-06365-RMC Document 37-1 Filed 06/27/22 Page 26 of 126 PageID #:

# Multiple Changes To ARPU

**SPRUCE POINT**
CAPITAL MANAGEMENT

LSPD has not actively pointed out multiple changes to its ARPU KPI disclosure. We had to figure this out by close examination of its filings and statements. The CEO once referenced that ARP of $3k - $5k was necessary to build a company and attract investment. When LSPD stopped disclosing ARPU in Q1 2021, it was only at $245 per month ($2,940/annually).

**CEO Interview 2016**

*"If you can get $3,000 - $5,000 per account (or more),if you can get something like that, if you can find a product valuable enough for people to spend that kind of money, then you can actually be able hire people, build a team. You will be able to bootstrap and build your company to a point where investors will come to you."* Source: CEO Interview

**Three Changes To ARPU**

*"Average Revenue Per User. "Average Revenue Per User" or "ARPU" represents the total software and payments revenue of the Company in the period divided by the **number of unique customers** of the Company in the period."* Source: 2019 Annual Report

*"Average Revenue per User" or "ARPU" represents the total software and payments revenue of the Company in the period **divided by the number of unique customers, or by the number of Customer Locations, as the context dictates**, of the Company in the period."* Source: Q4 2020 MD&A

*"Average Revenue per User" or "ARPU" represents the total software and payments revenue of the Company in the period **divided by the number of Customer Locations** of the Company in the period."* Source: Q2 2021 MD&A

| | IPO Up To Q3 2020 | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 |
|---|---|---|---|---|---|---|---|
| ARPU (customer) | $200 | $230 | $245 | Stopped Disclosing | | | |
| ARPU (locations) | -- | $145 | $160 | $170 | $180 | $215 | $230 |

Source: LSPD filings and discussion

25

SPRUCE POINT
CAPITAL MANAGEMENT



Spruce Point interviewed a former employee that had been with the Company over 5 years and left over a year ago. When we asked him about trends in hardware margins, he responded by saying that ARPU as a whole had "*dropped significantly*". This is a completely different picture than management tells investors.

**Former Lightspeed Employee on Why Margins Are Declining**

*"**It is because and Square give free hardware. Lightspeed is going to have to change, and they are going to have to give away free hardware**. They are still using printers that haven't changed in the last two and a half decades. When you look at the decrease in software ARPU and take into account the negative margin on the hardware, **ARPU as a whole has dropped significantly**."*

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 27 of 126 PageID #: 520

26

LSPD touted early on that CFO was "*the best indicator*" to follow its path to profitability. However, it quickly ceased providing quarterly and annual CFO guidance. In fact, the Company did not call out this key change to investors of this suspension until a quarter later in the MD&A.

**Various LSPD Statements**

"As a growing SaaS Company, *we believe cash flow represents the best indicator to our path to profitability*."

Source: Q4 2019 Conf Call

"*Business at key inflection point* with recent launch of Lightspeed Payments."

Source: Q4 2019 Earnings Presentation

"In our press release dated August 7, 2019, we updated the full year 2020 outlook with respect to cash flows used in operating activities. In light of the continuing success the Company has achieved with respect to its launch of Lightspeed Payments, Lightspeed has updated its marketing strategy to further encourage Payments adoption rates. The Company now expects more of its customers to opt for monthly payment plans within their contract period instead of annual payments. *As a result, we are withdrawing the previous outlook that cash flows used in operating activities will be in the range of $9.5 to $11 million*."

Source: Q3 2020 MD&A

| CFO Guidance | Up To Q1 2020 | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 |
|---|---|---|---|---|---|---|
| Next Quarter | ✓ | STOPPED DISCLOSING | | | | |
| Full Year | ✓ | STOPPED DISCLOSING | | | | |

Source: LSPD filings and discussion

# Remarkable Revenue Resilience During The Worst of COVID-19....

**SPRUCE POINT**
CAPITAL MANAGEMENT

How is it possible that Lightspeed experienced no organic revenue decline as COVID-19 swept worldwide? Its closest revenue peers in the POS technology space, Par Technologies, Agilysys and Toast, experienced sales declines of -19%, -25% and -27%, respectively. Even accounting for geographic mix and acknowledging that COVID-19 hit Europe a little earlier than the US, it still seems unusual to us that LSPD didn't experience more of a revenue decline.

**What LSPD Said Drove Sales**

*"Contributing to the increase (in software and payments) were higher payments revenue from continued adoption of Lightspeed Payments and payment referral fees earned through our partners."*

| Revenues in $ mm | 3M Ended March 31, 2020 | 3M Ended June 30, 2020 | QoQ Change | Geographic Mix |
|---|---|---|---|---|
| Lightspeed | $36.3 | $36.2 | -0.1% | 67% (US/Canada) 33% (Int'l, mostly Europe) |
| Less: Kounta, iKentoo, Gastrofix | ($5.1) | ($4.8) | -- | |
| **Lightspeed Organic Revenue** | **$31.2** | **$31.4** | **+0.8%** | |
| Par Technologies (Total) | $54.7 | $45.7 | -16.5% | 94% (US) 6% (Int'l) |
| Less: Acquisitions | ($3.5) | ($4.0) | -- | |
| **Par Tech. Organic Revenue** | **$51.2** | **$41.7** | **-19.0%** | |
| **Agilysys Organic Revenue** | **$39.7** | **$29.8** | **-24.9%** | 91.5% (US) 8.5% (Int'l) |
| **Toast Organic Revenues** | **$198.6** | **$145.2** | **-26.8%** | 100% (US) |

Source: Company filings

28



LSPD was the only Company among its close peers talking about "quick" and "rapid" growth starting in April 2020. Other peers gave a more muted perspective, with one saying it really took until late June/July to see an improvement.

**What LSPD PR Says**

*"Lightspeed's customer base showed **a quick rebound** from April lows induced by the pandemic."*

Source: _____, 8/6/20

**LSPD Conf Call**

*"Lightspeed Payments continued its **rapid growth trajectory** in the quarter. As mentioned last quarter, despite overall lower GTV in April, we saw a record month for Lightspeed Payments in April, and we saw that not only continue but accelerate further as the quarter progressed."*

Source: Conf Call, 8/6/20

**What PAR PR Says**

*"We are **encouraged that in the late June/July timeframe** we saw a significant number of our COVID impacted restaurant customers come back online and a number of new customer wins."*

Source: _____, 8/7/20

**PAR Conf Call**

*"So I'd say the way I look at it is **last 2 weeks of March, April, extremely low set of installs**. Everything is shut down."*

Source: Conf Call, 8/7/20

**What Agilysys PR Says**

*"After hitting **a bottom in April**, the extent of global sales deals won in value terms **has improved month over month during each of the next three months**."*

Source: _____, 7/28/20

**Agilysys Conf Call**

*"Regarding services in general, **after hitting a low in April, the number of product implementation projects has increased each month over the prior month** during May, June and July."*

Source: _____, 7/28/20

Case 1:21-cv-06365-BMC   Document 37-1   Filed 05/27/22   Page 30 of 126 PageID #: 529

29

SPRUCE POINT
CAPITAL MANAGEMENT

# Falling Locations Footnoted Right Ahead of An Acquisition Spree

Curiously, while striking a bullish tone in its marketing and PR materials, LSPD footnoted in its investor presentation that subsequent to year end March 31, 2020 its customer locations went down by 1,000 from 76,500 to 75,500 as of April 30, 2020. Within two quarters, LSPD would announce significantly larger deals for ShopKeep and Upserve.



Source: Q4 2020 Earnings Presentation

**SPRUCE POINT**
CAPITAL MANAGEMENT



As of March 2020, 45% of LSPD's revenues were tied to the hospitality industry. In speaking with a former employee, Toast was mentioned as a formidable competitor. Toast's business was severely impacted during COVID-19, forcing it to layoff employees. In addition, it didn't report seeing a rebound until mid-year 2020.

**Former Lightspeed Employee**

*"In the restaurant space there are two that are very strong, Toast and Touchbistro. **The offerings are very similar**. I would say the restaurant products five years ago were not as strong. I think they made a lot of changes but originally, they had trouble competing against those businesses."*

**Toast CEO During Peak COVID-19**

*"With limited visibility into how quickly the industry may recover, and facing slower than anticipated growth, we now find ourselves in the unenviable position of reducing our headcount."*

Source: "*Restaurant Management Platform Cuts 50% of staff*", TechCrunch, April 2020

**Toast's Fortunes Didn't Improve Until Midyear**

**"CEO Chris Comparato wrote in a blog post in April that, in the previous month restaurant sales in most markets fell by 80%**.

*"This is a massive disruption that hit the industry virtually overnight," Comparato wrote. "Many restaurants that have temporarily closed may never reopen."*

**Since mid-year, the picture for Toast has changed dramatically**. While Covid-19 has ravaged much of the services and tourist economy, including parts of the restaurant industry, the quick pivot from dine-in eating to takeout, delivery and outdoor dining has been a boon to a number of tech companies that assist with the transition.

**Toast prepared for the shifting trend in March, without knowing what the world would look like in the coming months**. Comparato told clients in an email at the time that the company was providing *"millions of dollars in the form of a one-month credit of software fees for all Toast customers,"* as well as free access to its software for online ordering, takeout, gift cards and marketing."

Source: "*Restaurant tech start-up Toast soars to $8 billion valuation seven months after cutting half its staff*", CNBC, Nov 2020
Note: Per Toast's prospectus, revenues didn't bottom until June 30, 2020 at $145m

31

# ARPU Back Tracking: Did Customers Add or Delete Modules During Peak COVID-19 Lockdown?



In the recent quarter, the President talked about seeing customers who removed modules (during peak COVID-19 a year earlier) are coming back because of the reopening. Removing modules would negatively affect ARPU. In the prior year, the CFO was talking about customers adding modules. Curiously, Lightspeed has never reported a decline in ARPU.

**CFO Nussey During Peak COVID-19**

*"We've seen ARPU continue to grow historically double digits a year. That was true through Q4 as well. As we look into Q1, there's kind of two competing things overall. We do have some customers on reduced subscription plans. **And offsetting that, we've got increased module uptake of things like delivery and e-commerce and so on as well, that's helping to offset that**."*

Source: Q4 2020 Conf Call, May 21, 2020

**JP Chauvet President, A Year Later**

*"Absolutely. And I think also here what **we saw is a lot of customers who have removed some of the modules, went back to buying more modules from Lightspeed because of the reopening**."*

Source: Q1 2022 Conf Call, Aug 5, 2021

|  | IPO Up To Q3 2020 | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 |
|---|---|---|---|---|---|---|---|
| ARPU (customer) | $200 | $230 | $245 | Stopped Disclosing | | | |
| ARPU (locations) | -- | $145 | $160 | $170 | $180 | $215 | $230 |

Source: LSPD filings and discussion

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 33 of 126 PageID #: 526

## SPRUCE POINT
### CAPITAL MANAGEMENT



It appears that LSPD loosened its revenue recognition policies post IPO to allow for recognition "*on the date the services are made available to customers*". Prior, it would recognize revenue when (5) five revenue recognition criteria were satisfied. This could allow LSPD to accelerate revenue recognition.

| At IPO | Post IPO |
|---|---|

**At IPO**

As of April 1, 2018, we implemented the new revenue standard which requires revenue to be recognized in a manner that depicts the transfer of promised goods or services to a customer and at an amount that reflects the consideration expected to be received in exchange for transferring those goods or services. This is achieved by applying the following five steps:

1. Identify the contract with a customer;
2. Identify the performance obligations in the contract;
3. Determine the transaction price;
4. Allocate the transaction price to the performance obligations in the contract; and
5. Recognize revenue when (or as) the entity satisfies a performance obligation.

*Software and Payments Revenue*

We recognize revenue for our software subscriptions ratably over the contract term, primarily commencing with the date the services are made available to customers and when all other revenue recognition criteria have been satisfied.

Revenues for sales of software licences are recognized when the above-listed conditions are met. Support fees are typically paid in advance and are recognized on a straight-line basis over the term of the contract.

For multiple-element arrangements, we allocate the fair value (and indirectly any inherent discount) based on relative fair value of the various elements. Third party evidence is used to determine the fair value of some or all elements, as well as internal evidence, such as normal or consistently applied selling prices.

We establish fair value for each undelivered software element of the sale based upon independent transactions not sold in connection with a software licence. Fair value of the software support is determined by reference to the price customers are required to pay for the services when sold separately. For multiple-element arrangements that include non-software elements and software, we allocate revenue to all deliverables based on their relative selling prices.

Source: IPO Prospectus, March 2019 at SEDAR.com

**Post IPO**

As of April 1, 2018, we implemented the new revenue standard which requires revenue to be recognized in a manner that depicts the transfer of promised goods or services to a customer and at an amount that reflects the consideration expected to be received in exchange for transferring those goods or services. This is achieved by applying the following five steps:

1. Identify the contract with a customer;
2. Identify the performance obligations in the contract;
3. Determine the transaction price;
4. Allocate the transaction price to the performance obligations in the contract; and
5. Recognize revenue when (or as) the entity satisfies a performance obligation.

*Software and Payments Revenue*

We recognize revenue for our software subscriptions ratably over the contract term, primarily commencing with the date the services are made available to customers. *Omitted*

Revenues for sales of software licences begin to be recognized on the date that our services are made available to the merchant. Support fees are typically paid in advance and are recognized on a straight-line basis over the term of the contract.

Source: 2019 Annual Report

33

Case 1:21-cv-06365-EMC Document 37-1 Filed 06/27/22 Page 34 of 126 PageID #: 527

# Revenue Revisions From the Beginning

We found revisions to revenues right after the IPO. **It's clear that LSPD has financial control issues tracking the difference between software and payments and hardware.** While the revisions are small in size and scope, we believe management should have explained the revision with a footnote disclosure.





**At IPO**

**Post-IPO**

Source: SEDAR.com

SPRUCE POINT
CAPITAL MANAGEMENT

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 36 of 126 PageID #: 529

The COGS software and payment line quickly collapsed and became less transparent after its IPO. Support costs clearly changed, and were revised lower, while "other third-party" costs increased and include Lightspeed Payments. Payments is a big growth story for management, but it doesn't disclose granular cost details.

**At IPO**

### 7    Direct cost of revenues

|  | 2019 $ | 2018 $ |
|---|---|---|
| **Cost of software and payment revenue** | | |
| Support | 13,132 | 9,900 |
| Hosting | 2,210 | 1,669 |
| Royalties | 410 | 625 |
|  | 15,752 | 12,194 |
| **Cost of hardware and other** | | |
| Hardware and implementation services | 7,821 | 5,285 |
| **Total direct cost of revenues** | 23,573 | 17,479 |

Support consists of any support services offered by the Company to its customers; hosting consists of housing, servicing and maintaining the Company's servers; royalties are payments made to suppliers of certain software add-ons sold by the Company; hardware relates to costs of hardware sold to customers; and implementation relates to implementation services provided to customers.

Support:
Language change
removes
"mostly salaries"

**Post-IPO**

### 7. Direct cost of revenues

|  | 2020 $ | 2019 $ |
|---|---|---|
| **Cost of software and payment revenue** | | |
| Support | 18,517 | 12,939 |
| Other third-party costs | 13,465 | 2,813 |
|  | 31,982 | 15,752 |
| **Cost of hardware and other** | | |
| Hardware and other | 11,217 | 7,821 |
| **Total direct cost of revenues** | 43,199 | 23,573 |

Support consists of any support services provided by the Company to its customers and mostly consists of salaries; other third-party costs consists of housing, servicing, infrastructure and maintaining the Company's servers, payments made to suppliers of certain software add-ons sold by the Company and direct costs related to Lightspeed Payments; hardware relates to costs of hardware sold to customers; and other relates to implementation services provided to customers.

"Other" now includes costs of Lightspeed Payments, a key growth driver where LSPD obscures costs

Source: SEDAR.com

35



We Believe Lightspeed Is A Poor Man's Shopify And Will See Increased Pressure From Square, Adobe A█ Amazon

Proprietary and Confidential –May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent




We believe Lightspeed has always aspired to be the next Shopify, but the evidence suggests it has failed miserably in its ambitions. The results show Lightspeed has failed at annually doubling stores using its software. Initially, it appears both companies were on good terms. Lightspeed even once congratulated Shopify on its success, but has since scrubbed the flattering remarks from its website.[1]

**Goal Failed Every Year**

| Insider | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|
| Store/Locations | 24,000 | 27,500 | 35,000 | 41,000 | 49,000 |
| Growth | | +15% | +27% | +17% | +20% |
| Double Goal? | X | X | X | X | X |

**Globe & Mail Article About LSPD Aspiring To Be the Next SHOP**

**2015**

*"LightSpeed POS Inc. is betting there's room for more than one billion-dollar Canadian retail software company.*

*The developer of systems for stores and restaurants aims to reach the heights attained by Shopify Inc. – a $1-billion valuation and initial public offering, chief executive officer Dax Dasilva said. **To get there in the next few years, his plan is to annually double the number of stores signing up for its software**.*

*"Us and Shopify, we're selling to individual brands but there's lots of room for any one of us to go," Dasilva said by phone from Montreal. He declined to give a specific timeline for a future IPO. "In terms of our growth numbers we're attractive and we're excited, but we still have a ways to go."*

*…*

*"LightSpeed is also considering an online-only system, a space dominated by Shopify and Austin-based Bigcommerce Inc. Since starting in 2005, LightSpeed has signed up 24,000 stores."*

Source: "LightSpeed aspires to join Shopify in billion-dollar IPO league", The Globe and Mail, June 15, 2015
1) Cached LSPD blog, "Congratulations, Shopify!" – May 21, 2015 now removed from website blog



COVID-19 has accelerated the movement from physical to virtual store locations and ecommerce. Whereas LSPD started primarily with POS solutions for brick and mortar retail and hospitality, it has had to acquire its way into providing ecommerce solutions (SEOShop and Ecwid). Conversely, Shopify's expertise and core competency has always been centered around ecommerce. We believe it has more easily expanded into POS offerings to compete with LSPD. It recently introduced a brand new POS system, and was offering it for free.[1]

**Former LSPD Employee**

*"From a product and tech perspective, I was very concerned with a few of the earlier acquisitions. Lightspeed ecommerce was a **very challenging product and very difficult to onboard**. Shopify's claim to fame is to have your ecommerce shop up and running within minutes, for Lightspeed it's not the same."*





| | **Harder Path** | **Easier Path** |
|---|---|---|
| **Starting Point** | POS Systems | ecommerce |
| **Ending Point** | POS Systems + ecommerce | ecommerce + POS Systems |

1) All-New Shopify POS: Rebuilt for Today's Retail Experience—and Free Until October 31, 2020, Shopify Blog

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 39 of 126 PageID #: 532



# Even A Former Employee Told Us For Simplicity, Choose Shopify Over Lightspeed



Spruce Point spoke with a former front-line employee who had been with the company for over 5 years and was at the Company through approximately 7 of the earlier acquisitions. When we asked the employee which platform would he/she choose today, the response was definitively Shopify. A concern was also raised that the market is moving more toward fewer locations and smaller merchant customers.

| Spruce Point Question | "If I were picking a platform solution from start, which would you recommend?" |
|---|---|
| Former Lightspeed Employee | "***If you are starting from scratch, Shopify is the one I would probably start with***. Its easy to set up and its more than enough for the first 24-36 months in business. The only reason I would say Lightspeed is because it's a solution you can grow into versus vs. Shopify which is a solution you grow out of. And that is because Shopify just doesn't cater to complex retailers. You almost never see a 20, 30, 50 location retail business using Shopify. There are much better tactics with Lightspeed." |
| Spruce Point Question | "Is the growth in the market more towards the smaller Shopify type customers?" |
| Former Lightspeed Employee | "Now, yes." |
| Spruce Point Question | "Has the penetration already happened for the big players?" |
| Former Lightspeed Employee | "It has. What is really interesting about the market these days is that because COVID it has helped reset the landscape. Businesses that had multiple locations have closed some or all their locations. Its evened the playing field. People have really focused on the online things. The beauty of a solid online shop is your doors are open 24/7. Unless you sell a unique product that needs to be tried on…The overhead that comes with opening up multiple locations is a lot…. People are more reluctant to open up multiple locations." |

Case 1:21-cv-06365-BMC Document 37-1 Filed 06/27/22 Page 41 of 126 PageID #: 533

**SPRUCE POINT**
CAPITAL MANAGEMENT

Case 1:21-cv-06365-BMC    Document 37-1    Filed 06/27/22    Page 41 of 126 PageID #: 534



Rarely do we see such direct and public jabs made between two public companies. It caught our attention when Shopify's CTO recently tweeted directly at LSPD to criticize it as a "non-developer friendly platform".

