# Exhibit K

*No securities regulatory authority has expressed an opinion about these securities and it is an offence to claim otherwise. This prospectus constitutes a public offering of these securities only in those jurisdictions where they may be lawfully offered for sale and therein only by persons permitted to sell such securities.*

*These securities have not been, and will not be, registered under the United States Securities Act of 1933, as amended (the "**U.S. Securities Act**"), or the securities laws of any state of the United States and may not be offered, sold or delivered, directly or indirectly, in the United States, except pursuant to an exemption from the registration requirements of the U.S. Securities Act and applicable state securities laws. This prospectus does not constitute an offer to sell or solicitation of an offer to buy any of these securities in the United States. See "Plan of Distribution".*

**SUPPLEMENTED PREP PROSPECTUS**

*Initial Public Offering*                                                                                           March 7, 2019



# C$240,000,000
# 15,000,000 Subordinate Voting Shares

This prospectus qualifies the distribution (the "**Offering**") of an aggregate of 15,000,000 subordinate voting shares (the "**Offered Shares**") of Lightspeed POS Inc. ("**we**" or "**Lightspeed**" or the "**Company**"), at a price of C$16.00 per Offered Share (the "**Offering Price**"). We will use the net proceeds from the Offering as described in this prospectus. See "Use of Proceeds". The Offering is being underwritten by BMO Nesbitt Burns Inc. ("**BMO**"), National Bank Financial Inc. ("**NBF**"), J.P. Morgan Securities Canada Inc. ("**J.P. Morgan**"), CIBC World Markets Inc. ("**CIBC WM**"), TD Securities Inc., Raymond James Ltd. and Scotia Capital Inc. (collectively, the "**Underwriters**").

Headquartered in Montréal, Canada, Lightspeed provides an easy-to-use, omni-channel commerce-enabling SaaS platform. Our software platform provides our customers with the critical functionalities they need to engage with consumers, manage their operations, accept payments, and grow their business. We operate globally in approximately 100 countries, empowering single- and multi-location small and medium-sized businesses ("**SMBs**") to compete successfully in an omni-channel market environment by engaging with consumers across online, mobile, social, and physical channels. Founded in 2005, Lightspeed has grown to approximately 700 employees, with global offices in Canada, the United States, Europe, and Australia. See "Business of Lightspeed".

## Price: C$16.00 per Offered Share

**There is currently no market through which the Offered Shares may be sold and purchasers may not be able to resell the Offered Shares purchased under this prospectus. This may affect the pricing of the Offered Shares in the secondary market, the transparency and availability of trading prices, the liquidity of the Offered Shares, and the extent of issuer regulation. See "Risk Factors".**

Our subordinate voting shares ("**Subordinate Voting Shares**") have been conditionally approved for listing on the Toronto Stock Exchange ("**TSX**") under the symbol "LSPD". Listing is subject to fulfilling all of the listing requirements of the TSX.

**An investment in the Offered Shares is subject to a number of risks that should be considered by a prospective purchaser. Prospective purchasers should carefully consider the risk factors described under "Risk Factors" before purchasing the Offered Shares.**

|  | Price to the Public[1] | Underwriters' Fee | Net Proceeds to the Company[2] |
|---|---|---|---|
| Per Offered Share | C$ 16.00 | C$ 0.92 | C$ 15.08 |
| Total Offering[3] | C$240,000,000 | C$13,800,000 | C$226,200,000 |

(1)   The Offering Price has been determined by negotiation between us and the Underwriters.

(2) We will pay the expenses associated with the Offering, which, not including the Underwriters' fee, will be approximately C$3.6 million. We have also agreed to reimburse the Underwriters for their reasonable expenses in connection with the Offering. See "Use of Proceeds" and "Plan of Distribution".

(3) We have granted the Underwriters an option (the "**Over-Allotment Option**"), exercisable, in whole or in part, at any time for a period of 30 days after the Closing Date (as defined herein), to purchase up to an additional 15% of the aggregate number of Offered Shares issued under the Offering on the same terms as set forth above solely to cover over-allotments, if any, and for market stabilization purposes. If the Over-Allotment Option is exercised in full, the total "Price to the Public", "Underwriters' Fee" and "Net Proceeds to the Company" will be C$276,000,000, C$15,870,000 and C$260,130,000, respectively. This prospectus also qualifies the grant of the Over-Allotment Option and distribution of the Offered Shares issuable upon the exercise of the Over-Allotment Option. A purchaser who acquires Offered Shares forming part of the Underwriters' over-allocation position acquires such Offered Shares under this prospectus, regardless of whether the Underwriters' over-allocation position is ultimately filled through the exercise of the Over-Allotment Option or secondary market purchases. See "Plan of Distribution".

Upon completion of the Offering, the Company will have two classes of issued and outstanding shares: the Subordinate Voting Shares and the multiple voting shares ("**Multiple Voting Shares**"). The Subordinate Voting Shares are "restricted securities" within the meaning of such term under applicable Canadian securities laws. The Subordinate Voting Shares and the Multiple Voting Shares are substantially identical with the exception of the multiple voting rights and conversion rights attached to the Multiple Voting Shares. Each Subordinate Voting Share is entitled to one vote and each Multiple Voting Share is entitled to four votes on all matters upon which the holders of shares are entitled to vote, and the holders of Subordinate Voting Shares and Multiple Voting Shares will vote together on all matters subject to a vote of holders of both those classes of shares as if they were one class of shares, except to the extent that a separate vote of holders as a separate class is required by law or provided by our articles. The Multiple Voting Shares are convertible into Subordinate Voting Shares on a one-for-one basis at any time at the option of the holders thereof and automatically in certain other circumstances, including at such time that is the earlier to occur of the following (i) Permitted Holders (as defined herein) that hold Multiple Voting Shares no longer as a group beneficially own, directly or indirectly and in the aggregate, at least 12.5% of the issued and outstanding Subordinate Voting Shares and Multiple Voting Shares (on a non-diluted basis), and (ii) Dax Dasilva is no longer serving as a director or member of senior management of the Company. See "Description of Share Capital". The holders of Subordinate Voting Shares benefit from contractual provisions that give them certain rights in the event of a take-over bid for the Multiple Voting Shares. See "Description of Share Capital – Authorized Share Capital at Closing – Take-Over Bid Protection". Upon completion of the Offering, and assuming no exercise of the Over-Allotment Option, the Company's issued and outstanding share capital will consist of 65,434,451 Subordinate Voting Shares and 16,052,445 Multiple Voting Shares. See "Description of Share Capital".

Upon completion of the Offering, and assuming no exercise of the Over-Allotment Option, our founder and Chief Executive Officer, Dax Dasilva, will, directly or indirectly, own or control 100% of the Multiple Voting Shares of the Company. After giving effect to the Offering, and assuming no exercise of the Over-Allotment Option, Dax Dasilva will hold approximately 19.7% of the Company's issued and outstanding shares and approximately 49.5% of the voting power attached to all of the Company's issued and outstanding shares (approximately 19.2% and 48.7%, respectively, if the Over-Allotment Option is exercised in full). As a result, Dax Dasilva and his Permitted Holders (as defined herein) will control a significant portion of the voting power attached to all of our outstanding shares and will have significant influence over us and our affairs. In addition, Dax Dasilva and Caisse de dépôt et placement du Québec ("**Caisse**", and together with Dax Dasilva, the "**Principal Shareholders**") will be party to an Investor Rights Agreement (as defined herein) that, among other things, provides for certain governance rights and registration rights. See "Principal Shareholders", "Agreements with Principal Shareholders" and "Risk Factors". All of the Subordinate Voting Shares and Multiple Voting Shares, as applicable, held upon completion of the Offering by the Principal Shareholders, certain other shareholders as well as our directors and executive officers will be subject to contractual Lock-up Agreements (as defined herein) with the Underwriters. Holders of approximately 97.5% of our issued and outstanding shares on a non-diluted basis immediately prior to the completion of the Offering will be subject to these Lock-up Agreements. See "Plan of Distribution –Lock-up Arrangements".

