# Exhibit M

TABLE OF CONTENTS

**The information in this preliminary prospectus supplement and the accompanying short form base shelf prospectus is not complete and may be changed. This preliminary prospectus supplement and the accompanying short form base shelf prospectus are not an offer to sell these securities and we are not soliciting offers to buy these securities in any jurisdiction where the offer or sale is not permitted.**

**Filed pursuant to General Instruction II.L. of Form F-10**
**File No. 333-256579**

**Subject to completion, dated August 9, 2021**

**PRELIMINARY PROSPECTUS SUPPLEMENT**
**TO THE SHORT FORM BASE SHELF PROSPECTUS**
**DATED MAY 27, 2021**

*New Issue*                                                                                            August    , 2021



**US$**

# 7,000,000 Subordinate Voting Shares

This prospectus supplement (the "**Prospectus Supplement**"), together with the accompanying short form base shelf prospectus dated May 27, 2021 (the "**Shelf Prospectus**"), qualifies the distribution (the "**Offering**") of 7,000,000 subordinate voting shares (the "**Subordinate Voting Shares**") of Lightspeed Commerce Inc. (formerly Lightspeed POS Inc.) (the "**Company**", "**Lightspeed**", "**us**", "**we**" or "**our**") from treasury (the "**Offered Shares**") at a price of US$  (the "**Offering Price**") per Offered Share.

**Investing in the Subordinate Voting Shares involves significant risk. Prospective investors should consider the risks outlined in this Prospectus Supplement, the accompanying Shelf Prospectus and in the documents incorporated by reference herein and therein. See "Cautionary Note Regarding Forward-Looking Statements" and "Risk Factors".**

## Price: US$        per Offered Share

|  | Price to the Public[1] | Underwriters' Fee | Net Proceeds to the Company[2] |
|---|---|---|---|
| Per Offered Share | US$ | US$ | US$ |
| Total Offering[3] | US$ | US$ | US$ |

Notes:

[1] The Offering Price was determined by negotiation between the Company and the Underwriters (as defined herein), with reference to the then-current market price for the Subordinate Voting Shares.

[2] After deducting the Underwriters' fee payable by the Company, but before deducting the other expenses in respect of the Offering estimated to be approximately US$   . See "Plan of Distribution".

[3] The Company has granted to the Underwriters an option (the "**Over-Allotment Option**") exercisable in whole or in part, from time to time not later than 30 days after the Closing Date (as defined below), to purchase from the Company up to 1,050,000 additional Subordinate Voting Shares (the "**Additional Shares**"), representing in the aggregate 15% of the total number of Offered Shares offered hereunder, at the Offering Price, less the Underwriters' fee. The Underwriters may exercise the Over-Allotment Option solely for the purpose of covering over-allotments, if any, and for market stabilization purposes. If the Over-Allotment Option is exercised in full, the total "Price to the Public", "Underwriters' Fee" and "Net Proceeds to the Company" will be US$     , US$       and US$       , respectively. This Prospectus Supplement also qualifies the grant of the Over-Allotment Option and the distribution of up to 1,050,000 Additional Shares to be issued and sold by the Company upon exercise of the Over-Allotment Option. A purchaser who acquires Subordinate Voting Shares forming part of the over-allocation position acquires those shares under this Prospectus Supplement regardless of whether the over-allocation position is ultimately filled through the exercise of the Over-Allotment Option or secondary market purchases. See "Plan of Distribution".

*Book-Running Manager*s

## Morgan Stanley          Barclays

Prospectus Supplement dated August    , 2021

**TABLE OF CONTENTS**

The Offering is being made concurrently in Canada under the terms of this Prospectus Supplement and in the United States under the terms of the Company's registration statement on Form F-10 (the "**Registration Statement**") filed with the United States Securities and Exchange Commission (the "**SEC**").

We will use the net proceeds from the Offering as described in this Prospectus Supplement. See "Use of Proceeds".

Our Subordinate Voting Shares are listed and posted for trading on the New York Stock Exchange (the "**NYSE**") and on the Toronto Stock Exchange (the "**TSX**") under the symbol "LSPD". On August 6, 2021, the last trading day before the filing of this preliminary form of Prospectus Supplement, the closing prices of the Subordinate Voting Shares on the NYSE and the TSX were US$97.18 and C$122.12, respectively. The Company has applied to list the Offered Shares and the Additional Shares on the NYSE and the TSX. Listing will be subject to the Company fulfilling all of the listing requirements of the NYSE and the TSX, respectively.

**All dollar amounts in this Prospectus Supplement are in United States dollars, unless otherwise indicated. See "Currency Presentation and Exchange Rate Information".**

The Offered Shares are being offered in Canada by Morgan Stanley Canada Limited and Barclays Capital Canada Inc. (collectively, the "**Canadian Underwriters**") and in the United States by Morgan Stanley & Co. LLC and Barclays Capital Inc. (collectively, the "**U.S. Underwriters**", and together with the Canadian Underwriters, the "**Underwriters**") pursuant to an underwriting agreement dated August    , 2021 (the "**Underwriting Agreement**"). See "Plan of Distribution".

The Underwriters, as principals, conditionally offer the Offered Shares qualified under this Prospectus Supplement and the Shelf Prospectus, subject to prior sale, when, as and if delivered to the Underwriters and accepted by them subject to the conditions contained in the Underwriting Agreement, as described under "Plan of Distribution".

We refer you to "Plan of Distribution" beginning on page S-16 of this Prospectus Supplement for additional information regarding Underwriter compensation.

**This Offering is made in the United States by a foreign issuer that is permitted, under a multijurisdictional disclosure system adopted in the United States and Canada, to prepare this Prospectus Supplement and the accompanying Shelf Prospectus in accordance with Canadian disclosure requirements. Prospective investors should be aware that such requirements are different from those of the United States. Financial statements of the Company included or incorporated herein, if any, have been prepared in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board ("IFRS"), and may be subject to foreign auditing and auditor independence standards, and thus may not be comparable to financial statements of United States companies.**

Certain legal matters relating to Canadian law with respect to the Offering will be passed on the Company's behalf by Stikeman Elliott LLP and on behalf of the Underwriters by Osler, Hoskin & Harcourt LLP. Certain legal matters relating to United States law with respect to the Offering will be passed upon on the Company's behalf by Skadden, Arps, Slate, Meagher & Flom LLP and on behalf of the Underwriters by Latham & Watkins LLP. See "Legal Matters".

