# Exhibit N

Case 1:21-cv-06365-BMC    Document 37-14    Filed 06/27/22    Page 1 of 19 PageID #: 966

# UNITED STATES

# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 6-K

**Report of Foreign Private Issuer Pursuant to Rule 13a-16 or 15d-16 of the Securities Exchange Act of 1934**

| For the month of | **August** | **2021** |
|---|---|---|
| Commission File Number | **001-39498** | |

# LIGHTSPEED POS INC.

(Translation of registrant's name into English)

**700 Saint-Antoine Street East, Suite 300**

**Montréal, Québec, Canada**

**H2Y 1A6**

(Address of principal executive offices)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F:

Form 20-F ☐    Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐

**DOCUMENTS INCLUDED AS PART OF THIS REPORT**

**Exhibit**

99.1    Lightspeed POS Inc. Interim Financial Statements for the First Quarter ended June 30, 2021

99.2    Lightspeed POS Inc. Interim Management's Discussion and Analysis for the First Quarter ended June 30, 2021

99.3    Lightspeed POS Inc. - Form 52-109F2 Certificate of Interim Filings by CEO (pursuant to Canadian regulations)

99.4    Lightspeed POS Inc. - Form 52-109F2 Certificate of Interim Filings by CFO (pursuant to Canadian regulations)

Documents 99.1 and 99.2 of this Report on Form 6-K are incorporated by reference into the Registration Statement on Form F-10 of the Registrant, which was originally filed with the Securities and Exchange Commission on May 27, 2021 (File No. 333-256579), the Registration Statement on Form S-8 of the Registrant, which was originally filed with the Securities and Exchange Commission on September 30, 2020 (File No. 333-249175), and the Registration Statement on Form S-8 of the Registrant, which was originally filed with the Securities and Exchange Commission on December 4, 2020 (File No. 333-251139).

2

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the

undersigned, thereunto duly authorized.

|  | *Lightspeed POS Inc.* |
| --- | --- |
|  | (Registrant) |
| August 5, 2021 | */s/ Dan Micak* |
|  | By: |
|  | Name:    Dan Micak |
|  | Title:      EVP, General Counsel & Corporate Secretary |

3

**Lightspeed POS Inc.**

Condensed Interim Consolidated Financial Statements
(Unaudited)
**For the three months ended June 30, 2021**
(expressed in thousands of US dollars)

**Lightspeed POS Inc.**
Condensed Interim Consolidated Balance Sheets
(Unaudited)
**As at June 30 and March 31, 2021**

(expressed in thousands of US dollars)

| | Notes | June 30, 2021 | March 31, 2021 |
|---|---|---|---|
| **Assets** | | $ | $ |
| **Current assets** | | | |
| Cash and cash equivalents | | 603,718 | 807,150 |
| Trade and other receivables | 11 | 26,784 | 24,771 |
| Inventories | | 3,397 | 1,573 |
| Other current assets | 10 | 26,885 | 24,171 |
| **Total current assets** | | 660,784 | 857,665 |
| **Lease right-of-use assets,** net | | 25,148 | 21,206 |
| **Property and equipment,** net | | 9,549 | 8,342 |
| **Intangible assets,** net | 4 | 309,388 | 234,493 |
| **Goodwill** | 4 | 1,266,031 | 971,939 |
| **Restricted cash and other long-term assets** | 12 | 14,723 | 11,504 |
| **Deferred tax assets** | | 139 | 170 |
| **Total assets** | | 2,285,762 | 2,105,319 |
| **Liabilities and Shareholders' Equity** | | | |
| **Current liabilities** | | | |
| Accounts payable and accrued liabilities | 13 | 77,177 | 65,052 |
| Lease liabilities | | 6,634 | 5,120 |
| Income taxes payable | | 787 | 114 |
| Current portion of deferred revenue | | 50,064 | 43,116 |
| **Total current liabilities** | | 134,662 | 113,402 |
| **Deferred revenue** | | 2,629 | 2,796 |
| **Lease liabilities** | | 23,449 | 20,558 |
| **Long-term debt** | 15 | 29,787 | 29,770 |
| **Accrued payroll taxes on stock-based compensation** | | 3,938 | 3,154 |
| **Deferred tax liabilities** | | 7,930 | 1,356 |
| **Total liabilities** | | 202,395 | 171,036 |
| **Shareholders' equity** | | | |
| Share capital | 16 | 2,716,142 | 2,526,448 |
| Additional paid-in capital | | 44,300 | 35,877 |
| Accumulated other comprehensive income | | 10,019 | 9,715 |
| Accumulated deficit | | (687,094) | (637,757) |
| **Total shareholders' equity** | | 2,083,367 | 1,934,283 |
| **Total liabilities and shareholders' equity** | | 2,285,762 | 2,105,319 |

The accompanying notes are an integral part of these interim consolidated financial statements.

