# Exhibit S

2022-06-26 23:39 ET

**Transactions sorted by** : Insider
**Insider family name** : Dasilva ( Starts with )

**Insider name:** Dasilva, Dax

**Legend:** O - Original transaction, A - First amendment to transaction, A' - Second amendment to transaction, AP - Amendment to paper filing, etc.

Insider's Relationship to Issuer: 1 - Issuer, 2 - Subsidiary of Issuer, 3 - 10% Security Holder of Issuer, 4 - Director of Issuer, 5 - Senior Officer of Issuer, 6 - Director or Senior Officer of 10% Security Holder, 7 - Director or Senior Officer of Insider or Subsidiary of Issuer (other than in 4,5,6), 8 - Deemed Insider - 6 Months before becoming Insider.

**Warning:** The closing balance of the " equivalent number or value of underlying securities" reflects the" total number or value of underlying securities" to which the derivative contracts held by the insider relate. This disclosure does not mean and should not be taken to indicate that the underlying securities have, in fact, been acquired or disposed of by the insider.

| Transaction ID | Date of transaction YYYY-MM-DD | Date of filing YYYY-MM-DD | Ownership type (and registered holder, if applicable) | Nature of transaction | Number or value acquired or disposed of | Unit price or exercise price | Closing balance | Insider's calculated balance | Conversion or exercise price | Underlying security designation | Equivalent number or value of underlying securities acquired or disposed of | Closing balance of equivalent number or value of underlying securities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Issuer name:** Lightspeed Commerce Inc.

**Insider's Relationship to Issuer:** 3 - 10% Security Holder of Issuer, 4 - Director of Issuer, 5 - Senior Officer of Issuer

**Ceased to be Insider:** Not applicable

| Transaction ID | Date of transaction YYYY-MM-DD | Date of filing YYYY-MM-DD | Ownership type (and registered holder, if applicable) | Nature of transaction | Number or value acquired or disposed of | Unit price or exercise price | Closing balance | Insider's calculated balance | Conversion or exercise price | Underlying security designation | Equivalent number or value of underlying securities acquired or disposed of | Closing balance of equivalent number or value of underlying securities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Security designation:** Options (Subordinate Voting Shares) | | | | | | | | | | | | |
| 3956483 | 2022-05-17 | 2022-06-06 | Direct Ownership : | 38 - Redemption, retraction, cancellation, repurchase | -89 | 88.9800 | 455,781 | | | Subordinate Voting Shares | -89 | 455,781 |
| | | | | **General remarks:** | | | | | | | | |
| **Security designation:** Subordinate Voting Shares | | | | | | | | | | | | |
| 3830158 | 2021-11-09 | 2021-11-12 | Indirect Ownership : DHIDASILVA HOLDINGS INC. | 10 - Acquisition or disposition in the public market | +25,000 | 90.2040 | 13,954,466 | | | | | |
| | | | | **General remarks:** | | | | | | | | |

**Issuer name:**   Lightspeed POS Inc.

**Insider's Relationship to Issuer:**   3 - 10% Security Holder of Issuer, 4 - Director of Issuer, 5 - Senior Officer of Issuer

**Ceased to be Insider:**   Not applicable

| Transaction ID | Date of transaction | Date of filing | Ownership type | Nature of transaction | Number | Unit price | Closing balance | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Security designation:** Common Shares | | | | | | | | | | | | |
| 3337082 | 2019-03-07 | 2019-03-15 | Indirect Ownership : DHIDASILVA HOLDINGS INC. | 00 - Opening Balance-Initial SEDI Report | | | 64,209,780 | | | | | |
| | | | | **General remarks:** | | | | | | | | |

