UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KISHORE NATH, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIGHTSPEED COMMERCE INC., DAX DASILVA, and BRANDON BLAIR NUSSEY,<br><br>Defendants. | Case No. 1:21-cv-06365-BMC<br><br>**DECLARATION OF TAMAR A. WEINRIB IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** |

I, Tamar A. Weinrib, declare as follows pursuant to 28 U.S.C. ¶ 1746.

1.      I am a member of the New York Bar admitted *pro hac vice* to practice before this Court and am a partner with the law firm of Pomerantz LLP ("Pomerantz" or the "Firm"), Lead Counsel in this matter.  I make this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Amended Class Action Complaint.

2.      Attached as Exhibit P-A is a true and correct excerpt from Lightspeed Commerce Inc.'s ("Lightspeed") consolidated financial statements for the year ended March 31, 2021, filed with the Securities and Exchange Commission ("SEC") on May 20, 2021.

3.      Attached as Exhibit P-B is a true and correct excerpt from Lightspeed's Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") for the quarter ended December 31, 2020 ("3Q21"), filed with the SEC on February 4, 2021.

4.      Attached as Exhibit P-C is a true and correct copy of Lightspeed's press release, titled "Lightspeed Announces Second Quarter 2021 Financial Results, Provides Outlook for Third Quarter," filed with the SEC and dated November 5, 2020, available at

https://investors.lightspeedhq.com/English/newsroom/news-details/2020/Lightspeed-Announces-Second-Quarter-2021-Financial-Results-Provides-Outlook-for-Third-Quarter-2020-11-5/default.aspx.

5.     Attached as Exhibit P-D is a true and correct excerpt from the transcript of Lightspeed's earnings call for the Second Quarter of 2021 ended September 30, 2020, dated November 5, 2021, available at https://s28.q4cdn.com/517092977/files/doc_financials/2021/q2/Earnings-Transcript-FY21-Q2.pdf.

6.     Attached as Exhibit P-E is a true and correct excerpt from the transcript of Lightspeed's earnings call for the Fourth Quarter of 2021 ended March 31, 2021, dated May 20, 2021, available at https://seekingalpha.com/article/4430216-lightspeed-pos-inc-subordinate-voting-shares-lspd-ceo-dax-dasilva-on-q4-2021-results-earnings.

7.     Attached as Exhibit P-F is a true and correct excerpt from the transcript of Lightspeed's earnings call for the First Quarter of 2022 ended June 30, 2021, dated August 5, 2021, available at https://seekingalpha.com/article/4445660-lightspeed-pos-inc-lspd-ceo-dax-dasilva-on-q1-2022-results-earnings-call-transcript.

8.     Attached as Exhibit P-G is a true and correct copy of Lightspeed's press release, titled "Lightspeed comments on short seller report," filed with the SEC and dated September 29, 2021, available at https://investors.lightspeedhq.com/English/newsroom/news-details/2021/Lightspeed-comments-on-short-seller-report/default.aspx.

9.     Attached as Exhibit P-H is a true and correct copy of Lightspeed's Condensed Interim Consolidated Financial Statements for the Second Quarter of 2022 ended September 30, 2021, filed with the SEC on November 4, 2021.

10.     Attached as Exhibit P-I is a true and correct copy from Bloomberg L.P. of Lightspeed's stock closing price and volume on November 3-5, 2021.

11.     Attached as Exhibit P-J is a true and correct copy of a BTIG analyst report, issued on November 8, 2021.

12.    Attached as Exhibit P-K is a true and correct excerpt from the transcript of Lightspeed's earnings call for the Third Quarter of 2021 ended December 31, 2020, dated February 4, 2021, available at https://s28.q4cdn.com/517092977/files/doc_financials/2021/q3/Fiscal-Q3-2021-Earnings-Transcript_Final.pdf.

13.    Attached as Exhibit P-L are  true and correct copies of Defendant Dax Dasilva and Defendant Brandon Blair Nussey's Forms 52-109F2 filed during the Class Period.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2022

*/s/ Tamar A. Weinrib*
Tamar A. Weinrib