# EXHIBIT P-B

Case 1:21-cv-06365-BMC   Document 39-2   Filed 08/11/22   Page 2 of 8 PageID #: 1365

6-K 1 a6k-financialstatementsand.htm 6-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 6-K

### Report of Foreign Private Issuer Pursuant to Rule 13a-16 or 15d-16 of the Securities Exchange Act of 1934

| | | |
|---|---|---|
| For the month of | **February** | **2021** |
| Commission File Number | **001-39498** | |

# LIGHTSPEED POS INC.

(Translation of registrant's name into English)

**700 Saint-Antoine Street East, Suite 300**
**Montréal, Québec, Canada**
**H2Y 1A6**

(Address of principal executive offices)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F:

Form 20-F        Form 40-F        ☒

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): _____

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): _____

**DOCUMENTS INCLUDED AS PART OF THIS REPORT**

**Exhibit**

99.1    Lightspeed POS Inc. Interim Financial Statements for the Third Quarter ended December 31, 2020

99.2    Lightspeed POS Inc. Interim Management's Discussion and Analysis for the Third Quarter ended December 31, 2020

99.3    Lightspeed POS Inc. – Form 52‑109F2 Certificate of Interim Filings by CEO (pursuant to Canadian regulations)

99.4    Lightspeed POS Inc. – Form 52‑109F2 Certificate of Interim Filings by CFO (pursuant to Canadian regulations)

Documents 99.1 and 99.2 of this Report on Form 6-K are incorporated by reference into the Registration Statement on Form F-10 of the Registrant, which was originally filed with the Securities and Exchange Commission on September 9, 2020 (File No. 333-248676), the Registration Statement on Form S-8 of the Registrant, which was originally filed with the Securities and Exchange Commission on September 30, 2020 (File No. 333-249175), and the Registration Statement on Form S-8 of the Registrant, which was originally filed with the Securities and Exchange Commission on December 4, 2020 (File No. 333-251139).

2

# SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

|  | *Lightspeed POS Inc.* |
|---|---|
|  | (Registrant) |

| February 4, 2021 | By: | */s/ Dan Micak* |
|---|---|---|

|  | Name: | Dan Micak |
|---|---|---|
|  | Title: | General Counsel & Corporate Secretary |

3

Our position at the point of commerce puts us in a privileged position for payment processing and allows us to collect transaction-related data insights. Lightspeed Payments, our payments processing solution, is currently available to our U.S. and Canadian retail customers and our U.S. hospitality customers. The overall portion of new customers contracting for Lightspeed Payments alongside their core software subscription increased from prior quarters during the three-month period ended December 31, 2020. This has resulted in the portion of our GTV[1] processed by Lightspeed Payments (excluding the recent acquisitions of ShopKeep and Upserve) moving to approximately 15% in our U.S. Retail in the last week of the quarter, to approximately 12% in Canada and remained consistent for our U.S. hospitality. We believe that the broader rollout of Lightspeed Payments to our European and Australian markets, along with integrating Lightspeed Payments to the current ShopKeep and Upserve products will further align us with our customers' success and represents a significant growth opportunity for our Company.

During the three months ended December 31, 2020, we completed the acquisitions of ShopKeep Inc. ("ShopKeep"), a leading cloud commerce platform provider for both retail and hospitality, and Upserve Inc. ("Upserve"), a leading restaurant management cloud software company, both based in the United States. These acquisitions immediately expand Lightspeed's U.S. market share, allowing for increased investment in sales, marketing, and research and development to capitalize on the increasing demand for modern, cloud-based, omnichannel commerce solutions. These acquisitions will also provide a growth opportunity for Lightspeed Payments as we integrate these offerings to our Payments solution.

To further complement our core cloud platforms, we also recently launched Lightspeed Capital, powered by Stripe, for our U.S. retail customers. Lightspeed Capital financing solutions are offered at this time only through our referral partnership with Stripe, which offers financing as part of our platforms. This new product is designed to help eligible merchants with overall business growth buy inventory, invest in marketing, or manage cash flows by providing financing of up to $100,000 per retail location. ShopKeep, which we recently acquired, offers a merchant cash advance program, and we intend to leverage ShopKeep's experience with their merchant cash advance offering to offer similar programs ourselves and through certain of the companies we have acquired.

We sell our solutions primarily through our direct sales force in North America, Europe and Australia, supplemented by indirect channels in other countries around the world. Our platforms are well-suited for various types of SMBs, particularly single- and multi-location retailers with complex operations, such as those with a high product count, diverse inventory needs or a service component, golf course operators and hospitality customers ranging from quick service and festivals to hotels and fine dining establishments.

