# EXHIBIT P-D

**NOVEMBER 05, 2020 / 12:30PM GMT, Q2 2021 Lightspeed POS Inc Earnings Call**

In the face of a global pandemic that has created significant disruption in our end markets, we grew our net customer location count to over 80,000 at September 30. This was driven by a surge of gross new customer location additions, which increased by 68% when compared to the same quarter a year ago. As I mentioned last quarter, this metric is the most encouraging thing we can see as we firmly believe the replacement cycle of legacy systems is accelerating and moving towards solutions like ours.

Our customers collectively processed approximately $8.5 billion of volume in the quarter, up from $5.4 billion in Q1 of this year, and was over 56% higher than the same quarter a year ago. This indicates that despite the many new restrictions placed on these customers, they've been able to adapt and thrive.

Our strategy of using our privileged position as a core software provider for these businesses to expand into new areas, such as payments, also continues to pick up momentum. Payments uptake remains strong, and we're now processing better than 10% of our GTV through Lightspeed Payments in U.S. retail, with momentum continuing to build in the new markets in which we have launched. As a result of payments and continuing to upsell customers new software modules, our ARPU per customer location in the quarter grew to better than $170 per month.

And finally, as Dax mentioned, our recent acquisitions are thriving, giving evidence that this aspect of the strategy is working as well. The cumulative results of our execution on these key drivers are that we grew our overall revenue better than 60% year-over-year and up 26% sequentially. We are really proud of these exemplary results, but of course globally, we still face many uncertainties surrounding COVID-19 and its resurgence. And I'll speak to that shortly.

So recapping the second quarter in greater detail. Total revenue was $45.5 million, up from $28 million a year ago, representing growth of 62% and well above our guidance of $38 million to $40 million. Software and payments revenue was 62% higher than a year ago at $41.1 million. Excluding the impact of Kounta and Gastrofix, which were not included in last year's numbers given the timing of those acquisitions, software and payments revenue grew 42% versus the same quarter a year ago.

Adjusted EBITDA loss for the quarter was $2.8 million compared to $5.1 million loss from a year ago. And as mentioned, our GTV for the quarter was $8.5 billion. Over the past 12 months, our GTV was over $26 billion. We ended the quarter very well capitalized with unrestricted cash on hand of approximately $513 million.

Looking deeper at some of the specific business trends we saw in the quarter. Within our overall GTV, we saw retail grow almost 34% versus the prior year, and restaurant increased by approximately 97% compared to a year ago. Retail GTV was aided by continued success of e-commerce, which was up over 80% versus the prior year, and from strong performance in some of our seasonal verticals.

While e-commerce has been an important tool for our retailers, we saw a strong resurgence in physical transaction volumes in the quarter as lockdowns eased globally over the summer months. Our restaurant segment recovered nicely in the quarter from the lows seen in March, April and May. As a reminder, the majority of our restaurant customers are currently in international markets outside of North America.

On the back of these strong GTV levels, we saw our customer churn rates improve from the first quarter's levels. Churn remains slightly elevated versus our typical levels. However, we continue to be encouraged by the resiliency of the customer base.

Looking at Lightspeed Payments. It continued its rapid growth trajectory once again in the quarter. Overall, Lightspeed Payments revenue grew by over 300% versus a year ago on the back of strong customer demand from both new and existing customers, an industry-wide move to electronic payments and away from cash and outstanding performance from some of our end markets like Golf and Bike.

The portion of new customers contracting for payments alongside their core software subscription remained steady in the quarter at our recent levels. And overall penetration of Lightspeed Payments as a percentage of GTV was over 10% in U.S. retail in the quarter. We are also seeing good early momentum in recently launched new markets with better than 4% penetration in Canadian retail and over 3% in U.S. restaurant.

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**REFINITIV**