# EXHIBIT P-E

Case 1:21-cv-06365-BMC   Document 29-5   Filed 08/11/22   Page 2 of 3 PageID #: 1384

# Seeking Alpha

Transcripts      Services



# Lightspeed POS Inc. Subordinate Voting Shares' (LSPD) CEO Dax Dasilva on Q4 2021 Results - Earnings Call Transcript

May 20, 2021 1:04 PM ET | **Lightspeed Commerce Inc. (LSPD)**, **LSPD:CA**

**SA Transcripts**
129.62K Followers

## Q4: 2021-05-20 Earnings Summary

Play Call          Slides

EPS of -$0.09 beats by $0.03 | Revenue of $82.40M (127.16% Y/Y) beats by $13.00M

Lightspeed POS Inc. Subordinate Voting Shares (NYSE:LSPD) Q4 2021 Earnings Conference Call May 20, 2021 8:00 AM ET

**Company Participants**

Gus Papageorgiou – Head of Investor Relations

Dax Dasilva – Founder and Chief Executive Officer

Brandon Nussey – Chief Financial Officer

JP Chauvet – President

**Conference Call Participants**

Case 1:21-cv-06365-BMC Document 39-5 Filed 08/11/22 Page 3 of 3 PageID #: 1385

Our transformation was definitely by design, but also highly influenced by our environments. I believe that every one of our customers will look back on the past year as the moments where they realized that an omnichannel strategy was no longer optional, it has become an absolute necessity. Never has our goal of arming our customers with the technologies they need to operate and scale their business felt so relevant. And we are proud that they have chosen Lightspeed as their technology partner of choice.

We were happy to end the year on a high note with Lightspeed delivering quarterly revenues that exceeded previously established guidance and street expectations. We grew revenue 127% year-over-year with organic software and transaction-based revenue growth of 48%. Lightspeed Payments had another record quarter and grew revenues both year-on-year and from the previous quarter. And we are now present in over 140,000 customer locations when we include the recent acquisition of Vend.

Some notable customer wins in the quarter included AG Jeans. This premium denim and knitwear house chose Lightspeed's modern cloud-based platform to upgrade from their legacy system. AG Jeans will be using a series of Lightspeed offerings, including Payments in their 18 locations across the U.S. Tommy John, this husband and wife backed venture, designs, manufactures and sells quality undergarments for men and women in their six locations throughout the U.S. using Lightspeed Retail and Payments.

Zeus Street Greek focuses on high quality and consciously sourced ingredients. Zeus Street Greek maintains 20 quick service restaurants throughout Australia and keeping the Lightspeed to improve their operations through features like better inventory management. In usual, Lightspeed fashion, it was a very busy quarter. In addition to announcing and more recently closing the acquisition of Vend, we launched Payments in the United Kingdom, undertook a very successful offering of $620 million and more recently announced our strategic partnership with Google to improve the discoverability of SMBs on that popular search engine. Brandon will take you through the numbers in greater detail. I would like to focus on some key topics, including the recent announcement of our partnership with Google, some of the initial success we were experiencing with the integration of our latest acquisitions and some of the more recent trends we are seeing in our business.