# EXHIBIT P-F

Case 1:21-cv-06365-BMC Document 39-6 Filed 08/11/22 Page 2 of 3 PageID #: 1397

# Seeking Alpha

Transcripts    Services

# Lightspeed POS Inc. (LSPD) CEO Dax Dasilva on Q1 2022 Results - Earnings Call Transcript

Aug. 05, 2021 4:50 PM ET | **Lightspeed Commerce Inc. (LSPD)**, **LSPD:CA**

 **SA Transcripts**
129.62K Followers

## Q1: 2021-08-05 Earnings Summary

Play Call          Slides

EPS of -$0.05 beats by $0.04 | Revenue of $115.92M (219.96% Y/Y) beats by $23.14M

Lightspeed POS Inc. (NYSE:LSPD) Q1 2022 Earnings Conference Call August 5, 2021 8:00 AM ET

**Company Participants**

Gus Papageorgiou - Head of Investor Relations

Dax Dasilva - Founder & Chief Executive Officer

Brandon Nussey - Chief Financial Officer

JP Chauvet - President

**Conference Call Participants**

Tim Chiodo – Credit Suisse

And finally, once we close our proposed acquisition of Ecwid, we believe we can help our SMB customers to fully recognize the potential of omnichannel commerce. There remains a lot of heavy lifting and long hours ahead but the potential for Lightspeed as a true one-stop commerce platform has never been greater and the probability of success has in my mind never been higher.

And with that, I will turn it over to Brandon.

**Brandon Nussey**

Thanks, Dax. Really pleased with these results today. As you heard from Dax, what we are seeing is a strong uptick in our customers' volumes, strong new customer demand and continued adoption of our value-added offerings like payments. The combination of these factors produced some terrific financial results for us this quarter and keep us quite enthusiastic about the future.

As usual, we'll look at the building blocks of our business and everything starts with customer locations, which grew to over 150,000 at June 30 from over 140,000 on a pro forma basis last quarter. Our hospitality business, particularly in Europe performed great this quarter as economies reopened and retail continued to perform well also.

It ended as a record quarter for new customer location additions, which were over 60% higher than a year ago organically and over 90% higher in total. We saw some of the lowest churn rates we have ever seen in the quarter and a number of customers come back after pausing or shutting down operations during lockdowns.

Combination of this improved churn with record new location additions led to the healthy growth and customer locations we reported today. But we're even more encouraged by the volumes driven by our customers. We're optimistic that as economies reopened, our customers would be beneficiaries and we saw that happen this quarter.

GTV was an outstanding $16.3 billion, up from $10.8 billion just last quarter. It was 203% higher than a year ago. On an organic basis GTV grew 90% from last year's depressed levels. We're thrilled to see our customers and the communities they serve come back to life.

Case 1:21-cv-06365-BMC   Document 39-6   Filed 08/11/22   Page 3 of 3 PageID #: 1388