# EXHIBIT P-H

Case 1:21-cv-06365-BMC Document 39-8 Filed 08/11/22 Page 2 of 38 PageID #: 1393

6-K 1 lspd-q2fy22earningspr6xk.htm 6-K

UNITED STATES

SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 6-K

**Report of Foreign Private Issuer Pursuant to Rule 13a-16 or 15d-16 of the Securities Exchange Act of 1934**

| | | |
|---|---|---|
| For the month of | **November** | **2021** |
| Commission File Number | **001-39498** | |

# LIGHTSPEED COMMERCE INC.

(Translation of registrant's name into English)

**700 Saint-Antoine Street East, Suite 300**
**Montréal, Québec, Canada**
**H2Y 1A6**

(Address of principal executive offices)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F:

Case 1:21-cv-06365-BMC   Document 39-8   Filed 08/11/22   Page 3 of 38 PageID #: 1394

Form 20-F                    Form 40-F                    ☒

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): _____

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): _____

Case 1:21-cv-06365-BMC Document 39-8 Filed 08/11/22 Page 4 of 38 PageID #: 1395

**DOCUMENTS INCLUDED AS PART OF THIS REPORT**

**Exhibit**

99.1        Lightspeed Announces Second Quarter 2022 Financial Results

2

Case 1:21-cv-06365-BMC   Document 39-8   Filed 08/11/22   Page 5 of 38 PageID #: 1396

# SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

|  | *Lightspeed Commerce Inc.* |
| --- | --- |
|  | (Registrant) |
| November 4, 2021 | */s/ Dan Micak* |

By:

| Name: | Dan Micak |
| --- | --- |
| Title: | EVP, General Counsel & Corporate Secretary |

3

EX-99.1 2 financialstatementsfy22q2.htm EX-99.1

# Lightspeed Commerce Inc.

(formerly known as Lightspeed POS Inc.)

Condensed Interim Consolidated Financial Statements
(Unaudited)
**For the three and six months ended September 30, 2021**
(expressed in thousands of US dollars)

## Lightspeed Commerce Inc.
Condensed Interim Consolidated Balance Sheets
(Unaudited)
### As at September 30 and March 31, 2021

(expressed in thousands of US dollars)

|  | Notes | September 30, 2021 | March 31, 2021 |
|---|---|---|---|
| **Assets** |  | $ | $ |
| **Current assets** |  |  |  |
| Cash and cash equivalents |  | 1,180,174 | 807,150 |
| Trade and other receivables | 11 | 32,046 | 24,771 |
| Inventories |  | 2,926 | 1,573 |
| Other current assets | 10 | 19,294 | 24,171 |
| **Total current assets** |  | 1,234,440 | 857,665 |
| **Lease right-of-use assets,** net |  | 25,583 | 21,206 |
| **Property and equipment,** net |  | 11,500 | 8,342 |
| **Intangible assets,** net | 4 | 396,779 | 234,493 |
| **Goodwill** | 4 | 1,557,293 | 971,939 |
| **Other long-term assets** | 12 | 17,114 | 11,504 |
| **Deferred tax assets** |  | 51 | 170 |
| **Total assets** |  | 3,242,760 | 2,105,319 |
| **Liabilities and Shareholders' Equity** |  |  |  |
| **Current liabilities** |  |  |  |
| Accounts payable and accrued liabilities | 13 | 78,632 | 65,052 |
| Lease liabilities |  | 7,088 | 5,120 |
| Income taxes payable |  | 397 | 114 |
| Current portion of deferred revenue |  | 58,425 | 43,116 |
| **Total current liabilities** |  | 144,542 | 113,402 |
| **Deferred revenue** |  | 2,405 | 2,796 |
| **Lease liabilities** |  | 22,999 | 20,558 |
| **Long-term debt** | 15 | 29,805 | 29,770 |
| **Accrued payroll taxes on stock-based compensation** |  | 4,774 | 3,154 |
| **Deferred tax liabilities** |  | 6,371 | 1,356 |
| **Total liabilities** |  | 210,896 | 171,036 |
| **Shareholders' equity** |  |  |  |
| Share capital | 16 | 3,708,709 | 2,526,448 |
| Additional paid-in capital |  | 64,691 | 35,877 |
| Accumulated other comprehensive income | 17, 19 | 4,645 | 9,715 |
| Accumulated deficit |  | (746,181) | (637,757) |
| **Total shareholders' equity** |  | 3,031,864 | 1,934,283 |
| **Total liabilities and shareholders' equity** |  | 3,242,760 | 2,105,319 |

The accompanying notes are an integral part of these interim consolidated financial statements.

# Lightspeed Commerce Inc.

Condensed Interim Consolidated Statements of Loss and Comprehensive Loss
(Unaudited)

**For the three and six months ended September 30, 2021 and 2020**

(expressed in thousands of US dollars, except per share amounts)

