# EXHIBIT P-I



P          3x2

| | | | | | Page 1/1  Historical Price Table |
|---|---|---|---|---|---|
| 98.97 on | 11/03/21 | | | | |
| 71.36 on | 11/04/21 | | | | |
| 81.1267 | 6,455,558 | | | | |
| -25.92 | -26.19% | | | | |
| st Price | Volume | Date | Last Price | Volume |