### Former Lightspeed Employee

*"Lightspeed had to decide on what their strategy was going to be. And frankly, it's clear, they gobbled up, especially on the retail side, they've gobbled up the majority of the competitors now and the hospitality side in Europe, but they have no choice, but to go toe-to-toe with Shopify. And that's why I think they're taking such an aggressive stance on that M&A strategy. You know, it's all fun to have Shopify as a competitor, but at some point someone will prevail. And I mean, I don't know if you saw maybe the most recent posts that Shopify CTO posted….. they literally posted a screenshot of one of Lightspeed's quotes that they've sent to a customer purchasing API access and Shopify CTO posted that picture and said, "how can a company like Lightspeed be charging their customers for API access?" So like both companies have dropped the gloves now. Lightspeed has made it very clear they're going after Shopify. For a C-suite to post a copy of a Lightspeed quote and make that remark. like they're going toe-to-toe plain and simple."*

Source: Spruce Point employee interview

### CTO Pointed Remark At Lightspeed

**Jean-Michel Lemieux** ✓
@jmwind

This is what a non-developer friendly platform does. Charges you for API access. To YOUR data on YOUR biz. Just to automate a few reporting features that they are missing.

$60/month on top of regular subscription fees.

😮 😡 @LightspeedHQ

**lightspeed**

| Customer | Address |
|---|---|
| Arlo - Ottawa | 340 Somerset St W. Ottawa, ON K2P 0J9, CA |

| PRODUCT | DESCRIPTION | QUANTITY |
|---|---|---|
| Lightspeed Restaurant Lightspeed Restaurant API & Developer Exchange | | 1 |

9:50 AM · Aug 12, 2021 · Twitter for iPhone

1 Quote Tweet    55 Likes

Source: Twitter



Shopify has recently added a section in its Help Center for *"Migrating from Lightspeed to Shopify"*. We believe this to be another signal of the increasing competition between Lightspeed and Shopify, a battle we believe Shopify is better positioned to win.

| **"Shopify Help Center" January 2021** | **"Shopify Help Center" Current** |
|---|---|
| **In this section** | **In this section** |
| • Migrating from WooCommerce to Shopify | • Migrating from WooCommerce to Shopify |
| • Migrating from Squarespace to Shopify | • Migrating from Squarespace to Shopify |
| • Migrating from Etsy to Shopify | • Migrating from Etsy to Shopify |
| • Migrating from BigCommerce to Shopify | • Migrating from BigCommerce to Shopify |
| • Migrating from Big Cartel to Shopify | • Migrating from Big Cartel to Shopify |
| • Migrating from PrestaShop to Shopify | • Migrating from PrestaShop to Shopify |
| • Importing CSV files with the Store Importer app | • Migrating from Lightspeed to Shopify |
| | • Migrating from ShopKeep to Shopify |
| | • Migrating from Square to Shopify |
| | • Importing CSV files with the Store Importer app |

Source: Shopify website (░░░░░░░░░, January 2021)

Source: Shopify website ░░░░░░░░

Case 1:21-cv-06365-BMC    Document 37-1    Filed 06/27/22    Page 42 of 126 PageID #: 535

41



Square's current international revenues account for approximately 3%. The company has stated it has international expansion plans and recently announced a further push into LSPD's home turf of Canada with an integrated POS hardware system. The company also just announced a move into France, Europe's third biggest economy. This announcement comes just after LSPD said it would roll out its payment solution to France.

**Q1 2022 Conf Call**

*"Lightspeed launched Payments in the international markets starting with the U.K., and earlier this week, announced 5 more European launches, including Germany, Switzerland, **France**, Belgium and the Netherlands.*

Source: Q1 2021 Conf Call

## Square Pushing Into Canada

### Square Launches Square Register in Canada, Offering Integrated Point-of-Sale Hardware to Help Larger Sellers Rebuild this Fall

Sep 08, 2021

New Square survey finds 72% of Canadians are looking for socially-distanced, cashless ways to support local businesses post-pandemic; 80% are more committed to buying local than ever before

TORONTO--(BUSINESS WIRE)-- Square the globally trusted software, payments and hardware solution for businesses of all sizes, is raising the bar on customer experience with the launch of its Square Register in Canada. With 80% of Canadians reporting their commitment to buying local is more important now than before the pandemic, Square Register offers Canadian sellers a cashless new way to sell and run their businesses from a COVID-safe distance

Source: press release

## Square Pushing Into France

### Square Launches Integrated, Omnichannel Solutions For Businesses in France

Sep 21, 2021

PARIS--(BUSINESS WIRE)-- Today Square, the globally trusted software, payments, and hardware solution for businesses of all sizes, launches in France. Following a successful Early Access Programme, now small businesses and large enterprises across France can access Square's innovative ecosystem with the tools they need to start, run, grow and adapt their businesses.

Source: press release

Case 1:21-cv-06365-BMC   Document 37-1   536   Filed 06/27/22   Page 43 of 126 PageID #:

SPRUCE POINT
CAPITAL MANAGEMENT

## Adobe Making Push Into Lightspeed's Markets

In May 2018, Adobe acquired Magento Commerce, a market leading commerce platform, for $1.7 billion. The addition of the Magento Commerce Cloud will enable commerce to be seamlessly integrated into the Adobe Experience Cloud, delivering a single platform that serves both B2B and B2C customers globally.[1] The Magento Platform brings together digital commerce, order management and predictive intelligence into a unified commerce platform enabling shopping experiences across a wide array of industries. Adobe has been targeting small businesses and not just larger enterprises.[2] On September 15, 2021 Adobe further augmented its ecommerce platform capabilities by adding a payment service solution with PayPal.[3]  The press reported this as a direct competitive threat to Shopify, which by extension applies to Lightspeed as well.  Adobe mentions Canada as its first country for international expansion.



**Adobe's Ecommerce Expansion Plan**

*"Adobe said it plans to expand to territories such as **Canada**, Australia and **Western Europe** in 2022. Sheldon told Reuters that the processing deal with PayPal is not exclusive, and as Adobe expands further internationally after 2022, it may work with other processors."*

1) Adobe to Acquire Magento Commerce, press release, May 21, 2018
2) "How to create a professional website, learn how small businessowners can design and optimize effective, beautiful website" –
3) "Adobe jumps into ecommerce payments business, challenges Shopify", Sept 15, 2021, Reuters

**SPRUCE POINT**
CAPITAL MANAGEMENT

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 45 of 126 PageID #: 538

Based on the recent news of Amazon entering the POS market with the development of a POS system to rival Shopify and PayPal, we believe this is extremely bearish for Lightspeed. Spruce Point believes integration with Amazon's existing technology combined with its research and development capabilities will better position themselves over second-tier products such as Lightspeed.

| Reuters | Forbes |
|---|---|
| **Amazon developing new point-of-sale system to attract small businesses - Insider** | **1 – Amazon is developing a POS system to compete with Shopify and PayPal**<br><br>It's called Project Santos and it's Amazon's play to take on Shopify, PayPal and other point-of-sale systems. According to a report that examined internal documents from the online giant the system will handle both online and in-store transactions, provide enhanced analytics and (of course) integrate with Prime and other Amazon technologies for check out, security and delivery. (Source: Pymnts) |
| Sept 8 (Reuters) - Amazon.com Inc (AMZN.O) is working on a new type of point-of-sale system that can be sold to third-party sellers, Insider reported on Wednesday.<br><br>The new system can handle both online and offline transactions and can also link to other services including Prime and Flex, the report added, citing an internal document. (https://bit.ly/3l7r7ZG)<br><br>The move will allow Amazon to compete with Canada's Shopify (SHOP.TO) and U.S. payments giant PayPal (PYPL.O), which already offer POS systems for payments for small businesses, that have moved online during the pandemic to boost sales. | **Why this is important for your business:**<br><br>If you're in retail this will be another point-of-sale option for you and as long as you don't mind being dragged further into Amazon World it could be a more affordable and advanced solution for managing your inventory and sales transactions both online and in your store. Also keep an eye on the company's Just Walk Out cashier-less technologies which utilizes AI, sensors, and computer vision as customers walk into the store and sign into an app, insert a debit card, take items from shelves, and leave, skipping the need to check out entirely. |

Source: Reuters

Source: Forbes



# Evidence of a Struggling Core Business Before Acquisitions Kick Into Full Gear

*Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent*

**SPRUCE POINT**
CAPITAL MANAGEMENT



Spruce Point believes LSPD is opaque and does not give investors enough information to evaluate its business model. For example, management admits it tracks CAC, LTV, monthly retention and churn. Yet, why doesn't it disclose these metrics to investors?

**LSPD
Head of IR**

*"So you mentioned integration. I think, you know, when I talk to investors, that's a topic that comes up a lot. We've done quite a few acquisitions here in the last year. And so there's always the concern of, have we done too much? How do we integrate them? Just before you touch on that topic, I've noticed that the companies that we have acquired, like ShopKeep and Upserve, they all have the same technology approach as we do. So they're all cloud based. They all have the same go-to-market strategy as we do.*

*You know, it's all centralized sales and marketing with inbound __and they all measure the same things that we measure, like CAC, LTV, monthly retention rates, churn, ARPU__. So it seems to me that the integration of these companies has been pretty seamless because we're all, everybody, seems to be on the same page. Would you not agree?"*

Source: LSPD Podcast, "Inside Lightspeed podcast: a conversation with JP Chauvet on the reinvention of commerce", August 30, 2021

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 47 of 126 PageID #: 540

46

LSPD quotes % of customers buying more than 1 module but fails to disclose what modules are most purchased. The Company provided the chart below at IPO, but hasn't updated it since. **It would appear most customers are just buying 1 module.** As of Dec 31, 2020 LSPD's prospectus said 45% used more than one module[1]. Then on March 31, 2021 LSPD says 50% of customers use more than one module, up from 31% at IPO.[2]



**Customers Purchasing Multiple Modules**
*(% of Total Customers)*

Source: IPO Prospectus at SEDAR.com

1) LSPD prospectus, p. S-9
2) Q1 2022 Earnings Presentation, Slide 10

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 48 of 126 PageID #: 541

**SPRUCE POINT**
CAPITAL MANAGEMENT



After its IPO, LSPD laid out its organic growth plan and listed "attracting new merchants" as its first objective in its year end conference call. On the following call it reported 2,000 net new merchants on its system. Thereafter, LSPD stopped disclosing net new merchant adds and it began a string of acquisitions.

**Q4 2019 Conf Call**

**May 2019**

"**As we look forward, we will continue to grow organically in 3 primary ways: attracting new merchants**, entering new markets and expanding ARPU. First, continuing to attract new merchants within our existing core markets. Our market is vast and underserved by cloud technology solutions, and we will leverage our growing global brand to attract an increasing number of new merchants to the Lightspeed platform. **In fiscal 2019, approximately 8,000 net new merchant locations joined the Lightspeed ecosystem**, and we are well positioned to continue this trend while simultaneously generating solid underlying unit economics."

Source: Q4 2019 conference call



**Q1 2020 Conf Call**

**Aug 2019**

"First, continuing to attract new merchants within our existing core markets. Our market is vast and underserved by cloud technology solutions, and we will leverage our growing global brand to attract an increasing number of new merchants to the Lightspeed platform. **During the first quarter, more than 2,000 net new retail and restaurant locations joined the Lightspeed ecosystem.**"

Source: Q1 2020 conference call

**Stopped Disclosing**

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 49 of 126 PageID #: 542

## SPRUCE POINT
CAPITAL MANAGEMENT

# Unexplained Departure of Key Sales Executive And Discrepancy of Deal Accomplishments

Julian Teixeira was an early employee and a named executive in charge of global sales. According to his LinkedIn biography, he left the Company in July 2020. Lightspeed never made a regulatory or press release notification of his departure to investors. The Company also ceased reporting a "Sales Commission Plan" according to its proxy statement. Post his departure, LSPD pivoted towards much larger acquisitions such as ShopKeep and Upserve. **There is also a discrepancy between the number of acquisitions claimed under his tenure from "9 acquisitions" to "over 10 company acquisitions"**.



Julian Teixeira
Chief Revenue Officer at 1Password

**Lightspeed HQ**
9 yrs 6 mos

Sr. Vice-President, Global Sales
Oct 2018 – Jul 2020 · 1 yr 10 mos
TSX: LSPD

Headquartered in Montréal, Canada, Lightspeed provides an easy-to-use, omni-channel commerce-enabling SaaS platform. Our software platform provides our customers with the critical functionalities they need to engage with consumers, manage their operations, accept payments, and grow their business. We operate globally in approximately 100 countries, empowering 76,000+ single- and multi-location SMBs, transacting over $22B, to compete successfully in an omni-channel market environment by engaging with consumers across online, mobile, social, and physical channels. Founded in 2005, Lightspeed has grown to approximately 1,200 employees, with global offices in Canada, the United States, Europe, and Australia.

Started as employee #27, 30x revenue growth since
9 company acquisitions and integrations
Directly responsible for the commercial launch of Lightspeed Loyalty and Lightspeed Payments.

- Responsible for all go to market teams and revenue globally
- Implemented global alignement and structure across all offices and teams
- Established a global leadership team as well as local functional leaders in each region (Europe, North America, Australia).
- Consistently overachieved quarterly sales objectives globally.

see less

Vice-President of Sales, North America
Mar 2016 – Oct 2018 · 2 yrs 8 mos
Montreal, Canada Area

- Responsible for 70% of total company revenue and overseeing all go to market teams in North America and Australia (150+ people).

Source: LinkedIn Profile

---

**Julian Teixeira**
CHIEF REVENUE OFFICER

Julian comes to us having served most recently as the Sr. Vice-President of Global Sales at Lightspeed HQ, a company he helped scale from startup to IPO and through over 10 company acquisitions. Prior to Lightspeed, Julian held several roles in sales and marketing at Bell Canada and CIM.

Source:

---

## lightspeed

COMPENSATION DISCUSSION AND ANALYSIS

# EXECUTIVE COMPENSATION

## Introduction

The following discussion describes the significant elements of the compensation of the Chief Executive Officer, President, Chief Financial Officer, Chief Product Officer and Senior Vice President of Global Sales of the Company (collectively, the "**named executive officers**" or "**NEOs**"), namely:

- Dax Dasilva, Chief Executive Officer;
- Jean Paul Chauvet, President;
- Brandon Nussey, Chief Financial Officer;
- Jim Texier, Chief Product Officer; and
- Julian Teixeira, Senior Vice President of Global Sales.

Source: 2020 Proxy

49

**SPRUCE POINT**
CAPITAL MANAGEMENT

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 51 of 126 PageID #: 544



Why was Lightspeed calling hardware sales "Merchant Services" at its IPO? Was it a way to deflect investor attention away from a lower quality revenue source? The fine print discloses these are hardware sales.

**Merchant Service Description**

*"In addition, we offer a variety of merchant services to provide value added support to our merchants and supplement our software and payments revenue solutions.* **Merchant Services revenues are generally one-time revenues associated with the sale of hardware** *with which our solutions integrate and the sale of professional services in support of the installation and implementation of our solutions."*

## Initial IPO Prospectus Had "Merchant Services" Aka Hardware Sales

### Consolidated Results and Earnings

| | LTM 2018 | Nine Months Ended December 31, 2018 | Nine Months Ended December 31, 2017 | Fiscal Year Ended March 31, 2018 | Fiscal Year Ended March 31, 2017 | Fiscal Year Ended March 31, 2016 |
|---|---|---|---|---|---|---|
| | | (In thousands of U.S. dollars, except per share data) | | | | |
| **Revenues** | | | | | | |
| Software and payments revenue | $ 63,994 | $ 49,948 | $ 37,098 | $ 51,144 | $ 37,287 | $ 24,638 |
| Merchant services | 7,860 | 6,218 | 4,293 | 5,935 | 5,325 | 6,111 |
| | 71,854 | 56,166 | 41,391 | 57,079 | 42,612 | 30,749 |
| **Direct cost of revenues** | | | | | | |
| Software and payments revenue | 14,517 | 11,148 | 8,825 | 12,194 | 10,189 | 7,454 |
| Merchant services | 6,936 | 5,463 | 3,812 | 5,285 | 4,813 | 5,033 |
| | 21,453 | 16,611 | 12,637 | 17,479 | 15,002 | 12,487 |
| **Gross profit** | 50,401 | 39,555 | 28,754 | 39,600 | 27,610 | 18,262 |

Source: SEDAR.com

SPRUCE POINT
CAPITAL MANAGEMENT

Since its IPO, it's evident that LSPD's business has become more competitive by analyzing hardware margins. Whereas before, it could make money on the POS systems, now they are sustaining losses. When we asked a former employee for insights, the explanation was because the competition now gives it away for free. Even more concerning, the former employee said ARPU was declining while the Company reports that ARPU has been steadily increasing.

**Former Lightspeed Employee on Why Margins Are Declining**

"***It is because Shopify and Square give free hardware. Lightspeed is going to have to change, and they are going to have to give away free hardware***. *They are still using printers that haven't changed in the last two and a half decades. When you look at the decrease in software ARPU and take into account the negative margin on the hardware, **ARPU as a whole has dropped significantly**.*"

## Lightspeed's Progressive Hardware Margin

|  | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 |
|---|---|---|---|---|---|---|
| Hardware Sales | $4.49 | $2.82 | $4.42 | $5.08 | $7.13 | $9.54 |
| Less: Cost of Hardware | ($3.63) | ($2.55) | ($3.96) | ($4.63) | ($7.78) | ($11.54) |
| Hardware Gross Profit<br>*% margin* | $0.86<br>*19.2%* | $0.28<br>*9.8%* | $0.46<br>*10.5%* | $0.46<br>*9.0%* | ($0.65)<br>*-9.1%* | ($2.00)<br>*-20.9%* |

Source: LSPD financial filings

Case 1:21-cv-06365-BMC Document 37-1 Filed 06/27/22 Page 52 of 126 PageID #: 545

51

# Evidence of Lightspeed's Deteriorating Revenue Qu█████

There has been a noticeable decline in LSPD's long-term deferred revenue mix. The Company also no longer discloses that upfront payment contract election triggers a deferred revenue balance. A pricing plan change to allow customers to pay monthly is also likely part of the reason. Regardless, we believe the quality of the revenue from LSPD has declined as less long-term deferred revenue indicates that customers are not signing up for longer-term contracts. Total deferred revenue was declining just ahead of LSPD's pivot towards larger acquisitions.