CIBC WM is a wholly owned subsidiary of the Canadian Imperial Bank of Commerce ("**CIBC**"), a Canadian chartered bank, which is expected to be a lender to the Company under the New Credit Facilities (as defined herein) as at the Closing Date (or shortly thereafter). See "Description of Material Indebtedness". **Accordingly, the Company may be considered a "connected issuer", as such term is defined in National Instrument 33-105 –** *Underwriting Conflicts***, of CIBC WM. See "Plan of Distribution – Relationships Between the Company and Certain Underwriters".**

The Underwriters, as principals, conditionally offer the Offered Shares qualified under this prospectus, subject to prior sale, if, as and when sold by the Company and accepted by the Underwriters in accordance with the conditions contained in the Underwriting Agreement (as defined herein) between us and the Underwriters referred to under "Plan of Distribution" and subject to the approval of certain legal matters on our behalf by Stikeman Elliott LLP and on behalf of the Underwriters by Osler, Hoskin & Harcourt LLP with respect to Canadian legal matters and Skadden, Arps, Slate, Meagher & Flom LLP with respect to U.S. legal matters.

In connection with the Offering, the Underwriters have been granted the Over-Allotment Option and may, subject to applicable law, over-allocate or effect transactions which stabilize or maintain the market price of the Offered Shares at levels other than those which otherwise might prevail on the open market. Such transactions, if commenced, may be discontinued at any time. **The Underwriters may offer the Offered Shares at a price lower than that stated above. See "Plan of Distribution".**

The following table sets out the number of Offered Shares that may be sold to the Underwriters pursuant to the Over-Allotment Option:

| Underwriters' Position | Maximum Size or Number of Securities Available | Exercise Period | Exercise Price |
|---|---|---|---|
| Over-Allotment Option . . . . . . . . . . . . . . . . . . . . . . | 2,250,000 Offered Shares | For a period of 30 days after the Closing Date | C$16.00 per Offered Share |

Subscriptions will be received subject to rejection or allocation in whole or in part and the Underwriters reserve the right to close the subscription books at any time without notice. The closing of the Offering (the "**Closing**") is expected to occur on or about March 15, 2019 or such other date as we and the Underwriters may agree, but in any event no later than March 22, 2019 (the "**Closing Date**"). The Offered Shares will be deposited with CDS Clearing and Depository Services Inc. ("**CDS**") in electronic form on the Closing Date. A purchaser of Offered Shares will not receive a share certificate on Closing. See "Plan of Distribution".

**TABLE OF CONTENTS**

ABOUT THIS PROSPECTUS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ii

MEANING OF CERTAIN TERMS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ii

CURRENCY AND EXCHANGE RATE DATA  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   iii

NON-IFRS MEASURES AND INDUSTRY METRICS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   iii

CAUTIONARY NOTE REGARDING FORWARD-LOOKING INFORMATION  . . . . . . . . . . . . . . . . . . . . .   iv

MARKET AND INDUSTRY DATA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   viii

TRADEMARKS AND TRADE NAMES  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   viii

MARKETING MATERIALS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ix

ELIGIBILITY FOR INVESTMENT  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ix

LETTER FROM DAX DASILVA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   x

PROSPECTUS SUMMARY  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1

THE OFFERING  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   8

BUSINESS OF LIGHTSPEED  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   15

SELECTED CONSOLIDATED FINANCIAL INFORMATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   29

MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS
   OF OPERATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   32

USE OF PROCEEDS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   64

DESCRIPTION OF SHARE CAPITAL  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   64

DIVIDEND POLICY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   70

PRINCIPAL SHAREHOLDERS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   70

AGREEMENTS WITH PRINCIPAL SHAREHOLDERS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   71

DESCRIPTION OF MATERIAL INDEBTEDNESS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   72

CONSOLIDATED CAPITALIZATION  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   72

OPTIONS TO PURCHASE SECURITIES  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   74

PRIOR SALES  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   74

DIRECTORS AND EXECUTIVE OFFICERS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   78

CORPORATE GOVERNANCE  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   83

EXECUTIVE COMPENSATION  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   88

DIRECTOR COMPENSATION  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   100

INDEBTEDNESS OF DIRECTORS AND OFFICERS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   101

PLAN OF DISTRIBUTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   103

CERTAIN CANADIAN FEDERAL INCOME TAX CONSIDERATIONS  . . . . . . . . . . . . . . . . . . . . . . .   107

RISK FACTORS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   110

LEGAL PROCEEDINGS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   137

LEGAL MATTERS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   137

INTERESTS OF MANAGEMENT AND OTHERS IN MATERIAL TRANSACTIONS . . . . . . . . . . . . . . . . .   138

AUDITOR, TRANSFER AGENT AND REGISTRAR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   138

ENFORCEMENT OF JUDGMENTS AGAINST FOREIGN PERSONS . . . . . . . . . . . . . . . . . . . . . . . . .   138

MATERIAL CONTRACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   138

PURCHASERS' STATUTORY RIGHTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   138

INDEX TO FINANCIAL STATEMENTS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   F-1

APPENDIX A CHARTER OF THE BOARD OF DIRECTORS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   A-1

APPENDIX B AUDIT COMMITTEE CHARTER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   B-1

CERTIFICATE OF THE ISSUER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   C-1

CERTIFICATE OF THE UNDERWRITERS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   C-2

**ABOUT THIS PROSPECTUS**

An investor should rely only on the information contained in this prospectus. None of us or any of the Underwriters has authorized anyone to provide investors with additional or different information. The information contained on our website, *https://www.lightspeedhq.com*, is not intended to be included in or incorporated by reference into this prospectus and prospective investors should not rely on such information when deciding whether or not to invest in the Offered Shares. Any graphs, tables or other information demonstrating our historical performance or that of any other entity contained in this prospectus are intended only to illustrate past performance and are not necessarily indicative of our or such entities' future performance. The information contained in this prospectus is accurate only as of the date of this prospectus or the date indicated, regardless of the time of delivery of this prospectus or of any sale of the Offered Shares.

None of the Company or any of the Underwriters is offering to sell the Offered Shares in any jurisdiction where the offer or sale of such securities is not permitted. Investors are required to inform themselves about, and to observe any restrictions relating to, the Offering and the possession or distribution of this prospectus.

In this prospectus, unless otherwise indicated, it is assumed that the Offering and the Pre-Closing Capital Changes (as defined herein) have been completed and that the Over-Allotment Option is not exercised.

Unless otherwise indicated, the number of Subordinate Voting Shares outstanding upon completion of the Offering is based on 65,434,451 Subordinate Voting Shares on a non-diluted basis (assuming completion of the Pre-Closing Capital Changes) and 67,684,451 Subordinate Voting Shares on a non-diluted basis (assuming completion of the Pre-Closing Capital Changes) if the Over-Allotment Option is exercised in full, which in each case excludes shares issuable upon the exercise of options or warrants outstanding as of the date hereof. As part of the Pre-Closing Capital Changes, all of the issued and outstanding shares will be consolidated on a 4-to-1 basis.