Subject to applicable laws, the Underwriters may, in connection with this Offering, over-allot or effect transactions that stabilize or maintain the market price of the Subordinate Voting Shares at levels other than those which might otherwise prevail on the open market. Such transactions, if commenced, may be discontinued at any time. **After the Underwriters have made reasonable efforts to sell the Offered Shares at the Offering Price, the Underwriters may offer the Offered Shares to the public at prices lower than the Offering Price.** See "Plan of Distribution".

Subscriptions will be received subject to rejection or allotment in whole or in part and the right is reserved to close the subscription books at any time without notice. Closing of the Offering is expected to take place on or about August    , 2021 (the "**Closing Date**"), or such earlier or later date as we and the Underwriters may agree, but in any event no later than         , 2021.

It is expected that the Company will arrange for the instant deposit of the Offered Shares under the book-based system of registration, to be registered to The Depository Trust Company ("**DTC**") or its nominee and deposited with DTC on the Closing Date, or as may otherwise be agreed to with the Underwriters. No certificates evidencing the Offered Shares will be issued to purchasers of the Offered Shares. Purchasers of the Offered Shares will receive only a customer confirmation from the Underwriter or other registered dealer from or through whom a beneficial interest in the Offered Shares is purchased. See "Plan of Distribution".

**THESE SECURITIES HAVE NOT BEEN APPROVED OR DISAPPROVED BY THE SEC OR ANY STATE SECURITIES COMMISSION OR ANY U.S. REGULATORY AUTHORITY NOR HAVE THESE AUTHORITIES PASSED UPON THE ACCURACY OR ADEQUACY OF THIS PROSPECTUS SUPPLEMENT. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.**

**Prospective investors should be aware that the acquisition of the Offered Shares may have tax consequences both in Canada and the United States. Such consequences for investors who are resident in, or citizens of, Canada or the United States may not be described fully herein. See "Certain Canadian Federal Income Tax Considerations" and "Certain U.S. Federal Income Tax Considerations".**

The enforcement by investors of civil liabilities under the United States federal securities laws may be affected adversely by the fact that the Company is incorporated under and governed by the *Canada Business Corporations Act* (the "**CBCA**"), that most of its directors and officers reside principally in Canada, that some or all of the Underwriters or experts named in the Registration Statement may be residents of a foreign country and that all or a substantial portion of the assets of the Company and said persons may be located outside the United States. See "Enforcement of Civil Liabilities".

Directors of the Company residing outside of Canada have appointed Lightspeed Commerce Inc., 700 Saint-Antoine Street East, Suite 300, Montréal, Québec H2Y 1A6, Canada as agent for service of process. Purchasers are advised that it may not be possible for investors to enforce judgments obtained in Canada against any person or company that is incorporated, continued or otherwise organized under the laws of a foreign jurisdiction or that resides outside of Canada, even if the party has appointed an agent for service of process. See "Enforcement of Judgments Against Foreign Persons".

The Company's principal and registered office is located at 700 Saint-Antoine Street East, Montréal, Québec H2Y 1A6, Canada.

**TABLE OF CONTENTS FOR THIS PROSPECTUS SUPPLEMENT**

| | Page | | Page |
|---|---|---|---|
| ABOUT THIS PROSPECTUS SUPPLEMENT | S-1 | CONSOLIDATED CAPITALIZATION | S-13 |
| DOCUMENTS INCORPORATED BY REFERENCE | S-1 | PRIOR SALES | S-14 |
| U.S. REGISTRATION STATEMENT | S-2 | TRADING PRICE AND VOLUME | S-15 |
| ENFORCEMENT OF CIVIL LIABILITIES | S-2 | PLAN OF DISTRIBUTION | S-16 |
| CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS | S-3 | CERTAIN CANADIAN FEDERAL INCOME TAX CONSIDERATIONS | S-23 |
| NON-IFRS MEASURES AND INDUSTRY METRICS | S-4 | CERTAIN U.S. FEDERAL INCOME TAX CONSIDERATIONS | S-26 |
| MARKET AND INDUSTRY DATA | S-5 | RISK FACTORS | S-29 |
| CURRENCY PRESENTATION AND EXCHANGE RATE INFORMATION | S-5 | ENFORCEMENT OF JUDGMENTS AGAINST FOREIGN PERSONS | S-39 |
| WHERE YOU CAN FIND MORE INFORMATION | S-6 | LEGAL MATTERS | S-39 |
| LIGHTSPEED COMMERCE INC. | S-7 | AUDITORS, REGISTRAR AND TRANSFER AGENT | S-39 |
| USE OF PROCEEDS | S-12 | DOCUMENTS FILED AS PART OF THE REGISTRATION STATEMENT | S-39 |
| DESCRIPTION OF THE SHARE CAPITAL OF THE COMPANY | S-13 | | |

**TABLE OF CONTENTS FOR THE SHELF PROSPECTUS**

| | Page | | Page |
|---|---|---|---|
| ABOUT THIS PROSPECTUS | 1 | DESCRIPTION OF UNITS | 12 |
| DOCUMENTS INCORPORATED BY REFERENCE | 1 | CONSOLIDATED CAPITALIZATION | 12 |
| | | EARNINGS COVERAGE RATIOS | 12 |
| CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS | 3 | PLAN OF DISTRIBUTION | 13 |
| ENFORCEMENT OF CIVIL LIABILITIES | 4 | CERTAIN CANADIAN FEDERAL INCOME TAX CONSIDERATIONS | 14 |
| TRADEMARKS AND TRADE NAMES | 4 | CERTAIN U.S. FEDERAL INCOME TAX CONSIDERATIONS | 14 |
| CURRENCY PRESENTATION AND EXCHANGE RATE INFORMATION | 4 | RISK FACTORS | 14 |
| WHERE YOU CAN FIND MORE INFORMATION | 5 | EXEMPTIONS UNDER SECURITIES LAWS | 14 |
| LIGHTSPEED POS INC. | 5 | LEGAL MATTERS | 15 |
| SELLING SECURITYHOLDERS | 6 | AUDITOR, REGISTRAR AND TRANSFER AGENT | 15 |
| USE OF PROCEEDS | 7 | DOCUMENTS FILED AS PART OF THE REGISTRATION STATEMENT | 15 |
| DESCRIPTION OF SHARE CAPITAL | 7 | | |
| DESCRIPTION OF DEBT SECURITIES | 8 | | |
| DESCRIPTION OF WARRANTS | 10 | | |
| DESCRIPTION OF SUBSCRIPTION RECEIPTS | 11 | | |