2

**Lightspeed POS Inc.**
Condensed Interim Consolidated Statements of Loss and Comprehensive Loss
(Unaudited)
**For the three months ended June 30, 2021 and 2020**

(expressed in thousands of US dollars, except per share amounts)

| | Notes | Three months ended June 30, | |
| --- | --- | --- | --- |
| | | **2021** | **2020** |
| | | **$** | **$** |
| **Revenues** | 5 | 115,920 | 36,229 |
| **Direct cost of revenues** | 6, 7 | 58,347 | 13,515 |
| **Gross profit** | | 57,573 | 22,714 |
| **Operating expenses** | | | |
| General and administrative | 7 | 22,277 | 6,799 |
| Research and development | 7 | 22,216 | 9,739 |
| Sales and marketing | 7 | 42,270 | 16,257 |
| Depreciation of property and equipment | | 869 | 412 |
| Depreciation of right-of-use assets | | 1,625 | 827 |
| Foreign exchange loss | | 249 | 480 |
| Acquisition-related compensation | | 2,014 | 5,129 |
| Amortization of intangible assets | | 17,013 | 4,405 |
| Restructuring | | 197 | - |
| **Total operating expenses** | | 108,730 | 44,048 |
| **Operating loss** | | (51,157) | (21,334) |
| Net interest income (expense) | 8 | 226 | (301) |
| **Loss before income taxes** | | (50,931) | (21,635) |
| **Income tax expense (recovery)** | | | |
| Current | | 630 | 55 |
| Deferred | | (2,224) | (1,574) |
| **Total income tax recovery** | | (1,594) | (1,519) |
| **Net loss** | | (49,337) | (20,116) |
| **Other comprehensive income (loss)** | | | |
| *Items that may be reclassified to net loss* | | | |
| Foreign currency differences on translation of foreign operations | | 304 | 6,893 |
| **Total comprehensive loss** | | (49,033) | (13,223) |
| **Net loss per share - basic and diluted** | 9 | (0.38) | (0.22) |

The accompanying notes are an integral part of these interim consolidated financial statements.

3

**Lightspeed POS Inc.**
Condensed Interim Consolidated Statements of Cash Flows
(Unaudited)
**For the three months ended June 30, 2021 and 2020**

(expressed in thousands of US dollars)

| | Three months ended June 30, | |
| --- | --- | --- |
| | **2021** | **2020** |
| **Cash flows from (used in) operating activities** | **$** | **$** |
| Net loss | (49,337) | (20,116) |
| Items not affecting cash and cash equivalents | | |
| Acquisition-related compensation | 580 | 2,336 |
| Amortization of intangible assets | 17,013 | 4,405 |
| Depreciation of property and equipment and lease right-of-use assets | 2,494 | 1,239 |
| Deferred income taxes | (2,224) | (1,574) |
| Stock-based compensation expense | 12,387 | 5,529 |
| Unrealized foreign exchange gain | 220 | 172 |
| (Increase)/decrease in operating assets and increase/(decrease) in operating liabilities | | |
| Trade and other receivables | (883) | 251 |
| Inventories | (1,824) | 309 |
| Other assets | (2,823) | 592 |
| Accounts payable and accrued liabilities | 7,736 | 3,406 |
| Income taxes payable | 673 | 4 |
| Deferred revenue | 820 | (5,098) |
| Other long-term liabilities | 784 | 833 |
| Net interest (income) expense | (226) | 301 |
| **Total operating activities** | **(14,610)** | **(7,411)** |
| **Cash flows from (used in) investing activities** | | |
| Additions to property and equipment | (1,235) | (160) |
| Acquisition of businesses, net of cash acquired | (191,686) | (1,779) |
| Interest income | 1,196 | 468 |
| **Total investing activities** | **(191,725)** | **(1,471)** |
| **Cash flows from (used in) financing activities** | | |
| Proceeds from exercise of stock options | 5,544 | 2,872 |
| Share issuance costs | (570) | (778) |
| Payment of lease liabilities and movement in restricted lease deposits | (1,922) | (954) |
| Financing costs | (287) | (343) |
| **Total financing activities** | **2,765** | **797** |
| **Effect of foreign exchange rate changes on cash and cash equivalents** | **138** | **637** |
| **Net decrease in cash and cash equivalents during the period** | **(203,432)** | **(7,448)** |
| **Cash and cash equivalents - Beginning of period** | **807,150** | **210,969** |
| **Cash and cash equivalents - End of period** | **603,718** | **203,521** |
| Interest paid | 243 | 301 |
| Income taxes paid | 147 | - |