| Transaction ID | | Date of transaction YYYY-MM-DD | Date of filing YYYY-MM-DD | Ownership type (and registered holder, if applicable) | Nature of transaction | Number or value acquired or disposed of | Unit price or exercise price | Closing balance | Insider's calculated balance | Conversion or exercise price | Underlying security designation | Equivalent number or value of underlying securities acquired or disposed of | Closing balance of equivalent number or value of underlying securities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O | 3337084 | 2019-03-15 | 2019-03-15 | Indirect Ownership : DHIDASILVA HOLDINGS INC. | 37 - Stock split or consolidation | -64,209,780 | | | | | | | |
| | | General remarks: | | Common shares reclassified as Subordinate Voting shares and consolidated on a 4:1 basis. | | | | | | | | | |
| A | 3337084 | 2019-03-15 | 2019-03-25 | Indirect Ownership : DHIDASILVA HOLDINGS INC. | 97 - Other | -64,209,780 | | | 0 | | | | |
| | | General remarks: | | Common shares reclassified as Subordinate Voting shares | | | | | | | | | |

**Security designation:** Multiple Voting Shares

| Transaction ID | Date of transaction YYYY-MM-DD | Date of filing YYYY-MM-DD | Ownership type (and registered holder, if applicable) | Nature of transaction | Number or value acquired or disposed of | Unit price or exercise price | Closing balance | Insider's calculated balance | Conversion or exercise price | Underlying security designation | Equivalent number or value of underlying securities acquired or disposed of | Closing balance of equivalent number or value of underlying securities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3337090 | 2019-03-07 | 2019-03-15 | Indirect Ownership : DHIDASILVA HOLDINGS INC. | 00 - Opening Balance-Initial SEDI Report | | | | | | | | |
| | General remarks: | | | | | | | | | | | |
| 3337091 | 2019-03-15 | 2019-03-15 | Indirect Ownership : DHIDASILVA HOLDINGS INC. | 16 - Acquisition or disposition under a prospectus exemption | +16,052,445 | | 16,052,445 | | | | | |
| | General remarks: | | | | | | | | | | | |

| Transaction ID | Date of transaction YYYY-MM-DD | Date of filing YYYY-MM-DD | Ownership type (and registered holder, if applicable) | Nature of transaction | Number or value acquired or disposed of | Unit price or exercise price | Closing balance | Insider's calculated balance | Conversion or exercise price | Underlying security designation | Equivalent number or value of underlying securities acquired or disposed of | Closing balance of equivalent number or value of underlying securities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3415589 | 2019-08-22 | 2019-08-26 | Indirect Ownership :<br><br>DHIDASILVA HOLDINGS INC. | 36 - Conversion or exchange | -1,384,523 | | 14,667,922 | | | | | |
| | | | General remarks: | | | | | | | | | |
| 3602305 | 2020-09-15 | 2020-09-16 | Indirect Ownership :<br><br>DHIDASILVA HOLDINGS INC. | 36 - Conversion or exchange | -238,456 | | 14,429,466 | | | | | |
| | | | General remarks: | | | | | | | | | |
| 3635016 | 2020-12-01 | 2020-12-03 | Indirect Ownership :<br><br>DHIDASILVA HOLDINGS INC. | 36 - Conversion or exchange | -14,429,466 | | 0 | | | | | |
| | | | General remarks: | The Multiple Voting Shares were automatically converted into an equivalent number of Subordinate Voting Shares in accordance with their terms and which remain held by DHIDasilva Holdings. No shares were disposed of in connection with this conversion | | | | | | | | |

**Security designation:** Options (Subordinate Voting Shares)

| Transaction ID | Date of transaction YYYY-MM-DD | Date of filing YYYY-MM-DD | Ownership type (and registered holder, if applicable) | Nature of transaction | Number or value acquired or disposed of | Unit price or exercise price | Closing balance | Insider's calculated balance | Conversion or exercise price | Underlying security designation | Equivalent number or value of underlying securities acquired or disposed of | Closing balance of equivalent number or value of underlying securities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3391304 | 2019-03-07 | 2019-07-02 | Direct Ownership : | 00 - Opening Balance-Initial SEDI Report | | | | | | Subordinate Voting Shares | | |
| | | | General remarks: | | | | | | | | | |