On average, the customers we serve generate GTV of approximately $600,000 annually, which is reflective of the success of their businesses. Excluding the positive impact from the ShopKeep and Upserve acquisitions, our customers generated monthly ARPU[1] of approximately $180 per location as at December 31, 2020. As of December 31, 2020, we had almost 115,000 Customer Locations[1] in over 100 countries. For the nine months ended December 31, 2020, our cloud-based SaaS platforms processed GTV of $23.0 billion, which represents growth of over 42% relative to GTV of $16.2 billion processed during the nine months ended December 31, 2019. For the three months ended December 31, 2020, the GTV processed was $9.1 billion compared to $6.2 billion for the same period in the prior year, which represents growth of 48%. This growth was driven by an overall increase from our retail customers of 41% and our recent acquisitions. This helped to offset a decline in GTV by our hospitality customers which have been affected by ongoing lockdowns and restrictions aimed at controlling the spread of COVID-19 in many of the countries we serve.

We generate revenue primarily from the sale of cloud-based software subscription licenses and other recurring revenue sources including payments solutions for both retail and hospitality segments. We offer pricing plans designed to meet the needs of our current and prospective customers that enable Lightspeed solutions to scale with SMBs as they grow. Our subscription plans vary from monthly plans to one-year and multi-year terms. In addition, our software is integrated with certain third parties that enable electronic payment processing and as part of integrating with these payment processors, we have entered into revenue share agreements with each of them. In the last year, we have become more accommodating of monthly payment plans for our customers aimed in part to encourage adoption of Lightspeed Payments. For the three and nine months ended December 31, 2020, software and payments revenue accounted for 91% and 91% of our total revenues respectively (88% and 89% for the three and nine months ended December 31, 2019).

In addition, we offer a variety of hardware and other services to provide value-added support to our merchants and supplement our software and payments revenue solutions. These revenues are generally one-time revenues associated with the sale of hardware with which our solutions integrate and the sale of professional services in support of the installation and implementation of our solutions. For the three and nine months ended December 31, 2020, this revenue accounted for 9% and 9% of our total revenues respectively (12% and 11% for the three and nine months ended December 31, 2019).

---

[1] Refer to the section entitled "Key Performance Indicators"

(3)

particularly those in hospitality, saw declines in GTV in the quarter as government lockdowns and restrictions affected their business negatively after a rebound during the summer months. We expect GTV variability to continue until social distancing measures around the world are eased, however we believe our diversity in customer verticals and geographies we serve will continue to be strong assets of the business.

Overall, the temporary measures we implemented at the onset of the COVID-19 Pandemic to help our customers navigate the uncertainty they were facing, including making our eCommerce platform available for free and making Lightspeed Payments available at no-margin pricing to help our customers save money and streamline, helped contribute to a significant increase in the volumes processed by our payments processing products throughout the nine month period ended December 31, 2020, with revenue generated through Lightspeed Payments reaching an all-time high.

The health and safety of our employees continues to be paramount during this time. We were quick to enforce a work from home policy for our employees around the globe at the onset of the COVID-19 Pandemic, having been well-suited to do so given the modern tools we use to run our business and the virtual customer engagement model we already had in place. Our employees continue to work from home, and have adapted to doing so with the systems we have in place to allow them to continue to contribute in a safe and physically distant environment.

For the three and nine months ended December 31, 2020, Lightspeed saw revenue top $57.6 and $139.3 million, representing increases of 79% and 65%, respectively, compared to the same periods a year ago. Strong demand for our solutions, scale and diversity and easing lockdowns helped mitigate the impact of the COVID-19 Pandemic on us during the quarter.

We are continuing to monitor the impact of COVID-19 on our business, financial condition and operations, as further discussed below. Refer to the sections of this MD&A entitled "Summary of Factors Affecting Our Performance", to the "Risk Factors" section of our most recent Annual Information Form, and to our other filings with Canadian securities regulatory authorities and the U.S. Securities and Exchange Commission, all of which can be found on SEDAR at www.sedar.com and on EDGAR at www.sec.gov, for a discussion about the risks with which we are faced relating to the COVID-19 Pandemic, seasonality and business continuity.

## Key Performance Indicators

We monitor the following key performance indicators to help us evaluate our business, measure our performance, identify trends affecting our business, formulate business plans and make strategic decisions. These key performance indicators are also used to provide investors with supplemental measures of our operating performance and thus highlight trends in our core business that may not otherwise be apparent when relying solely on IFRS measures. We also believe that securities analysts, investors and other interested parties frequently use industry metrics in the evaluation of issuers. Our key performance indicators may be calculated in a manner different than similar key performance indicators used by other companies.