| | Notes | Three months ended September 30, | | Six months ended September 30, | |
|---|---|---|---|---|---|
| | | 2021 | 2020 | 2021 | 2020 |
| | | $ | $ | $ | $ |
| **Revenues** | 5 | 133,218 | 45,493 | 249,138 | 81,722 |
| **Direct cost of revenues** | 6, 7 | 68,272 | 17,907 | 126,619 | 31,422 |
| **Gross profit** | | 64,946 | 27,586 | 122,519 | 50,300 |
| **Operating expenses** | | | | | |
| General and administrative | 7 | 23,081 | 8,230 | 45,358 | 15,029 |
| Research and development | 7 | 30,092 | 12,141 | 52,308 | 21,880 |
| Sales and marketing | 7 | 51,693 | 19,580 | 93,963 | 35,837 |
| Depreciation of property and equipment | | 1,020 | 439 | 1,889 | 851 |
| Depreciation of right-of-use assets | | 2,008 | 872 | 3,633 | 1,699 |
| Foreign exchange loss | | 6 | 290 | 255 | 770 |
| Acquisition-related compensation | | 9,032 | 2,276 | 11,046 | 7,405 |
| Amortization of intangible assets | | 22,797 | 4,404 | 39,810 | 8,809 |
| Restructuring | | — | — | 197 | — |
| **Total operating expenses** | | 139,729 | 48,232 | 248,459 | 92,280 |
| **Operating loss** | | (74,783) | (20,646) | (125,940) | (41,980) |
| Net interest income (expense) | 8 | 719 | (132) | 945 | (433) |
| **Loss before income taxes** | | (74,064) | (20,778) | (124,995) | (42,413) |
| **Income tax expense (recovery)** | | | | | |
| Current | | 95 | 43 | 725 | 98 |
| Deferred | 4 | (15,072) | (1,355) | (17,296) | (2,929) |
| **Total income tax recovery** | | (14,977) | (1,312) | (16,571) | (2,831) |
| **Net loss** | | (59,087) | (19,466) | (108,424) | (39,582) |
| **Other comprehensive income (loss)** | | | | | |
| *Items that may be reclassified to net loss* | | | | | |
| Foreign currency differences on translation of foreign operations | | (4,429) | 6,076 | (4,125) | 12,969 |
| Change in net unrealized loss on cash flow hedging instruments | | (945) | — | (945) | — |
| **Total other comprehensive income (loss)** | 17, 19 | (5,374) | 6,076 | (5,070) | 12,969 |
| **Total comprehensive loss** | | (64,461) | (13,390) | (113,494) | (26,613) |
| **Net loss per share – basic and diluted** | 9 | (0.43) | (0.20) | (0.80) | (0.42) |

The accompanying notes are an integral part of these interim consolidated financial statements.

3

**Lightspeed Commerce Inc.**
Condensed Interim Consolidated Statements of Cash Flows
(Unaudited)
**For the six months ended September 30, 2021 and 2020**

(expressed in thousands of US dollars)

| | Six months ended September 30, | |
|---|---|---|
| | **2021** | **2020** |
| **Cash flows from (used in) operating activities** | **$** | **$** |
| Net loss | (108,424) | (39,582) |
| Items not affecting cash and cash equivalents | | |
| Acquisition-related compensation | 8,972 | 3,122 |
| Amortization of intangible assets | 39,810 | 8,809 |
| Depreciation of property and equipment and lease right-of-use assets | 5,522 | 2,550 |
| Deferred income taxes | (17,296) | (2,929) |
| Stock-based compensation expense | 37,043 | 12,123 |
| Unrealized foreign exchange loss (gain) | 429 | (109) |
| (Increase)/decrease in operating assets and increase/(decrease) in operating liabilities | | |
| Trade and other receivables | (321) | 465 |
| Inventories | (1,353) | (166) |
| Other assets | (3,858) | (19) |
| Accounts payable and accrued liabilities | 9,286 | 3,974 |
| Income taxes payable | 283 | (1) |
| Deferred revenue | 1,841 | (5,166) |
| Accrued payroll taxes on stock-based compensation | 1,371 | 1,706 |
| Net interest (income) expense | (945) | 433 |
| **Total operating activities** | (27,640) | (14,790) |
| **Cash flows from (used in) investing activities** | | |
| Additions to property and equipment | (3,532) | (646) |
| Acquisition of businesses, net of cash acquired | (398,567) | (1,435) |
| Movement in restricted term deposits | 344 | — |
| Interest income | 2,281 | 896 |
| **Total investing activities** | (399,474) | (1,185) |
| **Cash flows from (used in) financing activities** | | |
| Proceeds from exercise of stock options | 14,823 | 5,052 |
| Proceeds from issuance of share capital | 823,515 | 332,334 |
| Share issuance costs | (33,659) | (17,657) |
| Payment of lease liabilities and movement in restricted lease deposits | (3,049) | (1,826) |
| Financing costs | (788) | (1,015) |
| **Total financing activities** | 800,842 | 316,888 |
| **Effect of foreign exchange rate changes on cash and cash equivalents** | (704) | 1,253 |
| **Net increase in cash and cash equivalents during the period** | 373,024 | 302,166 |
| **Cash and cash equivalents – Beginning of period** | 807,150 | 210,969 |
| **Cash and cash equivalents – End of period** | 1,180,174 | 513,135 |
| Interest paid | 480 | 552 |
| Income taxes paid | 635 | 36 |

The accompanying notes are an integral part of these interim consolidated financial statements.