## Mix of Short vs. Long-Term Deferred Revenue



YoY Growth[1]

+4.3%   -7.3%   -13.6%

**Pivot To Large Acquisitions**

| Date | Long-Term | Short-Term |
|---|---|---|
| 3/31/2018 | 32% | 68% |
| 3/31/2019 | 20% | 80% |
| 6/30/2019 | 17% | 83% |
| 9/30/2019 | 15% | 85% |
| 12/31/2019 | 14% | 86% |
| 3/31/2020 | 13% | 87% |
| 6/30/2020 | 11% | 89% |
| 9/30/2020 | 10% | 90% |
| 12/31/2020 | 9% | 91% |
| 3/31/2021 | 6% | 94% |
| 6/30/2021 | 5% | 95% |

■ Short-Term   ■ Long-Term

## Statement No Longer Made Post FY 2020 Annual Report



*"Where customers elect to pay their full contract upfront, a deferred revenue balance is created on our balance sheet."*

Source: FY 2020 [Annual Report](#), p. 14



*"Our subscription plans vary from monthly plans to one-year and multi-year terms, with the majority of our Customer Locations contracted for at least 12 months as of December 31, 2019. Our latest pricing plans, which rolled out in the quarter, are designed to encourage adoption of Lightspeed Payments. With this change we are more accommodating of monthly payment plans for our customers, and we expect to see this form of subscription plan grow in popularity as we look ahead."*

Source: LSPD financials
1) Measures Year-over-Year total deferred revenue growth

Source: Q3 2020 [MD&A](#), p. (3)

Case 1:24-cv-00005-BMC   Document 37-1   Filed 06/27/22   Page 53 of 126 PageID #: 546

SPRUCE POINT
CAPITAL MANAGEMENT

# Evidence of Declining Business Prior To Upserve and ShopKeep Acquisitions

In Q3 2021, LSPD shifted toward much larger acquisitions with deals to acquire ShopKeep ($545m) and Upserve ($412m). By backing out each acquisition's contributions to deferred revenue and receivables, we find evidence of substantial organic decline. This contrasts with management's claims of 42% organic software and payments revenue growth in its core business. Notably, LSPD's SVP of Global Sales also left right ahead of these large acquisitions.[1]

*"Lightspeed delivered revenue ahead of our previously established guidance and reached **Software and Payments organic revenue growth of 47% year-over-year**, accelerating from the 42% we saw last quarter."*

Source: Q3 2021 Conf Call

**LSPD Statement**

## Organic Deferred Revenue and Trade Receivables Growth

| FY 2021 | $ in mm |
|---|---|
| Q3'21 Deferred Revenue | $44.0 |
| Less: ShopKeep Addition | ($4.4) |
| Less: Upserve Addition | ($3.4) |
| **Pro Forma Q3'21 Deferred Revenue** | **$36.2** |
| Q2'21 Deferred Revenue / QoQ Change | $36.9 / -1.9% |
| Q3'20 Deferred Revenue / YoY Change | $42.4 / -14.6% |

| FY 2021 | $ in mm |
|---|---|
| Q3'21 Trade and Receivables, Net | $9.8 |
| Less: ShopKeep Addition | ($3.1) |
| Less: Upserve Addition | ($2.7) |
| **Pro Forma Q3'21 Receivables** | **$4.0** |
| Q2'21 Trade Receivables, Net / QoQ Change | $5.6 / -28.5% |
| Q3'20 Trade Receivables, Net / YoY Change | $4.8 / -16.7% |

Source: LSPD financial filings and deal allocations
1) Per Julian Teixeira's LinkedIn profile. He was a named executive

53

**SPRUCE POINT**
CAPITAL MANAGEMENT



LSPD spent $372m to acquire Vend. We are baffled how LSPD talks about organic growth, when absent the contribution of receivables to its balance sheet from the Vend acquisition, they declined quarter-over-quarter by 20%. LSPD didn't disclose the revenue contribution from Vend, instead it combined total revenue from Vend, Upserve and ShopKeep and said it was less than 10% of total revenue in the quarter.[1]

**LSPD Statement Groups Three Deals**

*"Total revenue of $115.9 million was up 220% year-over-year thanks to a combination of strong organic growth and the recent acquisitions of ShopKeep, Upserve and Vend, which added $50.5 million in revenue."*

Source: Q1 2022 Conf Call

### Organic Receivables Growth

| $ in mm | |
|---|---|
| Q1'22 Trade and Receivables, Net | $13.4 |
| Less: Vend Addition[2] | ($3.9) |
| **Pro Forma Q1'22 Trade Receivables** | **$9.5** |
| Q4'21 Trade Receivables, Net<br>*QoQ Change* | $12.0<br>*-20%* |

Source: LSPD financial filings and deal allocations
1) MD&A p. 29 says Vend's revenue contribution was less than 10%
2) Vend closed April 16, 2021 in Q1 22

54

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 55 of 126 PageID #: 548

SPRUCE POINT
CAPITAL MANAGEMENT

# Lightspeed's Low Quality Customers

LSPD is a significant outlier to other POS and financial technology peers as it relates to the amount of receivables it carries on its balance sheet, and its allowance for doubtful accounts. First, gross receivables appear significantly under-reported on the balance sheet, relative to reported sales. Secondly, LSPD's allowance for bad debts is ~21% of gross receivables, or almost 5x peers.

## Allowance For Bad Debt Benchmarking (As of Most Recently Reported Quarter)

| $ in mm<br><br>Company | Accounts Receivable, Net<br>(A) | Allowance For Bad Debts<br><br>(B) | Gross Receivables<br><br>C=(A+B) | Allowance As % Of Gross Receivable<br>(B/C) | LTM Sales<br>(D) | Allowance As % of LTM Sales<br>(B/D) | Gross Receivables As % of LTM Sales<br>(C/D) |
|---|---|---|---|---|---|---|---|
| Agilysys (AGYS) | $22.8 | $1.0 | $23.8 | 4.2% | $146.1 | 0.7% | 16.3% |
| PAR Technology[1] (PAR) | $28.2 | $1.3 | $29.5 | 4.4% | $141.7 | 0.9% | 20.8% |
| NCR Corp (NCR) | $1,271 | $40.0 | $1,311.0 | 3.1% | $6,441.0 | 0.6% | 20.4% |
| Shopify (SHOP) | $153.4 | $6.4 | $159.8 | 4.0% | $3,853.2 | 0.2% | 4.1% |
| Toast (TOST) | $32.6 | $4.4 | 37.0 | 11.9% | $1,183.0 | 0.4% | 3.1% |
| Lightspeed (LSPD) | $13.4 | $3.5 | $16.9 | 20.8% | $301.4 | 1.2% | 5.6% |

Source: Company financials and Spruce Point Analysis
1) Financials specific to their restaurant and retail business

Extremely high credit loss provisions

55

SPRUCE POINT
CAPITAL MANAGEMENT

*Days Sales Outstanding*

LSPD has a focus on SMBs but its DSOs at 15 are significantly lower than comparable sized peers at 70+ *and actually improved during peak COVID-19 whereas peer DSOs worsened.* How is this possible? On the next slide, we show that allowance for bad debts was even increasing.

## Peer DSO Analysis

| Company | | 12/31/19 | 3/31/20 | 6/30/20 | 9/30/20 | 12/31/20 | 3/31/21 | 6/30/21 |
|---|---|---|---|---|---|---|---|---|
| | | | | Peak COVID-19 | | | | |
| Lightspeed | LTM Sales (A) | $105.7 | $120.6 | $132.8 | $150.3 | $175.6 | $221.7 | $301.4 |
| | Trade and other A/R | $5.9 | $6.0 | $5.6 | $6.2 | $10.8 | $13.0 | $16.3 |
| | LTM Average Trade and other A/R (B) | $4.9 | $5.1 | $5.6 | $5.9 | $7.1 | $8.9 | $11.6 |
| | A/R Turnover C=(A/B) | 21.5 | 23.4 | 23.9 | 25.4 | 24.6 | 24.9 | 26.0 |
| | Days Sales O/S (365 C) | 17.0 | 15.6 | 15.3 | 14.4 | 14.8 | 14.6 | 14.0 |
| PAR Technology [1] | LTM Sales | $123.3 | $131.1 | $130.4 | $138.0 | $142.5 | $141.7 | -- |
| | A/R Turnover | 5.6 | 5.1 | 4.6 | 4.4 | 4.4 | 4.6 | -- |
| | Days Sales O/S | 64.7 | 70.9 | 79.2 | 83.5 | 82.1 | 79.1 | -- |
| Agilysys | LTM Sales | $157.7 | $160.8 | $152.2 | $145.9 | $140.6 | $137.2 | $146.1 |
| | A/R Turnover | 6.0 | 5.6 | 5.1 | 5.0 | 4.8 | 5.1 | 5.9 |
| | Days Sales O/S | 61.1 | 65.0 | 71.5 | 72.8 | 76.3 | 71.4 | 62.2 |

1) Financials specific to their restaurant and retail business






Case 1:21-cv-06365-BMC    Document 37-1    Filed 06/27/22    Page 58 of 126 PageID #: 551

The pandemic had a material impact on LSPD's customers. We observe that its allowance for doubtful accounts more than doubled to approximately 46% of receivables. It has since declined, but it is impossible to know if this has been on an organic basis. LSPD embarked on a large acquisition spree in late 2020.

### Allowance For Doubtful Accounts As % of Gross Trade Receivables



Bad debts double, yet LSPD experienced organic revenue growth?

Beginning of large acquisition spree: ShopKeep, Upserve, Vend, etc.

- 31% — 3/31/2018
- 26% — 3/31/2019
- 24% — 6/30/2019
- 23% — 9/30/2019
- 22% — 12/31/2019
- 37% — 3/31/2020
- 46% — 6/30/2020
- 42% — 9/30/2020
- 31% — 12/31/2020
- 23% — 3/31/2021
- 21% — 6/30/2021



# Evidence of Repeated Terrible Acquisitions

*Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent*



> At least one investor thinks that LSPD is a "Fake it til you make it" story and cobbled together with "cruddy & extremely inferior solutions, hiding behind M&A". Spruce Point will evaluate these claims in more detail.



**Tall Seller** @TallSeller · Sep 14 ···

Replying to @brandonosborn24 @EnergyCredit1 and @CapitalCold

**$LSPD** is in fake it 'til you make it mode, where they are cobbling together cruddy & extremely inferior solutions, hiding behind M&A that looks ok to investors FOR NOW. Not 1 investor can show me 10 of their e-comm sites that are fast, awesome looking, & brands everyone knows.



Source: Twitter

Case 1:21-cv-06365-EMC   Document 37-1   Filed 06/27/22   Page 60 of 126 PageID #: 553



LSPD has claimed its acquisition strategy is based on acquiring "*high growth*" companies and not "*legacy*" platforms. After carefully reviewing many of its acquisitions, we fail to understand how its strategy has conformed to these objectives. In fact, we believe many acquisitions have been companies that have peaked, restructured, and/or seen declining growth. Thus, we would classify many as "legacy" platforms that failed to scale.

**Analyst Tse**

"**When it comes to acquisitions, what are the key attributes you're sort of looking for here**? Is it geographic reach and opportunity to up-sell existing products that you have in that base, technology, people? Just trying to get an understanding of what you're sort of prioritizing when it comes to acquisitions?"

**LSPD President Jean-Paul Chauvet**

"Yes. And so we've never changed our strategy there. **We have 3 categories in which we acquire.** But I think even before we go into those categories, first of all, the DNA of the company needs to be like Lightspeed. **This means it needs to be a high-growth company, needs to be a cloud-based system. So we wouldn't acquire a legacy platform as an example**. And we need to be sure that kind of culturally speaking, we're very aligned."

Source: Q2 2021 (Nov 2020) Earnings Call

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 61 of 126 PageID #: 554

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 62 of 126 PageID #: 556

LSPD has cobbled together a motley collection of assets at increasingly expensive valuations. LSPD does not disclose target EBITDA margins, and generally hasn't disclosed historical growth rates. We believe a majority of the assets lose money and had already peaked in their growth cycle prior to LSPD's acquisition.

| Date | Company | Location | Description | Est Employees | Est Customers (Locations) | Deal Value | Revenue Est | Deal Value / Revenue | Spruce Point Assessment |
|---|---|---|---|---|---|---|---|---|---|
| 7/24/2013 | MerchantOS | Canada | Retail POS for bike shops | 23 | (2,400) | NA | $4.0 | NA | Initial platform LSPD Cloud |
| 10/22/2014 | POSIOS | Belgium | Restaurant POS | 15 | 1,000 | NA | $0.8 | NA | Became LSPD restaurant replaced by iKentoo, struggled in US |
| 11/19/2015 | SEOshop | Netherlands | eCommerce | 80 | 8,000 | $29.0 | $9.0 | 3.2x | Not adapted to US, potentially impaired |
| 12/31/17 | Crank Logic | US | Business Analytics | 5 | NA | NA | NA | NA | What did they really buy? |
| 12/14/2018 | ReUp | Canada | Loyalty | 8 | NA | $4.2 | NA | NA | Not suited for all industries |
| 5/9/2019 | Chronogolf | Canada | Cloud software for golf courses | NA | NA | $13.5 | NA | NA | Unclear fit with rest of portfolio |
| 7/2/2019 | iKentoo | Switzerland | Hospitality Cloud POS | 26 | (3,800) | $35.1 | $4.0 | 7.3x | Small country tuck-in |
| 11/1/2019 | Kounta | Australia | Hospitality Cloud POS | NA | (7,000) | $57.7 | $6.5 | 6.5x | Small country tuck-in |
| 1/7/2020 | Gastrofix | Germany | Cloud Hospitality POS | 130 | (8,000) | $101.3 | $10.6 | 9.3x | Small country tuck-in |
| 11/25/2020 | ShopKeep | US | Cloud eCommerce | 140 | (20,000) | $544.9 | $50.0 | 10.3x | Nearly insolvent |
| 12/1/2020 | Upserve | US | Cloud Restaurant software | 170 | (7,000) | $411.6 | $40.0 | 10.2x | Declining business |
| 4/16/2021 | Vend | NZ | Cloud retail mgmt. software | 330 | (20,000) | $371.9 | $34.0 | 10.9x | Declining business Questionable metrics |
| 7/2/2021 | NuORDER | US | platform connecting businesses and suppliers | 200 | NA | $387.3 | $20.0 | 19.4x | Necessity to compete with Shopify |
| Oct 2021E | Ecwid | US | eCommerce platform | 250 | 130.000 | $500.0 | $20.0 | 25.0x | Necessity to compete with Shopify |

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 63 of 126 PageID #: 556

We spoke with a former Lightspeed Manager who expressed a view that Lightspeed was focused on retaining talent following its acquisitions. However, based on our findings, in many of the deals this has not been the case.

**Former Lightspeed Manager**

*"It is very important from a culture perspective that companies that they acquired have a similar culture because the goal is not to take the product and fire the people. **It's really to expand the knowledge of the team and to grow the Lightspeed team from an employee perspective**. So usually during those acquisitions, there are very few people who get released because they choose the organizations that have similar cultures, mindsets and goals, and **its really about blending the two of them together to bring something better to the market**."*

| Date | Company | Founder | Status | Source |
|---|---|---|---|---|
| 7/24/2013 | MerchantOS | Ivan Stanojevic & Justin Laing | Departed in September/October 2015 | LinkedIn / LinkedIn |
| 10/22/2014 | POSIOS | Zhong Yuan Xu & Jan Hollez | Departed in August 2018 | LinkedIn / LinkedIn |
| 11/19/2015 | SEOshop | Ruud Stelder & Dennis Cuijpers | Departed February / August 2018 | LinkedIn / LinkedIn |
| 12/31/17 | Crank Logic | Justin Laing | Did not rejoin Lightspeed | LinkedIn |
| 12/14/2018 | ReUp | Asim Shahjahan / Kelsey Regan | Departed August / September 2020 | LinkedIn / LinkedIn |
| 5/9/2019 | Chronogolf | Guillaume & Fred Jacquet / JD St. Martin | All remain with Lightspeed | LinkedIn / LinkedIn / LinkedIn |
| 7/2/2019 | iKentoo | Serge Sozonoff | Remains with Lightspeed | LinkedIn |
| 11/1/2019 | Kounta | Nick Cloete | Remains with Lightspeed | LinkedIn |
| 1/7/2020 | Gastrofix | Dirk Owerfeldt / Reinhard Martens / Stefan Brehm | Dirk and Stefan remain with Lightspeed Reinhard status unknown | LinkedIn / LinkedIn |
| 11/25/2020 | ShopKeep | Jason Richelson / David Olk (Co-Founders) Michael DeSimone (CEO) | Jason and David left roles prior to sale Michael remains at Lightspeed | LinkedIn / LinkedIn / LinkedIn |
| 12/1/2020 | Upserve | Angus Davis | Left in December 2020 | LinkedIn |
| 4/16/2021 | Vend | Vaughan Fergusson | Left in July 2021 | LinkedIn |
| 7/2/2021 | NuORDER | Olivia Skuza / Heath Wells | TBD | LinkedIn / LinkedIn |
| Oct 2021E | Ecwid | Ruslan Fazlyev | Deal pending | LinkedIn |

Case 1:21-cv-06365-BMC    Document 37-1    Filed 05/27/22    Page 64 of 126 PageID #: 557

Spruce Point spoke with a front-line former employee who had been with the company for over 5 years and was at the Company through approximately 7 of the earlier acquisitions. He offered his insights that some of the early acquisitions had challenges and are being replaced with new acquisitions. We believe this is evidence that some acquisitions should have their goodwill and intangibles impaired. However, LSPD has failed do take any impairment charges.

**Former Employee >5yrs With Lightspeed**

*"From a product and tech perspective, I was very concerned with a few of the earlier acquisitions. Lightspeed e-commerce was a **very challenging product and very difficult to onboard**. Shopify's claim to fame is to have your e-commerce shop up and running within minutes, for Lightspeed its not the same. I have been trying to understand strategically how all their acquisition fit together, especially the more recent ones. Ecwid rang one of the biggest bells for me and I would be willing to bet **Ecwid is to become their new e-commerce solution and they will probably write off the SEOshop acquisition**. SEOshop was a great option at the time but it was a European solution and not optimized for an American option… **They have made it clear they are going after Shopify in a big way and its clear SEOshop Is not going to be the solution**."*

*"**ReUp acquisition has very similar challenges to SEOshop**. The biggest challenge was ReUp was a loyalty program for the hospitality space. The most attractive thing about ReUp was being able to sell loyalty plans to retailers. **The challenges are in retail the types of loyalty programs they use are very different from what you would see in a café for example. What was more difficult than people thought was taking a platform that already existed and having to rebuild it**."*

*"**My biggest fears about their very aggressive M&A strategy is integrating these companies, not only the financials but integrating systems and how they are going to support all these different products**. It is just too much. With all the acquisitions they probably have 6 restaurant POS offerings. **It's just not scalable**."*

SPRUCE POINT
CAPITAL MANAGEMENT

Case 1:21-cv-06365-BMC  Document 37-1  Filed 06/27/22  Page 65 of 126 PageID #: 558

Spruce Point conducted an interview with a former Lightspeed employee with 5+ years experience at the Company who also expressed that acquisitions didn't go as smoothly as planned.

**Former Lightspeed Employee #2**

"***I realized there was a large gap*** *between the products we were developing, the products we were marketing and the products we were selling.*"

"*So SEOshop, when it moved to the North American market for initial testing, it became very clear that the needs of North American retailers are very different than European retailers in the ecommerce space.* ***There was a lot of work to integrate and adapt features to make sure it was ready for the North American merchants that they have. To be fully transparent, it was a rocky start****.*"

"*Regarding acquisitions, there were ones that once under the hood,* ***I would say there was a lot more work than was estimated. In terms of actual functionality and meeting the needs of the market, there were expectations that were poorly set, meaning the delivery time to bring back to market was much longer and more difficult.*** *They are very particular about what products are going to be brought to market.* ***There have been ones that were completely stalled weeks before a launch because they were just not up to par with what the experience needed to be****.*"

64



Tegus conducted an interview of a former LSPD executive who was with the Company for more than 5 years, leaving in 2019. The executive expressed issues with early acquisitions such as POSIOS, SEOShop and Gastrofix.

**Question**

*"And how important do you think e-commerce has been to Lightspeed in the past? I mean, our impression is it's a pretty small part of the overall volume. But do you think it's been an important consideration for merchants in adopting Lightspeed just as they have the option to do that, even if most of them have very limited actual online sales?"*

**Former Employee >5yrs With Lightspeed**

*"So, yes, I mean, it was important for Lightspeed to make sure that we were selling and we were competitive and also increasing the basket of the customer. Now I think where it kind of failed a little bit, **I think Lightspeed's view was that they would generate a lot of payment revenue out of their e-commerce platform and it probably wasn't the case**. Because **the adoption of their platform in North America wasn't that great** because I think **SEOshop as an e-comm platform was good for Europe, but was hard to sell in North America where the requirements were more complicated and stringent, sophisticated**."*

*"Yes, well, I think on e-commerce, they were expecting more sales in North America, which would have generated more payment revenues as well. And **I think they had the difficulty with product market reach with their e-commerce platform in North America**."*

**Question**

*"Right. On POSIOS, I guess the one that was the restaurant point-of-sale system. From what we understand that generally did really well in Europe, but also had just struggled a little bit when it came to the U.S. to succeed in the U.S. market. And so just wanted to get your thoughts on that product in the U.S."*

**Former Employee >5yrs With Lightspeed**

*"**So yes, in the U.S. that product struggled because again, product market feed the way**. For example, initially, I mean, that product was tax inclusive in Europe. In North America, everything is tax exclusive. So **it required some big product adjustments**. The way we split deals in North America is different. Anyway, the workflows in restaurants is also different. **So that product had difficulties to find the market in North America because there was already a lot of competition as well**. So that product didn't perform well in North America. It performed very well in Europe, but not in North America."*

*"No, because actually, the POSIOS platform has been deprecated. So **the POSIOS platform has been replaced by the iKentoo platform**."*

*"**Gastrofix, again, a point-of-sale for restaurants that was competing with iKentoo**. And at one point, they had to tell, look, **Gastrofix is going to be sunsetted and that's going to be iKentoo going forward. As you can imagine, it didn't go very well with the people of Gastrofix**. So yes, **I would say it's one of the biggest challenges that Lightspeed has ahead of them. It's integrating all of these platforms that they've acquired**."*

Source: Tegus (6/21/2021)

Case 1:21-cv-06365-BMC Document 37-1 Filed 06/27/22 Page 66 of 126 PageID #: 559

**SPRUCE POINT**
CAPITAL MANAGEMENT

## *Gaming The Impairment Testing?*

Based on our research, including the expert employee interviews previously presented, we believe some of LSPD's acquisitions didn't work out, were sunsetted, or failed to meet expectations. Yet, the Company has never taken a goodwill impairment charge. When we reviewed its testing policy, we believe we found unrealistic assumptions that would make it difficult to impair goodwill. For example, LSPD claims its *"perpetual growth rate"* is 35%, and that its growth rate actually increased during peak COVID-19 cases (March 2020 - March 2021). In our experience, we have never seen a company that can grow indefinitely at such a high rate of 30%+. In addition, its terminal multiple materially expanded from 4x to 14x.