**MEANING OF CERTAIN TERMS**

As used in this prospectus, unless the context indicates or requires otherwise, all references to the "Company", "Lightspeed", "we", "us" or "our" refer to Lightspeed POS Inc. together with our subsidiaries, on a consolidated basis, as constituted on the Closing Date after giving effect to the Pre-Closing Capital Changes described under "Description of Share Capital – Pre-Closing Capital Changes". Furthermore, as used in this prospectus, unless the context indicates or requires otherwise, the following terms have the following meanings:

"**Audit Committee**" means the audit committee of the Board;

"**CAGR**" means compound annual growth rate;

"**CBCA**" means the *Canada Business Corporations Act*, as amended from time to time;

"**CNG Committee**" means the compensation, nominating and governance committee of the Board;

"**Fiscal 2016**" means the fiscal year ended March 31, 2016;

"**Fiscal 2017**" means the fiscal year ended March 31, 2017;

"**Fiscal 2018**" means the fiscal year ended March 31, 2018;

"**Fiscal 2019**" means the fiscal year ending March 31, 2019;

"**Fiscal 2020**" means the fiscal year ending March 31, 2020;

"**LTM 2018**" means the twelve months ended December 31, 2018;

"**NI 52-109**" means National Instrument 52-109 – *Certification of Disclosure in Issuers' Annual and Interim Filings*, as amended from time to time;

"**NI 52-110**" means National Instrument 52-110 – *Audit Committees*, as amended from time to time;

"**NI 58-101**" means National Instrument 58-101 – *Disclosure of Corporate Governance Practices*, as amended from time to time;

"**NP 58-201**" means National Policy 58-201 – *Corporate Governance Guidelines*, as amended from time to time;

"**POS**" means point of sale; and

"**SaaS**" means software as a service.

## CURRENCY AND EXCHANGE RATE DATA

The following table sets out the high and low rates of exchange for one U.S. dollar expressed in Canadian dollars during each of the following periods, the average rate of exchange for those periods and the rate of exchange in effect at the end of each of those periods, each based on the rate of exchange published by the Bank of Canada for conversion of U.S. dollars into Canadian dollars.

| | Nine-Months Ended December 31, | | Fiscal Year Ended March 31, | | |
|---|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 | 2016 |
| | (C$) | (C$) | (C$) | (C$) | (C$) |
| Highest rate during the period | 1.3642 | 1.3743 | 1.3743 | 1.3582 | 1.4589 |
| Lowest rate during the period | 1.2552 | 1.2128 | 1.2128 | 1.2544 | 1.1951 |
| Average rate for the period | 1.3060 | 1.2901 | 1.2837 | 1.3126 | 1.3114 |
| Rate at the end of the period | 1.3642 | 1.2545 | 1.2894 | 1.3310 | 1.2971 |

On March 6, 2019, the rate of exchange posted by the Bank of Canada for conversion of U.S. dollars into Canadian dollars was US$1.00 equals C$1.3420. No representation is made that any currency could be converted at any given rate.

All references in this prospectus to dollars, "$" or "US$" are to United States dollars and all references to Canadian dollars and "C$" are to Canadian dollars.

## NON-IFRS MEASURES AND INDUSTRY METRICS

This prospectus makes reference to certain non-IFRS measures and industry metrics. These measures are not recognized measures under International Financial Reporting Standards as issued by the International Accounting Standards Board ("**IFRS**") and do not have a standardized meaning prescribed by IFRS and are therefore unlikely to be comparable to similar measures presented by other companies. Rather, these measures are provided as additional information to complement those IFRS measures by providing further understanding of our results of operations from management's perspective. Accordingly, these measures should not be considered in isolation nor as a substitute for analysis of our financial information reported under IFRS. We use non-IFRS measures, including "Adjusted EBITDA", "Adjusted Operating Expenses Before Depreciation and Amortization" and "Free Cash Flow". This prospectus also makes reference to "Average Revenue Per User" or "ARPU", "Customer Locations", "Gross Transaction Volume" or "GTV", and "Net Dollar Retention Rate", which are operating metrics used in our industry. These non-IFRS measures and industry metrics are used to provide investors with supplemental measures of our operating performance and thus highlight trends in our core business that may not otherwise be apparent when relying solely on IFRS measures. We also believe that securities analysts, investors and other interested parties frequently use non-IFRS measures and industry metrics in the evaluation of issuers. Our management also uses non-IFRS measures and industry metrics in order to facilitate operating performance comparisons from period to period, to prepare annual operating budgets and forecasts and to determine components of management compensation.

### Non-IFRS Measures

"**Adjusted EBITDA**" means net loss excluding interest, taxes, depreciation and amortization, or EBITDA, as adjusted for stock-based compensation expense, loss on the increase in fair value of Redeemable Preferred Shares (as defined herein), compensation expenses relating to acquisitions completed and transaction-related expenses.

"**Adjusted Operating Expenses Before Depreciation and Amortization**" means the sum of general and administrative, research and development and sales and marketing expenses, and excludes compensation expenses relating to acquisitions completed, stock-based compensation and transaction-related expenses.

"**Free Cash Flow**" means cash flow from (used in) operating activities less additions to property and equipment.

iii

See "Selected Consolidated Financial Information" and "Management's Discussion and Analysis of Financial Condition and Results of Operations - Non-IFRS Measures and Reconciliation of Non-IFRS Measures" for a reconciliation of the foregoing non-IFRS measures to their most directly comparable measures calculated in accordance with IFRS.

**Industry Metrics**

"**Average Revenue Per User**" or "**ARPU**" represents the total software and payments revenue of the Company in the period divided by the number of unique customers of the Company in the period.

"**Customer Location**" means a billing customer location for which the term of services have not ended, or with which we are negotiating a renewal contract. A single unique customer can have multiple Customer Locations including physical and eCommerce sites. See "Management's Discussion and Analysis of Financial Condition and Results of Operations – Key Performance Indicators".

"**Gross Transaction Volume**" or "**GTV**" represents the total dollar value of transactions processed through our cloud-based SaaS platform in the period, net of refunds, inclusive of shipping and handling, duty and value-added taxes. GTV does not represent revenue earned by us. See "Management's Discussion and Analysis of Financial Condition and Results of Operation – Key Performance Indicators".

"**Net Dollar Retention Rate**" is calculated as of the end of each month by considering the cohort of customers on our commerce platform as of the beginning of the month and dividing our subscription and payments revenue attributable to this cohort in the then-current month by total subscription and payments revenue attributable to this cohort in the immediately preceding month. See "Management's Discussion and Analysis of Financial Condition and Results of Operation – Key Performance Indicators".

## CAUTIONARY NOTE REGARDING FORWARD-LOOKING INFORMATION

This prospectus contains "forward-looking information" and "forward-looking statements" (collectively, "**forward-looking information**") within the meaning of applicable securities laws. Forward-looking information may relate to our future financial outlook and anticipated events or results and may include information regarding our financial position, business strategy, growth strategies, addressable markets, budgets, operations, financial results, taxes, dividend policy, plans and objectives. Particularly, information regarding our expectations of future results, performance, achievements, prospects or opportunities or the markets in which we operate is forward-looking information. In some cases, forward-looking information can be identified by the use of forward-looking terminology such as "plans", "targets", "expects" or "does not expect", "is expected", "an opportunity exists", "budget", "scheduled", "estimates", "outlook", "forecasts", "projection", "prospects", "strategy", "intends", "anticipates", "does not anticipate", "believes", or variations of such words and phrases or statements that certain actions, events or results "may", "could", "would", "might", "will", "will be taken", "occur" or "be achieved". In addition, any statements that refer to expectations, intentions, projections or other characterizations of future events or circumstances contain forward-looking information. Statements containing forward-looking information are not historical facts but instead represent management's expectations, estimates and projections regarding future events or circumstances.