**TABLE OF CONTENTS**

**ABOUT THIS PROSPECTUS SUPPLEMENT**

This document is composed of two parts. The first part is this Prospectus Supplement, which describes the specific terms of the Offering and adds to and supplements information contained in the accompanying Shelf Prospectus and the documents incorporated by reference therein. The second part is the Shelf Prospectus, which provides more general information, some of which may not apply to the Offering. This Prospectus Supplement is deemed to be incorporated by reference into the Shelf Prospectus solely for the purpose of this Offering.

Neither the Company nor the Underwriters has authorized any person to provide readers with information different from that contained in this Prospectus Supplement and the accompanying Shelf Prospectus (or incorporated by reference herein or therein) and any such information should not be relied upon. We take no responsibility for, and can provide no assurance as to the reliability of, any other information that others may give readers of this Prospectus Supplement and the accompanying Shelf Prospectus. If the description of the Offered Shares or any other information varies between this Prospectus Supplement and the accompanying Shelf Prospectus (including the documents incorporated by reference herein and therein), the information in this Prospectus Supplement supersedes the information in the accompanying Shelf Prospectus. The Offered Shares are not being offered in any jurisdiction where the offer or sale is not permitted.

Readers should not assume that the information contained or incorporated by reference in this Prospectus Supplement and the accompanying Shelf Prospectus is accurate as of any date other than the date of this Prospectus Supplement and the accompanying Shelf Prospectus or the respective dates of the documents incorporated by reference herein or therein, unless otherwise noted herein or as required by law. It should be assumed that the information appearing in this Prospectus Supplement, the accompanying Shelf Prospectus and the documents incorporated by reference herein and therein are accurate only as of their respective dates. The business, financial condition, results of operations and prospects of the Company may have changed since those dates.

This Prospectus Supplement shall not be used by anyone for any purpose other than in connection with the Offering. We do not undertake to update the information contained or incorporated by reference herein or in the Shelf Prospectus, except as required by applicable securities laws. Information contained on, or otherwise accessed through, our website, *https://www.lightspeedhq.com*, shall not be deemed to be a part of this Prospectus Supplement, the accompanying Shelf Prospectus or any document incorporated by reference herein or therein and such information is not incorporated by reference herein or therein and prospective investors should not rely on such information when deciding whether or not to invest in the Offered Shares.

**DOCUMENTS INCORPORATED BY REFERENCE**

This Prospectus Supplement is deemed to be incorporated by reference into the accompanying Shelf Prospectus solely for the purposes of this Offering. Other documents are also incorporated, or are deemed to be incorporated by reference, into the Shelf Prospectus and reference should be made to the Shelf Prospectus for full particulars thereof.

Copies of the documents incorporated by reference in this Prospectus Supplement and the accompanying Shelf Prospectus may be obtained on request without charge from the Corporate Secretary of the Company at 700 Saint-Antoine Street East, Montréal, Québec H2Y 1A6, Canada, telephone: (514) 907-1801, and are also available electronically on the System for Electronic Document Analysis and Retrieval ("**SEDAR**") at www.sedar.com and on the Electronic Data Gathering, Analysis, and Retrieval System ("**EDGAR**") at www.sec.gov.

The following documents, filed by the Company with securities commissions or similar regulatory authorities in the provinces and territories of Canada, are specifically incorporated by reference into, and form an integral part of, this Prospectus Supplement and the accompanying Shelf Prospectus:

   (a)   the annual information form of the Company dated May 20, 2021 for the year ended March 31, 2021 (the "**Annual Information Form**");

   (b)   the audited consolidated financial statements of the Company as at and for the years ended March 31, 2021 and 2020, together with the notes thereto and the independent auditor's report thereon;

   (c)   the management's discussion and analysis of financial condition and results of operations of the Company for the years ended March 31, 2021 and 2020 (the "**Annual MD&A**");

   (d)   the unaudited condensed interim consolidated financial statements of the Company as at June 30, 2021 and for the three-month period ended June 30, 2021 and 2020, together with the notes thereto (the "**Interim Financial Statements**");

TABLE OF CONTENTS

(e)   the management's discussion and analysis of financial condition and results of operations of the Company for the three-month period ended June 30, 2021 (the "**Interim MD&A**");

(f)   the management information circular of the Company dated June 30, 2021 in connection with the annual and special meeting of shareholders of the Company held on August 5, 2021 (the "**Proxy Circular**"); and

(g)   the business acquisition report of the Company dated February 8, 2021 relating to our acquisitions of ShopKeep Inc. ("**ShopKeep**") and the business of Al Dente Intermediate Holdings, LLC through the acquisition of Al Dente Topco, Inc. ("**Upserve**") (and their respective subsidiaries and affiliates) on November 25, 2020 and December 1, 2020, respectively (the "**Business Acquisition Report**").