The accompanying notes are an integral part of these interim consolidated financial statements.

4

**Lightspeed POS Inc.**
Condensed Interim Consolidated Statements of Changes in Shareholders' Equity
(Unaudited)

**For the three months ended June 30, 2021 and 2020**

(expressed in thousands of US dollars, except number of shares)

| | Notes | Number of shares | Amount $ | Additional paid-in capital $ | Accumulated other comprehensive income (loss) $ | Accumulated deficit $ | Total $ |
|---|---|---|---|---|---|---|---|
| **Balance as at March 31, 2021** | | 128,528,515 | 2,526,448 | 35,877 | 9,715 | (637,757) | 1,934,283 |
| Net loss | | - | - | - | - | (49,337) | (49,337) |
| Share issuance costs | | - | (480) | - | - | - | (480) |
| Exercise of stock options and vesting of share awards | | 345,049 | 9,508 | (3,964) | - | - | 5,544 |
| Stock-based compensation | | - | - | 12,387 | - | - | 12,387 |
| Share-based acquisition-related compensation | | 25,099 | 580 | - | - | - | 580 |
| Shares issued in connection with business combination | 4 | 2,692,277 | 180,086 | - | - | - | 180,086 |
| Other comprehensive income | | - | - | - | 304 | - | 304 |
| **Balance as at June 30, 2021** | | 131,590,940 | 2,716,142 | 44,300 | 10,019 | (687,094) | 2,083,367 |
| **Balance as at March 31, 2020** | | 92,206,817 | 852,115 | 11,773 | (6,271) | (513,479) | 344,138 |
| Net loss | | - | - | - | - | (20,116) | (20,116) |
| Share issuance costs | | - | (3) | - | - | - | (3) |
| Exercise of stock options and vesting of share awards | | 738,483 | 3,988 | (1,116) | - | - | 2,872 |
| Stock-based compensation | | - | - | 5,529 | - | - | 5,529 |
| Share-based acquisition-related compensation | | 25,099 | 2,336 | - | - | - | 2,336 |
| Other comprehensive income | | - | - | - | 6,893 | - | 6,893 |
| **Balance as at June 30, 2020** | | 92,970,399 | 858,436 | 16,186 | 622 | (533,595) | 341,649 |

The accompanying notes are an integral part of these interim consolidated financial statements.

5

**Lightspeed POS Inc.**
Notes to Condensed Interim Consolidated Financial Statements
(unaudited)
**June 30, 2021 and 2020**

(expressed in thousands of US dollars, except number of shares)

### 1. Organization and nature of operations

Lightspeed POS Inc. ("Lightspeed" or the "Company") was incorporated on March 21, 2005 under the Canada Business Corporations Act. Its head office is located at Gare Viger, 700 Saint-Antoine St. East, Suite 300, Montréal, Quebec, Canada. Lightspeed provides easy-to-use, omni-channel commerce enabling platforms. The Company's software platforms provide its customers with the critical functionalities they need to engage with consumers, manage their operations, accept payments, and grow their business. Lightspeed has customers globally in over 100 countries, empowering single- and multi-location small and medium-sized businesses to compete in an omni-channel market environment by engaging with consumers across online, mobile, social, and physical channels.

The Company's shares are listed on both the Toronto Stock Exchange and the New York Stock Exchange ("NYSE") under the stock symbol "LSPD".