-4-

| | Transaction ID | Date of transaction YYYY-MM-DD | Date of filing YYYY-MM-DD | Ownership type (and registered holder, if applicable) | Nature of transaction | Number or value acquired or disposed of | Unit price or exercise price | Closing balance | Insider's calculated balance | Conversion or exercise price | | Underlying security designation | Equivalent number or value of underlying securities acquired or disposed of | Closing balance of equivalent number or value of underlying securities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O | 3391305 | 2019-06-11 | 2019-07-02 | Direct Ownership : | 50 - Grant of options | +78,864 | 30.2800 | | | | 2026-06-11 | Subordinate Voting Shares | +78,864 | |
| | | | | General remarks: | | | | | | | | | | |
| A | 3391305 | 2019-06-11 | 2020-09-04 | Direct Ownership : | 50 - Grant of options | +52,576 | 30.2800 | 52,576 | | | 2026-06-11 | Subordinate Voting Shares | +52,576 | 52,576 |
| | | | | General remarks: | | | | | | | | | | |
| A | 3598562 | 2019-06-11 | 2021-06-21 | Direct Ownership : | 50 - Grant of options | +26,288 | 30.2800 | 78,864 | | | 2026-06-11 | Subordinate Voting Shares | +26,288 | 78,864 |
| | | | | General remarks: | | | | | | | | | | |
| A | 3559054 | 2020-06-01 | 2021-06-21 | Direct Ownership : | 50 - Grant of options | +23,238 | 33.3900 | 102,102 | | | 2027-06-01 | Subordinate Voting Shares | +23,238 | 102,102 |
| | | | | General remarks: | | | | | | | | | | |

| Transaction ID | Date of transaction YYYY-MM-DD | Date of filing YYYY-MM-DD | Ownership type (and registered holder, if applicable) | Nature of transaction | Number or value acquired or disposed of | Unit price or exercise price | Closing balance | Insider's calculated balance | Conversion or exercise price | | Underlying security designation | Equivalent number or value of underlying securities acquired or disposed of | Closing balance of equivalent number or value of underlying securities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3559057 | 2020-06-01 | 2020-06-04 | Direct Ownership : | 50 - Grant of options | +46,477 | 33.3900 | 148,579 | | | 2027-06-01 | Subordinate Voting Shares | +46,477 | 148,579 |
| | | | | **General remarks:** | | | | | | | | | |
| 3764912 | 2021-06-16 | 2021-06-21 | Direct Ownership : | 50 - Grant of options | +250,000 | 88.9800 | 398,579 | | | 2028-06-16 | Subordinate Voting Shares | +250,000 | 398,579 |
| | | | | **General remarks:** | | | | | | | | | |
| 3764913 | 2021-06-16 | 2021-06-21 | Direct Ownership : | 50 - Grant of options | +44,604 | 88.9800 | 443,183 | | | 2028-06-16 | Subordinate Voting Shares | +44,604 | 443,183 |
| | | | | **General remarks:** | | | | | | | | | |
| 3764915 | 2021-06-16 | 2021-06-21 | Direct Ownership : | 50 - Grant of options | +12,687 | 88.9800 | 455,870 | | | 2028-06-16 | Subordinate Voting Shares | +12,687 | 455,870 |
| | | | | **General remarks:** | | | | | | | | | |