**Average Revenue Per User.** "**Average Revenue Per User**" or "**ARPU**" represents the total software and payments revenue of the Company in the period divided by the number of Customer Locations of the Company in the period. Excluding the positive impact from the ShopKeep and Upserve acquisitions, our customers generated monthly ARPU of approximately $180 per location as at December 31, 2020.

**Customer Locations.** "**Customer Location**" means a billing customer location for which the term of services have not ended, or with which we are negotiating a renewal contract. A single unique customer can have multiple Customer Locations including physical and eCommerce sites. We believe that our ability to increase the number of Customer Locations served by our platforms is an indicator of our success in terms of market penetration and growth of our business. We have successfully demonstrated a history of growing both the number of our Customer Locations and GTV per Customer Location through the increased use of our platforms. As of December 31, 2020 and December 31, 2019, almost 115,000 and over 66,000 Customer Locations, respectively, were utilizing our platforms.

**Gross Transaction Volume.** "**Gross Transaction Volume**" or "**GTV**" means the total dollar value of transactions processed through our cloud-based SaaS platforms in the period, net of refunds, inclusive of shipping and handling, duty and value-added taxes. We believe GTV is an indicator of the success of our customers and the strength of our platforms. GTV does not represent revenue earned by us. GTV for the nine months ended December 31, 2020 was $23.0 billion, up 42% from the $16.2 billion we processed during the same period in the prior fiscal year. While GTV declined in March and April 2020 at the outset of the COVID-19 Pandemic, it showed growth overall owing to strong numbers from June to December as customers found success using our products. For the three months ended December 31, 2020, the GTV processed was $9.1 billion compared to $6.2 billion for the same period in the prior year, which represents growth of 48%.

## Quarterly Results of Operations

The following table sets forth selected unaudited quarterly statements of operations data for each of the eight quarters ended December 31, 2020 in accordance with IFRS. This data should be read in conjunction with our audited annual consolidated financial statements and the notes related thereto. These quarterly operating results are not necessarily indicative of our operating results for a full year or any future period.

| (In thousands of US dollars, except per share data) | Three months ended | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Mar. 31, 2019 | Jun. 30, 2019 | Sept. 30, 2019 | Dec. 31, 2019 | Mar. 31, 2020 | Jun. 30, 2020 | Sept. 30, 2020 | Dec. 31, 2020 |
| | $ | $ | $ | $ | $ | $ | $ | $ |
| **Revenues** | 21,285 | 24,065 | 28,026 | 32,275 | 36,271 | 36,229 | 45,493 | 57,611 |
| **Direct cost of revenues** | 6,317 | 7,732 | 8,677 | 10,691 | 12,568 | 13,631 | 18,024 | 24,334 |
| **Gross profit** | 14,968 | 16,333 | 19,349 | 21,584 | 23,703 | 22,598 | 27,469 | 33,277 |
| **Operating expenses** | | | | | | | | |
| General and administrative | 4,378 | 3,678 | 4,782 | 6,289 | 6,596 | 6,799 | 8,230 | 20,765 |
| Research and development | 5,222 | 6,531 | 7,565 | 8,344 | 10,310 | 9,671 | 12,119 | 16,400 |
| Sales and marketing | 12,274 | 14,179 | 13,424 | 16,709 | 16,810 | 16,209 | 19,485 | 28,011 |
| Depreciation of property and equipment | 415 | 390 | 423 | 386 | 550 | 412 | 439 | 758 |
| Depreciation of right-of-use assets | — | 414 | 609 | 648 | 821 | 827 | 872 | 956 |
| Foreign exchange loss (gain) | 637 | (330) | (80) | 315 | (300) | 480 | 290 | 778 |
| Acquisition-related compensation | 188 | 707 | 2,055 | 3,187 | 5,138 | 5,129 | 2,276 | 2,258 |
| Amortization of intangible assets | 649 | 1,012 | 1,800 | 2,154 | 4,260 | 4,405 | 4,404 | 7,960 |
| **Total operating expenses** | 23,763 | 26,581 | 30,578 | 38,032 | 44,185 | 43,932 | 48,115 | 77,886 |
| **Operating loss** | (8,795) | (10,248) | (11,229) | (16,448) | (20,482) | (21,334) | (20,646) | (44,609) |
| Fair value loss on Redeemable Preferred Shares | (132,135) | — | — | — | — | — | — | — |
| Net interest income (expense) | 81 | 1,019 | 690 | 283 | (226) | (301) | (132) | (67) |
| **Loss before income taxes** | (140,849) | (9,229) | (10,539) | (16,165) | (20,708) | (21,635) | (20,778) | (44,676) |
| **Income tax expense (recovery)** | | | | | | | | |
| Current | 64 | 20 | 19 | 56 | (46) | 55 | 43 | 20 |
| Deferred | (44,837) | (152) | (483) | (459) | (2,065) | (1,574) | (1,355) | (2,045) |
| **Total income tax expense (recovery)** | (44,773) | (132) | (464) | (403) | (2,111) | (1,519) | (1,312) | (2,025) |
| **Net loss** | (96,076) | (9,097) | (10,075) | (15,762) | (18,597) | (20,116) | (19,466) | (42,651) |
| **Net loss per share – basic and diluted** | (2.21) | (0.11) | (0.12) | (0.18) | (0.21) | (0.22) | (0.20) | (0.39) |