4

# Lightspeed Commerce Inc.
Condensed Interim Consolidated Statements of Changes in Shareholders' Equity
(Unaudited)

**For the six months ended September 30, 2021 and 2020**

| (expressed in thousands of US dollars, except number of shares) | Notes | Issued and Outstanding Shares | | Additional paid-in capital | Accumulated other comprehensive income (loss) | Accumulated deficit | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Number of shares | Amount | | | | |
| | | | $ | $ | $ | $ | $ |
| **Balance as at March 31, 2021** | | 128,528,515 | 2,526,448 | 35,877 | 9,715 | (637,757) | 1,934,283 |
| Net loss | | — | — | — | — | (108,424) | (108,424) |
| Issuance of shares upon public offering | 16 | 8,855,000 | 823,515 | — | — | — | 823,515 |
| Share issuance costs | | — | (33,752) | — | — | — | (33,752) |
| Exercise of stock options and vesting of share awards | | 879,677 | 23,052 | (8,229) | — | — | 14,823 |
| Stock-based compensation | | — | — | 37,043 | — | — | 37,043 |
| Share-based acquisition-related compensation | | 25,099 | 8,972 | — | — | — | 8,972 |
| Shares issued in connection with business combination | 4 | 4,835,670 | 360,474 | — | — | — | 360,474 |
| Other comprehensive loss | 17, 19 | — | — | — | (5,070) | — | (5,070) |
| **Balance as at September 30, 2021** | | 143,123,961 | 3,708,709 | 64,691 | 4,645 | (746,181) | 3,031,864 |
| | | | | | | | |
| **Balance as at March 31, 2020** | | 92,206,817 | 852,115 | 11,773 | (6,271) | (513,479) | 344,138 |
| Net loss | | — | — | — | — | (39,582) | (39,582) |
| Issuance of shares upon initial public offering on NYSE | | 10,896,196 | 332,334 | — | — | — | 332,334 |
| Share issuance costs | | — | (18,044) | — | — | — | (18,044) |
| Exercise of stock options and vesting of share awards | | 1,193,438 | 7,127 | (2,075) | — | — | 5,052 |
| Stock-based compensation | | — | — | 12,123 | — | — | 12,123 |
| Share-based acquisition-related compensation | | 174,950 | 3,122 | — | — | — | 3,122 |
| Other comprehensive income | | — | — | — | 12,969 | — | 12,969 |
| **Balance as at September 30, 2020** | | 104,471,401 | 1,176,654 | 21,821 | 6,698 | (553,061) | 652,112 |

The accompanying notes are an integral part of these interim consolidated financial statements.

5

**Lightspeed Commerce Inc.**
Notes to Condensed Interim Consolidated Financial Statements
(unaudited)
**September 30, 2021 and 2020**

(expressed in thousands of US dollars, except number of shares)

### 1. Organization and nature of operations

Lightspeed Commerce Inc., formerly known as Lightspeed POS Inc., ("Lightspeed" or the "Company") was incorporated on March 21, 2005 under the Canada Business Corporations Act. Its head office is located at Gare Viger, 700 Saint-Antoine St. East, Suite 300, Montréal, Quebec, Canada. Lightspeed's one-stop commerce platform helps merchants innovate to simplify, scale and provide exceptional customer experiences. The Company's software platform provides its customers with the critical functionalities they need to engage with consumers, manage their operations, accept payments, and grow their business. Lightspeed has customers globally in over 100 countries, empowering single- and multi-location small and medium-sized businesses to compete in an omni-channel market environment by engaging with consumers across online, mobile, social, and physical channels.

The Company's shares are listed on both the Toronto Stock Exchange and the New York Stock Exchange ("NYSE") under the stock symbol "LSPD".

### 2. Basis of presentation and consolidation

These condensed interim consolidated financial statements have been prepared in accordance with International Financial Reporting Standards (IFRS) applicable to the preparation of interim financial statements, including International Accounting Standard (IAS) 34, Interim Financial Reporting, as issued by the International Accounting Standards Board (IASB). Certain information and disclosures have been omitted or condensed. The same accounting policies and methods of computation were followed in the preparation of these unaudited condensed interim consolidated financial statements as were followed in the preparation of the most recent annual audited consolidated financial statements except for those accounting policies and methods of computation relating to foreign exchange forward contracts which are discussed in note 3. These unaudited condensed interim consolidated financial statements should be read together with the Company's annual audited consolidated financial statements and notes thereto for the fiscal year ended March 31, 2021. Certain comparative figures have been reclassified in order to conform to the current period presentation.

These unaudited condensed interim consolidated financial statements were approved for issue by the Board of Directors of the Company on November 3, 2021.

**Seasonality of interim operations**

The operations of the Company can be seasonal, and the results of operations for any interim period are not necessarily indicative of operations for the full fiscal year or any future period.

**Estimates, judgments and assumptions**

The preparation of the unaudited condensed interim consolidated financial statements in accordance with IFRS requires management to make judgments, estimates and assumptions that affect the application of accounting policies and the reported amounts of assets, liabilities and reported amounts of revenues and expenses during the period. These estimates and assumptions are based on historical experience, expectations of the future, and other relevant factors and are reviewed regularly. Revisions to accounting estimates are recognized in the period in which the estimates are revised and in any future period affected. Actual results may differ from these estimates.

In preparing these unaudited condensed interim consolidated financial statements, the significant judgments made by management in applying the Company's accounting policies and the key sources of uncertainty are the same as those

6

**Lightspeed Commerce Inc.**
Notes to Condensed Interim Consolidated Financial Statements
(unaudited)
**September 30, 2021 and 2020**

(expressed in thousands of US dollars, except number of shares)

applied and described in the Company's annual audited consolidated financial statements for the fiscal year ended March 31, 2021.

**3. Significant accounting policies and other changes in the current reporting period**

**Changes in subsidiaries**

On April 16, 2021, the Company acquired a 100% interest in Vend Limited and its affiliates ("Vend") and on July 1, 2021, the Company acquired a 100% interest in NuORDER, Inc. and its affiliates ("NuORDER"), each of which are now wholly-owned subsidiaries of the Company (note 4).

**Risks and uncertainties related to COVID-19**

Concerns related to the spread of COVID-19 and the related containment measures intended to mitigate its impact have created substantial disruption in the global economy. The uncertainties around the COVID-19 pandemic, continuing resurgences of COVID-19, and related restrictions to contain its spread required the use of judgments and estimates which resulted in no material accounting impacts for the three and six months ended September 30, 2021 other than the impact on expected credit losses driven by the changes in the macro-economic environment due to COVID-19. For information on the Company's loss allowance, refer to note 11. The risk and uncertainties surrounding the COVID-19 pandemic generate a significant risk of material adjustment in future reporting periods to the following: revenue recognition, estimated losses on revenue-generating contracts, goodwill and intangible impairment, and other assets and liabilities.