### Updated Impairment Test Through March 31, 2021

**Impairment analysis**

The Company completed its annual impairment test of goodwill as of December 31, 2020 using a fair value less costs of disposal model. There were no indicators of impairment between December 31, 2020, the date on which the Company completed its annual impairment test of goodwill, and March 31, 2021. Tests performed on the Segment demonstrated no impairment of goodwill for the years ended March 31, 2021 and 2020.

The following key assumptions were used to determine recoverable amounts for the impairment test performed during the year ended March 31, 2021:

| Pre-Tax Discount Rate | Terminal Value Multiple | Perpetual Growth Rate |
|---|---|---|
| 30% | 14 | 35 % |

Assumptions

Fair value is based on a discounted cash flow model involving several key assumptions that were used in the test for goodwill impairment. Adjusted EBITDA was determined as a valuation basis, measuring a five-year projection based on actual year-end amounts and management's best estimates. A terminal value was calculated based on revenues, with a weighted average cost of capital reflecting the current market assessment being used. The cost of sale was assumed to be 2.5% of the fair value amount. The enterprise value (carrying amount) was compared with the fair value less cost of sale to test for impairment.

No reasonably possible change in the key assumptions used in determining the recoverable amount would result in any impairment of goodwill.

### Impairment Test Through March 31, 2020

**Impairment analysis**

The following key assumptions were used to determine recoverable amounts for the impairment tests performed as at March 31, 2020:

| Pre-tax discount rate | Terminal Value Multiple | Perpetual Growth Rate |
|---|---|---|
| 28% | 4 | 30% |

Fair value is based on a discounted cash flow model involving several key assumptions that were used in the test for goodwill impairment. Adjusted EBITDA was determined as a valuation basis, measuring a five-year projection based on actual year-end amounts and management's best estimates. A terminal value was calculated based on revenues, with a weighted average cost of capital reflecting the current market assessment being used. The cost of sale was assumed to be 2.5% of the fair value amount. The enterprise value (carrying amount) was compared with the fair value less cost of sale to test for impairment. Tests performed on the Segment demonstrated no impairment of goodwill for the years ended March 31, 2020 and 2019.

The factors used in the impairment analysis are inherently subject to uncertainty. Management believes that it has made reasonable estimates and assumptions to determine the fair value of the Segment. If actual results are not consistent with these estimates and assumptions, goodwill may be overstated, which could trigger an impairment charge to the consolidated financial statements.

*"No reasonably possible change in key assumptions would result in goodwill impairment"*
**Really?** What if LSPD's true organic growth rate were mid single digits?

Source: FY 2021 Annual Report, p. 33 and FY 2020 Annual Report, p. 73

Case 1:21-CV-06365-BMC   Document 37-1   Filed 06/27/22   Page 68 of 126 PageID #: 561

We find subtle evidence of challenges faced, but not adequately disclosed, at Lightspeed. The Company reported negative stock compensation, and footnoted that it was related to cancelled options for departed employees in the R&D department. In light of our expert former employee interviews discussing platform integration challenges, we believe this footnoted disclosure to corroborate our findings.

**Negative Stock Compensation Disclosed After The March 2019 IPO**

| (In thousands of US dollars) | Three months ended September 30, | | Six months ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2019 $ | 2018 $ | 2019 $ | 2018 $ |
| Direct cost of revenues | 48 | 28 | 288 | 51 |
| General and administrative | 414 | 143 | 1,376 | 161 |
| Research and development [1] | 346 | (464) | 923 | (257) |
| Sales and marketing | 33 | 218 | 1,133 | 458 |
| Total stock-based compensation | 841 | (75) | 3,720 | 413 |

[1] The balance in R&D for the three and six month ended September 30, 2018 arises from cancelled options of departed employees in that department.

Source: Q2 2019 financials (no longer on website); see press release

# SPRUCE POINT
CAPITAL MANAGEMENT

## Negative Cash For Acquisitions?

**Something appears to be very wrong**. LSPD made an unusual financial statement showing negative cash spent for acquisitions in the three months ended Sept 30, 2020. Acquisitions in the 6 months period is less than the amount of cash in the 3 month period, implying negative cash for acquisitions in the 3 month period ended Sept 30, 2020.

### 3 Months Ended June 2020

**Lightspeed POS Inc.**
Condensed Interim Consolidated Statements of Cash Flows
(Unaudited)
For the three months ended June 30, 2020 and 2019
(expressed in thousands of US dollars)

|  | Three months ended June 30, | |
|---|---|---|
|  | 2020 | 2019 |
|  | $ | $ |
| **Cash flows from (used in) operating activities** | | |
| Net loss | (20,116) | (9,097) |
| Items not affecting cash and cash equivalents | | |
| Acquisition-related compensation | 5,129 | 707 |
| Amortization of intangible assets | 4,405 | 1,012 |
| Depreciation of property and equipment and lease right-of-use assets | 1,239 | 804 |
| Deferred income taxes | (1,574) | (152) |
| Stock-based compensation expense | 5,529 | 912 |
| Unrealized foreign exchange loss (gain) | 172 | 5 |
| (Increase)/decrease in operating assets and increase/(decrease) in operating liabilities | | |
| Trade and other receivables | 251 | 2,418 |
| Inventories | 309 | (79) |
| Other assets | 592 | (633) |
| Accounts payable and accrued liabilities | 1,031 | (1,178) |
| Income taxes payable | 4 | (4) |
| Deferred revenue | (5,098) | (479) |
| Other long-term liabilities | 415 | 478 |
| Net interest (income) expense | 301 | (1,019) |
| **Total operating activities** | (7,411) | (6,305) |
| **Cash flows from (used in) investing activities** | | |
| Additions to property and equipment | (160) | (393) |
| Acquisition of business, net of cash acquired | (1,779) | (10,330) |
| Interest income | 468 | 1,259 |
| **Total investing activities** | (1,471) | (9,464) |

### 6 Months Ended September 2020

**Lightspeed POS Inc.**
Condensed Interim Consolidated Statements of Cash Flows
(Unaudited)
For the six months ended September 30, 2020 and 2019
(expressed in thousands of US dollars)

|  | Six months ended September 30, | |
|---|---|---|
|  | 2020 | 2019 |
|  | $ | $ |
| **Cash flows from (used in) operating activities** | | |
| Net loss | (39,582) | (19,172) |
| Items not affecting cash and cash equivalents | | |
| Acquisition-related compensation | 7,405 | 2,762 |
| Amortization of intangible assets | 8,809 | 2,812 |
| Depreciation of property and equipment and lease right-of-use assets | 2,550 | 1,836 |
| Deferred income taxes | (2,929) | (635) |
| Stock-based compensation expense | 12,123 | 2,476 |
| Unrealized foreign exchange gain | (109) | (55) |
| (Increase)/decrease in operating assets and increase/(decrease) in operating liabilities | | |
| Trade and other receivables | 465 | 2,097 |
| Inventories | (166) | (76) |
| Other assets | (19) | (1,217) |
| Accounts payable and accrued liabilities | 527 | 658 |
| Income taxes payable | (1) | (67) |
| Deferred revenue | (5,166) | 1,159 |
| Other long-term liabilities | 870 | 198 |
| Net interest (income) expense | 433 | (1,709) |
| **Total operating activities** | (14,790) | (8,933) |
| **Cash flows from (used in) investing activities** | | |
| Additions to property and equipment | (646) | (966) |
| Acquisition of business, net of cash acquired | (1,435) | (27,758) |
| Interest income | 896 | 2,298 |
| **Total investing activities** | (1,185) | (26,426) |

Source: LSPD financials

# Did Lightspeed Pay Anything For Crank Log



Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent

SPRUCE POINT
CAPITAL MANAGEMENT

# Did Lightspeed Pay Anything For Crank Logic?

LSPD promoted the acquisition of Crank Logic, a business analytics developer, and the end of December 2017. However, there is very little evidence it actually paid anything and actually acquired the Company.

**LSPD Says It Acquired Crank Logic on 12/31/17**

**LSPD's Financials Show No Cash Paid For Acquisitions And No Shares Issued To Acquire Crank Logic**

**The Only Evidence of an Acquisition Is "Acquisition-Related Compensation Expenses"**

Past Acquisitions:

Since our founding we have successfully acquired and integrated five complementary businesses. Notably, over the course of our three most recently completed fiscal years, we have acquired the following businesses:

- SEOShop Group B.V., an e-Commerce solution developer (acquired on August 21, 2015);
- Crank Logic, Inc., a developer of business analytics and retail software solutions (acquired on December 31, 2017); and
- ReUp Technologies Inc., a developer of customer loyalty solutions (acquired on July 18, 2018).

Lightspeed POS Inc.

CONSOLIDATED STATEMENTS OF CHANGES IN SHAREHOLDERS' EQUITY
For the years ended March 31, 2018, 2017 and 2016
(expressed in thousands of US dollars, except number of shares)

No cash paid. $942k of "acquisition-related compensation" – see next slide

Lightspeed POS Inc.

CONSOLIDATED STATEMENTS OF CASH FLOWS
For the years ended March 31, 2018, 2017 and 2016
(expressed in thousands of US dollars)

Source: LSPD IPO Prospectus at SEDAR.com



There were no transaction costs associated with acquiring Crank Logic, and none of the acquisition-related compensation expenses was attributed to the acquisition either.

**LSPD's Financials Show No "Transaction-Related Expenses" For Crank Logic**

**The Only Evidence of an Acquisition Is "Acquisition-Related Compensation Expenses"**

**No Mention of Crank Logic In Relation To "Acquisition-Related Compensation Expenses"**

### Reconciliation of Non-IFRS Measures

Adjusted EBITDA, Adjusted Operating Expenses Before Depreciation and Amortization, and Free Cash Flow are not recognized measures under IFRS and do not have a standardized meaning prescribed by IFRS. See "Non-IFRS Measures and Industry Metrics".

| | LTM | Nine Months Ended December 31, | | Fiscal Year Ended March 31, | | |
|---|---|---|---|---|---|---|
| | 2018 | 2018 | 2017 | 2018 | 2017 | 2016 |
| | | | (In thousands of U.S. dollars) | | | |
| **Reconciliation of Net Loss to Adjusted EBITDA** | | | | | | |
| Net loss | ($99,137) | ($87,449) | ($84,491) | ($96,179) | ($58,404) | ($51,119) |
| Fair value loss on Redeemable Preferred Shares[1] | 63,728 | 59,084 | 55,341 | 59,985 | 20,281 | 16,483 |
| Stock-based compensation expense[1] | 1,389 | 976 | 747 | 1,160 | 1,028 | 471 |
| Depreciation and amortization | 4,778 | 3,473 | 3,814 | 5,119 | 5,807 | 4,396 |
| Interest expense (income) | (93) | (100) | 19 | 26 | (75) | 64 |
| Acquisition-related compensation expenses[1] | 266 | 266 | 942 | 942 | 2,963 | 4,584 |
| Transaction-related expenses[1] | 305 | 305 | — | — | — | — |
| Income tax expense | 15,048 | 14,044 | 13,242 | 14,246 | 4,194 | 2,631 |
| **Adjusted EBITDA** | ($13,716) | ($9,401) | ($10,386) | ($14,701) | ($24,204) | ($22,490) |

(1) For a description of the adjustments referred to in the tables above, see "Management's Discussion and Analysis of Financial Condition and Results of Operations– Non-IFRS Measures and Reconciliation of Non-IFRS Measures – Adjusted EBITDA".

30

**No transaction costs associated with the deal?**

Acquisition-related compensation expenses for the nine months ended December 31, 2018 decreased by $0.7 million or 71.8% as compared to the nine months ended December 31, 2017. The decrease was due to our acquisition of SEOshop Group B.V. ("SEOshop"), a provider of a cloud-based e-commerce solution that allows online merchants to create and manage a digital storefront, in August 2015. We issued contingent equity instruments for our acquisition of SEOshop and these contingent equity instruments were not included in the total purchase consideration, but rather were treated as an acquisition-related compensation expense for post-combination services received over a two-year period since the date of acquisition. This two-year period ended in August 2017.

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 72 of 126 PageID #: 565

**If LSPD really did acquire Crank Logic as it claims, why were regulatory documents filed in California over 20 months later listing its founder Justin Laing as CEO?** The form says there has been "no change" to any information. Laing's profile shows he ceased his role at Crank Logic at the time of acquisition. In an interview given to a local blog, he says they sold it to their POS partner (LSPD), and "and moved the entire team over to Looker at the same time" and was helping with the transition.[1] It's worth noting that Laing was part of the MerchantOS team, worked at LSPD, then sold Crank Logic to LSPD.

**20 months after LSPD "acquisition"**

**No Change**

**Laing CEO**

**Why Is Laing CEO 20 Months After Selling to LSPD**

Source: California Secretary of State

Justin Laing
Tractor Driver at Kneecap Ranch

Experience

**Tractor Driver**
Kneecap Ranch
Jan 2021 – Present · 8 mos
Bonny Doon, California

**Staff Software Engineer**
Google · Full-time
Dec 2019 – Jan 2021 · 1 yr 2 mos

**Director Of Engineering**
Looker
Dec 2017 – Jan 2021 · 3 yrs 2 mos
Santa Cruz, California

Creating data applications on top of the Looker platform.

**CEO and Co-Founder**
Crank Logic
Oct 2015 – Jan 2018 · 2 yrs 4 mos
Santa Cruz, California

Enabling main street retailers to be successful in the new age of big data and business intelligence. We give independent retailers the same tools as large corporations to analyze their data and draw out insights that help them improve their business and make more profits. Successfully sold the company.

Source: LinkedIn Profile

1) "Q&A Justin Laing On Selling Crank Logic", SantaCruzTechBeat.com, March 13, 2018

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 73 of 126 PageID #: 566

Crank Logic's founder Laing states on his LinkedIn biography he was Director of Retail Development. Yet, using the Wayback Machine, we see that his official title was Director of Cloud Technology.

| Biography As of Today Fails To Mention "Cloud" | Biography As Director of Cloud Technology |
|---|---|





Source: ~~Wayback Machine~~ LSPD website, Feb 2014

Source: LinkedIn Profile

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 74 of 126 PageID #: 567



# Weak Early Deals Chronogolf, iKentoo and Kounta

*Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent*

**SPRUCE POINT**
CAPITAL MANAGEMENT

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 76 of 126 PageID #: 569

LSPD announced the acquisition of Chronogolf on May 30, 2019 shortly after going public.[1] Per the press release, "*An existing Lightspeed partner, Chronogolf uses the Lightspeed platform for both the retail and restaurant facets of its business software, combined with its booking and management solutions.*" What the press release doesn't say is that both Lightspeed and Chronogolf shared the same VC firm, iNovia Capital, as financial partners.[2]  Was this deal in the best interest of public shareholders, or iNovia Capital?

**Golf Courses In General Decline In the US and Canada**

"*There are 9,562 Golf Courses & Country Clubs businesses in the US as of 2021, a decline of -1% from 2020.*"   Source: IBIS

"*There are an estimated 2,400 golf courses across the country, while Statistics Canada pegs the number of golfers in Canada at about 1.5 million.*" Source: "*Why Canadian Golf Is Dying*", Macleans.ca 2014

"*Today, IBIS estimates 2,287 golf courses in Canada.*"

**Golf Course (Customer) Growth**

| Chronogolf | June 2012 | Dec 2014 | July 2017 | July 2018 | Oct 2018 | June 2019 |
|---|---|---|---|---|---|---|
| Golf Courses | 3 pilot | 100 | 400 | 500 | 500 | 590 |
| Source | Wayback Machine – About Us | | | Press Release | Interview | Press Release |

1) *Lightspeed POS Inc. Announces the Acquisition of Chronogolf,* Press Release
2) iNovia website shows both Chronogolf and Lightspeed

75

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 77 of 126 PageID #: 570

Using the Wayback Machine, we see that Chronogolf has gone through three iterations of its pricing plan.[1] Initially, customers could get any of its plans for free. In exchange for using its tools, it would ask for a set of golf games which it would promote and sell online on its marketplace. Its most popular promoted "Eagle" plan was $299.99 per month. At the time of acquisition by LSPD, we see that its comparable plan was offered at $250 per month in 2019.

### Chronogolf Pricing – 2016 –  $299/mo "Most Popular"



Source: Wayback Machine

### Chronogolf Pricing – 2019 –  Starting At $250/mo



Source: Wayback Machine

1)  Wayback Machine, 2nd iteration of Bronze Silver Gold Platinum

**SPRUCE POINT**
CAPITAL MANAGEMENT

## iKentoo: Acquired At More Than 7x Sales With Limited Growth, Suboptimal ARPU

On July 2, 2019 LSPD acquired iKentoo for approximately $29m ($17m in cash / $12m in stock). Founded in 2011, Switzerland-based iKentoo was a POS solutions provider to small and medium-sized businesses operating within the hospitality industry. iKentoo serves more than 3,800 customer locations in over 14 countries. Based on limited disclosures by LSPD, we estimate it generated ~$1m per quarter, or $4m of sales per year. However, based on a Swiss article from 2017, we see it was generating CHF 3m ($ 3m) per year and had 2,500 customers. Therefore, we believe iKentoo had very little growth from 2017-2019, and we estimate its ARPU was $100 per month, or 50% below LSPD's ARPU of $200.

**Q2 MD&A Sept 2019**

**iKentoo Contribution Disclosure In First Quarter of Acquisition**

"Software and payments revenue for the three months ended September 30, 2019 increased by $8.7 million or 52% as compared to the three months ended September 30, 2018. The increase was primarily due to growth in our subscription customer base including customers *from the acquisition of iKentoo S.A. ("iKentoo"), which accounted for $0.9 million of software and payments revenue in the quarter*, and increased payments revenue from continued adoption of Lightspeed Payments and payment referral fees earned through our partners.

Hardware and other revenue for the three months ended September 30, 2019 increased by $0.8 million or 42% as compared to the three months ended September 30, 2018 due to the increase in sales of our hardware to new customers during the period and the acquisition of iKentoo in the quarter."

**iKentoo CEO Interview In 2017**

"We are present in 14 countries. France, South Africa and French-speaking Switzerland currently represent 90% of our activity. **But, among our some 2,500 customers**, some are present in Italy, the United Kingdom and the United States, in particular."

"it must serve to accelerate our development, to be more commercially aggressive. We will first open several branches across Sarine, in Germany and Spain. Our workforce is therefore expected to drop from 16 to around 26 employees. Ikentoo, which has been profitable organically since 2016, generates 46 million transactions per year. **This corresponds to roughly CHF 3 million in sales.**"

Source: Serge Sazonoff: "iKentoo is the cash register of the 21st century", LeTemps.ch, Company PR, July 17, 2019

Source: "Lightspeed POS Inc. Announces the Acquisition of iKentoo"



iKentoo was acquired July 2, 2019 for $35m. LSPD disclosed it contributed $0.9m to the quarter from July 1 – Sept 30, 2019. Then in the following year, LSPD gave some disclosures that allowed us to deduce that revenues were just $1m three quarters later. We believe this demonstrates that iKentoo did not experience much growth under Lightspeed.

*Software and Payments Revenue*

Software and payments revenue for the three months ended September 30, 2019 increased by $8.7 million or 52% as compared to the three months ended September 30, 2018. The increase was primarily due to growth in our subscription customer base including customers from the acquisition of iKentoo S.A. ("iKentoo"), which accounted for $0.9 million of software and payments revenue in the quarter, and increased payments revenue from continued adoption of Lightspeed Payments and payment referral fees earned through our partners. The number of new Customer Locations using our platform increased and the GTV processed through our platforms grew from $3.7 billion for the three months ended September 30, 2018 to $5.4 billion for the three months ended September 30, 2019, evidencing increased use of our platform. Customers adopting additional modules of our platform also contributed to the increase in subscription license revenue in the period.

Source: Q2 2019 MD&A

Software and payments revenue for the six months ended September 30, 2020 increased by $27.7 million or 59% as compared to the six months ended September 30, 2019. The increase was primarily due to growth in our subscription customer base including customers from the acquisition of Kounta and Gastrofix, which combined accounted for $8.9 million of software and payments revenue for the six months ended September 30, 2020. Also contributing to the increase were higher payments revenue from continued adoption of Lightspeed Payments and payment referral fees earned through our partners. GTV processed through our platforms grew from $10.0 billion for the six months ended September 30, 2019 to $13.8 billion for the six months ended September 30, 2020. Customers adopting additional modules of our platforms also contributed to the increase in subscription license revenue. Partially offsetting these areas of growth was higher churn due to increased business failure in our customer base and software and payments pricing concessions made by the Company to help customers navigate the challenges brought on by the COVID-19 Pandemic.