Discussions containing forward-looking information may be found, among other places, under "Prospectus Summary", "Business of Lightspeed", "Description of Material Indebtedness", "Consolidated Capitalization", "Management's Discussion and Analysis of Financial Condition and Results of Operations", "Use of Proceeds", "Description of Share Capital", "Dividend Policy", "Principal Shareholders", "Directors and Executive Officers", "Executive Compensation", "Director Compensation" and "Risk Factors".

This forward-looking information includes, among other things, statements relating to: the Offering Price, the completion, size, expenses and timing of Closing; the execution of agreements entered into by the Principal Shareholders in connection with the Offering; expectations regarding industry trends, overall market growth rates and our growth rates and growth strategies; addressable markets for our solutions; expectations regarding our revenue and the revenue generation potential of our payment-related and other solutions; our business plans and strategies; our

competitive position in our industry; the entering into of the New Credit Facilities; the Pre-Closing Capital Changes; expectations regarding the long-term ownership equity position of our Chief Executive Officer; the proposed use of proceeds of this Offering; and the market price for the Offered Shares.

This forward-looking information and other forward-looking information are based on our opinions, estimates and assumptions in light of our experience and perception of historical trends, current conditions and expected future developments, as well as other factors that we currently believe are appropriate and reasonable in the circumstances. Despite a careful process to prepare and review the forward-looking information, there can be no assurance that the underlying opinions, estimates and assumptions will prove to be correct. Certain assumptions in respect of our ability to build our market share and enter new markets and industry verticals; our ability to retain key personnel; our ability to maintain and expand geographic scope; our ability to execute on our expansion plans; our ability to continue investing in infrastructure to support our growth; our ability to obtain and maintain existing financing on acceptable terms; currency exchange and interest rates; the impact of competition; the changes and trends in our industry or the global economy; and the changes in laws, rules, regulations, and global standards are material factors made in preparing forward-looking information and management's expectations.

Forward-looking information is necessarily based on a number of opinions, estimates and assumptions that we considered appropriate and reasonable as of the date such statements are made, are subject to known and unknown risks, uncertainties, assumptions and other factors that may cause the actual results, level of activity, performance or achievements to be materially different from those expressed or implied by such forward-looking information, including but not limited to the following risk factors described in greater detail under "Risk Factors":

- our rapid growth may not be sustainable and depends on our ability to attract new customers, retain revenue from existing customers and increase sales to both new and existing customers;

- we may not be able to successfully implement our growth strategy on a timely basis or at all;

- our business could be harmed if we fail to manage our growth effectively;

- we have a history of losses and we may be unable to achieve profitability;

- our limited operating history in new and developing markets and new geographic regions makes it difficult to evaluate our current business and future prospects and may increase the risk that we will not be successful;

- our growth strategy involves accelerating the rollout of our payment processing solution, Lightspeed Payments, which may present risks and challenges that we have not yet experienced;

- if we fail to improve and enhance the functionality, performance, reliability, design, security and scalability of our platform in a manner that responds to our customers' evolving needs, our business may be adversely affected;

- the introduction of Lightspeed Payments subjects us to regulatory requirements, payment card network rules, payment card transactions underwriting and other risks that could be costly and difficult to comply with or that could harm our business;

- our risk management efforts in connection with the processing of payments may not be effective, which could expose us to losses and liability and otherwise harm our business;

- we rely on a single supplier to provide part of the technology we offer through Lightspeed Payments;

- security breaches, denial of service attacks, or other hacking and phishing attacks on our systems or other security breaches, including internal security failures, could harm our reputation or subject us to significant liability, and adversely affect our business and financial results;

- system failures, interruptions, delays in service, catastrophic events, inadequate infrastructure and resulting interruptions in the availability or functionality of our platform could harm our reputation or subject us to significant liability, and adversely affect our business and financial results;

- we store personal and other information of our partners, our customers and their consumers and our employees. If the security of this information is compromised or is otherwise accessed without authorization, our reputation may be harmed and we may be exposed to liability and loss of business;

- our use of "open source" software could negatively affect our ability to sell our solutions and subject us to possible litigation;

v

- we rely on computer hardware, purchased or leased, and software licensed from and services rendered by third parties in order to run our business;

- third-party hardware that we sell to our customers is generally procured from a single or limited number of suppliers. Thus, we are at risk of shortages, price increases, changes, delays or discontinuations of hardware, which could disrupt and materially adversely affect our business;

- our business is highly competitive. We may not be able to compete successfully against current and future competitors;

- if our software contains serious errors or defects, we may lose revenue and market acceptance and may incur costs to defend or settle claims with our customers;

- we may be unable to achieve or maintain data transmission capacity;

- our growth depends in part on the success of our strategic relationships with third parties;

- we rely to a significant extent on the integration of third-party payment processing solutions;

- if we do not maintain the compatibility of our solutions with third-party applications and operating systems that our customers use or the fiscal recording requirements they are required to comply with in their business processes, demand for our solutions could decline;

- our business and prospects would be harmed if changes to technologies used in our platform or new versions or upgrades of operating systems and internet browsers adversely impact the process by which our customers and their consumers interface with our platform;

- we may be unable to obtain, maintain and protect our intellectual property rights and proprietary information or prevent third parties from making unauthorized use of our technology;

- we may be subject to claims by third parties of intellectual property infringement;

- if we are unable to hire, retain and motivate qualified personnel, our business will suffer;

- we are dependent on the continued services and performance of our senior management and other key employees, the loss of any of whom could adversely affect our business, operating results and financial condition;

- our business is susceptible to risks associated with international sales and the use of our platform in various countries;

- we have in the past made and in the future may make acquisitions and investments that could divert management's attention, result in operating difficulties and dilution to our shareholders and otherwise disrupt our operations and adversely affect our business, operating results or financial position;

- we may need to raise additional funds to pursue our growth strategy or continue our operations, and we may be unable to raise capital when needed or on acceptable terms;

- from time to time, we may become defendants in legal proceedings as to which we are unable to assess our exposure and which could become significant liabilities in the event of an adverse judgment;

- new tax laws could be enacted or existing laws could be applied to us or our customers, which could increase the costs of our solutions and adversely impact our business;

- unanticipated changes in effective tax rates or adverse outcomes resulting from examination of our income or other tax returns could adversely affect our operating results and financial condition;

- our future effective tax rates could be subject to volatility or adversely affected by a number of factors;

- federal, state and local tax authorities may seek to assess federal, state and local business taxes and sales and use taxes. If we are required to collect sales and use taxes in additional jurisdictions, we might be subject to tax liability for past sales;

- failure to effectively expand our sales capabilities could harm our ability to increase our subscriber base and achieve broader market acceptance of our platform;

- we rely on search engines, advertising on the Internet and social networking sites to attract a meaningful portion of our customers. If we are not able to generate traffic to our website through search engines,

vi

advertising on the Internet and social networking sites, our ability to attract new customers may be impaired. In addition, if our customers are not able to generate traffic to their stores, restaurants and websites through search engines, advertising on the Internet and social networking sites, their ability to attract consumers may be impaired;