**Any statement contained in this Prospectus Supplement, in the accompanying Shelf Prospectus or in any document incorporated or deemed to be incorporated by reference herein or therein shall be deemed to be modified or superseded, for purposes of this Prospectus Supplement, to the extent that a statement contained herein or in the accompanying Shelf Prospectus or in any other subsequently filed document which also is, or is deemed to be, incorporated by reference herein or in the accompanying Shelf Prospectus modifies or supersedes such prior statement. The modifying or superseding statement need not state that it has modified or superseded a prior statement or include any other information set forth in the document that it modifies or supersedes. The making of a modifying or superseding statement shall not be deemed an admission for any purposes that the modified or superseded statement, when made, constituted a misrepresentation, an untrue statement of a material fact or an omission to state a material fact that is required to be stated or that is necessary to prevent a statement that is made from being false or misleading in the circumstances in which it was made. Any statement so modified or superseded shall not be deemed, except as so modified or superseded, to constitute part of this Prospectus Supplement.**

Any document of the type required by National Instrument 44-101 – *Short Form Prospectus Distributions* to be incorporated by reference into a short form prospectus, including any annual information forms, material change reports (except confidential material change reports), business acquisition reports, interim financial statements, annual financial statements and the independent auditor's report thereon, management's discussion and analysis and information circulars of the Company, filed by the Company with securities commissions or similar authorities in Canada after the date of this Prospectus Supplement and for the duration of the Offering, shall be deemed to be incorporated by reference into this Prospectus Supplement. In addition, all documents filed on Form 6-K or Form 40-F by the Company with the SEC on or after the date of this Prospectus Supplement shall be deemed to be incorporated by reference into the Registration Statement of which this Prospectus Supplement forms a part of, if and to the extent, in the case of any Report on Form 6-K, expressly provided in such document.

Furthermore, any "template version" of any "marketing materials" (each such term as defined in National Instrument 41-101 – *General Prospectus Requirements*) filed in connection with the Offering after the date of the final form of this Prospectus Supplement but prior to the termination of the distribution of the Offered Shares pursuant to the Offering is deemed to be incorporated by reference in the final form of this Prospectus Supplement and in the accompanying Shelf Prospectus.

The documents incorporated or deemed to be incorporated herein by reference contain meaningful and material information relating to the Company and readers should review all information contained in this Prospectus Supplement, the accompanying Shelf Prospectus and the documents incorporated or deemed to be incorporated by reference herein and therein.

### U.S. REGISTRATION STATEMENT

The Offering is being made concurrently in Canada pursuant to this Prospectus Supplement and the accompanying Shelf Prospectus and in the United States pursuant to the Registration Statement filed with the SEC under the United States Securities Act of 1933, as amended (the "**Securities Act**"). This Prospectus Supplement and the accompanying Shelf Prospectus do not contain all of the information set forth in the Registration Statement, certain items of which are contained in the exhibits to the Registration Statement as permitted or required by the rules and regulations of the SEC.

### ENFORCEMENT OF CIVIL LIABILITIES

Lightspeed is a company incorporated under and governed by the CBCA. Most of Lightspeed's directors and officers reside principally in Canada, and the majority of Lightspeed's assets and all or a substantial portion of the assets of these persons are located outside the United States.

TABLE OF CONTENTS

The Company has appointed an agent for service of process in the United States. It may be difficult for investors who reside in the United States to effect service of process in the United States upon the Company, or to enforce a U.S. court judgment predicated upon the civil liability provisions of the U.S. federal securities laws against the Company or its directors or officers. There is substantial doubt whether an action could be brought in Canada in the first instance predicated solely upon U.S. federal securities laws.

Lightspeed filed with the SEC, concurrently with the Registration Statement of which this Prospectus Supplement forms a part, an appointment of agent for service of process on Form F-X. Under Form F-X, the Company appointed Corporation Service Company as its agent for service of process in the United States in connection with any investigation or administrative proceeding conducted by the SEC and any civil suit or action brought against or involving Lightspeed in a United States court arising out of or related to or concerning the offering of securities under this Prospectus Supplement.

## CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS

This Prospectus Supplement, the accompanying Shelf Prospectus, and the documents incorporated by reference herein and therein, contain "forward-looking information" and "forward-looking statements" (collectively, "**forward-looking information**") within the meaning of applicable securities laws. Forward-looking information included in this Prospectus Supplement, the accompanying Shelf Prospectus, and the documents incorporated by reference herein and therein may relate to our financial outlook and anticipated events or results and may include information regarding our financial position, business strategy, growth strategies, addressable markets, budgets, operations, financial results, taxes, dividend policy, plans and objectives, the use of proceeds from the Offering and the completion of the Offering. Particularly, information regarding our expectations of future results, performance, achievements, prospects or opportunities or the markets in which we operate and the impact thereon of the ongoing COVID-19 pandemic declared by the World Health Organization on March 11, 2020 (the "**COVID-19 Pandemic**"), as well as statements relating to expectations regarding industry trends, our growth rates, the achievement of advances in and expansion of our platform, expectations regarding our revenue and the revenue generation potential of our payment-related and other solutions, expectations regarding our future profitability, expected acquisition outcomes and synergies, our business plans and strategies, and our competitive position in our industry is forward-looking information.

In some cases, forward-looking information can be identified by the use of forward-looking terminology such as "plans", "targets", "expects" or "does not expect", "is expected", "an opportunity exists", "budget", "scheduled", "estimates", "outlook", "forecasts", "projection", "prospects", "strategy", "intends", "anticipates", "does not anticipate", "believes", or variations of such words and phrases or statements that certain actions, events or results "may", "could", "would", "might", "will", "will be taken", "occur" or "be achieved", the negative of these terms and similar terminology. In addition, any statements in this Prospectus Supplement, the accompanying Shelf Prospectus, and the documents incorporated by reference herein and therein that refer to expectations, intentions, projections or other characterizations of future events or circumstances contain forward-looking information. Statements containing forward-looking information are not historical facts but instead represent management's expectations, estimates and projections regarding future events or circumstances.