### 2. Basis of presentation and consolidation

These condensed interim consolidated financial statements have been prepared in accordance with International Financial Reporting Standards (IFRS) applicable to the preparation of interim financial statements, including International Accounting Standard (IAS) 34, Interim Financial Reporting, as issued by the International Accounting Standards Board (IASB). Certain information and disclosures have been omitted or condensed. The same accounting policies and methods of computation were followed in the preparation of these unaudited condensed interim consolidated financial statements as were followed in the preparation of the most recent annual audited consolidated financial statements. These unaudited condensed interim consolidated financial statements should be read together with the Company's annual audited consolidated financial statements and notes thereto for the fiscal year ended March 31, 2021. Certain comparative figures have been reclassified in order to conform to the current period presentation.

These unaudited condensed interim consolidated financial statements were approved for issue by the Board of Directors of the Company on August 4, 2021.

**Seasonality of interim operations**

The operations of the Company can be seasonal, and the results of operations for any interim period are not necessarily indicative of operations for the full fiscal year or any future period.

**Estimates, judgments and assumptions**

The preparation of the unaudited condensed interim consolidated financial statements in accordance with IFRS requires management to make judgments, estimates and assumptions that affect the application of accounting policies and the reported amounts of assets, liabilities and reported amounts of revenues and expenses during the period. These estimates and assumptions are based on historical experience, expectations of the future, and other relevant factors and are reviewed regularly. Revisions to accounting estimates are recognized in the period in which the estimates are revised and in any future period affected. Actual results may differ from these estimates.

In preparing these unaudited condensed interim consolidated financial statements, the significant judgments made by management in applying the Company's accounting policies and the key sources of uncertainty are the same as those applied and described in the Company's annual audited consolidated financial statements for the fiscal year ended March 31, 2021.

6

**Lightspeed POS Inc.**
Notes to Condensed Interim Consolidated Financial Statements
(unaudited)
**June 30, 2021 and 2020**

(expressed in thousands of US dollars, except number of shares)

In March 2020, the World Health Organization characterized a novel strain of the coronavirus, known as COVID-19, as a pandemic. Concerns related to the spread of COVID-19 and the related containment measures intended to mitigate its impact have created substantial disruption in the global economy. Refer to note 3 for a description of how COVID-19 has resulted in measurement uncertainty relating to certain of the Company's significant accounting estimates and assumptions.

**3. Significant accounting policies and other changes in the current reporting period**

**Changes in subsidiaries**

On April 16, 2021, the Company acquired a 100% interest in Vend Limited and its affiliates ("Vend"), each of which are now wholly-owned subsidiaries of the Company (note 4).

**Risks and uncertainties related to COVID-19**

The uncertainties around the COVID-19 pandemic, continuing resurgences of COVID-19, and related restrictions to contain its spread required the use of judgments and estimates which resulted in no material accounting impacts for the three months ended June 30, 2021 other than the impact on expected credit losses driven by the changes in the macro-economic environment due to COVID-19. For information on the Company's loss allowance, refer to note 11. The risk and uncertainties surrounding the COVID-19 pandemic generate a significant risk of material adjustment in future reporting periods to the following: revenue recognition, estimated losses on revenue-generating contracts, goodwill and intangible impairment, and other assets and liabilities.

**4. Business combinations**

**Vend**

On April 16, 2021, the Company acquired all of the outstanding shares of Vend, a cloud-based retail management software company based in Auckland, New Zealand.

The fair value of consideration of $371,869 consisted of $192,020 cash paid on the closing date, net of cash acquired, and 2,692,277 Common Shares, at a fair value of $66.89 per share, which is based on the quoted price of the Common Shares on the NYSE on the closing date. Additional cash may be paid by (or returned to) the Company due to a customary post-closing working capital adjustment.

Transaction costs relating to due diligence fees, legal costs, accounting fees, advisory fees and other professional fees for the fiscal year ended March 31, 2021 amounting to $1,151 were incurred in relation to the acquisition, and $339 were incurred for the three months ended June 30, 2021. These amounts have been included in general and administrative expenses in the Company's condensed interim consolidated statements of loss and comprehensive loss.