**Security designation:** Rights Performance stock units (Subordinate Voting Shares)

| | Transaction ID | Date of transaction YYYY-MM-DD | Date of filing YYYY-MM-DD | Ownership type (and registered holder, if applicable) | Nature of transaction | Number or value acquired or disposed of | Unit price or exercise price | Closing balance | Insider's calculated balance | Conversion or exercise price | Underlying security designation | Equivalent number or value of underlying securities acquired or disposed of | Closing balance of equivalent number or value of underlying securities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3559052 | 2019-03-07 | 2020-06-04 | Direct Ownership : | 00 - Opening Balance-Initial SEDI Report | | | | | | Subordinate Voting Shares | | |
| | General remarks: | | | | | | | | | | | | |
| O | 3598562 | 2019-06-11 | 2020-09-04 | Direct Ownership : | 56 - Grant of rights | +26,288 | 30.2800 | | | | Subordinate Voting Shares | +26,288 | |
| | General remarks: | | | | | | | | | | | | |
| O | 3559054 | 2020-06-01 | 2020-06-04 | Direct Ownership : | 56 - Grant of rights | +23,238 | 33.3900 | | | | Subordinate Voting Shares | +23,238 | |
| | General remarks: | | | | | | | | | | | | |

**Security designation:** Rights Restricted stock units (Subordinate Voting Shares)

| | Transaction ID | Date of transaction YYYY-MM-DD | Date of filing YYYY-MM-DD | Ownership type (and registered holder, if applicable) | Nature of transaction | Number or value acquired or disposed of | Unit price or exercise price | Closing balance | Insider's calculated balance | Conversion or exercise price | Underlying security designation | Equivalent number or value of underlying securities acquired or disposed of | Closing balance of equivalent number or value of underlying securities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3391306 | 2019-03-07 | 2019-07-02 | Direct Ownership : | 00 - Opening Balance-Initial SEDI Report | | | | | | Subordinate Voting Shares | | |
| | General remarks: | | | | | | | | | | | | |

| Transaction ID | Date of transaction YYYY-MM-DD | Date of filing YYYY-MM-DD | Ownership type (and registered holder, if applicable) | Nature of transaction | Number or value acquired or disposed of | Unit price or exercise price | Closing balance | Insider's calculated balance | Conversion or exercise price | Underlying security designation | Equivalent number or value of underlying securities acquired or disposed of | Closing balance of equivalent number or value of underlying securities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3391307 | 2019-06-11 | 2019-07-02 | Direct Ownership : | 56 - Grant of rights | +16,512 | 30.2800 | 16,512 | | | Subordinate Voting Shares | +16,512 | 16,512 |
| | | | **General remarks:** | | | | | | | | | |
| 3559059 | 2020-06-01 | 2020-06-04 | Direct Ownership : | 56 - Grant of rights | +14,973 | 33.3900 | 31,485 | | | Subordinate Voting Shares | +14,973 | 31,485 |
| | | | **General remarks:** | | | | | | | | | |
| 3764916 | 2021-06-16 | 2021-06-21 | Direct Ownership : | 56 - Grant of rights | +15,410 | | 46,895 | | | Subordinate Voting Shares | +15,410 | 46,895 |
| | | | **General remarks:** | | | | | | | | | |

**Security designation:** Subordinate Voting Shares

| Transaction ID | Date of transaction YYYY-MM-DD | Date of filing YYYY-MM-DD | Ownership type (and registered holder, if applicable) | Nature of transaction | Number or value acquired or disposed of | Unit price or exercise price | Closing balance | Insider's calculated balance | Conversion or exercise price | Underlying security designation | Equivalent number or value of underlying securities acquired or disposed of | Closing balance of equivalent number or value of underlying securities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3337086 | 2019-03-07 | 2019-03-15 | Indirect Ownership : DHIDASILVA HOLDINGS INC. | 00 - Opening Balance-Initial SEDI Report | | | | | | | | |
| | | | **General remarks:** | | | | | | | | | |