### *Revenues*

Our overall revenues continue to grow as we grow our global customer base. Revenue for the three months ended June 30, 2020, September 30, 2020 and December 31, 2020 were impacted by the COVID-19 Pandemic and its impact on customer churn, concessions given to customers, new customer additions at the onset of each quarter, as well as lower payment referral fees. Even with these impacts, the results still demonstrate growth in the quarter ended December 31, 2020, due to increases in subscription revenue from existing as well as new customers including the increased adoption of add-ons, specifically Lightspeed Payments as well as to the acquisitions of ShopKeep and Upserve.

### *Direct Cost of Revenues*

Our total quarterly costs of revenue increased successively for all periods presented. The aggregate increase was primarily due to increased costs associated with supporting a greater number of Customer Locations utilizing our platforms, as well as an increase in our Lightspeed Payments customers which carry higher direct costs than our subscription business.

(24)

Due to our diverse customer base, there is no particular concentration of credit risk related to our trade receivables. Moreover, balances for trade receivables are managed and analyzed on an ongoing basis to ensure expected credit losses are established and maintained at an appropriate amount.

We maintain a provision for impairment of a portion of trade receivables when collection becomes doubtful. We estimate anticipated losses from doubtful accounts based upon the expected collectability of all trade receivables, which estimate takes into account the number of days past due, collection history, identification of specific customer exposure and current economic trends. As a result of the increased collectability risk, including the estimated impact of the COVID-19 Pandemic, the Company increased its expected credit loss during the three and nine months ended December 31, 2020 by $0.4 million and $1.6 million.

The maximum exposure to credit risk at the reporting date is the carrying value of each class of receivables mentioned above. We do not hold any collateral as security.

### *Foreign Currency Exchange Risk*

We are exposed to currency risk due to financial instruments denominated in foreign currencies. We have not entered into arrangements to hedge our exposure to currency risk.

### *Interest Rate Risk*

Interest rate risk is the risk that changes in interest rates will negatively impact earnings and cash flows. Certain of our cash earns interest. Our trade receivables, accounts payable and accrued liabilities, merchant cash advances and lease liabilities do not bear interest. Our exposure to interest rate risk is related to our acquisition facility. We are not exposed to material interest rate risk.

### *Share Price Risk*

Accrued payroll taxes on stock-based compensation (social costs) are payroll taxes associated with stock-based compensation that we are subject to in various countries in which we operate. Social costs are accrued at each reporting period based on the number of vested stock options and awards outstanding, the exercise price, and our share price. Changes in the accrual are recognized in direct cost of revenues and operating expenses. An increase in share price will increase the accrued expense for social costs, and when the share price decreases, the accrued expense will become a reduction in social costs expense, all other things being equal, including the number of vested stock options and exercise price remaining constant.

## Critical Accounting Policies and Estimates

The preparation of our consolidated financial statements in conformity with IFRS requires management to make estimates and assumptions that affect the amounts reported in the consolidated financial statements and accompanying notes. We review these estimates on an ongoing basis based on management's best knowledge of current events and actions that we may undertake in the future. Actual results could differ from these estimates. Areas requiring the most significant estimates and judgments are outlined below. Management has determined that we operate in a single operating and reportable segment.

### *Revenue recognition*

Our main sources of revenue are subscriptions for our platforms as well as subscriptions and licences for our legacy product. In addition, we generate revenue from Lightspeed Payments, payment residuals, Apps & Themes, professional services and sales of hardware.

We recognize revenue to depict the transfer of promised services to merchants in an amount that reflects the consideration to which we expect to be entitled in exchange for those services by applying the following steps:

• Identify the contract with a merchant;
• Identify the performance obligations in the contract;
• Determine the transaction price;
• Allocate the transaction price; and
• Recognize revenue when, or as, the Company satisfies a performance obligation.