**Foreign exchange forward contracts**

The Company designates certain foreign exchange forward contracts as cash flow hedges when all the requirements in IFRS 9 Financial Instruments are met. The Company recognizes these foreign exchange forward contracts as either assets or liabilities on the condensed interim consolidated balance sheets and these contracts are measured at fair value at each reporting period. The asset and liability positions of the foreign exchange forward contracts are included in other current assets and accounts payable and accrued liabilities on the condensed interim consolidated balance sheets, respectively. The Company reflects the gain or loss on the effective portion of a cash flow hedge in other comprehensive income (loss) and subsequently reclassifies cumulative gains and losses to direct cost of revenues, general and administrative, research and development, or sales and marketing expenses, depending on the risk hedged, when the hedged transactions impact the condensed interim consolidated statements of loss and comprehensive loss. If the hedged transactions become probable of not occurring, the corresponding amounts in accumulated other comprehensive income (loss) are immediately reclassified to finance income or costs. Foreign exchange forward contracts that do not meet the requirements in IFRS 9 Financial Instruments to be designated as a cash flow hedge, are classified as derivative instruments not designated for hedging. The Company measures these instruments at fair value with changes in fair value recognized in finance income or costs. To date, the Company has not had any foreign exchange forward contracts that do not meet the requirements in IFRS 9 Financial Instruments to be designated as a cash flow hedge.

**4. Business combinations**

**Vend**

On April 16, 2021, the Company acquired all of the outstanding shares of Vend, a cloud-based retail management software company based in Auckland, New Zealand.

**Lightspeed Commerce Inc.**
Notes to Condensed Interim Consolidated Financial Statements
(unaudited)
**September 30, 2021 and 2020**

(expressed in thousands of US dollars, except number of shares)

The fair value of consideration of $371,869 consisted of $192,020 cash paid on the closing date, net of cash acquired, and 2,692,277 Common Shares, at a fair value of $66.89 per share, which is based on the quoted price of the Common Shares on the NYSE on the closing date.

Transaction costs relating to due diligence fees, legal costs, accounting fees, advisory fees and other professional fees for the fiscal year ended March 31, 2021 amounting to $1,151 were incurred in relation to the acquisition, and $348 were incurred for the six months ended September 30, 2021. These amounts have been included in general and administrative expenses in the Company's condensed interim consolidated statements of loss and comprehensive loss.

The results of operations of Vend have been consolidated with those of the Company as at April 16, 2021. The acquisition has been accounted for as a business combination in accordance with IFRS 3, Business Combinations, using the acquisition method whereby the net assets acquired and the liabilities assumed are recorded at fair value. The preliminary purchase price allocation was based on management's best estimates of the fair values of Vend's assets and liabilities as at April 16, 2021.

The following table summarizes the allocations of the consideration paid and the amounts of estimated fair value of the assets acquired and liabilities assumed at the acquisition date:

| | $ |
|---|---:|
| **Current assets** | |
| Cash and cash equivalents | 12,753 |
| Trade receivables and other assets | 3,878 |
| **Total current assets** | 16,631 |
| Property and equipment | 868 |
| Goodwill | 293,664 |
| Customer relationships | 48,300 |
| Software technology | 43,700 |
| Other long-term assets | 437 |
| **Total assets** | 403,600 |
| **Current liabilities** | |
| Accounts payable and accrued liabilities | 4,241 |
| Deferred revenue | 5,961 |
| **Total current liabilities** | 10,202 |
| Deferred tax liability | 8,776 |
| **Total liabilities** | 18,978 |
| **Fair value of net assets acquired** | 384,622 |
| **Less: Cash acquired** | 12,753 |
| **Fair value of net assets acquired, less cash acquired** | 371,869 |
| **Paid in Common Shares of the Company** | 180,086 |
| **Paid in cash** | 192,020 |
| **Receivable from Vend (already received)** | (237) |
| **Fair value of consideration transferred** | 371,869 |

8

# Lightspeed Commerce Inc.
Notes to Condensed Interim Consolidated Financial Statements
(unaudited)
## September 30, 2021 and 2020

(expressed in thousands of US dollars, except number of shares)

The goodwill related to the acquisition of Vend is composed of the benefits of increasing our strategic position by expanding our market presence, expected synergies in utilizing Vend technology in the Company's product offerings, and integrating an assembled workforce that does not qualify for separate recognition. The goodwill is not deductible for tax purposes.

The customer relationships of Vend and the software technology acquired are amortized on a straight-line basis over their estimated useful life of 6 years and 5 years, respectively.

Right-of-use assets and lease liabilities of $2,761 were recorded by Lightspeed on the acquisition date of Vend.

The allocation of the purchase price to assets acquired and liabilities assumed was based upon a preliminary valuation for all items and may be subject to adjustment during the 12-month measurement period following the acquisition date given that the assessment of the fair value of the intangible assets, goodwill, acquired assets, and assumed liabilities is still ongoing.

**NuORDER**

On July 1, 2021, the Company acquired all of the outstanding shares of NuORDER, the provider of a digital platform that connects businesses and suppliers.

The fair value of consideration transferred of $384,838 consisted of $207,118 cash paid on the closing date, net of cash acquired, and 2,143,393 Common Shares, at a fair value of $84.16 per share at the closing date, which is based on the quoted price of the Common Shares on the NYSE on the closing date. The issuance of an additional 500,629 Common Shares, at a fair value of $84.16 per share, is payable through July 2024 to certain employees contingent on continued employment of those employees and is accounted for as acquisition-related compensation expense. Additional cash may be paid by (or returned to) the Company due to a post-closing working capital adjustment.

Transaction costs relating to due diligence fees, legal costs, accounting fees and other professional fees for the six months ended September 30, 2021 amounting to $1,438 were incurred in relation to the acquisition. These amounts have been included in general and administrative expenses in the Company's condensed interim consolidated statements of loss and comprehensive loss.