Software and payments revenue for the three months ended September 30, 2020 increased by $15.7 million or 62% as compared to the three months ended September 30, 2019. The increase was primarily due to growth in our subscription customer base including customers from the acquisition of Kounta and Gastrofix which combined accounted for $5.0 million of software and payments revenue in the quarter. Also contributing to the increase were higher payments revenue from continued adoption of Lightspeed Payments and payment referral fees earned through our partners. GTV processed through our platforms grew from $5.4 billion for the three months ended September 30, 2019 to $8.5 billion for the three months ended September 30, 2020, evidencing increased use of our platforms. Customers adopting additional modules of our platforms also contributed to the increase in subscription license revenue in the period.

Source: Q2 2020 MD&A

*Software and Payments Revenue*

Software and payments revenue for the three months ended June 30, 2020 increased by $12.1 million or 57% as compared to the three months ended June 30, 2019. The increase was primarily due to growth in our subscription customer base including customers from the acquisition of iKentoo, Kounta and Gastrofix, which combined accounted for $4.8 million of software and payments revenue for the three months ended June 30, 2020. Also contributing to the increase were higher payments revenue from continued adoption of Lightspeed Payments and payment referral fees earned through our partners. GTV processed through our platforms grew from $4.6 billion for the three months ended June 30, 2019 to $5.4 billion for the three months ended June 30, 2020. Customers adopting additional modules of our platforms also contributed to the increase in subscription license revenue. Partially offsetting these areas of growth was higher churn due to increased business failure in our customer base and software and payments pricing concessions made by the Company to help customers navigate the challenges brought on by the COVID-19 Pandemic.

Source: Q1 2020 MD&A

## Deducing iKentoo Revenue

| Period | Disclosure | Revenue $m |
|---|---|---|
| **Q2 2019** | **iKentoo** | **$0.9** |
| Q1 2020 (A) | iKentoo, Kounta, Gastrofix | $4.8 |
| Q2 2020 6m Period (B) | Kounta and Gastrofix | $8.9 |
| Q2 2020 3m Period (C) | Kounta and Gastrofix | $5.0 |
| Q1 2020 D=(B-C) | Kounta and Gastrofix | $3.9 |
| **Q1 2020 E=(A-D)** | **iKentoo** | **$1.0** |



Kounta was acquired for $42m and the deal closed on 11/1/2019. At the very bottom of its filings, LSPD provided disclosures that allow us to piece together a view of how Kounta performed. We estimate that its quarterly sales declined by 17% and losses doubled from Q3 to Q4 2020.

## Limitation on scope of design

The scope of design of internal control over financial reporting and disclosure controls and procedures excluded the controls, policies, and procedures of Kounta which was acquired on November 1, 2019. Kounta's contribution to our Condensed Interim Consolidated Statements of Loss and Comprehensive Loss for the three months ended December 31, 2019 was under 5% of total revenues and under 2% of total net loss and comprehensive loss. Additionally, as at December 31, 2019, Kounta's current assets and current liabilities were under 1% and 2% of consolidated current assets and current liabilities, and its non-current assets and non-current liabilities were under 1% and 8% of consolidated non-current assets and non-current liabilities, respectively. The amounts recognized for the assets acquired and liabilities assumed at the date of acquisition are described in Note 4 of the unaudited condensed interim consolidated financial statements for the three and nine months ended December 31, 2019.

Source: Q3'2020 MD&A

Q3'20 quarterly sales
= $32.3m
5% = $1.6m
But the deal closed on Nov 1st capturing only 66% of the quarter.
Therefore, we estimate
$1.6 / 66% =
$2.4m estimated
Q3 Kounta quarterly sales

## Limitation on Scope of Design

The scope of design of internal controls over financial reporting and disclosure controls and procedures excluded the controls, policies, and procedures of Kounta which was acquired on November 1, 2019, and Gastrofix which was acquired on January 7, 2020.

Kounta's contribution to our Consolidated Statements of Loss and Comprehensive Loss for Fiscal 2020 was approximately 3% of total revenues and approximately 2% of total net loss. Additionally, as at March 31, 2020, Kounta's current assets and current liabilities were approximately 0% and 2% of consolidated current assets and current liabilities, and its non-current assets and non-current liabilities were approximately 0% and 3% of consolidated non-current assets and non-current liabilities, respectively.

Gastrofix's contribution to our Consolidated Statements of Loss and Comprehensive Loss for Fiscal 2020 was approximately 3% of total revenues and approximately 1% of total net loss. Additionally, as at March 31, 2020, Gastrofix's current assets and current liabilities were approximately 2% and 7% of consolidated current assets and current liabilities, and its non-current assets and non-current liabilities were approximately 0% and 10% of consolidated non-current assets and non-current liabilities, respectively.

Source: Q4'2020 MD&A

FY 20 Sales = $120.6m
3% = $3.6m

But Q3 was estimated at $2.4m

So we estimate Q4 sales of $3.6m - $1.6m = $2.0m

Therefore, we estimate Kounta's sales actually decline in the quarter after it was acquired.

Following a similar math, losses doubled

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 80 of 126 PageID #: 573

**SPRUCE POINT**
CAPITAL MANAGEMENT

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 81 of 126 PageID #: 574

In periods where acquisitions added businesses with lower ARPUs, LSPD reported stable ARPU. At Q1 June 2020, LSPD reported 51,000 locations. iKentoo added 3,800 customer locations, and Kounta 7,000 or 10,800 total, or nearly 20% of locations growth came from acquisitions. Using the Wayback Machine, we see evidence that iKentoo and Kounta's mid range pricing was generally ~$125 per month, or 37% lower than LSPD's $200 ARPU. We also know from an early interview of iKentoo's CEO in 2017 that its ARPU was ~$100, or 50% lower than LSPD's. Yet, LSPD reported stable $200 ARPU in its MD&A in Q2 and Q3 – a feat that could only be accomplished by a material organic increase in its ARPU from its prior customer base.

## iKentoo Pricing

**Pricing**

| START | PREMIUM | ENTERPRISE |
|---|---|---|
| Only 1 POS terminal | Up to 3 connected POS terminals | Up to 7 connected POS terminals |
| **$ 79 per month** billed annually | **$ 129 per month** billed annually | **$ 209 per month** billed annually |
| or $ 119/month - billed monthly | or $ 189/month - billed monthly | or $ 299/month - billed monthly |
| $ 249 activation fee | $ 249 activation fee | $ 249 activation fee $ 12/month per additional device |

Source: Wayback Machine

## Kounta Pricing

| Sell | Manage | Extend |
|---|---|---|
| best for espresso bars, pop-ups & food trucks | best for cafes, quick service restaurants & bars | best for full service restaurants, pubs, breweries & wineries |
| **$60** per site, per month | **$120** per site, per month | **$180** per site, per month |
| 1+ register per site. $40 per additional register. | 1+ register per site. $40 per additional register. | 1+ register per site. $40 per additional register. |
| Get started for free | Get started for free | Get started for free |
| Compare plans | Compare plans | Compare plans |

All paid plans include 24/7 phone, email and chat support.

Source: W████ █████



# Gastrofix: Expecting A Deal To Fail From the Onset?

Proprietary and Confidential –May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent

With great promise, LSPD announced the acquisition of Gastrofix on Jan 7, 2020.[1] A player in Germany's cloud-based hospitality POS market, LSPD paid approximately $100m including $54m in cash, and $44m in stock. **Yet, LSPD marked the value of this contingent consideration valued at zero at inception, ascribing it at no value**. **Does this suggest LSPD expected the future performance targets to fall short from the very onset of the transaction closing**?

*Contingent consideration*

On January 7, 2020, the Company acquired Gastrofix, a cloud-based POS hospitality software provider in Germany. The amount included in the purchase price related to the estimated fair value of contingent consideration was nil. The contingent consideration was valued by the Company using a discounted cash flow model under the income approach. The maximum potential contingent consideration payout is $10,030 over the next two years. The fair value of the contingent consideration, if above nil, is presented as a component of accounts payable and accrued liabilities as well as other long-term liabilities on the consolidated balance sheets. The change in the fair value of the contingent consideration, if any, is recognized within general and administrative expenses in the consolidated statements of loss and comprehensive loss. As at March 31, 2020, there was no change in the estimated contingent consideration from the time of the acquisition.

Source: Q1 2021 Financial Statements, p. 14

**Deal Press Release Ascribes Higher Value**

An additional amount of up to US$10.6 million in deferred cash consideration along with the issuance of up to 250,598 subordinate voting shares in the capital of Lightspeed at a value of US$28.16 per share, are payable or issuable to the selling shareholders of the company if revenues overperform the planned revenue from the German market in each of the next 2 years.

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 83 of 126 PageID #: 576

*Figuring Out How Poorly Gastrofix Performed*



Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 84 of 126 PageID #: 577

We estimate sales declined 24% and losses almost doubled in the quarter after LSPD acquired Gastrofix.

**Limitation on Scope of Design**

The scope of design of internal controls over financial reporting and disclosure controls and procedures excluded the controls, policies, and procedures of Kounta which was acquired on November 1, 2019, and Gastrofix which was acquired on January 7, 2020.

Kounta's contribution to our Consolidated Statements of Loss and Comprehensive Loss for Fiscal 2020 was approximately 3% of total revenues and approximately 2% of total net loss. Additionally, as at March 31, 2020, Kounta's current assets and current liabilities were approximately 0% and 2% of consolidated current assets and current liabilities, and its non-current assets and non-current liabilities were approximately 0% and 3% of consolidated non-current assets and non-current liabilities, respectively.

Gastrofix's contribution to our Consolidated Statements of Loss and Comprehensive Loss for Fiscal 2020 was approximately 3% of total revenues and approximately 1% of total net loss. Additionally, as at March 31, 2020, Gastrofix's current assets and current liabilities were approximately 2% and 7% of consolidated current assets and current liabilities, and its non-current assets and non-current liabilities were approximately 0% and 10% of consolidated non-current assets and non-current liabilities, respectively.

FY 20 Sales = $120.6m
3% = $3.6m

Based on the closing date, we gross up 93% of the quarter

Therefore, we estimate Q4'20 quarterly sales at $3.9m

Similarly, net loss for the year was ($53.5)m so 1.0% = ($0.5)m
Gross-up = ($0.6)m

**Limitation on Scope of Design**

The scope of design of internal controls over financial reporting and disclosure controls and procedures excluded the controls, policies, and procedures of Gastrofix, which was acquired on January 7, 2020.

Gastrofix's contribution to our Condensed Interim Consolidated Statements of Loss and Comprehensive Loss for the three months ended June 30, 2020 was approximately 8.1% of total revenues and approximately 5.5% of total net loss. Additionally, as at June 30, 2020, Gastrofix's current assets and current liabilities were approximately 1.5% and 0.4% of consolidated current assets and current liabilities, and its non-current assets and non-current liabilities were approximately 4.2% and 0.7% of consolidated non-current assets and non-current liabilities, respectively.

The amounts recognized for the assets acquired and liabilities assumed at the date of acquisition are described in Note 5 of the audited consolidated financial statements for the fiscal year ended March 31, 2020.

Q1'21 quarterly sales = $36.2m
8.1% = $2.9m

Q1'21 loss of ($20.1)m
5.5% = ($1.1)m

Source: Lightspeed MD&As



*ShopKeep (Nearly Defaulted) a▮ Upserve (A Greedy Business): Shady Expense Management And Revenues Not Adding Up*

*Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent*

# ShopKeep: $440m For A Nearly Defaulted Entity?



ShopKeep was founded in 2008, and per its financial statements (filed in Canada by LSPD, but curiously not in the US), it had a going concern warning prior to LSPD's richly priced $440m acquisition in 2019. The notes project that ShopKeep *"will eventually reach a scale where the revenue from existing customers will offset the acquisition costs of new customers"*. An article from 2015 touted that ShopKeep was projected to have $30-$40m of sales in 2015, which were to double again in 2016.[1] At the time of LSPD's acquisition, sales were just $50m. In over 5 years GTV grew by only $1bn.

## ShopKeep Close To Default And Hadn't Scaled In Over 10 Years Since Its Founding

Emphasis of a matter

The accompanying consolidated financial statements have been prepared assuming the Company will continue as a going concern. As described in Note 2 to the consolidated financial statements, the Company may be unable to remain in compliance with the financial covenants required by its revolving line of credit facility that is scheduled to expire in January 2021, and for which the Company's secured term loan is subject to a cross default provision. Absent a waiver or amendment from the senior lender and a renewal or refinancing of the facility, the Company will be unable to meet its obligations as they become due over the next twelve months. The Company has stated that these uncertainties raise substantial doubt about the Company's ability to continue as a going concern. Management's plans which includes their discussion to obtain a waiver or amendment from the senior lender, are also described in Note 2. The consolidated financial statements do not include any adjustments that might result from the outcome of these uncertainties. Our opinion is not modified for these matters.

/s/ Deloitte & Touche LLP

June 29, 2020

Source: ShopKeep Financials from BAH report filed at [SEDAR.com](SEDAR.com)

Shopkeep capital program, and to further develop its technology products. The Company has funded its operations and investments to-date by raising over $76 million through four rounds of equity financing, beginning in 2011 and continuing through its Series D round in 2015, $25 million in convertible note financings in 2017 and 2018, and $25.8 million in debt financings through secured term loan and line of credit facilities from 2013 through 2018. While management and the Company's Board of Directors anticipate the Company will eventually reach a scale where the revenue from existing customers will offset the acquisition costs for new customers to reach profitability, they believe the size and stage of the Company's target market justify continuing to invest in growth even at the expense of short-term profitability. Accordingly, the Company anticipates continuing to incur operating losses and use cash to fund operations and investments for the foreseeable future.

| KPIs Point To Limited GTV Growth In Nearly 5yrs | | July 2015 | Nov 2015 | Feb 2017 | Dec 2018 | Nov 2020 |
|---|---|---|---|---|---|---|
| | Customers | 18,000 | 20,000 | 23,000 | 25,000 | -- |
| | Locations | -- | -- | -- | -- | 20,000 |
| | Transaction Processing Value | $6bn | -- | -- | -- | $7bn |
| | Sales $m | -- | $30-$40 projected | -- | -- | $50+ |
| | Source | Source | Source | Source | Source | Source |

ShopKeep: The Anti-Square? Revenue Gun C-Side With Eyes on an IPO [vox.com](vox.com), Nov 4, 2015

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 86 of 126 PageID #: 579

**SPRUCE POINT**
CAPITAL MANAGEMENT



Upserve was founded in 2009 originally as Swipely. It acquired Groupon's Breadcrumb platform in 2016. Upserve reportedly raised over $100m from Vista Equity in 2017.[1] Piecing together public information on the Company, we see that its GTV peaked somewhere between $11 - $12bn in the 2017 - 2018 period. Despite an uplift of online sales during the pandemic, it appears that Upserve was a net loser with GTV falling to just $6bn by the time of LSPD's acquisition. A Boston Globe expose shined a light on "greedy" practices by management to charge consumers added fees, while burying disclosures to restaurant owners. Upserve's CEO during the scandal, Sheryl Hoskins, is now GM of Global Hospitality at LSPD.[2]

**Upserve Was Exposed By The Boston Globe For Not Being Fully Transparent About Charging Service Fees During The Pandemic**

*"Many of Upserve's current users say that its development hasn't kept pace with other point-of-sale systems on the market. And now hundreds of frustrated restaurant owners across the country have been pushing back on the new service fees, saying Upserve is undermining them when they're at their weakest"*

*"It's a "bad business practice and based on pure greed," one owner said."*

*"Now, he says he's planning to switch point-of-sale systems entirely…I was a loyal fan of Upserve," he said. "Now we all feel betrayed."*

*"It's been very disappointing, I feel like they're taking advantage of the situation, and they're taking money from our customers," said Mayra Ramirez, the owner of Mexico City Taqueria*

Source: *"Restaurant Owners Frustrated Over New Fees From Providence Payment Company"*, Boston Globe, June 3, 2020

**Historical GTV Data Shows That Upserve Was In Decline**

|  | Nov 2014 | May 2016 | July 2017 | Sept 2018 | April 2020 | Dec 2020 |
|---|---|---|---|---|---|---|
| Customers | -- | 6,000 | "thousands" | >10,000 | Almost 10,000 | -- |
| Locations | -- | -- | -- | -- | -- | 7,000 |
| Transaction Value: GTV | $4bn | $7bn | $11bn | Over $12bn | $9.9bn | $6bn |
| Sales $m | -- | -- | -- | -- | -- | $40m |
| Source | Source | Source | Source | Source | Source | Source |

1) *"Competitor of R.I. restaurant tech firm Upserve raises $101M in financing"* Providence Journal, July 26, 2017
2) LinkedIn profile

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 87 of 126 PageID #: 580

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 88 of 126 PageID #: 581

LinkedIn data shows Upserve's total employee count falling steadily from the onset of the pandemic.

**The Pandemic Took Its Toll on Upserve**

**Total Employees Started To Decline In Feb 2020 And Haven't Recovered**



Source: LinkedIn Premium Insights

**SPRUCE POINT**
CAPITAL MANAGEMENT

*What Is This Gibberish?*

As we previously illustrated, LSPD initially said operating cash flow was the best way to evaluate its business, and then subsequently stopped providing financial guidance on this metric. As acquisition intensity started to increase, LSPD started to heavily "adjust" its operating cash flow for acquisition items. One disclosure caught our attention related to *"transaction-related costs outside the regular course of business"*. The explanation makes very little sense, and it is a large $31m add-back. Furthermore, it's unclear if these costs are stated on a pre- or post-tax basis. We believe they should be on a post-tax basis.

*"These expenses relate to the settlement of transaction-related costs of the targets **that were outside the regular course of business** for our recent acquisitions of ShopKeep and Upserve that were assumed as liabilities on the respective acquisition dates. Lightspeed retained amounts in respect of these liabilities on the closing of each transaction that would otherwise have been paid to the sellers in the transactions. These amounts were not reflected in the net loss of Lightspeed given that they were already taken as expenses by the acquired companies prior to the closing of the respective transactions."*

Source: Q3 2021 Press Release



**Something appears very shady**. How is it possible that ShopKeep and Upserve recognized $31.4m of transaction expenses pre deal-closing, while LSPD only recognized $6.5m of expenses post-closing? Furthermore, why was LSPD then obligated to pay these expenses post-closing? Since the costs were recognized by the targets, they did not reduce LSPD's earnings.

**Did Not Hit LSPD's Income Statement But Were Paid Post Closing And Reduce Cash Flow**

*"**These expenses relate to the settlement of transaction-related costs of the targets that were outside the regular course of business for our recent acquisitions of ShopKeep and Upserve that were assumed as liabilities on the respective acquisition dates**. Lightspeed retained amounts in respect of these liabilities on the closing of each transaction that would otherwise have been paid to the sellers in the transactions. **These amounts were not reflected in the net loss of Lightspeed given that they were already taken as expenses by the acquired companies prior to the closing of the respective transactions**."*

**ShopKeep:** *A total of **$10,989** of assumed accounts payable and accrued liabilities included in the liabilities assumed presented below related to transaction costs of ShopKeep prior to closing and was settled during the fiscal year ended March 31, 2021.*

**Upserve:** *A total of **$20,489** of assumed accounts payable and accrued liabilities included in the liabilities assumed presented below related to transaction costs of Upserve prior to closing, and was settled during the fiscal year ended March 31, 2021.*

**Hit LSPD's Income Statement**

**ShopKeep:** *Transaction costs relating to due diligence fees, legal costs, accounting fees, advisory fees and other professional fees for the fiscal year ended March 31, 2021 amounting to **$4,218 were incurred in relation to the acquisition***

**Upserve:** *Transaction costs relating to due diligence fees, legal costs, accounting fees, advisory fees and other professional fees for the fiscal year ended March 31, 2021 amounting to **$2,290 were incurred in relation to the acquisition**. These amounts have been included in general and administrative expenses in the Company's consolidated statements of loss and comprehensive loss.*

Source: Lightspeed's financials

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 90 of 126 PageID #: 583



In the final notes of the MD&A, it says both ShopKeep and Upserve were each less than 5% of total quarterly revenues of $57.6m; this implies that both deals contributed no more than $5.8m, or less than the $7.4m reported.

**Limitation on Scope of Design**

The scope of design of internal controls over financial reporting and disclosure controls and procedures excluded the controls, policies, and procedures of ShopKeep, which was acquired on November 25, 2020 and Upserve, which was acquired on December 1, 2020.

ShopKeep's contribution to our Condensed Interim Consolidated Statements of Loss and Comprehensive Loss for the three months ended December 31, 2020 was less than 5% of total revenues and total net loss. Additionally, as at December 31, 2020, ShopKeep's current assets and current liabilities were approximately 10% of consolidated current assets and current liabilities, and its non-current assets and non-current liabilities were under 10% of consolidated non-current assets and non-current liabilities, respectively.