- if we fail to maintain a consistently high level of customer service or if we fail to manage our reputation, our brand, business and financial results may be harmed;

- the impact of worldwide economic conditions, including the resulting effect on spending by SMBs or their consumers, may adversely affect our business, operating results and financial condition;

- we are subject to export and import controls and economic sanctions laws that could impair our ability to offer our platform internationally or subject us to liability if we are not in compliance with applicable laws;

- our brand is integral to our success. If we fail to effectively maintain, promote and enhance our brand, our business and competitive advantage may be harmed;

- the estimates of market opportunity and growth forecasts included in this prospectus may prove to be inaccurate and may not be indicative of our future growth;

- provisions of our present and future debt instruments may restrict our ability to pursue business strategies;

- we are dependent upon customers' continued and unimpeded access to the internet, and upon their willingness to use the internet for commerce;

- changes in accounting standards and interpretations, and our adoption thereof, as well as subjective assumptions, estimates and judgments by management related to complex accounting matters could significantly affect our reported financial results or financial condition;

- exchange rate fluctuations may negatively affect our results of operations;

- the dual class structure that will be contained in our Articles has the effect of concentrating voting control and the ability to influence corporate matters with Dax Dasilva, our founder and Chief Executive Officer, which may have a negative impact on the trading price of the Subordinate Voting Shares;

- the market price of our Subordinate Voting Shares may be volatile and your investment could suffer or decline in value;

- a public market for our Subordinate Voting Shares may not develop subsequent to the Offering;

- we do not currently anticipate paying dividends on the Subordinate Voting Shares, and, consequently, purchasers in the Offering may never receive a return on their investment;

- future sales of Subordinate Voting Shares by existing shareholders or by us, or future dilutive issuances of Subordinate Voting Shares by us, could adversely affect prevailing market prices for the Subordinate Voting Shares;

- our quarterly results of operations may fluctuate. As a result, we may fail to meet or exceed the expectations of investors or securities analysts, which could cause our share price to decline;

- if securities or industry analysts do not publish research or publish inaccurate or unfavorable research about us or our business, our trading price and volume could decline;

- shareholders will have limited control over our Company's operations;

- we will incur increased expenses as a result of being a public company;

- our senior management team has limited experience managing a public company, and regulatory compliance may divert its attention from the day-to-day management of our business;

- as a public company, we will be required to develop and maintain proper and effective internal controls over financial reporting. We may not complete our analysis of our internal controls over financial reporting in a timely manner, or these internal controls may not be effective, which could adversely affect investor confidence in our Company and, as a result, negatively impact the value of our Subordinate Voting Shares;

- our management will have broad discretion in the application of the net proceeds of the Offering;

vii

- any issuance of preferred shares could make it difficult for another company to acquire us or could otherwise adversely affect holders of our Subordinate Voting Shares, which could depress the price of our Subordinate Voting Shares; and

- our constating documents permit us to issue an unlimited number of Subordinate Voting Shares and Multiple Voting Shares without additional shareholder approval.

If any of these risks or uncertainties materialize, or if the opinions, estimates or assumptions underlying the forward-looking information prove incorrect, actual results or future events might vary materially from those anticipated in the forward-looking information. The opinions, estimates or assumptions referred to above and described in greater detail in "Risk Factors" should be considered carefully by prospective investors.

Although we have attempted to identify important risk factors that could cause actual results to differ materially from those contained in forward-looking information, there may be other risk factors not presently known to us or that we presently believe are not material that could also cause actual results or future events to differ materially from those expressed in such forward-looking information. There can be no assurance that such information will prove to be accurate, as actual results and future events could differ materially from those anticipated in such information. Accordingly, prospective investors should not place undue reliance on forward-looking information, which speaks only as of the date made. The forward-looking information contained in this prospectus represents our expectations as of the date of this prospectus (or as the date they are otherwise stated to be made), and are subject to change after such date. However, we disclaim any intention or obligation or undertaking to update or revise any forward-looking information whether as a result of new information, future events or otherwise, except as required under applicable securities laws.

**All of the forward-looking information contained in this prospectus is expressly qualified by the foregoing cautionary statements. Investors should read this entire prospectus and consult their own professional advisors to ascertain and assess the income tax, legal, risk factors and other aspects of their investment in the Offered Shares.**

## MARKET AND INDUSTRY DATA

Market and industry data presented throughout this prospectus was obtained from third-party sources and industry reports, including from AMI Partners, and from publications, websites and other publicly available information, as well as industry and other data prepared by us or on our behalf on the basis of our knowledge of the markets in which we operate, including information provided by suppliers, partners, customers and other industry participants.

We believe that the market and economic data presented throughout this prospectus is accurate and, with respect to data prepared by us or on our behalf, that our estimates and assumptions are currently appropriate and reasonable, but there can be no assurance as to the accuracy or completeness thereof. The accuracy and completeness of the market and economic data presented throughout this prospectus are not guaranteed and none of us or any of the Underwriters makes any representation as to the accuracy of such data. Actual outcomes may vary materially from those forecast in such reports or publications, and the prospect for material variation can be expected to increase as the length of the forecast period increases. Although we believe it to be reliable, none of us or any of the Underwriters has independently verified any of the data from third-party sources referred to in this prospectus, analyzed or verified the underlying studies or surveys relied upon or referred to by such sources, or ascertained the underlying market, economic and other assumptions relied upon by such sources. Market and economic data is subject to variations and cannot be verified due to limits on the availability and reliability of data inputs, the voluntary nature of the data gathering process and other limitations and uncertainties inherent in any statistical survey.

## TRADEMARKS AND TRADE NAMES

This prospectus includes certain trademarks, such as "Lightspeed", "Flame Design", "Show & Tell", "Lightspeed Cloud" and "Lightspeed Pro", which are protected under applicable intellectual property laws and are our property. Solely for convenience, our trademarks and trade names referred to in this prospectus may appear without the ® or ™ symbol, but such references are not intended to indicate, in any way, that we will not assert, to the fullest extent under applicable law, our rights to these trademarks and trade names.

**MARKETING MATERIALS**

A "template version" of the following "marketing materials" (each such term as defined in National Instrument 41-101 – *General Prospectus Requirements*) for this Offering filed with the securities commission or similar regulatory authority in each of the provinces and territories of Canada are specifically incorporated by reference into this prospectus:

- the term sheet filed on SEDAR on February 25, 2019; and

- the investor presentation filed on SEDAR on February 25, 2019.

The term sheet and investor presentation referred to above are available under our profile on SEDAR at www.sedar.com.

In addition, any template version of any other marketing materials filed with the securities commission or similar regulatory authority in each of the provinces and territories of Canada in connection with this Offering, after the date hereof, but prior to the termination of the distribution of our Subordinate Voting Shares under this prospectus (including any amendments to, or an amended version of, any template version of any marketing materials), is deemed to be incorporated by reference herein. Any template version of any marketing materials utilized in connection with this Offering are not part of this prospectus to the extent that the contents of the template version of the marketing materials have been modified or superseded by a statement contained in this prospectus.

**ELIGIBILITY FOR INVESTMENT**

In the opinion of Stikeman Elliott LLP, counsel to the Company, and Osler, Hoskin & Harcourt LLP, counsel to the Underwriters, on the date of issue, provided that the Subordinate Voting Shares are listed on a "designated stock exchange" (which currently includes the TSX), the Subordinate Voting Shares will on that date be qualified investments under the *Income Tax Act (Canada)* and the regulations thereunder (collectively, the "**Tax Act**") for trusts governed by registered retirement savings plans ("**RRSPs**"), registered retirement income funds ("**RRIFs**"), registered disability savings plans ("**RDSPs**"), deferred profit sharing plans, registered education savings plans ("**RESPs**") and tax-free savings accounts ("**TFSAs**") each as defined in the Tax Act.