The forward-looking information included in this Prospectus Supplement, the accompanying Shelf Prospectus, and the documents incorporated by reference herein and therein is based on our opinions, estimates and assumptions in light of our experience and perception of historical trends, current conditions and expected future developments, as well as other factors that we currently believe are appropriate and reasonable in the circumstances as at the date of the forward-looking information. Despite a careful process to prepare and review the forward-looking information contained in this Prospectus Supplement, the accompanying Shelf Prospectus and the documents incorporated by reference herein and therein, there can be no assurance that the underlying opinions, estimates and assumptions will prove to be correct. Certain assumptions made in respect of our ability to build our market share and enter new markets and industry verticals; our ability to attract, develop and retain key personnel; our ability to maintain and expand geographic scope; our ability to execute on our expansion plans; our ability to continue investing in infrastructure and implement scalable controls, systems and processes to support our growth; the pricing of the Offering; our ability to successfully integrate the companies we have acquired and to derive the benefits we expect from the acquisition thereof; our ability to obtain and maintain existing financing on acceptable terms; currency

S-3

exchange and interest rates; seasonality in our business and in the business of our customers; the impact of competition; the changes and trends in our industry or the global economy; and the changes in laws, rules, regulations, and global standards are material factors in preparing forward-looking information and management's expectations.

Forward-looking information is necessarily based on a number of opinions, estimates and assumptions that we considered appropriate and reasonable as of the date such statements are made, is subject to known and unknown risks, uncertainties, assumptions and other factors that may cause the actual results, level of activity, performance or achievements to be materially different from those expressed or implied by such forward looking information, including but not limited to the factors described under "Risk Factors" herein including risks arising from the COVID-19 Pandemic, risks related to our transfer and receipt of personal data from the European Economic Area (the "**EEA**"), the risk factors identified in our Interim MD&A incorporated by reference in this Prospectus Supplement and under "Risk Factors" in our Annual Information Form and elsewhere in documents incorporated by reference herein and therein which are available under our profile on SEDAR at www.sedar.com and on EDGAR at www.sec.gov.

If any of these risks or uncertainties materialize, or if the opinions, estimates or assumptions underlying the forward-looking information prove incorrect, actual results or future events might vary materially from those anticipated in the forward-looking information. The opinions, estimates or assumptions referred to above and described in greater detail in the documents incorporated by reference herein should be considered carefully by prospective investors.

Although we have attempted to identify important risk factors that could cause actual results to differ materially from those contained in forward-looking information contained in this Prospectus Supplement, the accompanying Shelf Prospectus and documents incorporated by reference herein and therein, there may be other risk factors not presently known to us or that we presently believe are not material that could also cause actual results or future events to differ materially from those expressed in such forward-looking information. There can be no assurance that such information will prove to be accurate, as actual results and future events could differ materially from those anticipated in such information. No forward-looking information is a guarantee of future results. Accordingly, prospective investors should not place undue reliance on forward-looking information, which speaks only as of the date made. The forward-looking information contained in this Prospectus Supplement, the accompanying Shelf Prospectus and the documents incorporated by reference herein and therein represents our expectations as of the date hereof or thereof (or as of the date they are otherwise stated to be made), and are subject to change after such date. However, we disclaim any intention or obligation or undertaking to update or revise any forward-looking information whether as a result of new information, future events or otherwise, except as required under applicable securities laws.

**All of the forward-looking information contained in this Prospectus Supplement, the accompanying Shelf Prospectus and the documents incorporated by reference herein or therein are expressly qualified by the foregoing cautionary statements.**

## NON-IFRS MEASURES AND INDUSTRY METRICS

This Prospectus Supplement, the accompanying Shelf Prospectus and/or the documents incorporated by reference herein or therein make reference to certain non-IFRS measures and industry metrics. These measures are not recognized measures under IFRS and do not have a standardized meaning prescribed by IFRS and are therefore unlikely to be comparable to similar measures presented by other companies. Rather, these measures are provided as additional information to complement those IFRS measures by providing further understanding of our results of operations from management's perspective. Accordingly, these measures should not be considered in isolation nor as a substitute for analysis of our financial information reported under IFRS. This Prospectus Supplement also makes reference to industry metrics such as "ARPU" (or "average revenue per user"), "Customer Locations", "GTV" (or "gross transaction volume") and "Net Dollar Retention Rate" which are operating metrics used in our industry. These non-IFRS measures and industry metrics are used to provide investors with supplemental measures of our operating performance and thus highlight trends in our core business that may not otherwise be apparent when relying solely on IFRS measures. We also believe that securities analysts, investors and other interested parties frequently use non-IFRS measures and industry metrics in the evaluation of issuers. Our management also uses non-IFRS measures and industry metrics in order to facilitate operating performance comparisons from period to period, to prepare annual

operating budgets and forecasts and to determine components of management compensation. See "Key Performance Indicators" and "Non-IFRS Measures and Reconciliation of Non-IFRS Measures" in our Interim MD&A for further information regarding these measures, and "Key Performance Indicators" in our Annual MD&A for further information regarding "Net Dollar Retention Rate".

## MARKET AND INDUSTRY DATA

Market and industry data presented throughout this Prospectus Supplement, the accompanying Shelf Prospectus and/or the documents incorporated by reference herein or therein was obtained from third-party sources and industry reports, including from AMI Partners, and from publications, websites and other publicly available information, as well as industry and other data prepared by us or on our behalf on the basis of our knowledge of the markets in which we operate, including information provided by suppliers, partners, customers and other industry participants.

We believe that the market and economic data presented throughout this Prospectus Supplement, the accompanying Shelf Prospectus and/or the documents incorporated by reference herein or therein is accurate and, with respect to data prepared by us or on our behalf, that our estimates and assumptions are currently appropriate and reasonable, but there can be no assurance as to the accuracy or completeness thereof. The accuracy and completeness of the market and economic data presented throughout this Prospectus Supplement, the accompanying Shelf Prospectus and/or the documents incorporated by reference herein or therein are not guaranteed and none of us or any of the Underwriters makes any representation as to the accuracy of such data. Actual outcomes may vary materially from those forecast in such reports or publications, and the prospect for material variation can be expected to increase as the length of the forecast period increases. Although we believe it to be reliable, none of us or any of the Underwriters has independently verified any of the data from third-party sources referred to in this Prospectus Supplement, the accompanying Shelf Prospectus and/or the documents incorporated by reference herein or therein, analyzed or verified the underlying studies or surveys relied upon or referred to by such sources, or ascertained the underlying market, economic and other assumptions relied upon by such sources. Market and economic data are subject to variations and cannot be verified due to limits on the availability and reliability of data inputs, the voluntary nature of the data gathering process and other limitations and uncertainties inherent in any statistical survey. In addition, certain of these publications, studies and reports were published before the global COVID-19 Pandemic and therefore do not reflect any impact of the COVID-19 Pandemic on any specific market or globally.