The results of operations of Vend have been consolidated with those of the Company as at April 16, 2021. The acquisition has been accounted for as a business combination in accordance with IFRS 3, Business Combinations, using the acquisition method whereby the net assets acquired and the liabilities assumed are recorded at fair value. The preliminary purchase price allocation was based on management's best estimates of the fair values of Vend's assets and liabilities as at April 16, 2021.

7

**Lightspeed POS Inc.**
Notes to Condensed Interim Consolidated Financial Statements
(unaudited)
**June 30, 2021 and 2020**

(expressed in thousands of US dollars, except number of shares)

The following table summarizes the allocations of the consideration paid and the amounts of estimated fair value of the assets acquired and liabilities assumed at the acquisition date:

| | $ |
|---|---:|
| **Current assets** | |
| Cash and cash equivalents | 12,753 |
| Trade receivables and other assets | 3,878 |
| **Total current assets** | 16,631 |
| Property and equipment | 868 |
| Goodwill | 293,664 |
| Customer relationships | 48,300 |
| Software technology | 43,700 |
| Other long-term assets | 437 |
| **Total assets** | 403,600 |
| **Current liabilities** | |
| Accounts payable and accrued liabilities | 4,241 |
| Deferred revenue | 5,961 |
| **Total current liabilities** | 10,202 |
| Deferred tax liability | 8,776 |
| **Total liabilities** | 18,978 |
| **Fair value of net assets acquired** | 384,622 |
| **Less: Cash acquired** | 12,753 |
| **Fair value of net assets acquired, less cash acquired** | 371,869 |
| **Paid in Common Shares of the Company** | 180,086 |
| **Paid in cash** | 192,020 |
| **Receivable from Vend** | 237 |
| **Fair value of consideration transferred** | 371,869 |

The goodwill related to the acquisition of Vend is composed of the benefits of increasing our strategic position by expanding our market presence, expected synergies in utilizing Vend technology in the Company's product offerings, and integrating an assembled workforce that does not qualify for separate recognition. The goodwill is not deductible for tax purposes.

The customer relationships of Vend and the software technology acquired are amortized on a straight-line basis over their estimated useful life of 6 years and 5 years, respectively.

Right-of-use assets and lease liabilities of $2,761 were recorded by Lightspeed on the acquisition date of Vend.

The allocation of the purchase price to assets acquired and liabilities assumed was based upon a preliminary valuation for all items and may be subject to adjustment during the 12-month measurement period following the acquisition date given that the assessment of the fair value of the intangible assets, goodwill, acquired assets, and assumed liabilities is still ongoing.

**Lightspeed POS Inc.**
Notes to Condensed Interim Consolidated Financial Statements
(unaudited)
**June 30, 2021 and 2020**

(expressed in thousands of US dollars, except number of shares)

The amounts of revenues contributed by Vend from the dates of acquisition and included in the Company's condensed interim consolidated statements of loss and comprehensive loss for the three months ended June 30, 2021 is $7,571.

### 5. Revenue from contracts with customers

The disaggregation of the Company's revenue from contracts with customers was as follows:

|  | Three months ended June 30, | |
| --- | --- | --- |
|  | **2021** | **2020** |
|  | **$** | **$** |
| Subscription revenue | 49,925 | 23,192 |
| Transaction-based revenue | 56,453 | 10,214 |
| Hardware and other revenue | 9,542 | 2,823 |
| **Total revenue from contracts with customers** | 115,920 | 36,229 |

### 6. Direct cost of revenues

|  | Three months ended June 30, | |
| --- | --- | --- |
|  | **2021** | **2020** |
|  | **$** | **$** |
| Subscription cost of revenue | 14,617 | 5,447 |
| Transaction-based cost of revenue | 32,189 | 5,523 |
| Hardware and other cost of revenue | 11,541 | 2,545 |
| **Total direct cost of revenues** | 58,347 | 13,515 |

### 7. Employee compensation

The total employee compensation comprising salaries and benefits, excluding government assistance, for the three months ended June 30, 2021, was $66,002 (June 30, 2020 - $32,189).