| Transaction ID | Date of transaction YYYY-MM-DD | Date of filing YYYY-MM-DD | Ownership type (and registered holder, if applicable) | Nature of transaction | Number or value acquired or disposed of | Unit price or exercise price | Closing balance | Insider's calculated balance | Conversion or exercise price | Underlying security designation | Equivalent number or value of underlying securities acquired or disposed of | Closing balance of equivalent number or value of underlying securities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3337088 | 2019-03-15 | 2019-03-15 | Indirect Ownership : DHIDASILVA HOLDINGS INC. | 38 - Redemption, retraction, cancellation, repurchase | -16,052,445 | | -16,052,445 | | | | | |
| | General remarks: | | | | | | | | | | | |
| 3341979 | 2019-03-15 | 2019-03-25 | Indirect Ownership : DHIDASILVA HOLDINGS INC. | 37 - Stock split or consolidation | -48,157,335 | | -64,209,780 | | | | | |
| | General remarks: | | Consolidated on a 4:1 basis | | | | | | | | | |
| 3342691 | 2019-03-15 | 2019-03-25 | Indirect Ownership : DHIDASILVA HOLDINGS INC. | 97 - Other | +64,209,780 | | 0 | | | | | |
| | General remarks: | | Common shares reclassified as Subordinate Voting shares. | | | | | | | | | |
| 3415590 | 2019-08-22 | 2019-08-26 | Indirect Ownership : DHIDASILVA HOLDINGS INC. | 36 - Conversion or exchange | +1,384,523 | | 1,384,523 | | | | | |
| | General remarks: | | | | | | | | | | | |

| Transaction ID | Date of transaction YYYY-MM-DD | Date of filing YYYY-MM-DD | Ownership type (and registered holder, if applicable) | Nature of transaction | Number or value acquired or disposed of | Unit price or exercise price | Closing balance | Insider's calculated balance | Conversion or exercise price | Underlying security designation | Equivalent number or value of underlying securities acquired or disposed of | Closing balance of equivalent number or value of underlying securities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3415591 | 2019-08-22 | 2019-08-26 | Indirect Ownership : DHIDASILVA HOLDINGS INC. | 15 - Acquisition or disposition under a prospectus | -1,384,523 | 35.0000 | 0 | | | | | |
| | **General remarks:** | | | | | | | | | | | |
| 3602306 | 2020-09-15 | 2020-09-16 | Indirect Ownership : DHIDASILVA HOLDINGS INC. | 36 - Conversion or exchange | +238,456 | | 238,456 | | | | | |
| | **General remarks:** | | | | | | | | | | | |
| 3602307 | 2020-09-15 | 2020-09-16 | Indirect Ownership : DHIDASILVA HOLDINGS INC. | 15 - Acquisition or disposition under a prospectus | -238,456 | 30.5000 USD | 0 | | | | | |
| | **General remarks:** | | | | | | | | | | | |
| 3635021 | 2020-12-01 | 2020-12-03 | Indirect Ownership : DHIDASILVA HOLDINGS INC. | 36 - Conversion or exchange | +14,429,466 | | 14,429,466 | | | | | |

**General remarks:**    The Multiple Voting Shares were automatically converted into an equivalent number of Subordinate Voting Shares in accordance with their terms and which remain held by DHIDasilva Holdings. No shares were disposed of in connection with this conversion.

-10-

Case 1:21-cv-06365-BMC   Document 37-19   Filed 06/27/22   Page 12 of 12 PageID #: 1312

| Transaction ID | Date of transaction YYYY-MM-DD | Date of filing YYYY-MM-DD | Ownership type (and registered holder, if applicable) | Nature of transaction | Number or value acquired or disposed of | Unit price or exercise price | Closing balance | Insider's calculated balance | Conversion or exercise price | Underlying security designation | Equivalent number or value of underlying securities acquired or disposed of | Closing balance of equivalent number or value of underlying securities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3680066 | 2021-02-12 | 2021-02-15 | Indirect Ownership : DHIDASILVA HOLDINGS INC. | 15 - Acquisition or disposition under a prospectus | -500,000 | 70.0000 USD | 13,929,466 | | | | | |

**General remarks:**