The results of operations of NuORDER have been consolidated with those of the Company as at July 1, 2021. The acquisition has been accounted for as a business combination in accordance with IFRS 3, Business Combinations, using the acquisition method whereby the net assets acquired and the liabilities assumed are recorded at fair value. The preliminary purchase price allocation was based on management's best estimates of the fair values of NuORDER's assets and liabilities as at July 1, 2021.

9

# Lightspeed Commerce Inc.
Notes to Condensed Interim Consolidated Financial Statements
(unaudited)
## September 30, 2021 and 2020

(expressed in thousands of US dollars, except number of shares)

The following table summarizes the preliminary allocations of the consideration paid and the amounts of estimated fair value of the assets acquired and liabilities assumed at the acquisition date:

| | $ |
|---|---:|
| **Current assets** | |
| Cash and cash equivalents | 32,698 |
| Trade receivables and other assets | 3,379 |
| **Total current assets** | 36,077 |
| Property and equipment | 310 |
| Goodwill | 294,530 |
| Customer relationships | 63,100 |
| Software technology | 48,200 |
| Other long-term assets | 598 |
| **Total assets** | 442,815 |
| **Current liabilities** | |
| Accounts payable and accrued liabilities | 4,295 |
| Deferred revenue | 6,737 |
| **Total current liabilities** | 11,032 |
| Deferred revenue | 379 |
| Other long-term liabilities | 249 |
| Deferred tax liability | 13,619 |
| **Total liabilities** | 25,279 |
| **Fair value of net assets acquired** | 417,536 |
| **Less: Cash acquired** | 32,698 |
| **Fair value of net assets acquired, less cash acquired** | 384,838 |
| **Paid in Common Shares of the Company** | 180,388 |
| **Paid in cash** | 207,118 |
| **Receivable from NuORDER** | (2,668) |
| **Fair value of consideration transferred** | 384,838 |

The goodwill related to the acquisition of NuORDER is composed of the expected synergies in utilizing NuORDER technology in the Company's product offerings, the benefits of increasing our strategic position by expanding our market presence, and integrating an assembled workforce that does not qualify for separate recognition. The goodwill is not deductible for tax purposes.

The customer relationships of NuORDER and the software technology acquired are amortized on a straight-line basis over their estimated useful life of 6 years and 5 years, respectively.

Right-of-use assets and lease liabilities of $2,399 were recorded by Lightspeed on the acquisition date of NuORDER.

The allocation of the purchase price to assets acquired and liabilities assumed was based upon a preliminary valuation for all items and may be subject to adjustment during the 12-month measurement period following the acquisition date given that the assessment of the fair value of the intangible assets, goodwill, acquired assets, and assumed liabilities is still ongoing.

10

# Lightspeed Commerce Inc.
Notes to Condensed Interim Consolidated Financial Statements
(unaudited)
## September 30, 2021 and 2020

(expressed in thousands of US dollars, except number of shares)

The amounts of revenues contributed by Vend and NuORDER from the dates of acquisition and included in the Company's condensed interim consolidated statements of loss and comprehensive loss for the six months ended September 30, 2021 is $23,904.

After the acquisition, NuORDER is expected to have access to non-capital losses that were previously unrecognized by the Company by joining a consolidated tax group in the United States. During the six months ended September 30, 2021, this resulted in the recognition of deferred tax assets related to those non-capital losses to the extent of NuORDER's deferred tax liabilities. The net effect on the Company's condensed interim consolidated statements of loss and comprehensive loss for the six months ended September 30, 2021 from NuORDER and the consolidated tax group in the United States was a deferred tax recovery of $13,619.

## 5. Revenue from contracts with customers

The disaggregation of the Company's revenue from contracts with customers was as follows:

| | Three months ended September 30, | | Six months ended September 30, | |
|---|---|---|---|---|
| | 2021 | 2020 | 2021 | 2020 |
| | $ | $ | $ | $ |
| Subscription revenue | 59,374 | 25,587 | 109,299 | 48,779 |
| Transaction-based revenue | 65,023 | 15,484 | 121,476 | 25,698 |
| Hardware and other revenue | 8,821 | 4,422 | 18,363 | 7,245 |
| **Total revenue from contracts with customers** | 133,218 | 45,493 | 249,138 | 81,722 |

## 6. Direct cost of revenues

| | Three months ended September 30, | | Six months ended September 30, | |
|---|---|---|---|---|
| | 2021 | 2020 | 2021 | 2020 |
| | $ | $ | $ | $ |
| Subscription cost of revenue | 18,053 | 5,767 | 32,670 | 11,214 |
| Transaction-based cost of revenue | 39,472 | 8,181 | 71,661 | 13,704 |
| Hardware and other cost of revenue | 10,747 | 3,959 | 22,288 | 6,504 |
| **Total direct cost of revenues** | 68,272 | 17,907 | 126,619 | 31,422 |

## 7. Employee compensation

The total employee compensation comprising salaries and benefits, excluding government assistance, for the three and six months ended September 30, 2021, was $85,046 and $151,048 (September 30, 2020 – $32,606 and $64,795).