Upserve's contribution to our Condensed Interim Consolidated Statements of Loss and Comprehensive Loss for the three months ended December 31, 2020 was less than 5% of total revenues and total net loss. Additionally, as at December 31, 2020, Upserve's current assets and current liabilities were below 10% of consolidated current assets and current liabilities, and its non-current assets and non-current liabilities were below 5% of consolidated non-current assets and non-current liabilities, respectively.

Source: Q3 2020 MD&A

*"The increase was primarily due to growth in our subscription customer base including customers from the **acquisitions of ShopKeep and Upserve, which combined accounted for $7.4 million of software and payments revenue in the quarter**, and when further excluding acquisitions which were not included in the same quarter last year, software and payments revenue grew 47% in the three months ended December 31, 2020)."*

Source: Q3 2020 MD&A

| Target | Quarterly Total Sales | Max % Sales Contribution | Max Sales Contribution |
|---|---|---|---|
| ShopKeep | $57.6 | 5.0% | $2.9 |
| Upserve | $57.6 | 5.0% | $2.9 |
| | | Total: | $5.8 |

Source: Lightspeed and Spruce Point analysis

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 91 of 126 PageID #: 5B4





*Vend: Fictious or Non-Paying Customers And A History of Fail Aspirations*

*Proprietary and Confidential –May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent*

SPRUCE POINT
CAPITAL MANAGEMENT

Lightspeed announced the acquisition of Vend on March 11, 2021 and closed on April 16, 2021.[1] We have evidence that Vend's business was either losing customers or inflating customer counts. Looking carefully, we see that Vend's retailers were revised lower from 25,000+ to 20,000+ during the course of the acquisition.

### Pre-Acquisition (March 1, 2021): Vend



25,000+ retailers around the world trust Vend to power their stores.

We've been helping retailers start and grow their businesses for 10 years! Combined, our retailers have annual sales of more than $10B.

Source: ▬▬▬▬▬▬▬

### Post-Acquisition Announcement (March 31, 2021) : Vend



"Best POS hands down!"   "A breath of fresh air!"   "Their customer service is amazing!"   "Vend is a game changer"

20,000+ retailers around the world trust Vend to power their stores.

We've been helping retailers start and grow their businesses for 10 years! Combined, our retailers have annual sales of more than $10B.

Source: Wayback Machine

### Post Acquisition: Vend / Lightspeed



"Best POS hands down!"   "A breath of fresh air!"   "Their customer service is amazing!"   "Vend is a game changer"

20,000 customer locations around the world trust Vend to power their stores.

We've been helping retailers start and grow their businesses for 10 years! Combined, our retailers have annual sales of more than $10B. NZD.

Source: Current Vend website

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 93 of 126 PageID #: 586

SPRUCE POINT
CAPITAL MANAGEMENT

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 94 of 126 PageID #: 587

On March 11, 2021, Lightspeed initially said their pro forma customer locations for Vend would be 135,000, and then reported 140,000. How did Lightspeed get an additional 5,000 customer locations in the span of 20 days at the end of March 2021? LSPD's fiscal year end March 31, 2021 locations were reported at 119,000, implying Vend would add 16,000 locations (or 21,000 locations as revised).

**Lightspeed Customer Location Comments**

"Omnichannel commerce leader grows customer base by more than 20,000 customer locations worldwide, entrenches leadership position in Asia-Pacific."

**"Subsequent to the closing of the acquisition, Lightspeed will serve as the technology partner of choice for over 135,000 customer locations worldwide** as small and medium-sized businesses increasingly turn to the company's innovative, cloud-based platforms ahead of highly-anticipated economic reopenings in both the retail and hospitality industries."

Source: Press Release, March 11, 2021



"Lightspeed Payments had another record quarter and grew revenues both year-on-year and from the previous quarter. And we are now present in over a 140,000 customer locations when we include the recent acquisition of Vend."

Source: Q4 2021 Conf Call – May 2021

"Looking at the building blocks of our business, everything starts with customer locations, which grew to approximately 119,000 at March 31, and is now over 140,000 on a pro forma basis, including our recent acquisition of Vend."

Source: Q4 2021 Conf Call – May 2021

## Caution With Vend's GTV Claims

Recall, a former Lightspeed employee knowledgeable about its payments business warned of "smoke and mirrors" as it relates to its GTV claims. Lightspeed says that Vend contributes $7 billion of GTV.[1] Looking carefully, Vend's current website says its 20,000 customer locations have annual sales of NZ$ 10bn (=US$7bn). This is an identical amount to the GTV claim. Moreover, this US$ 7bn claim is identical to the claim made earlier when it had 25,000+ customers. We believe this illustrates that Vend had at least 5,000 customers that either weren't transacting with Vend, or not real customers.

### Pre-Acquisition: Vend

25,000+ retailers around the world trust Vend to power their stores.

We've been helping retailers start and grow their businesses for 10 years! Combined, our retailers have annual sales of more than $10B.

### Post Acquisition: Vend / Lightspeed

20,000 customer locations around the world trust Vend to power their stores.

We've been helping retailers start and grow their businesses for 10 years! Combined, our retailers have annual sales of more than $10B NZD.

Source: Current Vend website

How does the NZ$10bn claim not change with 5,000 fewer retailers (customer locations)?

1) "Lightspeed to acquire Vend", press release

94

SPRUCE POINT
CAPITAL MANAGEMENT

In 2016, Vend's founder stepped aside from the CEO role and made a claim that it could grow from $20 to $100 million in sales in the next two to three years. For reference, if these figures are in NZ$ the US$ equivalent would be US$14 to $70 million. Either way, it's clear that Vend fell wildly short of these projections, since LSPD reported Vend's sales were US$34 million through LTM Dec 31, 2020.[1] CEO Fala also proclaimed in 2019 that Vend was expected to achieve a $1 billion valuation, yet decided to sell out to LSPD at a $370m value, or 63% below his boastful claim. As an additional data point of Vend's struggles, we see it retracted its geographic claims from having customers across 160 countries, to now just 140 countries.

**Vend Founder Rowsell**

"So we've got Alex [Fala] who is our FO. He's been with me for just on a year now and he's stepping into the role as acting CEO to free myself up to go out and find that global CE that we're looking for; someone who's got that been-there-done-that experience; **who knows how to grow a business from that $20 million of revenue to over $100 million of revenue, and in quick order. Our aspirations are to do that in the next two to three years**, so we want to have someone who has had at least one lap around the track."

Source: "*Exit Interview: Vaughan Rowsell steps down as CEO of Vend*", Idealog, 2016

**Vend CEO Fala**

"The privately-held company won't share detailed financials, but Fala says there are now more than 25,000 retailers worldwide who pay to use its product, which allows a traditional cash register to be replaced by an iPad, and also helps small-to-medium businesses manage sales and inventory. **Vend costs $129 to $179 per month, indicating the Kiwi startup's annual revenue is in the $39 million to $54m bracket**."

"Fala is also coy of discussing milestones, **but does say he expects to hit is $1 billion valuation within five years** (the company was valued somewhere north of US$100m for its last raise)."

Source: "*Kiwi tech star Vend on hiring spree, targets $1b valuation*", NZ Herald, May 2019

**From 160 to 140 countries**

"Vend's software enables businesses to process payments, manage their inventory and track customers, as well as providing loyalty incentives and running business analytics. The company's software is now used in more than 10,000 stores **across more than 160 countries.**"

Source: "*Vend flying with new tech*", NZ Herald, July 2014 and today via Vend's website



# Ecwid and NuORDER Growth Challenges

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent

Case 1:21-cv-06365-BMC    Document 37-1    Filed 06/27/22    Page 98 of 126 PageID #: 591

Based on our conversation with a former Lightspeed employee, Ecwid is likely to replace Lightspeed's current ecommerce solution. We believe the benefits of integrating Ecwid's smaller customers into Lightspeed will not capture the potential growth of Lightspeed Payments. Given the vast distribution of Ecwid customers, with a majority being small merchants with low GTVs (average revenue per merchant ~$3,500), the impact on Lightspeed Payments will likely be insignificant.

**Dax Dasilva Lightspeed CEO BMO Conference Aug. 24, 2021**

*"Right now getting the **typical Ecwid customers smaller than our own**, but we do plan to serve both plan to serve, that customer that fits into our are typical, and also, I think that the typical Ecwid customers interesting, because they are the ones that will **potentially grow into leads to customers that use more of the suite.**"*

**Ecwid Merchant Revenue** | $ 5,185,037,120

Source: Ecwid.com (Wayback Machine, July 2021)

Ecwid website recently removed merchant revenue disclosure

Sell around the world

**50** Payment Gateways    **175** Countries    **50** Languages

Get started for free

Source: Ecwid.com

|  | Ecwid |
|---|---|
| Ecwid Merchant Revenue | ~$5.2 billion |
| Total Number of Merchants | 1.5 million |
| **Revenue Per Merchant** | **~$3,500** |

Source: Spruce Point research

We believe low revenue per merchant reduces the opportunity for cross-selling

97

**SPRUCE POINT**
CAPITAL MANAGEMENT

We spoke with a former NuORDER Account Executive who shared several challenges NuORDER faced with their growth and international expansion, as well as potential challenges in onboarding new brands.

| | |
|---|---|
| **Spruce Point Question** | "How did you compare on pricing? When you try to renew contracts did you find customers asking for better pricing?" |
| **Former NuORDER Account Executive** | "NuORDER is priced at a higher level due to technology and support. Joor is lower and more negotiable. When we would go to renew, people that had received a quote from Joor were trying to ask for better pricing and we do tend to negotiate but at the same time you pay for what you get. If they are in the mindset that they prefer to pay a lower price, then at the end of the day we are not willing to give up a certain kind of baseline. For a lot of our clients, we saw they were willing to cut our price by almost half in order to get the brand names." |
| **Spruce Point Question** | "What does NuORDER's growth look like going forward?" |
| **Former NuORDER Account Executive** | "At that time, a lot of the big conversation was how to expand globally. Since most of the brands were located in the U.S., the goal was to expand quickly globally. That includes releasing multiple languages and features that are more specific to the global atmosphere. When I was there, they were growing the UK office, but the technical support was limited since most the resources were located in the U.S." |
| **Spruce Point Question** | "Were there challenges with the international offerings NuORDER had then?" |
| **Former NuORDER Account Executive** | "At the time it looked to be that global clients look for different type of features and individuals who can understand their atmosphere better, which is why **they started to add a programmer and account management team there to understand and meet clients' needs**. Also, language is an issue. **When we were developing multiple languages, we came across issues with translation and data implementation.**" |
| **Spruce Point Question** | "**Is there a limited scalability factor with NuORDER and a lot of these platforms Lightspeed has been purchasing** over the last few years as they are limited to the home market and require innovation to adapt for a global market?" |
| **Former NuORDER Account Executive** | "**Yes, and I would say as clients increase and their demand increase, you do have limited resources to expand and meet their demands quickly.** Releasing new features while maintaining the integrity of the technology platform became a challenge. **Instead of releasing ahead of the market, you are chasing the market**. It was something I see quite often at a lot of developing technology companies. They are so focused on meeting clients needs but they are not able to look ahead at what the market needs in the future. That was the feeling I got at NuORDER." |

Case 1:21-cv-06365-BMC Document 87-1 Filed 06/27/22 Page 99 of 126 PageID #: 592

98



# Dissecting The Hype On "Lightspeed Payment▮ — A Key Part of The Upside Story

*Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent*

**SPRUCE POINT**
CAPITAL MANAGEMENT



**While management has recently been increased their PR and investor relations efforts around the upside from Lightspeed Payments launched around the IPO, this is not its first foray into payments. Lightspeed introduced a payment offering in 2014.** <span style="color:red">**What happened to it?**</span> Based on our conversation with a former employee knowledgeable with payments, management's discussion of payments performance is not fully transparent.

**LSPD Payment Promotion (Recent)**

*"Strong initial adoption of Lightspeed Payments after launch on January 30, 2019 to U.S. Retail customers with demand coming from both new and existing clients of Lightspeed."*

Source: Press Release, May 30, 2019

**LSPD Payment Promotion (Past)**



**Tweet**

Lightspeed Commerce ✔
@LightspeedHQ

Today we're announcing $35 million in funding to fuel growth, and LightSpeed Payments → bit.ly/35pmts

9:06 AM · Sep 17, 2014 · Hootsuite

25 Retweets  10 Likes

Source: _____ and press release

**checkout**

**Accept gift cards**
Create and process gift cards, with no processing fees, building customer loyalty and making payment easy.

**True mobility**
Add an iPad to your fixed stations for a beautiful, floating register that busts lines and arms your sales staff with the latest in retail technology.

**Customizable buttons**
Create hot buttons for top selling items - speeding up check out experience for your staff.

**Integrated payments**
Process EMV-compliant payments, including Apple Pay and Android Pay, with Lightspeed for fast and accurate transactions."

**Integrated hardware**
Scanners, payment terminals, receipt printers, and customer facing displays let you customize your checkout experience.

Source: Lightspeed website (_____, 2015)

100

SPRUCE POINT
CAPITAL MANAGEMENT

Case 1:21-cv-06365-EMC Document 37-1 Filed 06/27/22 Page 102 of 126 PageID #: 595

Ever since its IPO, we believe LSPD has being heavily promoting its Payments solution as a way to bait investors with upside. The CFO was talking about upside and stability of margins, but once LSPD finally started to disclose transaction-based revenue and cost details in the 2021 Annual Report, we see that payments margins have fallen quite materially.

**CFO Nussey August 2019**

*"We also generate recurring Payments revenue, which is earned as a percentage of the underlying transaction value, to-date, mainly from Payments referral partners. **But with the introduction recently of Lightspeed Payments, we now have the ability to earn a much larger portion of the transaction value**, and this will become a growing portion of our revenue over time."*

Source: Q1 2020 Conf Call

**BMO Analyst August 2020**

*"**Can you update us on your payment economics and then how that's been trending**? On the one hand, you have more card-not-present, presumably, on the other hand, you're doing some initial promotions. So net-net, how's that shaping out."*

**CFO Nussey August 2020**

*"**Yes, not too dissimilar from what we've always said**, Thanos. You're right, there is a slight mix change online versus off-line, and that carries slightly different economics for us. Likewise, in Canada, the economics are slightly different than the U.S. But overall, kind of our 2.6% and 65 to 70 basis point net. **That's been holding for us.**"*

Source: Q1 2021 Conf Call

Notice he said economics were holding, but at the time LSPD didn't disclose margins. Now with hindsight, we see they worsened a lot!

**Transaction-Based Payment Results**

**Finally Disclosed**

| $ in mm | FY 2020 March 2020 | Q1 June 2020 | Q2 Sept 2020 | Q3 Dec 2020 | Q4 March 2021 | 1st Disclosure FY 2021 | Q1 June 2021 |
|---|---|---|---|---|---|---|---|
| Transaction Revenue % growth | $28.1 | $10.2 | -- | -- | -- | *$83.0* *195%* | *$56.5* *453%* |
| Cost of Revenue | $9.0 | $5.5 | -- | -- | -- | $42.6 | $32.2 |
| Gross Margin | 67.9% | 45.9% | -- | -- | -- | 48.6% | 43.0% |

**Margins Falling Hard**

101

**SPRUCE POINT**
CAPITAL MANAGEMENT



Spruce Point believes LSPD purposefully avoids talking about quantifying payments margins. Even when asked directly by analysts, management gives long-winded answers and indirect responses suggesting things are fine and will improve. Either way, margins are falling and management hasn't been exactly open with investors about the magnitude.

| | |
|---|---|
| **BMO Analyst Nov 2020** | *"Okay, great. And finally, your gross margins went up sequentially, which is interesting given that your payments revenue is ramping. Can you comment that dynamic? Is that reflective of the strength within the software business [when you had some higher] ARPU in the quarter? __Or are you also seeing some improvement in your payment margins based on your growing scale__?"* |
| **CEO Dasilva Nov 2020** | *__"Yes, a little bit of all of the above__. I mean, we obviously, given the growth in customers, saw some nice increase in the subscription line churn starting to come back towards normal, again, which helped a lot. Some of the discounting measures that we had in place are going [all start there a little off balance], as you know. __We do continue to kind of look for ways to drive incremental margin and payments__. And I guess, the other aspect to the overall gross margin is -- as you know, we do have some legacy payment referral revenue streams. And as those volumes are covered in the quarter as well, it would have been incremental to margin?"*  Source: Q2 2021 Conf Call, Nov 2020 |
| **Keybanc Analyst Feb 2021** | *"You have the very helpful slide that shows the adoption and some of the geos and verticals. Certainly seems to be going in the right direction. __I'm just kind of curious once we think about what this is going to look like maybe after we've incorporated ShopKeep and Upserve, which I believe have higher ARPUs in part because they've been successful at payments, if we should be expecting it to kick up__? Or just curious on how the incorporation of those companies will impact these dynamics?"* |
| **CFO Nussey Feb 2021** | *__"Yes, for sure, will tick up the Upserve business in particular__. The vast majority of their customers were using Upserve payments as kind of they have a really nice elegant solution that embeds Payments right into the product itself. ShopKeep they were further along as well on the Payments journey from a customer adoption perspective, though as we've talked about, largely through a referral model, but a good percentage of their customers do use a payment solution there. And as we talked about earlier, the teams are working hard to move those or to build the infrastructure to make sure that Lightspeed Payments is available to those customers. So all told, we expect those things to really positively impact our overall penetration at a global level. And of course, that's core to what we're trying to do around here is to make sure that the vast majority of our customers worldwide take Payments. So all these things, I think, are helpful."* |

Source: Q3 2021 Conf Call, Feb 2021

Case 1:21-cv-06365-EMC Document 37-1 Filed 06/27/22 Page 103 of 126 PageID #:



**LSPD Payments is so critical to the investment story, yet LSPD doesn't disclose how many paying customers it actually has, and quickly introduced and then abandoned a KPI called "Payments Adoption Rate". Now suddenly, LSPD talks about "Payments Penetration" as a % of GTV processed. However, there is no defined KPI around this metric.**

**Former Employee Interview**

"*__There are a ton of competitors in payments__. There are so many third-party providers. __Their main competitor I would say is Square__, who is very transaction and for the small merchants that do not need inventory management. You are really competing against third-party venders who have all these hidden fees behind what they say the rate is. __People are very rate sensitive__ so there is an initial sticker shock. The other approach that Lightspeed takes is offering a flat rate, you know what to expect every month. __There is a big portion of education that I believe they need to do a lot of work on in order to help the product take off__.*"

## Only Disclosure of Merchants Using Payments Was May 2019

**Analyst Coupland**

"*Good evening, everyone. I wanted to know if you were going to be calling out the total number of merchants that are actually on Payments at the end of the quarter?*"

**CFO Nussey**

"*It's several hundred, Todd, that we signed in the quarter. It's still pretty early on. So, yeah, less than 1,000.*"

Source: Q4 2019 Earnings Conf Call

**CEO Dasilva**

"*Payments penetration continues to increase with approximately 10% of our GTV processed through our payment solutions.*"

Source: Q1 2022 Earnings Conf Call

## Feb 2020: KPI "Payments Adoption Rate" Quickly Introduced Then Abandoned The Following Quarter



North America + 1 866 932-1801 | International + 1 514 907-1801 | info@lightspeedhq.com

**Key Performance Indicators**

We monitor the following key performance indicators to help us evaluate our business, measure our performance, identify trends affecting our business, formulate business plans and make strategic decisions. Our key performance indicators may be calculated in a manner different than similar key performance indicators used by other companies.

**Customer Locations.** "Customer Location" means a billing customer location for which the term of services have not ended, or with which we are negotiating a renewal contract. A single unique customer can have multiple Customer Locations including physical and eCommerce sites.

**Gross Transaction Volume.** "Gross Transaction Volume" or "GTV" means the total dollar value of transactions processed through our cloud-based SaaS platform in the period, net of refunds, inclusive of shipping and handling, duty and value-added taxes.

**Payments Adoption Rates.** "Payments Adoption Rate" means, as the context dictates, the number of eligible new Lightspeed customers who contracted for Lightspeed Payments in addition to the core offering during a given period, or the number of eligible existing Lightspeed customers who contracted for Lightspeed Payments during a given period.

Source: Q3 2020 Earnings Press Release

**SPRUCE POINT**
CAPITAL MANAGEMENT



Even right before the filing of the Annual Report which disclosed for the first time payment revenues and margins, LSPD was deflecting any discussion of competitive pressures in payments. Yet, earlier management was referencing discounts and "bundling" of services, which often involves discounting services. _If there are no pressures, than why would management have to engage in price concessions_?