Notwithstanding that the Subordinate Voting Shares may be qualified investments for a trust governed by a TFSA, RRSP, RRIF, RDSP or RESP, a holder of a TFSA or RDSP, an annuitant of an RRSP or RRIF, or a subscriber of an RESP, as applicable, will be subject to a penalty tax under the Tax Act with respect to Subordinate Voting Shares if the Subordinate Voting Shares are "prohibited investments" for the TFSA, RRSP, RRIF, RDSP or RESP. A Subordinate Voting Share will not be a prohibited investment for trusts governed by a TFSA, RRSP, RRIF, RDSP or RESP provided that the annuitant under the RRSP or RRIF, the holder of the TFSA or RDSP or the subscriber of the RESP, as the case may be, deals at arm's length with the Company for purposes of the Tax Act, and does not have a "significant interest" (as defined in the Tax Act) in the Company for purposes of the Tax Act. Holders of the Subordinate Voting Shares should consult their own tax advisors with respect to whether the Subordinate Voting Shares would be "prohibited investments" in their particular circumstances.

## LETTER FROM DAX DASILVA

Lightspeed was founded on our belief in the independent, entrepreneurial spirit of small and medium-sized businesses. Our logo, the flame, represents the fire and passion of the retailers, restaurateurs, and other businesses that bring our cities and communities to life with local flavor and cultural character. At Lightspeed, we create the software, solutions and support systems that help SMBs power their dreams and ambitions. We are their technology, and we are their partner.

The first product we developed to support our mission of empowering SMBs was a point-of-sale system called Lightspeed. Meticulously crafted with a user interface that combined deft design with deep utility, we made managing a complex retail store as easy to manage as a playlist. Freeing our customers from expensive, proprietary black plastic POS systems began Lightspeed's journey of democratizing technology to give our customers the advantage: to operate and differentiate, to scale, innovate and thrive. Since our founding in 2005 in a studio apartment in Montréal, we have witnessed consumer behavior change rapidly and radically. We have remained true to our philosophy and have become a company of reinvention in the service of SMBs.

Lightspeed has reinvented cloud, mobile, eCommerce, omni-channel, hospitality, analytics, loyalty, supply-chain and payments into a rich commerce-enabling platform and ecosystem that grows as our customers succeed. We have never stopped listening to what our customers need to be their best, and we have never rested in our goal of being ahead of the market in evolving to support their growth.

It has never been more complex to be a small or medium-sized business owner. Consumers today require a great in-store or in-restaurant experience. Products and services must be discoverable online for ordering and reservations. Social media and loyalty engagement have become table stakes. An SMB must have the right product for the right consumer at the right time. This is what it takes to succeed as an SMB in the modern age of commerce. This is what it takes to compete with big box chains and eCommerce giants. There are approximately 226 million SMBs around the world, including 47 million retailers and restaurants. They all have the same need – powerful and easy-to-use systems that can help them manage and grow their business. Lightspeed is that platform for the small and medium-sized business owner.

It is our belief that SMBs don't have the time, resources, or in many cases, the capabilities to stitch together multiple point solutions to accomplish their goals. Our leading platform solves the many business complexities these business owners face. We are the trusted partner and network for businesses that are local yet data-driven and purposefully connected to the online and mobile worlds, where one must be omni-channel in order to maximize one's success.

Lightspeed is a company built on culture just as much as code. Our social mission is to bring the streets of our cities and communities to life by powering SMBs with technology. Our company is designed to support SMBs through every stage of their growth. We are also international, selling our product in approximately 100 countries today, through our teams in nine cities and through partners around the world to a growing customer base generating over $13 billion in GTV.

We believe the opportunity to transform commerce and create opportunity for all, with technology that is available to all, is enormous. This is an opportunity where we are a leader, and we are just getting started. We are driven to be the global technology provider that is synonymous with the future of connected, omni-channel commerce – innovating new ways of connecting merchants, vendors and consumers in a digital economy that is continuously being refined, and where the world transacts in ways yet to be seen. We aim to ignite the ambitions of SMBs everywhere, to level the playing field, and to light the journey forward. We invite you to join us on this journey, where commerce is ever-changing and Lightspeed is ready to lead.

Dax Dasilva,
Founder and CEO, Lightspeed

x

## PROSPECTUS SUMMARY

*This summary highlights principal features of the Offering and certain information contained elsewhere in this prospectus. This summary does not contain all of the information you should consider before investing in the Offered Shares. You should read this entire prospectus carefully, especially the "Risk Factors" section of this prospectus and our consolidated financial statements and related notes appearing elsewhere in this prospectus, before making an investment decision. Capitalized terms used but not defined in this summary are defined elsewhere in this prospectus.*

### Business of Lightspeed

At Lightspeed, our mission is to bring cities and communities to life by powering SMBs. People come together on our main streets and high streets because of the vibrancy of local SMBs, and we believe cities and communities are built on their presence and success. Running an SMB, however, is becoming increasingly complex. Consumer behaviors and expectations are changing, fueled by the influence of new technologies pushing consumers towards an omni-channel experience. Our solutions equip SMBs with the technology required to transform the way they manage their business and exceed consumers' expectations in this changing environment.

Lightspeed provides an easy-to-use, omni-channel commerce-enabling SaaS platform. Our software platform provides our customers with the critical functionality they need to engage with consumers, manage their operations, accept payments, and grow their business. We operate globally in approximately 100 countries, empowering single- and multi-location SMBs to compete successfully in an omni-channel market environment by engaging with consumers across online, mobile, social, and physical channels. We believe our platform is essential to our customers' ability to run and grow their business. As a result, most of our revenue is recurring in nature and we have a strong track-record of growing revenue per customer over time.

The transformation of SMB commerce is a global phenomenon driven by cloud, mobile, and digital trends. SMBs have historically differentiated themselves with specialized knowledge of, and passion for, their craft. However, consumer expectations have changed, and these factors are no longer enough. Consumers now expect an experience that is personalized, simple, and modern, in addition to the ability to engage across multiple channels. SMBs increasingly need technology to provide them with the business insights and solutions required to facilitate such a consumer experience in an easy and efficient manner. However, due to cost and complexity, these technologies have not historically been available to SMBs. Our solutions are specifically tailored to meet the needs of SMBs, essentially democratizing technology previously available only to large enterprises.

We provide SMBs an easy-to-use and affordable platform with end-to-end capabilities that help them grow. Our platform is built to scale with SMBs, supporting them as they open new locations, and offering increasingly sophisticated solutions as their businesses become more complex. Our platform helps SMBs avoid having to stitch together multiple, and often disjointed, applications from various providers to leverage the technology they need to run and grow their businesses. Our ecosystem of development, channel and installation partners further reinforces the scalability of our solutions, making them customizable and extensible. We work alongside our customers through their business journey by providing industry-leading onboarding and support services, and fundamentally believe that our success is directly connected to their success.

Our cloud platform is designed around three interrelated elements: front-end consumer experience, back-end operations management to improve our customers' efficiency and insight, and the facilitation of payments. Key functionalities of our platform include full omni-channel capabilities, POS, product and menu management, inventory management, analytics and reporting, multi-location connectivity, loyalty and customer management. Our position at the point of commerce puts us in a privileged position for payments processing and allows us to collect transaction-related data insights. Lightspeed Payments, our recently-launched payment processing solution, is currently available to our U.S. retail customers. We believe that the broader rollout of Lightspeed Payments will further align us with our customers' success and represents a significant growth opportunity for our company.