## CURRENCY PRESENTATION AND EXCHANGE RATE INFORMATION

We express all amounts in this Prospectus Supplement in U.S. dollars, except where otherwise indicated. References to "$" and "US$" are to U.S. dollars and references to "C$" are to Canadian dollars.

The following table sets forth, for the periods indicated, the high, low, average and end of period daily average exchange rates for one U.S. dollar, expressed in Canadian dollars, published by the Bank of Canada during the respective periods.

|  | Year Ended March 31, | | Three Months Ended June 30, | |
| --- | --- | --- | --- | --- |
|  | 2021 | 2020 | 2021 | 2020 |
| Highest rate during the period | 1.4217 | 1.4496 | 1.2617 | 1.4217 |
| Lowest rate during the period | 1.2455 | 1.2970 | 1.2040 | 1.3383 |
| Average rate for the period(1) | 1.3219 | 1.3308 | 1.2282 | 1.3853 |
| Period end | 1.2575 | 1.4187 | 1.2394 | 1.3628 |

_____

(1)   The average exchange rates are calculated based on the exchange rates on the last business day of each month for the applicable period.

On August 6, 2021, the Bank of Canada daily average exchange rate was US$1.00 = C$1.2550.

**TABLE OF CONTENTS**

## WHERE YOU CAN FIND MORE INFORMATION

Lightspeed files certain reports with, and furnishes other information to, each of the SEC and the securities regulatory authorities in all provinces and territories of Canada. Purchasers are invited to read and copy any reports, statements or other information, other than confidential filings, that Lightspeed files with the SEC and the securities regulatory authorities in all provinces and territories of Canada. Under a multijurisdictional disclosure system adopted by the United States and Canada, such reports, statements and other information may be prepared in accordance with the disclosure requirements of the provincial and territorial securities regulatory authorities of Canada, which requirements are different from those of the United States. These filings are electronically available from SEDAR at www.sedar.com and from EDGAR at www.sec.gov. Except as expressly provided herein, documents filed on SEDAR or on EDGAR are not, and should not be considered, part of this Prospectus Supplement or the accompanying Shelf Prospectus.

Lightspeed has filed with the SEC under the Securities Act the Registration Statement relating to the securities being offered hereunder, of which this Prospectus Supplement and the accompanying Shelf Prospectus form a part. This Prospectus Supplement and the accompanying Shelf Prospectus do not contain all of the information set forth in the Registration Statement, certain items of which are contained in the exhibits to the Registration Statement as permitted or required by the rules and regulations of the SEC. Items of information omitted from this Prospectus Supplement but contained in the Registration Statement are available on the SEC's website at www.sec.gov.

As a foreign private issuer, Lightspeed is exempt from the rules under the United States Securities Exchange Act of 1934 (the "**Exchange Act**") prescribing the furnishing and content of proxy statements, and Lightspeed's officers and directors are exempt from the reporting and short swing profit recovery provisions contained in Section 16 of the Exchange Act. Lightspeed's reports and other information filed or furnished with or to the SEC are available from EDGAR at www.sec.gov, as well as from commercial document retrieval services.

S-6

TABLE OF CONTENTS

**LIGHTSPEED COMMERCE INC.**

### Mission

At Lightspeed, our mission is to bring cities and communities to life by powering businesses' commerce strategies. We believe the future of commerce requires modern omni-channel cloud solutions, next-generation digital payments capabilities and an interconnected ecosystem of merchants, suppliers and consumers. We plan to continue equipping our restaurant, retail and other customers with modern technology solutions that transform the way they manage their operations.

### Business of the Company

Lightspeed offers a cloud-based commerce platform that connects suppliers, merchants and consumers while enabling omni-channel experiences. Our software platform provides our customers with the critical functionality they need to engage with consumers, manage their operations, accept payments, and grow their businesses.

In the early 2000s, on-premise point-of-sale ("**POS**") systems and the digitization of payments overtook traditional cash registers. For the past decade, we have set out to disrupt the on-premise legacy POS market with a cloud offering. Since then, we have been at the forefront of the industry transition to omni-channel, which merges offline and online commerce. Today, through innovation and strategic acquisitions, we have expanded our solutions in order to offer a comprehensive commerce offering, allowing merchants to reach customers wherever they are.

We primarily target small and medium-sized businesses ("**SMBs**") with our easy to use and cost-efficient solutions. We believe this is the largest and most underpenetrated end of the market. In 2018, AMI Partners estimated that there were approximately 226 million SMBs worldwide[1], of which approximately 47 million were retailers and restaurants. The majority of our revenue is recurring, as approximately 92% of our revenue for the three-month period ended June 30, 2021 was comprised of subscription and transaction-based revenue. We have a strong track-record of growing revenue per customer over time.

Our cloud platform is designed around three interrelated elements: omni-channel consumer experience, a comprehensive back-office operations management suite to improve our customers' efficiency and insight, and the facilitation of payments. Key functionalities of our platform include full omni-channel capabilities, POS, product and menu management, employee and inventory management, analytics and reporting, multi-location connectivity, order-ahead and curbside pickup functionality, loyalty, customer management and tailored financial solutions. By delivering our solutions through the cloud, we enable merchants to reduce dependency on the brick and mortar channel and interact with customers anywhere (in store, online, mobile and social), gain a deeper understanding of their customers and operations by tracking activity and key metrics across all channels, and update inventory, run analytics, change menus, send promotions and otherwise manage their business operations from any location.

Our position at the point of commerce puts us in a strong and advantaged position for payment processing and allows us to collect transaction-related data insights. Lightspeed Payments, our payment processing solution, is available to our U.S. and Canadian retail customers and our U.S. hospitality customers. It has also recently been expanded to our EMEA customers in the United Kingdom, France, Belgium, the Netherlands, Switzerland and Germany. During the three-month period ended June 30, 2021, the portion of our GTV processed by our payments platforms was approximately 10%. We believe that the broader rollout of Lightspeed Payments to capture more of our GTV represents a significant growth opportunity for us.