9

**Lightspeed POS Inc.**
Notes to Condensed Interim Consolidated Financial Statements
(unaudited)
**June 30, 2021 and 2020**

(expressed in thousands of US dollars, except number of shares)

Stock-based compensation and related costs were included in the following expenses:

|  | Three months ended June 30, | |
| --- | --- | --- |
|  | **2021** | **2020** |
|  | **$** | **$** |
| Direct cost of revenues | 1,195 | 541 |
| General and administrative | 3,369 | 1,842 |
| Research and development | 4,204 | 2,251 |
| Sales and marketing | 7,907 | 2,582 |
| **Total stock-based compensation and related costs** | 16,675 | 7,216 |

Due to the COVID-19 pandemic, the Company benefited from global government subsidies in the three months ended June 30, 2020. The subsidies were included as a reduction in the following expenses:

|  | Three months ended June 30, | |
| --- | --- | --- |
|  | **2021** | **2020** |
|  | **$** | **$** |
| Direct cost of revenues | - | 823 |
| General and administrative | - | 1,144 |
| Research and development | - | 1,940 |
| Sales and marketing | - | 2,309 |
| **Total government subsidy** | - | 6,216 |

**8. Finance income and costs**

|  | Three months ended June 30, | |
| --- | --- | --- |
|  | **2021** | **2020** |
|  | **$** | **$** |
| Interest income | 995 | 448 |
| Interest expense | (769) | (749) |
| **Net interest income (expense)** | 226 | (301) |

**9. Loss per share**

The Company has share options and awards as potentially dilutive securities. Diluted net loss per share excludes all potentially-dilutive shares if their effect is anti-dilutive. As a result of net losses incurred, all potentially-dilutive securities have been excluded from the calculation of diluted net loss per share because including them would be anti-dilutive;

10

**Lightspeed POS Inc.**
Notes to Condensed Interim Consolidated Financial Statements
(unaudited)
**June 30, 2021 and 2020**

(expressed in thousands of US dollars, except number of shares)

therefore, basic and diluted number of shares is the same for the three months ended June 30, 2021 and 2020. All outstanding potentially dilutive securities could potentially dilute loss per share in the future.

| | Three months ended June 30, | |
| --- | --- | --- |
| | **2021** | **2020** |
| Issued Common Shares | 131,590,940 | 92,970,399 |
| Weighted average number of Common Shares - basic and diluted | 130,882,174 | 92,464,395 |
| **Net loss per Common Share - basic and diluted** | $      (0.38) $ | (0.22) |

The weighted average number of potential dilutive securities that are not included in the diluted per share calculations because they would be anti-dilutive was 8,165,121 stock options and awards for the three months ended June 30, 2021 (June 30, 2020 - 7,516,555).

## 10. Other current assets

| | June 30, 2021 | March 31, 2021 |
| --- | --- | --- |
| | $ | $ |
| Restricted cash and restricted deposits | 9,252 | 7,749 |
| Prepaid expenses and deposits | 10,742 | 10,458 |
| Commission asset | 4,784 | 4,000 |
| Other | 2,107 | 1,964 |
| **Total other current assets** | 26,885 | 24,171 |

## 11. Trade and other receivables

| | June 30, 2021 | March 31, 2021 |
| --- | --- | --- |
| | $ | $ |
| Trade | 16,917 | 15,477 |
| Loss allowance | (3,511) | (3,519) |
| **Total trade receivables** | 13,406 | 11,958 |
| Research and development tax credits receivable | 4,503 | 6,605 |
| Sales tax receivable | 2,376 | 2,827 |
| Merchant cash advances | 3,585 | 2,309 |
| Other | 2,914 | 1,072 |
| **Total trade and other receivables** | 26,784 | 24,771 |

11

**Lightspeed POS Inc.**
Notes to Condensed Interim Consolidated Financial Statements
(unaudited)
**June 30, 2021 and 2020**

(expressed in thousands of US dollars, except number of shares)

**12. Restricted cash and other long-term assets**

| | June 30, 2021 | March 31, 2021 |
|---|---|---|
| | $ | $ |
| Restricted cash | 1,476 | 1,325 |
| Prepaid expenses and deposits | 3,496 | 2,707 |
| Commission asset | 7,238 | 5,234 |
| Other | 2,513 | 2,238 |
| **Total restricted cash and other-long term assets** | 14,723 | 11,504 |

**13. Accounts payable and accrued liabilities**

| | June 30, 2021 | March 31, 2021 |
|---|---|---|
| | $ | $ |
| Trade | 34,066 | 22,085 |
| Accrued compensation and benefits | 17,048 | 20,409 |
| Accrued payroll taxes on stock-based compensation | 8,228 | 5,689 |
| Acquisition-related payables | 14,912 | 13,792 |
| Other | 2,923 | 3,077 |
| **Total accounts payable and accrued liabilities** | 77,177 | 65,052 |

The Company's commitments as at June 30, 2021 increased from those disclosed in our audited annual consolidated financial statements for the year ended March 31, 2021.