11

**Lightspeed Commerce Inc.**
Notes to Condensed Interim Consolidated Financial Statements
(unaudited)
**September 30, 2021 and 2020**

(expressed in thousands of US dollars, except number of shares)

Stock-based compensation and related costs were included in the following expenses:

| | Three months ended September 30, | | Six months ended September 30, | |
|---|---|---|---|---|
| | **2021** | **2020** | **2021** | **2020** |
| | **$** | **$** | **$** | **$** |
| Direct cost of revenues | 1,799 | 497 | 2,994 | 1,038 |
| General and administrative | 6,805 | 1,724 | 10,174 | 3,566 |
| Research and development | 7,956 | 2,774 | 12,160 | 5,025 |
| Sales and marketing | 12,238 | 3,030 | 20,145 | 5,612 |
| **Total stock-based compensation and related costs** | 28,798 | 8,025 | 45,473 | 15,241 |

Due to the COVID-19 pandemic, the Company benefited from global government subsidies in the three and six months ended September 30, 2020. The subsidies were included as a reduction in the following expenses:

| | Three months ended September 30, | | Six months ended September 30, | |
|---|---|---|---|---|
| | **2021** | **2020** | **2021** | **2020** |
| | **$** | **$** | **$** | **$** |
| Direct cost of revenues | — | 156 | — | 979 |
| General and administrative | — | 262 | — | 1,406 |
| Research and development | — | 610 | — | 2,550 |
| Sales and marketing | — | 614 | — | 2,923 |
| **Total government subsidy** | — | 1,642 | — | 7,858 |

**8. Finance income and costs**

| | Three months ended September 30, | | Six months ended September 30, | |
|---|---|---|---|---|
| | **2021** | **2020** | **2021** | **2020** |
| | **$** | **$** | **$** | **$** |
| Interest income | 1,406 | 556 | 2,401 | 1,004 |
| Interest expense | (687) | (688) | (1,456) | (1,437) |
| **Net interest income (expense)** | 719 | (132) | 945 | (433) |

**9. Loss per share**

The Company has share options and awards as potentially dilutive securities. Diluted net loss per share excludes all potentially-dilutive shares if their effect is anti-dilutive. As a result of net losses incurred, all potentially-dilutive securities

12

# Lightspeed Commerce Inc.
Notes to Condensed Interim Consolidated Financial Statements
(unaudited)
## September 30, 2021 and 2020

(expressed in thousands of US dollars, except number of shares)

have been excluded from the calculation of diluted net loss per share because including them would be anti-dilutive; therefore, basic and diluted number of shares is the same for the three and six months ended September 30, 2021 and 2020. All outstanding potentially dilutive securities could potentially dilute loss per share in the future.

| | Three months ended September 30, | | Six months ended September 30, | |
|---|---|---|---|---|
| | **2021** | **2020** | **2021** | **2020** |
| Issued Common Shares | 143,123,961 | 104,471,401 | 143,123,961 | 104,471,401 |
| Weighted average number of Common Shares – basic and diluted | 138,796,551 | 94,994,301 | 134,839,363 | 93,729,348 |
| **Net loss per Common Share – basic and diluted** | $ (0.43) | $ (0.20) | $ (0.80) | $ (0.42) |

The weighted average number of potential dilutive securities that are not included in the diluted per share calculations because they would be anti-dilutive was 9,624,133 and 8,894,627 stock options and awards for the three and six months ended September 30, 2021 (September 30, 2020 - 7,847,613 and 7,682,084).

## 10. Other current assets

| | September 30, 2021 | March 31, 2021 |
|---|---|---|
| | **$** | **$** |
| Restricted cash and restricted deposits | 2,742 | 7,749 |
| Prepaid expenses and deposits | 8,330 | 10,458 |
| Commission asset | 5,331 | 4,000 |
| Other | 2,891 | 1,964 |
| **Total other current assets** | 19,294 | 24,171 |

## 11. Trade and other receivables

| | September 30, 2021 | March 31, 2021 |
|---|---|---|
| | **$** | **$** |
| Trade | 19,294 | 15,477 |
| Loss allowance | (3,845) | (3,519) |
| **Total trade receivables** | 15,449 | 11,958 |
| Research and development tax credits receivable | 5,557 | 6,605 |
| Sales tax receivable | 2,901 | 2,827 |
| Merchant cash advances | 4,645 | 2,309 |
| Other | 3,494 | 1,072 |
| **Total trade and other receivables** | 32,046 | 24,771 |

# Lightspeed Commerce Inc.
Notes to Condensed Interim Consolidated Financial Statements
(unaudited)
## September 30, 2021 and 2020

(expressed in thousands of US dollars, except number of shares)

## 12. Other long-term assets

|  | September 30, 2021 | March 31, 2021 |
|---|---|---|
|  | $ | $ |
| Restricted cash | 885 | 1,325 |
| Prepaid expenses and deposits | 4,295 | 2,707 |
| Commission asset | 8,615 | 5,234 |
| Other | 3,319 | 2,238 |
| **Total other long-term assets** | 17,114 | 11,504 |

## 13. Accounts payable and accrued liabilities

|  | September 30, 2021 | March 31, 2021 |
|---|---|---|
|  | $ | $ |
| Trade | 36,867 | 22,085 |
| Accrued compensation and benefits | 19,787 | 20,409 |
| Accrued payroll taxes on stock-based compensation | 10,063 | 5,689 |
| Acquisition-related payables | 6,382 | 13,792 |
| Other | 5,533 | 3,077 |
| **Total accounts payable and accrued liabilities** | 78,632 | 65,052 |

## 14. Contingencies, Provisions and Commitments

A provision of $1,775 is included in accounts payable and accrued liabilities in note 13 in respect of a threatened litigation against one of the Company's subsidiaries. Lightspeed was indemnified against the potential liability resulting therefrom as part of the acquisition of the subsidiary and the full potential amount of such liability was recovered as part of an indemnification payment received by the Company during the six months ended September 30, 2021.

A provision of $1,487 has been included in accounts payable and accrued liabilities in note 13 in respect of an ongoing litigation matter in respect of which Lightspeed has entered into a definitive agreement to settle without any admission of wrongdoing. Lightspeed is partially insured against potential liability in such matter and anticipates receiving a minimum of $282, which is included in other receivables in note 11.