**CIBC Analyst Feb 2021**

_"I wanted to ask about competition. A number of cloud players seem to have gained some stable footing during the second half of 2020. And I'm just wondering if **you see any risk of pressure on pricing, whether subscription rates or payments rates?** Or is it still features and functionality of omnichannel supplier network and that kind of thing that's driving decisions? Could you just talk about the landscape in the last 6 months?"_

**President JP Chauvet Feb 2021**

_**"In all transparency, I think we've never had a better model. So we don't feel pressure from competitors**. We -- if you look at our organic, if you look at our close rates, if you look at the ARPU, we're not feeling that pressure. We're actually seeing more and more customers wanting to buy a full package from one vendor versus buying from multiple vendors. We see our customers wanting solutions like ours because they need to integrate all of the delivery networks on the restaurant front, and they need to have true omnichannel when you think about physical retailers with multi-location support. So I think the offering is very strong. And I think that the market is stronger than it's ever been, **and we do not feel any pressure right now on pricing for many of our competitors?"**_

**Months Prior Talking About Discounts**

Source: Q3 2021 Conf Call, Feb 2021

**President JP Chauvet Nov 2020**

_"The second thing we're seeing a lot of is Payments. **We are bundling more and more Payments with our software and our core offering**. This is creating a lot of demand."_

Source: Q3 2021 Conf Call

**CFO Nussey Aug 2020**

_"**Along with the discounts that we offer to new customers to join and to adopt new tools**. That's **obviously -- has an impact on revenue.**"_

Source: Q1 2021 Conf Call

Case 1:21-cv-06365-EMC Document 37-1 Filed 06/27/22 Page 105 of 126 PageID #: 598



Spruce Point spoke with a former employee knowledgeable about Lightspeed Payments and was involved in bringing the product to market. The insights offered were invaluable in assessing some of the risks we believe aren't adequately appreciated by investors.

| | |
|---|---|
| **Former Lightspeed Payments Employee** | *"It is very risky for Lightspeed because they are on the hook for paying the customer if the business goes belly up. They are taking the risk. These are not the ideal customers, but these customers are normally not being serviced by the regular banks because the banks don't want to take the risk these days. That is what comes with the revenue recognition. **They own 100% of the risk**. If there is any dispute, and a dispute can happen up to six months, **a merchant can go and Lightspeed is on the hook forever.**"* |
| | *"**The management team, they are very aggressive**. I mean just acquisitions they are acquiring a company every day now."* |
| **Spruce Point Question** | *"They talk about 10% of GTV penetrated with payments. Does that seem reasonable?"* |
| **Former Employee** | *"It makes sense but that **means that the uptake in payments is not that big.**"* |
| **Spruce Point Question** | *"Were there any challenges with Lightspeed Payments rollout?"* |
| **Former Employee** | *"Terminal activation is definitely a problem. They had a deal where they would give a free terminal with payments. Basically, with anything that is free, **they would ship the terminal and then it would sit in the box under the customers desk and never get activated** because there was no incentive."* |
| **Former Employee** | *"**The $16 billion GTV number is a PR number. That is anything that is going through Lightspeed. It could be their own payments, integrated payments, residual payments. This is the volume that looks like its being processed, there's no way to say there's money backed up behind it.**"* |
| **Former Employee** | *"**I think there is a lot of smoke and mirrors in the PR deck and all of this. They are not very transparent about how and where the pockets of growth are, especially for payments**. They are very good at PR, and saying we're going to acquire this, this, this, but I don't know if there will be a breaking point where all these acquisitions are not going to play well together. It looks great on paper but when you go into practice, how is this going to operate beyond just numbers on a PR deck."* |

Case 1:21-cv-06365-BMC Document 37-1 Filed 06/27/22 Page 106 of 126 PageID #: 599



Lightspeed competes with Clover in the POS market. Clover was acquired by First Data, a payment service provider. As such, and based on our former employee interviews, First Data can sacrifice margin to compete in the payments space and acquire customers. **Lightspeed's risk factors do not discuss that First Data is actually a direct competitor**.

**LSPD Risk Factor**

*"Finally, ShopKeep and Upserve are party to payment processing agreements with __First Data Corporation__ (" First Data "). These agreements are of significant importance to Lightspeed Payments and/or our other payments offerings and any disruption or problems with Worldpay, Stripe, Adyen, First Data or their respective services could have an adverse effect on our reputation, results of operations and financial results."*

Source: Annual Report, p. 35

**Spruce Point Question**

*"What challenges did Lightspeed Payments face? Why would a customer not onboard for payments?"*

**Former LSPD Employee**

*"The biggest challenge is they have contracts with existing payment providers and the contracts can be two, three, four years. They won't change until that contract expires because there are penalties they would have to pay. The other, is it a business Lightspeed can support? When I was there, there were businesses that we could not underwrite. CBD was a big one we could not onboard. __Then there is the competition with the actual payment providers. Since they are responsible for defining the pricing strategy, they can undercut Lightspeed in a second if they really care about the customer. Lightspeed does not have that negotiation power. They are restricted by the deal they have with their payment processor.__"*

**Spruce Point Question**

*"Does First Data now have a POS business?"*

**Former Employee**

*"Oh yeah. First Data has a lot of different resellers of their business. For example, one that is very notable for the hospitality business is Clover, that was a big competitor of Lightspeed."*

**Spruce Point Question**

*"You are saying that if I am a merchant and I want to use Clover, that is backed by First Data which is the payment provider, __First Data can undercut Lightspeed if they really want to keep the business?__"*

**Former Employee**

*"__Yes, exactly.__"*

Case 1:21-cv-06365-EMC   Document 37-1   Filed 06/27/22   Page 107 of 126 PageID #: 600



LSPD's revenue recognition policies disclosed in its Annual Report say that it recognizes payment revenues on a "Gross Basis". LSPD filed the financial statements of ShopKeep and Upserve at SEDAR in Canada, but did not file them in the US with the SEC. In this document, we see that both companies reported payments revenues on a "net basis". LSPD talked about a $7m revenue uplift from a contract change. Was the uplift really from an accounting change too?

**CFO Nussey May 2021**

*"Included in transaction revenues was the impact of a newly negotiated contract with our Payments partner at Upserve and ShopKeep. This new contract did two things, provide us with better economics than the businesses we're achieving on their own and also brought us better control over the end customer relationships. As a result of this we were able to realize an uplift in revenue of approximately $7 million in the quarter and greater gross margins as well, this is a great news story."*

Source: FY 2021 Conf Call

**LSPD Annual Report Corporate Accounting "Gross"**

Transaction-based revenue

The Company offers to its customers payment processing services, through connected terminals and online, that facilitate payment for goods and services sold by the customer to its consumers. The Company recognizes revenue from payment processing services at the time of the transaction on a gross basis, it having been determined that the Company is the principal in the arrangement.

**ShopKeep Accounting**

**Agent="Net"**

Processing revenue — primarily consists of referral fee arrangements with third-party payment processors, which are generally annual contracts. The majority of processing revenue is generated from the Company's ShopKeep Payments offering, by merchants using the Company's POS product. In ShopKeep Payments arrangements, the Company refers its merchant customers to a third-party payment processor who processes the credit and debit card sales made by the merchant using the Company's POS product. Fees are variable and dependent on the dollar value and volume of transactions processed by merchants. The Company's obligation in these arrangements is to refer merchant transactions to the processor each day and revenue is recognized over time; variable consideration is recognized over time based on the fees for each day's transactions processed by the third-party. The Company acts as an agent in these arrangements and revenue is recognized in the amount of the referral fees earned by the Company.

**Upserve Accounting**

**"Net"**

Upserve Payments payment processing services (both on a per-transaction and a per-month basis). With respect to Upserve Payment revenue, related revenues are transaction-based and priced either as a fixed fee per-transaction or calculated as a percentage of the transaction value. Fees collected with respect to Upserve Payments are charged for the processing services provided, and do not include the gross sales price paid by the diner to the restaurant. The Company offsets transactional processing revenues with Card Organization fees (e.g., interchange fees), and records revenue from transactions on a net basis.

Source: SEDAR Business Acquisition Report

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 108 of 126 PageID #: 601



Per the CFO's response, despite not fully integrating Upserve and ShopKeep from a technical perspective, it appears that LSPD increased its obligation to take on more responsibility in the payments process (i.e. more risk). Becoming a principal obligor is a factor in recognizing revenue under a "Gross Basis". This provides strong evidence that LSPD accelerated revenue recognition, perhaps faster than it should have.

| | |
|---|---|
| **BMO Analyst May 2021** | *"Hi, good morning, guys. With respect to the new payment agreements for ShopKeep and Upserve, just to clarify, __did you move those from a referral relationship to Lightspeed Payments? Are you now paying it back to those customers, if you could confirm that?__"* |
| **CFO Nussey May 2021** | *"__Yes__. We didn't – so I think as we mentioned, __there was going to be a period of technical integration with these newly acquired businesses that was going to take us some quarters. So we haven't completed that. That work still remains ahead as my earlier comments, hopefully, reflect it__. And our intention is to, obviously, not just with Payments, but with everything we do is to get all of these customers on the Lightspeed core offerings. But recognizing that that was going to take some time, what we did is approach payments partners and say, you know, look, we've got this infrastructure. __We're happy to take on more of the obligation historically it had been__. And that – and then also leveraged kind of the scale of the business to encourage folks to give us better economics on the overall transactions as well. So it just allows us better customer control. It got us better economics, which is really important. And we were able to do it all on a much quicker pace than we otherwise would have. So that makes sense."* |
| **BMO Analyst May 2021** | *"Yes. But to clarify, then, that means that maybe over the next year as you – there could be further upside in economics as you actually grow some of those customers to full Lightspeed Payments? Is that the takeaway?"* |
| **CFO Nussey May 2020** | *"Yes. Yes."* |

Source: Q4 2021 Conf Call

108

**SPRUCE POINT**
CAPITAL MANAGEMENT



By changing accounting policies for acquisitions, LSPD's transaction-based ARPU would be artificially inflated. LSPD provided a chart showing how the transaction-based ARPU grew from 23% to 37%. However, it doesn't disclose how much of this increase came from changing from "Net" to "Gross" accounting from acquisitions.

**CFO Nussey May 2021**

*"Subscription ARPU which excludes our transaction-based revenue stream increased by over 10% as more and more customers adopt functionality beyond the basic POS. And ARPU increase as a result of Payments grew significantly given the success we have had with driving Payments revenue."*

Source: FY 2021 Conf Call



Source: Investor Presentation

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 110 of 126 PageID #: 603

CFO Nussey doesn't give a transparent answer when pressed for reasons why LSPD got better economics, and instead just says "benefits of scale". Subsequent disclosures show that payment processors received a four year guaranteed minimum fee commitment. This creates a financial obligation and exposes LSPD if the business falls short of expectations. According to ShopKeep's financials, prior contracts were structured annually.

| | |
|---|---|
| **Analyst Tse Q4 2021 Conf Call** | *"On the ShopKeep and Upserve payment amendments, I just wanted to clarify, is it sort of largely the scale now of Lightspeed that allows you to sort of kind of get that bargaining power? Or is it kind of your relative operating prowess to sort of recognize that opportunity post those acquisitions that led to those amendments?"* |
| **CFO Nussey Q4 2021 Conf Call** | *"I think it is all of those things. If you think about how this naturally would play out, you've got a partner of those businesses who now gets the deal with a much larger entity where the greater opportunity is aggregating all these things together. So that creates opportunity for them/leverage for us, and then the conversation then into what's important to Lightspeed, what's important to our customers?"* |
| **ShopKeep Financials Disclose "Annual" Contracts** | Processing revenue — primarily consists of referral fee arrangements with third-party payment processors, which are generally annual contracts. The majority of processing revenue is generated from the Company's ShopKeep Payments offering, by merchants using the Company's POS product. In ShopKeep Payments arrangements, the Company refers its merchant customers to a third-party payment processor who processes the credit and debit card sales made by the merchant using the Company's POS product. Fees are variable and dependent on the dollar value and volume of transactions processed by merchants. The Company's obligation in these arrangements is to refer merchant transactions to the processor each day and revenue is recognized over time; variable consideration is recognized over time based on the fees for each day's transactions processed by the third-party. The Company acts as an agent in these arrangements and revenue is recognized in the amount of the referral fees earned by the Company. |
| **Details Disclosed Next Quarter Show a Four Year Minimum Fee Contract** | **Contractual Obligations**<br><br>Our commitments increased from those disclosed in our audited annual consolidated financial statements for the year ended March 31, 2021.<br><br>We renegotiated two commitments with cloud service providers, signed in FY22 which secure increased discounts for the commitment period. The first renegotiated agreement increased our commitments by $28.9 million over the next five fiscal years while the second renegotiated agreement increased our commitments by $8.1 million over the next four fiscal years.<br><br>We renegotiated certain contracts with payments processors which include minimum fee commitments of $41.8 million over the next four fiscal years to secure improved economics for the Company's payments offerings.<br><br>We also have a new agreement with a hardware provider with a spend commitment of $3.8 million over the next two fiscal years.<br><br>(24) |

Source: Q1 2022 MD&A

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 111 of 126 PageID #: 604



Looking carefully at the Company's financial reporting language, it says "**_we renegotiated certain contracts with payments processors_**", which contradicts the prior statement of the CFO who said just one contract with one partner.

**CFO Nussey**

"Included in transaction revenues was **_the impact of a newly negotiated contract with our payments partner_** at Upserve and ShopKeep. **_This new contract_** did two things, provide us with better economics than the businesses who are achieving on their own and also brought us better control over the end customer relationships. As a result of this, we were able to realize an uplift in revenue of approximately $7 million in the quarter and greater gross margins as well. This is a great new story that reflective of how our scale has improved our negotiating power. But it's worthwhile noting that even without this, our revenue performance for the quarter handily beat our previous guidance of $68 million to $70 million."

Source: Q4 and FY 2021 Conf Call

**Singular contract**

**Details Not Disclosed Until Following Quarter's MD&A**

### Contractual Obligations

Our commitments increased from those disclosed in our audited annual consolidated financial statements for the year ended March 31, 2021.

We renegotiated two commitments with cloud service providers, signed in FY22 which secure increased discounts for the commitment period. The first renegotiated agreement increased our commitments by $28.9 million over the next five fiscal years while the second renegotiated agreement increased our commitments by $8.1 million over the next four fiscal years.

We renegotiated certain contracts with payments processors which include minimum fee commitments of $41.8 million over the next four fiscal years to secure improved economics for the Company's payments offerings.

We also have a new agreement with a hardware provider with a spend commitment of $3.8 million over the next two fiscal years.

(24)

**Notice plurality in description**

Source: Q1 2022 MD&A

111

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 112 of 126 PageID #: 605



## Questionable CFO, Auditor And Board That Rewards Fiscal Irresponsibility

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent



There is a glaring inconsistency on LSPD's CFO's biography. His two biographies claim he was appointed CFO of Descartes Systems Group (DSG) in either 2002 or 2003, but records indicate it wasn't at least until March 2004 when CFO Clarke resigned. He then reportedly became Co-CEO (through formation of the Office of the CEO) after the Company abruptly dismissed its CEO Pietra following a review and adjustments to its financial statements. During his tenure, Descartes had a financial restatement and settled a shareholder lawsuit.[1]

**Descartes Troubled Background**

"***Descartes' new co-chief executives, Art Mesher and Brandon Nussey***, *will disclose more information about their strategy in early June, the company said…* ***Descartes' troubles can be traced to a number of sources, people familiar with the company say. Like all technology firms, it endured a prolonged recession in which customers became less willing to spend large amounts of money on software. It made 12 acquisitions between 1997 and 2002 and found it difficult to integrate the people and technology that came with those deals into a cohesive business***. *Finally, some questioned its basic business model, in which low-priced messaging and networking services were not sufficient to attract customers to higher-yielding software services.*"

Source: "*From Bad To Worse*", JOC.com May 30, 2004

### Nussey's LinkedIn Bio Says He Was Descartes CFO In 2002. Official LSPD Bio Says 2003



**CFO**
Descartes Systems Group
Jan 2000 – Mar 2007  7 yrs 3 mos

Descartes Systems Group (Nasdaq: DSGX, TSX: DSG) Is the global leader in providing on-demand, software-as-a-service solutions focused on improving the productivity, performance and security of logistics-intensive businesses.

After a series of roles with increasing responsibilities, was appointed CFO in 2002. Helped lead the company through a significant restructuring and a number of strategic acquisitions resulting in a shift to a highly profitable growing company.

Managed Investor Relations and was a key contact for the Board of Directors.

Source: LinkedIn and LSPD official bio on website

### Nussey Bio From Historical Descartes 2005 AIF Says Appointed CFO In 2014

*Brandon Nussey* is our Chief Financial Officer. Mr. Nussey joined Descartes' finance department in May 2000 from Inscriber Technologies. Mr. Nussey held various senior positions in the finance department until his appointment to Senior Vice-President, Operations in May 2003. Mr. Nussey was appointed Chief Financial Officer in March 2004. Mr. Nussey also occupied the interim Office of the CEO from May 2004 to November 2004 with Mr. Mesher.

Source: SEDAR.com

Note article above talks about operational challenges from Descartes acquisitions. As SVP of Operations, did Nussey contribute to Descartes failures?

1) "*Descartes settles class-action suit by investors*", Globe & Mail, Nov 2004

113

SPRUCE POINT
CAPITAL MANAGEMENT

## Nussey's Biography At Descartes

Using the Wayback Machine, we get a clearer picture of Nussey's role at Descartes. He was intimately involved in financial planning, revenue analysis and working closely with the sales and finance organizations. In addition, he was responsible for optimizing the operational performance of the company. Furthermore, as a CA and CPA he should have been familiar with Descartes and its basic accounting principles.

### Nussey's Descartes Bio (Feb 2004)

Operations Team Profiles

**Brandon Nussey**
**senior vice president, Operations Development**

As senior vice president, Operations Development, Brandon Nussey is responsible for analyzing and optimizing the operational performance of the company. With his focus on the regional sales centers, Nussey helps ensure that Descartes meets its operational targets globally.

Formerly director of financial planning, Nussey managed revenue analysis and forecasting for Descartes, working closely with the company's sales and finance organizations.

Nussey joined Descartes in June 2000 from Inscriber Technology Corporation, where he led the software company's finance department. Prior experience includes four years at global accounting firm KPMG, during which time he earned his CA and CPA.

Source: _____, Feb 2004

### Nussey's Descartes Bio (April 2004)

Management Team Profiles

**Brandon Nussey, C.A., CPA**
**chief financial officer (CFO)**

As chief financial officer (CFO), Brandon Nussey is responsible for Descartes' worldwide financial and administrative functions.

Brandon joined Descartes in 2000 as director of financial planning and was quickly promoted to a succession of progressively responsible positions within the organization. Most recently, Brandon served as senior vice president, Regional Operations where he worked closely with the regional sales centers to set and manage the company's global operational performance. In 2004, Brandon's contributions to the company were recognized with his appointment to CFO.

Brandon came to Descartes from Inscriber Technology Corporation, where he led the software company's finance department. Prior experience also includes four years at global accounting firm KPMG, during which time he earned his CA and CPA.

Source: Wayback Machine, April 2004



Descartes and Lightspeed are both software roll-ups. The challenges at Descartes culminated in the departures of the CEO and CFO. Restatements were made to reduce receivables, revenues and assets. Goodwill was also impaired. Spruce Point questions why would Lightspeed hire Nussey, an executive who went through a financial scandal and turnaround experience, to lead it through an IPO into the public markets?

**Based on the review of our 2004 financial statements following our initial release of unaudited financial statements on March 10, 2004, we announced on May 10, 2004 that we had determined to make adjustments to our 2004 financial statements, including the following:**

Increase our allowance for doubtful accounts receivable by $5.0 million (to a total of $8.0 million) based on a specific review of our accounts receivable. This increase in allowance relates primarily to accounts receivable based in the Asia Pacific region and a significant account receivable based on a contract entered into with a single customer based in Europe in the second quarter of 2004. We intend to vigorously pursue the collection of these accounts

Reduce revenue and related cost of goods sold relating to a significant contract with a customer in China that we previously contemplated recognizing in the fourth quarter of 2004. Due to the combination of the ongoing delay in obtaining approval of various Chinese authorities to enable us to collect payments from customers in China, and the fact that the customer has not yet deployed the licensed software, we determined that the revenue and cost of goods sold from this contract should not be recognized in the fourth quarter of 2004. We intend to continue to pursue the approval of the Chinese authorities and the collection of amounts owing from this customer.