We sell our platform primarily through our direct sales force in North America, Europe and Australia, supplemented by indirect channels in other countries around the world. Our platform is well-suited for various types of SMBs, particularly single- and multi-location retailers with complex operations, such as those with a high product

count, diverse inventory needs or a service component, and restaurants ranging from quick service to fine dining establishments. On average, the customers we serve generate GTV in excess of $500,000 annually, which is reflective of the success of their businesses. As of December 31, 2018, our customers collectively represented over 47,000 Customer Locations in approximately 100 countries. For the twelve-month period ended December 31, 2018, our cloud-based SaaS platform processed GTV of $13.6 billion, which represents a CAGR of 48% relative to GTV of $4.6 billion processed in the fiscal year ended March 31, 2016.

We believe we have distinct leadership in SMB commerce given our scale, breadth of capabilities, and diversity of customers. As a result, our business has grown significantly. Our total revenue has increased from $30.7 million in the fiscal year ended March 31, 2016, to $71.9 million for the 12 month period ended December 31, 2018, representing a CAGR of 36%. For the 12 month period ended December 31, 2018, 89% of our revenue was generated from our recurring subscription-based plans for our software solutions, which typically have a one or multi-year term, and from recurring payments revenue.



*GTV does not represent revenue generated by us. See "Non-IFRS Measures and Industry Metrics – Industry Metrics – Gross Transaction Volume".

## Industry Overview and Trends

SMBs, which account for the majority of businesses globally, are increasingly leveraging technology to meet changing consumer expectations.

### *SMBs are a Large Audience*

SMBs are a vital part of the global economy. According to AMI Partners, in 2018, there were approximately 226 million SMBs worldwide, of which approximately 47 million are retailers and restaurants. In aggregate, SMBs worldwide generated an estimated $59 trillion in revenue in 2018.[1]

### *SMBs Require New Technology to Meet Increasing Consumer Expectations*

SMBs have historically differentiated themselves with specialized knowledge of, and passion for, their craft. However, consumer expectations have changed, and these factors alone are no longer enough. Consumers now expect an experience that is personalized, simple, and modern, in addition to the ability to engage across multiple channels. As large enterprises continue to push consumers towards an omni-channel experience and leverage data and analytics to heighten the consumer experience, SMBs increasingly need new technology to provide them with the business insights and solutions required to facilitate such a consumer experience in an easy and efficient manner.

### *Traditional POS Systems Are Inadequate*

SMBs, particularly retailers and restaurants, have historically relied on the POS system as their core technology platform. At its most basic form, the POS system enables merchants to record and process transactions with customers. As traditional POS systems are largely on-premise systems catering to the needs of large enterprises, we believe they

---

[1]   For purposes of such estimate, AMI Partners defines SMBs as businesses employing one to 499 employees in the following industry sectors: Retail, Restaurant, Agriculture/Mining, Banking/Financial, Construction, Healthcare, Hospitality, Information & Media, Insurance, Life Sciences, Other Services, Pharmaceuticals, Process Manufacturing, Discrete Manufacturing, Professional Services, Real Estate, Telecommunications, Transportation, Utilities, and Wholesale.

are both too complex and too expensive for SMBs to properly implement. Furthermore, many traditional POS systems are closed in nature and lack the flexibility to effectively integrate external solutions and applications, preventing SMBs from accessing the latest technology and hindering their ability to adapt to today's changing environment. These challenges have historically prevented SMBs from leveraging their POS system by adding value-added functionalities, further curbing their competitiveness.

*Cloud-based Software Solutions Are Well-adapted to SMBs' Needs*

Cloud-based software solutions address many of the challenges experienced by SMBs using traditional POS systems and, as a result, are rapidly replacing traditional POS systems as SMBs' core technology platform. The rapid adoption of cloud-based software solutions by SMBs is driven by the following factors:

- Ease of Implementation and Ease of Use
- Cost Advantage
- Access to the Latest Technology

*Lack of Cloud-based Software Solutions Providing End-to-End Capabilities to Omni-Channel SMBs*

While cloud-based software solutions address many of the needs of SMBs, we believe that only few of them provide end-to-end capabilities tailored to sophisticated SMBs. In many cases, cloud solutions for SMBs were designed around one core functionality, such as POS for physical location retailing, eCommerce or payments processing, with limited additional functionality. SMBs using these traditional cloud solutions are therefore required to stitch together several applications to obtain the functionalities they need to run their business, which can lead to inefficiencies and further complexity.

We believe SMBs need a comprehensive solution that seamlessly integrates their front-office, back-office and payment requirements to effectively interact with customers across all channels, efficiently run their business, leverage value-added data and functionality to enhance their competitiveness, and accept various forms of payment.

*Convergence of Software and Payments*

Consumers today are making fewer purchases with cash. Debit, credit and mobile payments are all on the rise. Industry publications estimate that global consumer card payments (debit and credit) surpassed cash payments for the first time in 2016 and that global cards purchase volumes are expected to reach $52.4 trillion by 2026, a 154% increase over the $20.6 trillion generated globally in 2016. In addition, many new online and mobile payment alternatives, such as mobile wallets and prepaid cards, are emerging and being increasingly adopted by consumers. The surge in consumers preferring to pay digitally has forced SMBs to upgrade their payments infrastructure.

The process, however, for an SMB to accept card payments can be a complicated one. To date, this market has been dominated by legacy payment processing providers that require complicated application forms and collateral from the SMB, and offer pricing models that can be difficult for an SMB to understand. Typically, payment processing and POS software are disjointed systems sourced from different providers, which leads to incompatibility and inefficiency. On the other hand, by providing integrated sales and payment data reporting, prompt tracking of cash flows, and a simple pricing model, the integration of POS and payments significantly simplifies and automates payments-related functions and facilitates data-driven decision making. As a result, SMBs are increasingly looking for fully-integrated software and payments solutions, and trusted providers that can offer both are gaining momentum.

**The Opportunity**

According to AMI Partners, in 2018, there were approximately 226 million SMBs worldwide. Based on our December 2018 monthly ARPU of approximately $200, we believe the global SMB market represents an opportunity of $542 billion per year for our solutions.

We believe our comprehensive commerce-enabling SaaS platform is well-suited for various types of SMBs. However, we have primarily targeted retailers and restaurants to date. According to AMI Partners, in 2018, there were

approximately 47 million SMBs worldwide operating in the retail and restaurant space, which we believe represents a global opportunity of $113 billion per year for our solutions based on our December 2018 monthly ARPU of approximately $200.

We also believe that ARPU for our solutions will continue to increase as customers adopt more of our current portfolio of solutions, including payments. Ultimately, our ability to grow ARPU through payments will be driven by the GTV generated by customers subscribing to our software platform and our ability to attract those customers to use our payments solutions. Our cloud-based software customers currently generate in excess of $13 billion in GTV annually, while AMI Partners estimates that SMBs worldwide generated revenue of $59 trillion in 2018.