Our platform is built to scale-out with our customers, supporting them as they open new locations, and offering increasingly sophisticated solutions as their business requirements become more complex. Our platform helps SMBs avoid having to piece together multiple, and often disjointed, applications from various providers to leverage the technology they need to run and grow their businesses. Our ecosystem of development, channel and installation partners further reinforces the scalability of our solutions, making them customizable and extensible. We work alongside our customers through their business journey by providing industry-leading onboarding and support services, and fundamentally believe that our success is directly connected to their success.

During the fiscal year ended March 31, 2021, we completed the acquisitions of ShopKeep, a leading cloud commerce platform provider for both retail and hospitality, and Upserve, a leading restaurant management cloud software

---

[1] For purposes of such estimate, AMI Partners defines SMBs as businesses employing one to 499 employees in the following industry sectors: Retail, Restaurant, Agriculture/Mining, Banking/Financial, Construction, Healthcare, Hospitality, Information & Media, Insurance, Life Sciences, Other Services, Pharmaceuticals, Process Manufacturing, Discrete Manufacturing, Professional Services, Real Estate, Telecommunications, Transportation, Utilities, and Wholesale.

company, both based in the United States. These acquisitions expanded our U.S. market presence, allowing for increased investment in sales, marketing, and research and development to capitalize on the increasing demand for modern, cloud-based, omni-channel commerce solutions. On April 16, 2021, we completed the acquisition of Vend Limited ("**Vend**"), a cloud-based retail management software company, based in New Zealand, thereby expanding our international presence. On June 7, 2021, we announced our entry into a definitive agreement to acquire Ecwid, a U.S.-based best-in-class global eCommerce platform. On July 1, 2021, we completed the acquisition of NuORDER, a transformative digital platform connecting businesses and suppliers. Our acquisitions, coupled with our organic growth, have also created opportunities for us to leverage our increased scale to derive better economics from our payment partners and other vendors that we utilize to deliver our solutions.

To further complement our core cloud solutions, we offer a merchant cash advance program called Lightspeed Capital. This program is designed to help eligible merchants with overall business growth, buy inventory, invest in marketing, or manage cash flows by providing financing up to $100,000.

We sell our solutions primarily through our direct sales force in North America, Europe, Australia and New Zealand, supplemented by indirect channels in other countries around the world. Our platform is well-suited for various types of SMBs, particularly single- and multi-location retailers with complex operations, such as those with a high product count, diverse inventory needs or a service component, golf course operators and hospitality customers ranging from quick service and festivals to hotels and fine dining establishments.

We believe that we have significant revenue expansion opportunities within our customer base and beyond. Based on a total market of approximately 6 million mid-market or complex SMBs[2] and our current monthly ARPU of over $230 for the three-month period ended June 30, 2021, we believe that we have a current total addressable market of over $16 billion, which is expected to increase as we continue to drive ARPU expansion.



We are well-positioned in our market, which we believe is inadequately served by typical SMB-oriented providers. We believe the breadth of our capabilities and simplicity of our platform and applications helps to create a customer adoption flywheel effect around our solutions and dynamic cross-selling. Our platform also collects, manages and analyzes significant amounts of commerce data, which operators use to run their businesses more efficiently and surface deeper insights. We believe this strengthens our value proposition and encourages them to unlock greater value from our platform by purchasing upgraded plans and additional solutions. As the number of businesses using our platform grows, we gain greater visibility into the markets in which we operate through the transaction-related

---

[2]   Based on 2018 data from AMI Partners.

TABLE OF CONTENTS

data we collect, such as product sell-through data. In certain markets, we are able to leverage the data to derive incremental value for our customers and their suppliers, thereby strengthening our position as the commerce operating systems provider of choice in those markets and helping drive greater inbound interest for our solutions through supplier referrals.

We believe that our ecosystem creates a strong and defensible market position. We provide commerce for the digital and physical local world through a solution that serves merchants of all sizes in our core verticals. We connect suppliers and merchants in a differentiated network that reduces friction, and in turn attracts such suppliers and merchants to the network in order to be competitive. The network further optimizes inventory, as merchants can order products from other merchants and place a supplier's catalogue directly on their eCommerce store without having to own stock.

### Value Proposition for the Entire Ecosystem

We are committed to driving value across the commerce ecosystem. To do so, we are evolving from a POS platform that enabled omni-channel to a commerce platform that we believe will create value for suppliers, merchants and consumers.

*For Merchants:*

- A complete commerce platform;

- Direct integration with suppliers for on-demand inventory management;

- The ability to connect with consumers in-store, online, on social media and on Lightspeed and/or third party marketplaces;

- Insights, data analytics and recommendation engines to generate extra revenue and margin; and

- Financial solutions to accept payments and provide capital.

*For Suppliers:*

- A democratized supply chain with ordering and payments capabilities straight from the merchant's POS;

- Data insights on consumers and trends to optimize manufacturing and distribution; and

- The opportunity for merchants to become distributors in the network.

*For Consumers:*

- One account and one login to manage a consumer's profile, preferences and bookings

- A tailored and customized shopping experience both in store and online;

- The ability to discover, locate and buy from unique local merchants and restaurants;

- The convenience and quality of service consistent with big brands and eCommerce marketplaces; and

- The opportunity to give back to the community and promote small businesses.

We are creating localized networks to succeed in a number of "winner-takes-most" retail verticals, including Apparel & Footwear, Pet, Gift, Bike, Sporting & Outdoors, Electronics, Golf, Home & Garden, Toys & Hobby, Vape & Smoke, Health & Beauty and Jewelry, and hospitality verticals, including Bar, Quick and Full Service, Hotel and Café.

### Growth Strategies

We strive to grow our business both organically and through strategic and value-enhancing acquisitions. Key elements of our growth strategy include the following:

- ***Expand Customer Location Footprint.*** We believe that there is significant potential to increase penetration of our total addressable market, attract new customers and further drive our market away from legacy systems toward cloud-based solutions and omni-channel strategies. Adoption of omni-channel capabilities has become a near-term focus for our customers, resulting in immediate and transformational benefits to our market position. We seek to attract new customers by leveraging our brand awareness and continuously innovating our product offerings, particularly in response to changing regulations and consumer behaviours. We plan to continue

investing in strategies tailored to attract new businesses to our platform, both in our existing geographies and new markets around the world. We also intend to selectively evaluate opportunities to offer our solutions to businesses operating in industry verticals that we do not currently target.