The Company renegotiated two commitments with cloud service providers, signed during the three months ended June 30, 2021. The first renegotiated agreement increased the Company's commitments by $28,900 over the next five fiscal years while the second renegotiated agreement increased the Company's commitments by $8,100 over the next four fiscal years.

The Company renegotiated some contracts with payments processors which include minimum fee commitments of $41,800 over the next four fiscal years.

The Company has also entered into a new agreement with a hardware provider with a spend commitment of $3,800 over the next two fiscal years.

**Lightspeed POS Inc.**
Notes to Condensed Interim Consolidated Financial Statements
(unaudited)
**June 30, 2021 and 2020**

(expressed in thousands of US dollars, except number of shares)

### 14. Contingencies and Provisions

A provision of $1,775 is included in the trade payables in note 13 in respect of a threatened litigation against one of the Company's subsidiaries. Lightspeed was indemnified against the potential liability resulting therefrom as part of the acquisition of the subsidiary. An indemnification asset of the same amount is therefore included in other receivables in note 11.

A provision of $1,487 has been included in the trade payables in note 13 in respect of an ongoing litigation matter in respect of which Lightspeed has entered into an agreement in principle to settle without any admission of wrongdoing. Lightspeed is partially insured against potential liability in such matter and anticipates receiving a minimum of $282, which is included in other receivables in note 11.

The Company is involved in other litigations and claims in the normal course of business. Management is of the opinion that any resulting provisions and ultimate settlements would not materially affect the financial position and operating results of the Company.

### 15. Credit facility

The Company has credit facilities with the Canadian Imperial Bank of Commerce ("CIBC"), which include a $25,000 demand revolving operating credit facility (the "Revolver") and a $50,000 stand-by acquisition term loan, $20,000 of which is uncommitted (the "Acquisition Facility", and together with the Revolver, the "Credit Facilities").

The Revolver will be available for draw at any time during the term of the Credit Facilities.

The Acquisition Facility was drawn for $30,000 in January 2020 for the acquisition of Lightspeed POS Germany GmbH (formerly Gastrofix GmbH) ("Gastrofix") and will mature 60 months thereafter. The interest rate on the current Acquisition Facility is equal to LIBOR + 3.0%.

The financing costs related to the Credit Facilities are netted against the principal and are being amortized over the 60- month term.

The Credit Facilities are subject to certain general and financial covenants, including the delivery of annual audited consolidated financial statements to the holders. The Credit Facilities are secured by all material assets of the Company. The Company was not in breach of any covenants as at June 30, 2021.

### 16. Share capital

The Company's authorized share capital consists of (i) an unlimited number of Subordinate Voting Shares and (ii) an unlimited number of preferred shares, issuable in series. All references to Common Shares refer to Subordinate Voting Shares in the Capital of Lightspeed.

### 17. Related party transactions

Key management personnel includes the C-Level executives, and other Executive Vice-Presidents. Other related parties include close family members of the key management personnel and entities controlled by the key management personnel.

**Lightspeed POS Inc.**
Notes to Condensed Interim Consolidated Financial Statements
(unaudited)
**June 30, 2021 and 2020**

(expressed in thousands of US dollars, except number of shares)

The executive compensation expense to the top five key management personnel is as follows:

| | Three months ended June 30, | |
| --- | --- | --- |
| | **2021** | **2020** |
| | **$** | **$** |
| Short-term employee benefits and other benefits | 586 | 408 |
| Stock-based payments | 1,617 | 1,697 |
| **Total compensation paid to key management personnel** | 2,203 | 2,105 |

### 18. Financial instruments

The Company measures the fair value of its financial assets and financial liabilities using a fair value hierarchy. A financial instrument's classification within the fair value hierarchy is based upon the lowest level of input that is significant to the fair value measurement. Three levels of inputs may be used to measure fair value. The different levels of the fair value hierarchy are defined as follows:

Level 1: Quoted prices (unadjusted) in active markets for identical assets or liabilities;

Level 2: Inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either directly or indirectly; and

Level 3: Unobservable inputs for the asset or liability.