The Company is involved in other litigations and claims in the normal course of business. Management is of the opinion that any resulting provisions and ultimate settlements would not materially affect the financial position and operating results of the Company.

Commitments

During the six months ended September 30, 2021, the Company increased its commitments from those disclosed in its annual audited consolidated financial statements for the fiscal year ended March 31, 2021.

14

**Lightspeed Commerce Inc.**
Notes to Condensed Interim Consolidated Financial Statements
(unaudited)
**September 30, 2021 and 2020**

(expressed in thousands of US dollars, except number of shares)

The Company renegotiated certain contracts with payments processors which include minimum fee commitments of $44,400 over the next four fiscal years and renegotiated certain contracts with cloud service providers which include additional commitments of $42,540 over the next five fiscal years.

The Company entered into a new agreement with a hardware provider with a spend commitment of $3,800 over the next two fiscal years and entered into a new lease agreement subsequent to the end of the quarter for a total commitment of $4,180 over the next six fiscal years.

## 15. Credit facility

The Company has credit facilities with the Canadian Imperial Bank of Commerce ("CIBC"), which include a $25,000 demand revolving operating credit facility (the "Revolver") and a $50,000 stand-by acquisition term loan, $20,000 of which is uncommitted (the "Acquisition Facility", and together with the Revolver, the "Credit Facilities"). The Revolver will be available for draw at any time during the term of the Credit Facilities. The Acquisition Facility was drawn for $30,000 in January 2020 for the acquisition of Lightspeed POS Germany GmbH (formerly Gastrofix GmbH) ("Gastrofix") and will mature 60 months thereafter. The interest rate on the current Acquisition Facility is equal to LIBOR + 3.0%.

Financial regulatory authorities have announced a transition away from IBORs towards alternative risk-free rates. Since the Acquisition Facility is based on LIBOR + 3% and the IBOR transition will result in the end of the oversight of this benchmark interest rate, the contractual terms of the Acquisition Facility are expected to be amended with an alternative benchmark. While no replacement rate has been agreed to as of yet, the Company is currently exploring its options regarding alternative benchmarks. The LIBOR benchmark used for the Acquisition Facility is expected to come to an end as of June 30, 2023.

The financing costs related to the Credit Facilities are netted against the principal and are being amortized over the 60- month term. The Credit Facilities are subject to certain general and financial covenants, including the delivery of annual audited consolidated financial statements to the holders. The Credit Facilities are secured by all material assets of the Company. The Company was in compliance with covenants as at September 30, 2021.

## 16. Share capital

The Company's authorized share capital consists of (i) an unlimited number of Subordinate Voting Shares and (ii) an unlimited number of preferred shares, issuable in series. All references to Common Shares refer to Subordinate Voting Shares in the Capital of Lightspeed.

<u>New Issue Offering</u>

On August 11, 2021, the Company completed a public offering of Subordinate Voting Shares in the United States and Canada through the issuance of new shares. The public offering consisted of an aggregate of 8,855,000 Subordinate Voting Shares, including the exercise in full by the underwriters of their over-allotment option on August 13, 2021, to purchase 1,155,000 additional Subordinate Voting Shares. The Subordinate Voting Shares were issued from treasury for gross proceeds of $823,515 for the Company, with share issuance costs (including the underwriters' fee and other expenses related to the offering) for the Company amounting to $33,042.

15

**Lightspeed Commerce Inc.**
Notes to Condensed Interim Consolidated Financial Statements
(unaudited)
**September 30, 2021 and 2020**

(expressed in thousands of US dollars, except number of shares)

### 17. Accumulated other comprehensive income

| | Foreign currency differences on translation of foreign operations | | Hedging reserve | | Total accumulated other comprehensive income (loss) | |
|---|---|---|---|---|---|---|
| | 2021 | 2020 | 2021 | 2020 | 2021 | 2020 |
| | $ | $ | $ | $ | $ | $ |
| **Balance as at March 31,** | 9,715 | (6,271) | — | — | 9,715 | (6,271) |
| Other comprehensive income (loss) | (4,125) | 12,969 | (945) | — | (5,070) | 12,969 |
| **Balance as at September 30,** | 5,590 | 6,698 | (945) | — | 4,645 | 6,698 |

### 18. Related party transactions

Key management personnel includes the C-Level executives, and other Executive Vice-Presidents. Other related parties include close family members of the key management personnel and entities controlled by the key management personnel.

The executive compensation expense to the top five key management personnel is as follows:

| | Six months ended September 30, | |
|---|---|---|
| | 2021 | 2020 |
| | $ | $ |
| Short-term employee benefits and other benefits | 1,206 | 902 |
| Stock-based payments | 10,345 | 3,375 |
| **Total compensation paid to key management personnel** | 11,551 | 4,277 |

### 19. Financial instruments

The Company measures the fair value of its financial assets and financial liabilities using a fair value hierarchy. A financial instrument's classification within the fair value hierarchy is based upon the lowest level of input that is significant to the fair value measurement. Three levels of inputs may be used to measure fair value. The different levels of the fair value hierarchy are defined as follows:

Level 1: Quoted prices (unadjusted) in active markets for identical assets or liabilities;

Level 2: Inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either directly or indirectly; and

Level 3: Unobservable inputs for the asset or liability.

The Company estimated the fair value of its financial instruments as described below.

16

**Lightspeed Commerce Inc.**
Notes to Condensed Interim Consolidated Financial Statements
(unaudited)
**September 30, 2021 and 2020**

(expressed in thousands of US dollars, except number of shares)

The fair value of cash and cash equivalents, restricted cash, trade receivables, trade accounts payable, accrued compensation and benefits, and other accruals is considered to be equal to their respective carrying values due to their short-term maturities.

The fair value of accrued payroll taxes on stock-based compensation approximates its carrying value as at September 30 and March 31, 2021.