Increase expenses by $1.3 million consisting of a one-time non-cash write-down of $1.2 million relating to certain assets that have been determined to be impaired or otherwise should be written-off, and $0.1 million relating to an Ontario employer health tax reassessment issued subsequent to 2004 year-end

Reduction of bad debt expense by $0.4 million relating to an arbitration award in our favor issued subsequent to 2004 year-end. We also announced that we will be determining whether certain capital assets are redundant as a result of the expense reduction initiatives and that we will be conducting an interim impairment test of our intangible assets and goodwill. Any charge resulting from either the review of capital assets or the interim impairment tests of intangible assets and goodwill will be in addition to the estimated restructuring charge relating to staff reductions, office closures, lease terminations and cancellation of operating contracts and will be recorded as a noncash charge

Source: Descartes 2004 Annual Report

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 116 of 126 PageID #: 609

## *Audit Partner With No Technology Expertise?*

Case 1:2?-CV-06365-BMC   Document 37-1   Filed 06/27/22   Page 117 of 126 PageID #: 610




We observe that LSPD changed audit partners from Mr. Popliger, an expert in technology, to Mr. Simcoe who specializes in Entertainment, Media & Communications. Why was this change made ahead of a period substantial acquisitive growth by LSPD and right after its IPO? Recall, we also observe material changes to customer reporting and GTV ahead of the IPO that would have been covered under Mr. Popliger's engagement period.

**pwc**

We communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

We also provide those charged with governance with a statement that we have complied with relevant ethical requirements regarding independence, and to communicate with them all relationships and other matters that may reasonably be thought to bear on our independence, and where applicable, related safeguards.

The engagement partner on the audit resulting in this independent auditor's report is Andrew Popliger.

/s/PricewaterhouseCoopers LLP (1)

Montreal, Quebec
May 30, 2019

Source: FY 2019 Annual Report

We communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

We also provide those charged with governance with a statement that we have complied with relevant ethical requirements regarding independence, and to communicate with them all relationships and other matters that may reasonably be thought to bear on our independence, and where applicable, related safeguards.

The engagement partner on the audit resulting in this independent auditor's report is John B. Simcoe.

/s/ PricewaterhouseCoopers LLP

Montréal, Quebec
May 21, 2020

1 CPA auditor, CA, public accountancy permit No.TA145383

Source: FY 2020 Annual Report



## Andrew Popliger

National Technology Leader, PwC Canada

Andrew Popliger is a Partner in Assurance and is part of the TCRC (Technology, Communications, Retail and Consumer) practice. He supports clients from start-up through maturity, providing the advice and services needed for their industry and development phase. Andrew works primarily with technology and aerospace companies, providing audit and accounting consulting.

Source: PwC Profile



## John Simcoe

Partner

John Simcoe is PwC Canada's Entertainment, Media & Communications (EMC) Audit and Assurance Leader. In this role, John works with partners and staff on a cross line of service basis to grow the audit and assurance practice and deliver top quality audits within EMC. As an Audit and Assurance partner John has an extensive experience serving clients that are both publicly listed on Canadian and U.S. stock exchanges and privately owned.

Source: PwC Profile



116

**SPRUCE POINT**
CAPITAL MANAGEMENT

Case 1:21-cv-06365-EMC   Document 37-1   Filed 06/27/22   Page 118 of 126 PageID #: 611

Historically, the CEO has not been held to stringent financial performance. In FY 2020, only 25% of his short-term incentive compensation was linked to *"fiscal responsibility"*. Yet, wait just one second. In FY 2020, LSPD suspended its practice of giving investors guidance on Cash From Operations (CFO) which it once said was the best metric to follow its growth. Shouldn't the CEO have been penalized for this? Instead, the compensation committee seems to have ignored it. Was this a fiscally responsible action?



## CEO Performance-Based Compensation

On account of his short-term incentive compensation for Fiscal 2020, our CEO, Mr. Dasilva, was granted a fixed number Performance Options. The Performance Options vest, upon the CNG Committee's determination, in its sole discretion, as to Mr. Dasilva's satisfaction of the performance criteria established therefor by the CNG Committee and in the number determined by the CNG Committee based on such satisfaction. The performance criteria were aligned to the Company's four strategic priorities for Fiscal 2020 – investing in our people, customer success, innovation and differentiation, and fiscal responsibility – with each priority being weighted equally in the determination of Mr. Dasilva's satisfaction of the performance criteria. The performance criteria established by the CNG Committee for the vesting of Mr. Dasilva's Performance Options are described below.

**Invest in our People (25%)**
Mr. Dasilva's achievement of this strategic objective is measured by reference to:
  i.   a target company net promoter score as attributed by its employees;
  ii.  a target employee voluntary turnover rate; and
  iii. a discretionary performance review conducted by the Chair of the Board

**Customer Success (25%)**
The company's achievement of this strategic objective is measured by reference to:
  i.   a target customer churn rate;
  ii.  a target improvement of the company's net promoter score as attributed by its customers; and
  iii. a customer satisfaction survey score target.

**Innovate and Differentiate (25%)**
The Company's achievement of this strategic objective is measured by reference to:
  i.   product feature advancements;
  ii.  the execution of the Company against its product roadmap; and
  iii. a discretionary evaluation of innovation and differentiation by the Company.

**Fiscal Responsibility (25%)**
The Company's achievement of this strategic objective is measured by reference to:
  i.   target revenue;
  ii.  target EBITDA; and
  iii. a target number of active Lightspeed Payments customers.

Source: 2020 Proxy

### Questions For Management And The Board
Why only 25% tied to "Fiscal Responsibility"
Where is cash from operations as a criteria?
Why has LSPD never given public guidance on target active Lightspeed Payments customers?
Were these metrics adjusted for acquisitions?
Why are the actual targets not disclosed?
Are these revenue and EBITDA targets the same as public guidance to investors?



# Valuation And Downside Risk

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent

Case 1:24-cv-06565-BMC   Document 37-1   Filed 06/27/22   Page 120 of 126 PageID #: 613

Analysts seem blind to the fact that as Lightspeed scales, its gross margins are not only getting worse, but by a much larger factor than consensus is forecasting. Along the way, analysts keep saying "Buy" despite their woeful inaccuracy in modeling the business. We do not believe rapidly declining gross margins are a sign of a healthy, growing business. Instead, we believe LSPD is stretching to grow revenues at any cost while investors give them a temporary pass. Moreover, LSPD is the only company among core peers that gives quarterly revenue guidance amidst great economic uncertainty (it doesn't provide gross margin guidance). Its revenue guidance range is very narrow, which leads us to believe LSPD may be managing its guidance in a way to create upside surprises.

## Lightspeed's Actual vs. Expected Revenues and Gross Margin

| Financials $m (acquisition in closed period) | | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 (ShopKeep/ Upserve) | Q1 2022 (Vend) |
|---|---|---|---|---|---|---|
| **Revenues** | Actual | $36.2 | $45.5 | $57.6 | $82.4 | $115.9 |
| | Estimate | $31.2 | $39.5 | $52.2 | $69.4 | $92.8 |
| | **Beat** | **$5.0** | **$6.0** | **$5.4** | **$13.0** | **$23.1** |
| | **Guidance Range** | None | $38 - $40 | $44 - $47 | $68 - $70 | $90 - $94 |
| **Gross Margin** | % Beat | 16% | 15% | 10% | 19% | 25% |
| | Actual | 59.7% | 60.5% | 57.8% | 53.4% | 49.4% |
| | Estimate | 63.9% | 64.0% | 60.7% | 58.2% | 56.5% |
| | **Miss (bps)** | **-420** | **-350** | **-290** | **-480** | **-710** |

Source: Spruce Point analysis, Company financials and Bloomberg consensus

Getting much worse!

119

SPRUCE POINT
CAPITAL MANAGEMENT

## Follow The Money: Insider Skin-In-The-Game Has Been In Rapid Decline

Insiders appear attuned to what's happening at the Company. Insider ownership has been in rapid decline post-IPO, in part from both insider selling and stock dilution for acquisitions.



### % Ownership By Insiders

54.4%
44.1%
29.3%
26.2%

2019  2020  2021  2021PF

### Beneficial Ownership Trend

| Insider | 2019 | 2020 | 2021 | PF 2021[1] |
|---|---|---|---|---|
| Caisse de dépôt | 29.5 | 25.9 | 24.3 | 24.3 |
| Founder Dasilva | 16.1 | 14.7 | 13.9 | 13.9 |
| Other Insiders | 0.3 | 0.4 | 0.4 | 0.4 |
| **Total Shares** | **84.2** | **93.0** | **131.6** | **155.8** |

Source: Proxy Statements
1) Pro forma for shares issued for Ecwid and NuORDER and re[illegible]
full dilution from options, RSUs, DSUs and PSUs

120

**SPRUCE POINT**
CAPITAL MANAGEMENT

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 122 of 126 PageID #: 615

Lightspeed has all the elements of a stock promotion. The sell-side analysts are resoundingly bullish with 76% giving the Company the equivalent of a "Buy", 12% "Hold" and 12% "Sell". The most skeptical analyst is Veritas, an independent equity research firm that isn't being compensated by Lightspeed with banking or other fees.

| Firm | Rating | Price Target ($) |
|---|---|---|
| ATB | Outperform | $158.40 |
| CIBC | Outperform | $153.07 |
| Barclays | Overweight | $150.00 |
| Piper Sandler | Overweight | $145.00 |
| Truist | Buy | $140.00 |
| Scotiabank | Sector Perform | $121.00 |
| National Bank | Outperform | $120.00 |
| TD Securities | Buy | $119.30 |
| Credit Suisse | Outperform | $115.00 |
| Morgan Stanley | Equalweight | $114.00 |
| RBC Capital | Outperform | $114.00 |
| Raymond James | Outperform | $112.00 |
| BTIG | Buy | $112.00 |
| BMO Capital Markets | Outperform | $110.00 |
| KeyBanc | Overweight | $110.00 |
| Cormark | Buy | $105.84 |
| JP Morgan | Underweight | $96.77 |
| Veritas | Sell | $76.34 |
| **Average Price Target** | | **$120.71** |
| **Upside / (Downside)** | | **+7.3%** |

Note: Upside based on current share price of $118.50
Source: Bloomberg, Wall Street Research

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 123 of 126 PageID #: 616

Based on our analysis, we find multiple data providers and sell-side analyst reports provide an inaccurate representation of Lightspeed's cash and shares outstanding, and do not account for the Company's two most recent acquisitions and equity capital raise.

## Bloomberg

| In Millions of USD | Current/LTM |
| --- | --- |
| 12 Months Ending | 06/30/2021 |
| Market Capitalization | 17,610.1 |
| – Cash & Equivalents | 603.7 |
| + Preferred & Other | 0.0 |
| + Total Debt | 59.9 |
| Enterprise Value | 17,071.1 |

| | |
| --- | --- |
| Px/Chg 1D (USD) | 123.81/-.48% |
| 52 Wk H (09/22/21) | 130.02 |
| 52 Wk L (09/24/20) | 29.03 |
| YTD Change/% | 53.42/75.89% |
| Mkt Cap (USD) | 17,654.2M |
| Shrs Out/Float | 142.6M/127.7M |

## Yahoo! Finance

### Share Statistics

| | |
| --- | --- |
| Avg Vol (3 month) | 937.51k |
| Avg Vol (10 day) | 1.15M |
| Shares Outstanding | 142.59M |

Source: Bloomberg, Yahoo! Finance

## JP Morgan

### Company Data

| | |
| --- | --- |
| Shares O/S (mn) | 136 |
| 52-week range (C$) | 128.39-37.51 |
| Market cap ($ mn) | 13,473.46 |
| Exchange rate | 1.27 |
| Free float(%) | 89.6% |
| 3M - Avg daily vol (mn) | 1.00 |
| 3M - Avg daily val ($ mn) | 80.8 |
| Volatility (90 Day) | 50 |
| Index | RUSSELL 2000 |
| BBG BUY|HOLD|SELL | 13|1|2 |

Source: JPM research (August 27th, 2021)

## Barclays

| | |
| --- | --- |
| Market Cap (USD mn) | 11925 |
| Shares Outstanding (mn) | 133.7 |
| Free Float (%) | 88.90 |
| 52 Wk Avg Daily Volume (mn) | 0.6 |
| Dividend Yield (%) | N/A |
| Return on Equity TTM (%) | -10.91 |
| Current BVPS (USD) | N/A |

Source: Bloomberg

Source: Barclays research (August 5th 2021)

**SPRUCE POINT**
CAPITAL MANAGEMENT

Spruce Point calculates a higher pro forma enterprise valuation when factoring in Lightspeed's recent deals and the August 2021 equity capital raise.

| Spruce Point Adjusted Enterprise Value | | | | | |
|---|---|---|---|---|---|
| $ in millions, except per share data | Lightspeed | Ecwid | NuORDER | Equity Raised | Pro Forma Lightspeed |
| Stock Price | $112.50 | | | | $112.50 |
| Basic Shares | 133.7 | 2.9 | 2.1 | 8.9 | 147.6 |
| Diluted Shares | 8.3 | | | | 8.3 |
| Total Shares Outstanding | 142.1 | | | | 156.0 |
| Market Capitalization | $15,984.1 | | | | $17,546.4 |
| Operating Lease Liability | $6.6 | | | | $6.6 |
| Total Short-Term Debt | $6.6 | | | | $6.6 |
| Long-Term Debt | $29.8 | | | | $29.8 |
| Operating Lease Liability | $23.4 | | | | $23.4 |
| Total Long-Term Debt | $53.2 | | | | $53.2 |
| Total Debt Outstanding | $59.9 | | | | $59.9 |
| Less: Cash and Equivalents | $603.7 | ($175.0) | ($206.9) | $791.6 | $1,013.5 |
| Adjusted Enterprise Value | $15,440.2 | | | | $16,592.8 |

Source: Spruce Point research and LSPD filings and deal announcements

Case 1:21-cv-06365-BMC   Document 37-1   Filed 06/27/22   Page 124 of 126 PageID #: 617

# SPRUCE POINT
CAPITAL MANAGEMENT

## Trading Comparables

Lightspeed commands a lofty valuation rivaling best-of-breed peer Shopify, despite an inferior business, that since inception in 2005, has shown no evidence of generating economic profits. Foremost, its revenue growth is being temporarily elevated as a result of multiple acquisitions, and likely masking double digit declining organic growth challenges (see slide: *Evidence of Declining Business Prior to Large ShopKeep and Upserve Acquisitions* and *Vend*). We believe LSPD does not provide enough quality disclosures to properly assess its business. In addition, management provides dubious KPIs, such as GTV, that even one former employee described as *"smoke and mirrors"*.

$ in mm, except per share figures

| Name (Ticker) | Stock Price 9/28/2021 | Adj Ent. Value | 2021E Gross Margin | 2021E OCF Margin | 2021E EBITDA Margin | Sales Growth '21E-'22E | EV / Sales 2021E | EV / Sales 2022E | EV / Gross Profit 2021E | EV / Gross Profit 2022E | EV / EBITDA 2021E | EV / EBITDA 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adobe (ADBE) | $578.77 | $276,909 | 89.7% | 44.9% | 51.1% | 15.5% | 17.3x | 15.0x | 19.3x | 16.8x | 34.3x | 30.1x |
| Shopify (SHOP) | $1,369.31 | $148,327 | 54.7% | 12.0% | 15.6% | 33.2% | 32.1x | 24.1x | 58.7x | 45.0x | 205.7x | 183.1x |
| Square (SQ) | $242.72 | $126,595 | 23.7% | 6.3% | 5.6% | 16.5% | 6.7x | 5.7x | 28.1x | 21.9x | 118.1x | 92.1x |
| Global Payments (GPN) | $162.11 | $57,121 | 67.6% | 35.6% | 47.1% | 11.2% | 7.4x | 6.6x | 10.9x | 9.6x | 15.7x | 13.9x |
| Worldline (WLN FP) | $78.09 | $25,999 | 25.9% | 18.0% | 25.7% | 8.9% | 4.4x | 4.0x | 16.9x | 6.3x | 17.1x | 14.7x |
| Toast (TOST) | $50.88 | $28,408 | 21.1% | 2.0% | 0.6% | 40.0% | 24.7x | 17.6x | 116.8x | 100.6x | NM | NM |
| NCR Corp (NCR) | $38.89 | $11,460 | 27.7% | 10.5% | 17.3% | 10.0% | 1.5x | 1.4x | 5.4x | 4.7x | 9.1x | 7.3x |
| Sift4 Payments (FOUR) | $82.13 | $7,563 | 21.6% | 20.5% | 35.0% | 25.1% | 14.7x | 11.8x | 68.4x | 58.7x | 42.2x | 31.1x |
| SPS Commerce (SPSC) | $162.04 | $5,744 | 66.4% | 25.9% | 27.5% | 14.6% | 15.0x | 13.1x | 22.6x | 19.5x | 54.7x | 45.6x |
| Big Commerce (BIGC) | $53.49 | $3,589 | 79.2% | -14.0% | -13.0% | 28.0% | 17.0x | 13.3x | 21.4x | 16.9x | NM | NM |
| Everi Holdings (EVRI) | $24.34 | $3,245 | 82.5% | 44.6% | 53.7% | 6.0% | 5.2x | 4.9x | 6.3x | 5.9x | 9.6x | 9.2x |
| Evo Payments (EVOP) | $23.65 | $2,431 | 82.4% | 20.6% | 35.9% | 11.3% | 4.9x | 4.4x | 6.0x | 5.3x | 13.8x | 12.0x |
| Bottomline Technologies (EPAY) | $39.49 | $1,712 | 59.3% | 17.4% | 20.4% | 11.1% | 3.5x | 3.1x | 5.9x | 5.2x | 16.2x | 14.1x |
| GreenSky (GSKY) | $11.45 | $2,054 | 56.5% | 47.7% | 32.2% | 14.7% | 3.8x | 3.3x | 6.8x | 6.2x | 11.8x | 10.5x |
| Agilysys (ASYS) | $50.91 | $1,225 | 63.8% | 14.7% | 15.8% | 15.1% | 6.6x | 5.7x | 10.3x | 9.0x | 46.5x | 39.4x |
| Par Technology (PAR) | $62.07 | $1,782 | 22.8% | -18.2% | -5.9% | 20.6% | 6.6x | 5.4x | 28.8x | 23.9x | NM | NM |
| Max | | | 89.7% | 47.7% | 53.7% | 40.0% | 32.1x | 24.1x | 116.8x | 100.6x | 205.7x | 183.1x |
| Average | | | 52.8% | 18.0% | 22.8% | 17.6% | 10.7x | 8.7x | 27.0x | 22.2x | 45.7x | 38.7x |
| Min | | | 21.1% | -18.2% | -13.0% | 6.0% | 1.5x | 1.4x | 5.4x | 4.7x | 9.1x | 7.3x |
| Lightspeed POS (Street) | $112.50 | $15,431 | 50.9% | -7.6% | -6.8% | 35.4% | 29.2x | 21.5x | 57.3x | 43.6x | NM | NM |
| Lightspeed POS (Spruce Adj) | $112.50 | $16,593 | 50.9% | -7.6% | -6.8% | 35.4% | 31.3x | 23.1x | 61.6x | 46.9x | NM | NM |

Source: Company financials, Wall St. and Spruce Point estimates





# SPRUCE POINT
### CAPITAL MANAGEMENT

## Spruce Point Estimates 60% - 80% Downsi▮

Spruce Point believes there is significant downside to Lightspeed's share price as the Company appears overvalued on both revenue and gross profit metrics, and should trade at a material discount to peers given the strong evidence we've presented of its inferior business. Existing and future growth challenges from new entrants such as Amazon, combined with the Company lagging behind industry leaders like Shopify and Square, does not justify the current lofty valuation.

| Calendar Year Estimates $ in millions, except per share data | Revenue Multiple | | Gross Profit Multiple | |
|---|---|---|---|---|
| | Spruce Point Low Case | Market (Base) Case | Spruce Point Low Case | Market (Base) Case |
| **2022E Revenue / Gross Profit** (% margin) | **$650** | **$670** | **$300  (46.2%)** | **$333  (49.7%)** |
| Multiple Range | 6.0x | 12.0x | 10.0x | 18.0x |
| **2022E Enterprise Value** | **$3,900** | **$8,040** | **$3,000** | **$5,989** |
| Long-Term Debt | ($30) | ($30) | ($30) | ($30) |
| Operating Lease Liability | ($30) | ($30) | ($30) | ($30) |
| Cash and Equivalents | $1,013 | $1,013 | $1,013 | $1,013 |
| **Equity Value** | **$4,854** | **$8,994** | **$3,954** | **$6,943** |
| Diluted Shares (millions) | 156.0 | 156.0 | 156.0 | 156.0 |
| **Implied Share Price** | **$31.12** | **$57.66** | **$25.35** | **$44.51** |
| *Upside* / *(Downside)* | *(72%)* | *(49%)* | *(77%)* | *(60%)* |

Note: Market data as of 09/28/2021. Downside based on current share price of $112.50
Source: Company financials, Spruce Point research

125