## Competitive Strengths

### *Comprehensive solution*

Our platform enables SMBs to run many core aspects of their operations and sell across multiple channels, all using a single platform. We provide our customers a hub of end-to-end capabilities, including full POS capabilities, payment processing, inventory management, multi-location connectivity, customer management, loyalty, analytics and reporting. Retailers and restaurants are able to tailor our services by selecting the features that best meet their needs and eliminate inefficiencies associated with maintaining a patchwork of loosely-connected niche applications. We maintain a robust ecosystem of third-party integrations, apps and themes that allow our customers to enhance both their online and offline businesses. We and our development partners leverage each other's application programming interfaces ("**APIs**") to connect our respective solutions, thereby expanding the breadth of our platform even further through seamless integrations with accounting software solutions and hospitality platforms, as well as niche applications across a variety of verticals and use cases. With the recent release of Lightspeed Payments, we have further enhanced our offering, providing our customers with full visibility into the final step of their sales process.

### *Simplified user experience*

We make complexity simple for our customers at every stage of their development, from initial onboarding through to expansion. We provide our solutions through an intuitive, easy-to-use interface that requires minimal training to operate. We enable customers to manage their businesses on the go by offering cloud-based access to sales, customer and inventory information from anywhere. Customers can access data on our platform through any operating system or device. This affords owners and employees more time to spend on what matters most to them: interacting with consumers, selling products and growing their businesses. For retailers, bringing a mobile tablet onto the sales floor gives staff faster access to product information and allows for on-the-spot checkout and shorter line-ups. For restaurants, offering tableside ordering helps shorten wait times and decrease the chances of order mistakes.

### *Enabler of business growth*

We provide our customers with the latest innovations and technologies required to compete successfully and grow their businesses. For SMBs seeking to increase consumer engagement, our complete loyalty solution, Lightspeed Loyalty, allows automated, regular communication and incentives to promote increased shopping and dining. For physical retailers looking to sell online, our eCommerce platform, Lightspeed eCom, integrates directly into their point of sale system. We enable our customers to track the metrics that contribute to their business success in real-time and make data-driven decisions. From real-time inventory management across multiple locations to end-of-day reports, our software empowers SMBs with actionable insights that take the guesswork out of data. We have a proven track record of helping businesses grow. For clients signed between January 1, 2016 to June 30, 2017, our average customer increased its GTV by more than 20% between the third month and the fifteenth month of subscribing to our commerce-enabling SaaS platform.

### *Scalable platform*

We have built a highly scalable platform that can grow alongside our customers. Our solution is customizable, ensuring that an SMB selects the appropriate features and functionalities for its stage of development. When adding a

new location, retailers can transfer inventory, get a clear sales overview of the entire business, create a single purchase order for all locations, and access complete purchase history from one central place. We have the ability to handle significant spikes in traffic and consumer activity patterns, for example around meaningful promotional events such as Black Friday and Cyber Monday. Given the high scalability and robustness of our platform, we have the ability to serve our customers effectively irrespective of how significantly they grow their businesses.

*Differentiated approach to market*

While our platform is well-suited for various types of SMBs, we have primarily focused our attention to date on selling to single- and multi-location retailers and restaurants. This targeted approach has allowed us to develop proprietary knowledge of our customers and their industries, and tailor our solutions to address their unique and complex needs. For example, we understand the issues facing a retailer that manages a sophisticated inventory system across multiple locations and channels, or the challenges that arise for restaurateurs with a menu and staff that turns over multiple times daily. This differentiated approach to market and specialized offering are significant reasons why we have cultivated a broad and loyal customer base. We believe that this focused and tailored approach allows us to help our clients run nearly every aspect of their operations, and is the reason our customers choose our solutions over those of our competitors. Our customers collectively operate over 47,000 Customer Locations in approximately 100 countries, and sell across a wide variety of verticals within the broader retail and restaurant industries. On average, the customers we serve generate GTV in excess of $500,000 annually, which is reflective of the success of their businesses. The strength of our customer relationships is demonstrated by our Net Dollar Retention Rate in excess of 100% for Fiscal 2018 and the nine months ended December 31, 2018.

**Growth Strategies**

Our growth strategy will continue to be driven by our desire to bring cities and communities to life by powering SMBs. Key elements of this strategy include the following:

- *Expand our customer base.* The market for our products and services is large and underserved. We will continue to invest in marketing strategies tailored to attract new businesses to our platform, both in our existing geographies and new markets around the world. We will also selectively evaluate opportunities to offer our solutions to businesses operating in industry verticals that we do not currently target.

  We employ a systematic and data-driven framework for generating our funnel of new leads, engaging with these businesses and converting them into active paying customers. Since our founding, we have successfully grown revenue by increasing the number of Customer Locations served. As of December 31, 2018, our customers collectively represented over 47,000 Customer Locations in approximately 100 countries, which represents a CAGR of approximately 21% relative to the approximately 27,500 Customer Locations served as of March 31, 2016.



**Customer Locations**

- *Accelerate rollout of Lightspeed Payments.* We recently launched Lightspeed Payments to our base of U.S. retail customers and believe it will become an increasingly important part of our business as it is rolled out more broadly. Offering a fully integrated payments functionality is highly complementary to the platform we offer our customers today and allows us to monetize a greater portion of the $13.6 billion in GTV processed on our cloud-based SaaS platform annually. For SMBs, this service further reduces complexity by integrating seamlessly into our existing platform, eliminating the need to deal with a separate payments provider and the related data reconciliation, and allowing for more accurate management of their businesses.

Lightspeed Payments also allows us to capture a larger portion of the overall economics of a payments transaction. Historically, we have referred customers to various payment processing partners, from whom we would generally receive a small percentage-based referral fee of approximately 0.25% of electronic transaction volume processed. With Lightspeed Payments, we intend to price our solution at approximately 2.60% of the electronic transaction volume processed on a gross basis, and we are targeting to net approximately 0.65% after accounting for network and interchange fees and other direct processing costs.

- *Support growth of existing customers.* Our success is directly linked to the success of our customers. We provide our customers with the tools to successfully grow their businesses which in turn benefits our platform growth. We will benefit from their growth as they generate more transaction volume, add new locations, upgrade their plans and use more of our solutions. Our platform was developed with this in mind, and has the flexibility to evolve and scale along with our customers. We will continue to focus on helping our customers succeed through our industry-leading service and support functions.

- *Expand solutions.* Our additional platform modules, all of which come at an additional monthly charge, are designed to scale with our customers. We expect our customers to adopt additional modules over time, as their businesses grow. As at December 31, 2018, approximately 31% of our customers were purchasing more than one module, compared to only 5% as at March 31, 2016. This was supported by the launch of our eCommerce, analytics and reporting modules in Fiscal 2017 and Fiscal 2018.

**Customers Purchasing Multiple Modules**

*(% of Total Customers)*



We will continue to add more solutions and modules to our platform, which will allow us to deepen our relationships with existing customers and attract new ones. Since our founding we have successfully added innovative capabilities for payments, eCommerce, analytics and loyalty. Our internal process for developing new solutions is based on frequent monitoring of our broader ecosystem, specifically identifying certain features and functionalities that are being used by our customers but provided by third parties. Our research and development team then considers the merits of developing these solutions internally versus having them continue to be offered by others within our ecosystem.

- *Selectively pursue acquisitions.* Since our founding we have successfully acquired and integrated five complementary businesses. Our team has developed the institutional knowledge on how to execute and integrate acquisitions internally and manage teams globally. Given our scale and our acquisition experience, we believe we are well-positioned to continue to selectively pursue acquisition opportunities that expand our customer base, enhance our technologies and capabilities, and allow us to enter new geographies and verticals.

6

**Corporate Structure**

The following chart identifies our material subsidiaries (including jurisdiction of formation, incorporation or continuance of the various entities, after completion of the Offering and the Pre-Closing Capital Changes):