We employ a systematic and data-driven framework for generating our funnel of new leads, engaging with these businesses and converting them into active paying customers. Since our founding, we have successfully grown revenue by increasing the number of Customer Locations served.

• *Build on Successes in Payments and Financial Solutions.* We continue to see an acceleration in the adoption of our payment processing solutions, which are the largest driver of growth for the Company. Lightspeed Payments is available to our U.S. and Canadian retail customers and our U.S. hospitality customers. It has also been expanded to our EMEA customers in the United Kingdom, France, Belgium, the Netherlands, Switzerland and Germany. Offering fully integrated payments functionality is highly complementary to the platform we offer our customers today and allows us to monetize a greater portion of the GTV processed on our platform annually. For SMBs, this service further reduces complexity by integrating seamlessly into our existing platform, eliminating the need to deal with a separate payments provider and the related data reconciliation, and allowing for more accurate management of their businesses and easier access to additional Lightspeed products, such as Lightspeed Capital.

• *Accelerate ARPU Expansion by Introducing New Modules.* Given our platform's extensive suite of modules, our customers can add additional functionalities to their initial line-up of Lightspeed products as their needs evolve. We continue to see our customers buying more than one software module from us. We view this as an important measure of our ability to grow our ARPU and drive further value to our customers, which in turn will improve retention rates. We believe that we have significant opportunity to continue to expand ARPU and the number of customers adopting more Lightspeed products over time and that our continued investments will increase our revenue base, improve the retention of this base and strengthen our ability to increase sales to our customers.

Our eCommerce platform has seen strong growth with an increasing number of our retail customers electing to use Lightspeed eCommerce to power their online selling.

We plan to add more solutions and modules to our platform, which will allow us to deepen our relationships with existing customers and attract new ones. Since our founding we have successfully added innovative capabilities for payments, eCommerce, home delivery, analytics, loyalty tailored financial solutions. Lastly, our recent acquisitions present opportunities for modular expansion, both into core Lightspeed customers as well as the sale of Lightspeed modules into the bases of the acquired companies.

• *Expand Our Presence Within Verticals.* Our success is directly linked to the success of our customers. We provide our customers with the tools to successfully grow their businesses which in turn benefits our platform growth. We stand to benefit from their growth as they generate more transaction volume, add new locations, upgrade their plans and use more of our solutions. By becoming embedded within the ecosystem of individual verticals, we can create more value for our customers. For example, our recent introduction of the Lightspeed Supplier Network, and the acquisition of NuORDER, provides customers with greater supplier access and inventory visibility, automates manual ordering, consolidates supplier portals into the POS, streamlines omni-channel operations by making it easy to import product details and photos into the POS, and ensures use of supplier approved brand names and images. Meanwhile, suppliers benefit from greater access to real time data on goods sold by customers and enhanced brand presence with customers. Going deep into verticals also creates opportunities for us to monetize our data up and down the supply chain.

• *Strategic and Value-Enhancing Acquisitions.* We complement our organic growth strategies with a selective approach to acquisitions. We identify possible acquisition targets to increase our market penetration in new and existing markets, enter new verticals and accelerate our product roadmap more effectively than we can achieve organically. We believe that our market position allows us to navigate the fragmented competitive landscape to find acquisition opportunities that most effectively help us achieve these objectives.

Since our initial public offering on the TSX, we have made several acquisitions that have expanded our geographic footprint and built scale for our business.

S-10

Most recently, we have expanded our acquisition agenda to advance our platform, strengthen our technology and help us deliver on our goal of being the dominant commerce platform in our core verticals.

On June 7, 2021, we announced the acquisition of Ecwid. Ecwid is a US-based global eCommerce platform that allows customers to create standalone businesses in minutes. The acquisition has not closed yet; it is expected to close by September 30, 2021 and remains subject to customary closing conditions.

On July 1, 2021, we completed the acquisition of NuORDER, a leading B2B commerce platform that connects more than 3,000 brands to more than 100,000 retailers. Together, Lightspeed and NuORDER will have the opportunity to create an industry-leading bridge between the merchant and supplier experience and establish us as a global distribution network for leading brands, capitalizing on the early success of Lightspeed Supplier Network to simplify product ordering for retailers and offer suppliers critical insights into how their products move.

The acquisition of NuORDER and the announced acquisition of Ecwid are expected to significantly accelerate our product roadmap, with solutions for brand discovery, automated ordering, virtual showrooms, digital trade shows, analytics and more.

### Our Customers

We are proud of our customers' success. As of June 30, 2021, our customers collectively represented more than 150,000 Customer Locations in over 100 countries. In the three-month period ended June 30, 2021, our customers generated a total of $16.3 billion in GTV, an increase of 203% year-over-year, which is reflective of the success of their businesses. For the fiscal year ended March 31, 2021, we achieved positive Net Dollar Retention Rates.

### Recent Developments

On June 7, 2021, we announced our entry into a definitive agreement to acquire Ecwid, a US-based best-in-class global eCommerce platform, for a total consideration of approximately US$500 million, consisting of approximately US$175 million in cash and the issuance of Subordinate Voting Shares valued at approximately $325 million.

During the quarter ended June 30, 2021, we entered into a partnership with the world's leading provider of online reservations, OpenTable. Through this partnership, we and OpenTable hope to increase table turnover, provide a VIP experience to restaurant guests and improve the overall customer experience.

On July 1, 2021, we completed the acquisition of NuORDER.

On August 6, 2021, we changed our name from Lightspeed POS Inc. to Lightspeed Commerce Inc.

### Head and Registered Office

Our head and registered office is located at 700 Saint-Antoine Street East, Suite 300, Montréal, Québec, Canada, H2Y 1A6, and our telephone number is (514) 907-1801.

S-11