The Company estimated the fair value of its financial instruments as described below.

The fair value of cash and cash equivalents, restricted cash, trade receivables, merchant cash advances, trade accounts payable, accrued compensation and benefits, and other accruals is considered to be equal to their respective carrying values due to their short-term maturities.

The fair value of accrued payroll taxes on stock-based compensation approximates its carrying value as at June 30 and March 31, 2021.

**Recurring fair value measurements**

The fair value of the merchant cash advances was determined by calculating the present value of the future estimated cash flows based on the terms of the agreements.

Contingent consideration

On January 7, 2020, the Company acquired Gastrofix, a cloud-based POS hospitality software provider in Germany. The amount included in the purchase price related to the estimated fair value of contingent consideration was nil. The contingent consideration was valued by the Company using a discounted cash flow model under the income approach, and is calculated based on estimates of future revenue performance. The maximum potential contingent consideration payout was $10,030 over the two years following the acquisition. The fair value of the contingent consideration, if above nil, is presented as a component of accounts payable and accrued liabilities on the condensed interim consolidated balance sheets. The change in the fair value of the contingent consideration, if any, is recognized within general and administrative

14

**Lightspeed POS Inc.**
Notes to Condensed Interim Consolidated Financial Statements
(unaudited)
**June 30, 2021 and 2020**

(expressed in thousands of US dollars, except number of shares)

expenses in the condensed interim consolidated statements of loss and comprehensive loss. As at June 30, 2021, there was no change in the estimated contingent consideration from the time of the acquisition.

As at June 30 and March 31, 2021, financial instruments measured at fair value in the condensed interim consolidated balance sheet were as follows:

|  | | June 30, 2021 | | | March 31, 2021 | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Fair value hierarchy | Carrying amount | Fair value | Fair value hierarchy | Carrying amount | Fair value |
|  |  | $ | $ |  | $ | $ |
| Cash and cash equivalents | Level 1 | 603,718 | 603,718 | Level 1 | 807,150 | 807,150 |
| Restricted cash and restricted deposits | Level 1 | 10,728 | 10,728 | Level 1 | 9,074 | 9,074 |
| Merchant cash advances | Level 3 | 3,585 | 3,585 | Level 3 | 2,309 | 2,309 |
| Contingent consideration | Level 3 | 0 | 0 | Level 3 | 0 | 0 |

**19. Subsequent events**

On June 7, 2021, the Company announced that it had entered into a definitive agreement to acquire the Ecwid corporate group, a California-based global eCommerce platform provider, through the merger of Ecwid Acquisition Inc. with a wholly owned subsidiary of Lightspeed, for a total estimated consideration of approximately $500,000, satisfied by way of payment on closing of $175,000 in cash and the issuance of Common Shares valued at approximately $325,000. The actual purchase price will be determined based on the quoted price of the Common Shares on the NYSE on the closing date, and is subject to a customary post-closing working capital adjustment. The deal is expected to close before the end of the Company's second quarter and is subject to customary closing conditions.

On July 1, 2021, the Company acquired all of the outstanding shares of NuORDER, Inc. ("NuORDER"), Los Angeles-based provider of a transformative digital platform that connects businesses and suppliers. The fair value of consideration transferred of $387,245 consisted of $206,857 cash paid on the closing date, net of cash acquired, and 2,143,393 Common Shares, at a fair value of $84.16 per share at the closing date, which is based on the quoted price of the Common Shares on the NYSE on the closing date. Additional cash may be paid by (or returned to) the Company due to a post-closing working capital adjustment. An additional 500,629 Common Shares at fair value of $84.16 will be issued to certain NuORDER employees over the next three years, in each case contingent on the continued employment of those employees and is accounted for as acquisition-related compensation expense. The assessment of the purchase price and the accounting for this acquisition has not yet been finalized and certain IFRS 3 disclosures have not been included due to the timing of the acquisition.

15