**Recurring fair value measurements**

The fair value of merchant cash advances was determined by calculating the present value of the future estimated cash flows based on the terms of the agreements.

The fair value of foreign exchange forward contracts was determined based on Level 2 inputs, which included period-end mid-market quotations for each underlying contract as calculated by the financial institution with which the Company has transacted. The quotations are based on bid/ask quotations and represent the discounted future settlement amounts based on current market rates.

Contingent consideration

On January 7, 2020, the Company acquired Gastrofix, a cloud-based POS hospitality software provider in Germany. The amount included in the purchase price related to the estimated fair value of contingent consideration was nil. The contingent consideration was valued by the Company using a discounted cash flow model under the income approach, and is calculated based on estimates of future revenue performance. The maximum potential contingent consideration payout was $10,030 over the two years following the acquisition. The fair value of the contingent consideration, if above nil, is presented as a component of accounts payable and accrued liabilities on the condensed interim consolidated balance sheets. The change in the fair value of the contingent consideration, if any, is recognized within general and administrative expenses in the condensed interim consolidated statements of loss and comprehensive loss. As at September 30, 2021, there was no change in the estimated contingent consideration from the time of the acquisition.

As at September 30 and March 31, 2021, financial instruments measured at fair value in the condensed interim consolidated balance sheets were as follows:

|  | September 30, 2021 | | | March 31, 2021 | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Fair value hierarchy | Carrying amount | Fair value | Fair value hierarchy | Carrying amount | Fair value |
|  |  | $ | $ |  | $ | $ |
| **Assets:** |  |  |  |  |  |  |
| Cash and cash equivalents | Level 1 | 1,180,174 | 1,180,174 | Level 1 | 807,150 | 807,150 |
| Restricted cash and restricted deposits | Level 1 | 3,627 | 3,627 | Level 1 | 9,074 | 9,074 |
| Merchant cash advances | Level 3 | 4,645 | 4,645 | Level 3 | 2,309 | 2,309 |
| **Liabilities:** |  |  |  |  |  |  |
| Foreign exchange forward contracts | Level 2 | 945 | 945 | — | — | — |
| Contingent consideration | Level 3 | 0 | 0 | Level 3 | 0 | 0 |

**Lightspeed Commerce Inc.**
Notes to Condensed Interim Consolidated Financial Statements
(unaudited)
**September 30, 2021 and 2020**

(expressed in thousands of US dollars, except number of shares)

**Foreign exchange forward contracts**

*Cash flow hedges*

The Company has a hedging program to mitigate the impact of foreign currency fluctuations on future cash flows and earnings. Under this program the Company has entered into foreign exchange forward contracts and designated those hedges as cash flow hedges. The program was adopted during the three months ended September 30, 2021.

The notional principal of the foreign exchange contracts was approximately $66,250 CAD as at September 30, 2021 (March 31, 2021 - nil).

Hedging reserve

|  | 2021 | 2020 |
|---|---|---|
|  | $ | $ |
| **Balance as at March 31,** | — | — |
| Unrealized losses on fair value that may be subsequently reclassified to condensed interim consolidated statements of loss | (1,009) | — |
| Losses reclassified to direct cost of revenues, general and administrative expenses, research and development expenses, and sales and marketing expenses. | 64 | — |
| **Balance as at September 30,** | (945) | — |

No hedge ineffectiveness was recorded during the three months ended September 30, 2021.

All hedging relationships have been maintained as at September 30, 2021. No balance in the hedging reserve relates to hedging relationships for which hedged accounting is no longer applied.

*Foreign Currency Exchange Risk*

The Company is exposed to foreign currency exchange risk due to financial instruments denominated in foreign currencies. The Company's policy is to mitigate its exposure to foreign currency exchange risk by entering into derivative instruments. The Company has hedged some of its foreign currency exchange risk. The Company has entered into multiple foreign exchange forward contracts, none of which are for a period greater than one year. The Company's currency pair used for cash flow hedges is US dollar / Canadian dollar. The Company does not use derivative instruments for speculative purposes.

**20. Subsequent events**

On October 1, 2021, the Company acquired all of the outstanding shares of the Ecwid corporate group ("Ecwid"), a California-based global eCommerce platform provider. The fair value of consideration transferred not contingent on the continued employment of certain Ecwid employees of $601,921 consisted of $162,901 cash paid on the closing date, net of cash acquired, and the issuance at closing of 4,471,586 Common Shares, at a fair value of $98.18 per share at the closing date, which is based on the price of the Common Shares on the NYSE on the closing date, subject to customary post-

18

**Lightspeed Commerce Inc.**
Notes to Condensed Interim Consolidated Financial Statements
(unaudited)
**September 30, 2021 and 2020**

(expressed in thousands of US dollars, except number of shares)

closing adjustments. Additional cash may be paid by (or returned to) the Company due to a post-closing working capital adjustment.

The Company also issued 371,088 Common Shares at closing, at a fair value of $98.18 per share, to certain Ecwid employees, which are subject to a right of buyback for nominal consideration in favour of the Company contingent on the continued employment of such employees over the next two years and are accounted for as acquisition-related compensation expense. An additional $12,805 in deferred cash consideration is payable, along with the future issuance of 41,411 Common Shares, at a fair value of $98.18 per share, to certain Ecwid employees, both of which are also contingent on the continued employment of such employees over the next two years and are accounted for as acquisition-related compensation expense. In addition, a total of 49,875 restricted share units, at a fair value based on the price of the Common Shares on the NYSE on the future grant date of the awards, will be granted to certain Ecwid employees as acquisition consideration contingent on their continued employment over the next two years. The assessment of the purchase price and the accounting for this acquisition has not yet been finalized and certain IFRS 3 disclosures have not been included due to the timing of the acquisition.

19