# EXHIBIT P-J



FINTECH EQUITY RESEARCH

# Lightspeed Commerce Inc. (LSPD, Buy, $112 PT)

In the Aftermath of Severe Pullback in Share Price Following Disappointing 2Q22 Print, A Bit of Perspective on Context of Report Makes Extent of Selloff Appear Very Overdone; Reiterating Buy

**WHAT YOU SHOULD KNOW:** In the aftermath of the plunge in the share price of Lightspeed Commerce (LSPD) last Thursday, as investor concerns about the 2Q22 earnings report that the company released that morning weighed heavily on its stock, we believe some perspective is in order in assessing the print and the outlook that management provided in conjunction with it. In particular, we view LSPD shedding more than 30% of its market capitalization intraday on Thursday represented a significant overreaction that implies that the company's long-term growth story has changed meaningfully, when we view the factors contributing to investors' disappointment or concern about the report as either transitory or very much fixable. (Please note that with this report we have shifted our coverage to the company's U.S. listing from its listing on the Toronto Stock Exchange, and our price target represents the equivalent of our prior price target of C$140 translated into U.S. dollars.)

- At the same time, we observe the obvious with regard to LSPD: weeks prior to the release of its 2Q22 report, it had been accused by an activist short seller report of having massively overstated its customer count and of aggressively pitching metrics that exaggerated its growth potential. And, as it turned out, the two areas in which the company's 2Q22 print fell short of investor expectations were the ones that the short seller had highlighted as issues.

- LSPD's results may have appeared to have given credence to the short seller's thesis at first glance: while management has said the company was targeting an increase in its customer location count of 15% to 20% annually, its sequential organic increase in customer locations of just 2% during 2Q22 to ~156K was disappointing.

- With that said, what appears to have been overlooked or disregarded was management's statement that LSPD's gross customer additions during 2Q22 represented one of its best quarters ever in that regard, with the net additions figure negatively impacted by elevated churn and subscription pauses stemming from renewed lockdowns amidst a resurgence in the COVID-19 pandemic in the Asia-Pacific region, where it now has more than 25K customer locations.

- Investors were also disconcerted about management's forecast for LSPD's revenues for 3Q22 (the current quarter) that implied a slowdown in growth, an outlook that they said reflected the potentially negative impact of factors that were beyond their control, including the residual effects of the pandemic and ongoing global supply chain issues that could cause their customers' inventories to be reduced such that they would be unable to meet customer demand. They added that those supply chain issues could also pose a challenge for LSPD as it sought to secure hardware.

- We believe the extent of the market's reaction to the impact of what appears to be near-term, external challenges, that anyone with access to news sources could easily verify as legitimate, was very much overdone. As such, **we are reiterating our Buy rating on Lightspeed Commerce (LSPD) and our price target of $112 based on a 16x EV/revenue multiple of our FY24E revenue of $967.4mm.**

- **Valuation:** Our price target of $112 for LSPD is based on a 16x EV/revenue multiple of our FY24E revenue of $967.4bn. The multiple we employ is based on comparable company analysis.

November 8, 2021

**Mark Palmer**
(212) 588-6582  mpalmer@btig.com
**Andrew Harte**
(212) 863-0706  aharte@btig.com

### Company Data

| | |
|---|---|
| Closing Price | $73.05 |
| Price Target | $112.00 |
| Market Cap (M) | $10,781.85 |
| Shares Out (M) | 147.60 |
| Avg Daily Vol-3 Months (M) | 1.51 |
| Dividend / Yield | $0.00 / 0.0% |

### Revisions

| | Previous | Current |
|---|---|---|
| Rating | Buy | Buy |
| Price Target | $112.00 | $112.00 |
| FY22E REV | 527.74 | 532.88 |
| FY23E REV | 746.66 | 734.31 |
| FY22E EBITDA | (35.57) | (42.59) |
| FY23E EBITDA | 26.89 | (0.92) |

### Revenue (M)

| FY Mar | 2021A | 2022E | 2023E |
|---|---|---|---|
| Q1 | 36.23 | 115.92**A** | 166.02 |
| Q2 | 45.49 | 133.22**A** | 177.71 |
| Q3 | 57.61 | 143.74 | 189.10 |
| Q4 | 82.40 | 140.00 | 201.49 |
| **FY REV** | **221.73** | **532.88** | **734.31** |

### EBITDA (Adjusted)

| FY Mar | 2021A | 2022E | 2023E |
|---|---|---|---|
| Q1 | (2.21) | (6.01)**A** | (6.62) |
| Q2 | (2.81) | (8.65)**A** | (2.65) |
| Q3 | (6.56) | (11.76) | 1.80 |
| Q4 | (9.62) | (16.16) | 6.55 |
| **FY EBITDA** | **(21.20)** | **(42.59)** | **(0.92)** |

Source: FactSet, BTIG Estimates and Company Documents reported as $ currency.
**FY** = Fiscal Year **CY** = Calendar Year



## Investment Thesis

We believe LSPD has demonstrated its ability to grow its omnichannel platform both organically and acquisitions even amidst extremely challenging market conditions. We expect the company to grow its top-line in the 50% context during the next couple of years.

## Upcoming Catalysts

- 3Q22 report (covering quarter ended December 31) providing an update on impact of economic reopening on LSPD's operating performance as the impact of the COVID-19 pandemic abates, as well as management's updated outlook.
- Updates on rollout of Lightspeed Supplier Network, which could eventually serve as a significant contributor to the company's operating performance.

## Base Case Assumptions: **$112 Price Target**

- LSPD generates top-line growth in the 40% context while aggressively investing in R&D and sales and marketing.
- LSPD achieves positive EBITDA by the end of FY23 as the company's scale enables it to reach an inflection point.

## Upside Scenario

- The economic recovery from the COVID-19 pandemic accelerates, helping to boost LSPD's customer count, revenue per customer and total revenues.
- LSPD continues to build out its platform with accretive acquisitions that further enhance the benefits it has gained from increased scale.

## Downside Scenario

- The COVID-19 pandemic persists in some markets that LSPD serves, having a lingering negative impact on LSPD's customer count, revenue per customer and total revenues than we are anticipating.
- LSPD's effort to roll out its payments offering stalls in the face of less customer adoption than anticipated.

## Price Performance



Source: FactSet

## Company Description

Lightspeed POS (TSE: LSPD) provides an easy-to-use, omni-channel commerce-enabling SaaS platform that seeks to help SMBs across various functions including engagement with customers, management of operations and payment acceptance. LSPD operates in over 100 countries in which it engages with consumers across online, mobile, and physical channels. The company's cloud-based platform is focused on three main components: front-end consumer experience, back-end operations management and the facilitation of payments.



FINTECH EQUITY RESEARCH

**Additional Thoughts**

- With regard to LSPD's weaker-than-expected 3Q22 guidance, we note that management has a well established track record of providing conservative guidance, which it has done consistently since the company became a public entity.

- One area in which LSPD management opened themselves up for criticism and provided some of the fuel for the short-selling activist's argument was its inconsistent disclosure of KPIs. While we see no reason to believe the short-seller's statement that management has exaggerated the company's growth potential, especially when it is a verifiable fact that a large part of the market it is pursuing remains controlled by legacy providers of cash registers and is ripe for disruption, we also think they could help their own cause by offering the same set of KPIs every quarter rather than doling them out on an intermittent basis.

- Our long-term thesis on LSPD is unchanged by the near-term issues and noise that triggered the selloff, especially inasmuch as the company during 2Q22 generated organic subscription and transaction-based revenue growth of 58% year-over-year, a figure that appears to have been lost in the shuffle.

- One offering from LSPD's platform that we believe investors should continue to focus on in the midst of the downdraft in the company's share price is its tailored financial solutions for payments. Lightspeed Payments represented 11% of the company's 2Q22 GTV of $18.8bn, providing it with ample runway for growth. Management said they saw no reason why payments could not eventually achieve payment penetration in the 50% context.

- The implications for Lightspeed Payments potentially generating half of the company's GTV are significant. We have previously noted management's observation that a given LSPD customer's ARPU would approximately double after adding payments, but they also said the impact on the company's bottom line as payments grows to represent a larger portion of its GTV would also be significant.



**FINTECH EQUITY RESEARCH**

| LSPD - Income Statement | Mar-18 | Mar-19 | Mar-20 | Jun-20 | Sep-20 | Dec-20 | Mar-21 | Mar-21 | Jun-21 | Sep-21 | Dec-21 | Mar-22 | Mar-22 | Jun-22 | Sep-22 | Dec-22 | Mar-23 | Mar-23 | Mar-24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ (USD in millions) | 2018A | 2019A | 2020A | 1Q21A | 2Q21A | 3Q21A | 4Q21A | 2021A | 1Q22A | 2Q22A | 3Q22E | 4Q22E | 2022E | 1Q23E | 2Q23E | 3Q23E | 4Q23E | 2023E | 2024E |
| Software and payment revenue | 51.144 | 68.650 | 106.871 | 33.406 | 41.071 | 52.529 | 75.268 | 202.274 | 106.378 | 124.397 | 134.850 | 131.805 | 497.430 | 156.475 | 167.121 | 178.426 | 190.427 | 692.448 | 920.384 |
| Hardware and other revenue | 5.935 | 8.801 | 13.766 | 2.823 | 4.422 | 5.082 | 7.127 | 19.454 | 9.542 | 8.821 | 8.894 | 8.196 | 35.453 | 9.542 | 10.585 | 10.672 | 11.065 | 41.864 | 47.005 |
| **Total revenue** | **57.079** | **77.451** | **120.637** | **36.229** | **45.493** | **57.611** | **82.395** | **221.728** | **115.920** | **133.218** | **143.744** | **140.001** | **532.883** | **166.017** | **177.706** | **189.098** | **201.492** | **734.312** | **967.389** |
| | | | | | | | | | | | | | | | | | | | |
| Cost of software and payments | 12.194 | 15.752 | 31.982 | 12.070 | 14.029 | 19.707 | 30.663 | 76.469 | 46.806 | 57.525 | 60.952 | 59.576 | 224.859 | 70.726 | 75.539 | 80.648 | 86.073 | 312.987 | 423.377 |
| Cost of hardware and other revenue | 5.285 | 7.821 | 11.217 | 2.545 | 3.959 | 4.627 | 7.775 | 18.906 | 11.541 | 10.747 | 8.894 | 8.196 | 39.378 | 8.969 | 9.950 | 10.032 | 10.400 | 39.352 | 44.182 |
| **Total direct cost of revenue** | **17.479** | **23.573** | **43.199** | **14.615** | **17.988** | **24.334** | **38.438** | **95.375** | **58.347** | **68.272** | **69.846** | **67.772** | **264.237** | **79.696** | **85.489** | **90.680** | **96.474** | **352.338** | **467.559** |
| | | | | | | | | | | | | | | | | | | | |
| **Gross profit** | **39.600** | **53.878** | **77.438** | **21.614** | **27.505** | **33.277** | **43.957** | **126.353** | **57.573** | **64.946** | **73.898** | **72.229** | **268.646** | **86.321** | **92.217** | **98.418** | **105.018** | **381.974** | **499.830** |
| *Gross margin* | *69.4%* | *69.6%* | *64.2%* | *59.7%* | *60.5%* | *57.8%* | *53.3%* | *57.0%* | *49.7%* | *48.8%* | *51.4%* | *51.6%* | *50.4%* | *52.0%* | *51.9%* | *52.0%* | *52.1%* | *52.0%* | *51.7%* |
| | | | | | | | | | | | | | | | | | | | |
| General and administrative | 9.225 | 13.790 | 24.486 | 6.771 | 8.219 | 20.765 | 17.241 | 52.996 | 22.277 | 23.081 | 24.918 | 24.999 | 95.275 | 25.173 | 26.543 | 26.164 | 26.249 | 104.129 | 112.460 |
| Research and development | 13.295 | 18.283 | 31.812 | 9.824 | 12.252 | 16.400 | 16.859 | 55.335 | 22.216 | 30.092 | 30.340 | 31.189 | 113.837 | 32.213 | 31.597 | 31.857 | 32.749 | 128.415 | 143.825 |
| Sales and marketing | 33.228 | 39.043 | 55.388 | 15.100 | 19.399 | 28.011 | 33.081 | 95.591 | 42.270 | 51.693 | 51.820 | 52.930 | 198.713 | 53.260 | 54.795 | 57.002 | 58.223 | 223.280 | 250.073 |
| Depreciation of property & equipment | 1.188 | 1.389 | 1.749 | 0.412 | 0.439 | 0.758 | 0.870 | 2.479 | 0.869 | 1.020 | 1.005 | 0.990 | 3.883 | 0.975 | 0.960 | 0.946 | 0.932 | 3.812 | 3.589 |
| Depreciation of right-of-use assets | - | - | 2.492 | 0.827 | 0.872 | 0.956 | 1.221 | 3.876 | 1.625 | 2.008 | 1.978 | 1.948 | 7.559 | 1.919 | 1.890 | 1.862 | 1.834 | 7.505 | 7.065 |
| Foreign exchange loss (gain) | (0.287) | 0.987 | (0.395) | 0.480 | 0.290 | 0.778 | 0.550 | 2.098 | 0.249 | 0.006 | - | - | 0.255 | - | - | - | - | - | - |
| Acquisition-related expenses | 0.942 | 0.454 | 11.087 | 5.129 | 2.276 | 2.258 | 2.144 | 11.807 | 2.014 | 9.032 | - | - | 11.046 | - | - | - | - | - | - |
| Amortization of intangible assets | 3.931 | 3.148 | 9.226 | 4.405 | 4.404 | 7.960 | 13.359 | 30.128 | 17.013 | 22.797 | 22.455 | 22.118 | 84.383 | 21.786 | 21.460 | 21.138 | 20.821 | 85.205 | 80.206 |
| Restructuring and other | - | - | - | - | - | - | 1.760 | 1.760 | 0.197 | - | - | - | 0.197 | - | - | - | - | - | - |
| **Total operating costs** | **61.522** | **77.094** | **135.845** | **42.948** | **48.151** | **77.886** | **87.085** | **256.070** | **108.730** | **139.729** | **132.516** | **134.174** | **515.149** | **135.327** | **137.244** | **138.969** | **140.807** | **552.346** | **597.218** |
| | | | | | | | | | | | | | | | | | | | |
| **Operating income** | **(21.922)** | **(23.216)** | **(58.407)** | **(21.334)** | **(20.646)** | **(44.609)** | **(43.128)** | **(129.717)** | **(51.157)** | **(74.783)** | **(58.618)** | **(61.945)** | **(246.503)** | **(49.006)** | **(45.027)** | **(40.551)** | **(35.788)** | **(170.372)** | **(97.388)** |
| | | | | | | | | | | | | | | | | | | | |
| Fair value loss on Redeemable Preferred Shares | (59.985) | (191.219) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest income net of interest expense | (0.026) | 0.181 | 1.766 | (0.301) | (0.132) | (0.067) | 0.147 | (0.353) | 0.226 | 0.719 | 0.719 | 0.719 | 2.383 | 0.719 | 0.719 | 0.719 | 0.719 | 2.876 | 2.876 |
| **Income before income taxes** | **(81.933)** | **(214.254)** | **(56.641)** | **(21.635)** | **(20.778)** | **(44.676)** | **(42.981)** | **(130.070)** | **(50.931)** | **(74.064)** | **(57.899)** | **(61.226)** | **(244.120)** | **(48.287)** | **(44.308)** | **(39.832)** | **(35.069)** | **(167.496)** | **(94.512)** |
| | | | | | | | | | | | | | | | | | | | |
| Current income tax expense | 0.113 | 0.059 | 0.049 | 0.055 | 0.043 | 0.020 | 0.048 | 0.166 | 0.630 | 0.095 | - | - | 0.725 | - | - | - | - | - | - |
| Deferred income tax expense | 14.133 | 3.159 | (3.159) | (1.574) | (1.355) | (2.045) | (0.984) | (5.958) | (2.224) | (15.072) | - | - | (17.296) | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | | | | | |
| **Net income and comprehensive income** | **(96.179)** | **(183.525)** | **(53.531)** | **(20.116)** | **(19.466)** | **(42.651)** | **(42.045)** | **(124.278)** | **(49.337)** | **(59.087)** | **(57.899)** | **(61.226)** | **(227.549)** | **(48.287)** | **(44.308)** | **(39.832)** | **(35.069)** | **(167.496)** | **(94.512)** |
| *Net income margin* | *(168.5%)* | *(237.0%)* | *(44.4%)* | *(55.5%)* | *(42.8%)* | *(74.0%)* | *(51.0%)* | *(56.0%)* | *(42.6%)* | *(44.4%)* | *(40.3%)* | *(43.7%)* | *(42.7%)* | *(29.1%)* | *(24.9%)* | *(21.1%)* | *(17.4%)* | *(22.8%)* | *(9.8%)* |
| | | | | | | | | | | | | | | | | | | | |
| EPS- basic and diluted- IFRS | $ (3.30) | $ (5.53) | $ (0.62) | $ (0.22) | $ (0.20) | $ (0.39) | $ (0.34) | $ (1.18) | $ (0.38) | $ (0.43) | $ (0.40) | $ (0.41) | $ (1.61) | $ (0.32) | $ (0.29) | $ (0.26) | $ (0.23) | $ (1.10) | $ (0.62) |
| | | | | | | | | | | | | | | | | | | | |
| Weighted average basic and diluted shares out | | 33.204 | 85.890 | 92.464 | 94.994 | 109.564 | 123.865 | 105.222 | 130.882 | 138.797 | 146.075 | 150.486 | 141.560 | 150.937 | 151.390 | 151.844 | 152.300 | 151.618 | 153.445 |
| | | | | | | | | | | | | | | | | | | | |
| *Adjusted EBITDA:* | | | | | | | | | | | | | | | | | | | |
| Net income | (96.179) | (183.525) | (53.531) | (20.116) | (19.466) | (42.651) | (42.045) | (124.278) | (49.337) | (59.087) | (57.899) | (61.226) | (227.549) | (48.287) | (44.308) | (39.832) | (35.069) | (167.496) | (94.512) |
| Fair value loss on redeemable preferred shares | 59.985 | 191.219 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Stock-based compensation and related payroll taxes | 1.160 | 3.110 | 9.930 | 7.216 | 8.025 | 18.370 | 11.144 | 44.755 | 16.675 | 28.798 | 21.416 | 20.732 | 87.621 | 17.703 | 18.069 | 18.404 | 18.755 | 72.932 | 81.017 |
| Depreciation and amortization | 5.119 | 4.537 | 13.467 | 5.644 | 5.715 | 9.674 | 15.450 | 36.483 | 19.507 | 25.825 | 25.438 | 25.056 | 95.826 | 24.680 | 24.310 | 23.945 | 23.586 | 96.522 | 90.859 |
| Foreign exchange loss (gain) | - | 0.987 | (0.395) | 0.480 | 0.290 | 0.778 | 0.550 | 2.098 | 0.249 | 0.006 | - | - | 0.255 | - | - | - | - | - | - |
| Interest income net of interest expense | 0.026 | (0.181) | (1.766) | 0.301 | 0.132 | 0.067 | (0.147) | 0.353 | (0.226) | (0.719) | (0.719) | (0.719) | (2.383) | (0.719) | (0.719) | (0.719) | (0.719) | (2.876) | (2.876) |
| Acquisition-related compensation | 0.942 | 0.454 | 11.087 | 5.129 | 2.276 | 2.258 | 2.144 | 11.807 | 2.014 | 9.032 | - | - | 11.046 | - | - | - | - | - | - |
| Transaction-related expenses | - | 1.023 | 2.658 | 0.659 | 1.527 | 6.970 | 2.459 | 11.615 | 5.296 | 2.468 | - | - | 7.764 | - | - | - | - | - | - |
| Restructuring and other | - | - | - | - | - | - | 1.760 | 1.760 | 1.402 | - | - | - | 1.402 | - | - | - | - | - | - |
| Income tax expense (recovery) | 14.246 | (30.729) | (3.110) | (1.519) | (1.312) | (2.025) | (0.936) | (5.792) | (1.594) | (14.977) | - | - | (16.571) | - | - | - | - | - | - |
| **Adjusted EBITDA** | **(14.701)** | **(13.105)** | **(21.660)** | **(2.206)** | **(2.813)** | **(6.559)** | **(9.621)** | **(21.199)** | **(6.014)** | **(8.654)** | **(11.765)** | **(16.157)** | **(42.589)** | **(6.622)** | **(2.647)** | **1.798** | **6.553** | **(0.918)** | **74.489** |
| *Adjusted EBITDA Margin* | *-25.8%* | *-16.9%* | *-18.0%* | *-6.1%* | *-6.2%* | *-11.4%* | *-11.7%* | *-9.6%* | *-5.2%* | *-6.5%* | *-8.2%* | *-11.5%* | *-8.0%* | *-4.0%* | *-1.5%* | *1.0%* | *3.3%* | *-0.1%* | *7.7%* |
| | | | | | | | | | | | | | | | | | | | |
| *Adjusted EPS:* | | | | | | | | | | | | | | | | | | | |
| Net income | | | (53.531) | (20.116) | (19.466) | (42.651) | (42.045) | (124.278) | (49.337) | (59.087) | (57.899) | (61.226) | (227.549) | (48.287) | (44.308) | (39.832) | (35.069) | (167.496) | (94.512) |
| Stock-based compensation and related payroll taxes | | | 9.930 | 7.216 | 8.025 | 18.370 | 11.144 | 44.755 | 16.675 | 28.798 | 21.416 | 20.732 | 87.621 | 17.703 | 18.069 | 18.404 | 18.755 | 72.932 | 81.017 |
| Amortization of intangible assets | | | 9.226 | 4.405 | 4.404 | 7.960 | 13.359 | 30.128 | 17.013 | 22.797 | 22.455 | 22.118 | 84.383 | 21.786 | 21.460 | 21.138 | 20.821 | 85.205 | 80.206 |
| Acquisition-related compensation | | | 11.087 | 5.129 | 2.276 | 2.258 | 2.144 | 11.807 | 2.014 | 9.032 | - | - | 11.046 | - | - | - | - | - | - |
| Transaction-related costs | | | 2.658 | 0.659 | 1.527 | 6.970 | 2.459 | 11.615 | 5.296 | 2.468 | - | - | 7.764 | - | - | - | - | - | - |
| Restructuring and other | - | - | - | - | - | (1.355) | - | 1.760 | 0.405 | 1.402 | (15.072) | - | (13.670) | - | - | - | - | - | - |
| **Adjusted net income** | | | **(20.630)** | **(2.707)** | **(4.589)** | **(7.093)** | **(11.179)** | **(25.568)** | **(6.937)** | **(11.064)** | **(14.028)** | **(18.375)** | **(50.405)** | **(8.797)** | **(4.779)** | **(0.290)** | **4.507** | **(9.360)** | **66.712** |
| **Adjusted EPS** | | | $ (0.24) | $ (0.03) | $ (0.05) | $ (0.06) | $ (0.09) | $ (0.24) | $ (0.05) | $ (0.08) | $ (0.10) | $ (0.12) | $ (0.36) | $ (0.06) | $ (0.03) | $ (0.00) | $ 0.03 | $ (0.06) | $ 0.43 |

*Source: BTIG Estimates and Company Documents*

**FINTECH EQUITY RESEARCH**

## BTIG Covered Companies Mentioned in this Report

Lightspeed Commerce Inc. (LSPD, Buy, $112 PT; Closing Price: $73.05; Analyst: Mark Palmer)



FINTECH EQUITY RESEARCH

## Appendix: Analyst Certification and Other Important Disclosures

### Analyst Certification

I, Mark Palmer, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

I, Andrew Harte, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

### Regulatory Disclosures

**Ratings Definitions**

**BTIG LLC's ("BTIG") ratings, effective June 12, 2017, are defined as follows:**

**BUY** – A security which is expected to produce a positive total return of 15% or greater over the 12 months following the recommendation. The BUY rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**SELL** – A security which is expected to produce a negative total return of 15% or greater over the next 12 months following the recommendation. The SELL rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**NEUTRAL** – A security which is not expected to appreciate or depreciate meaningfully over the next 12 months.

**NOT RATED** – A security which is not rated or covered by BTIG.

**UNDER REVIEW** – Effective immediately, coverage of the following securities is Under Review. Ratings, price targets, disclosures, and estimates for the companies listed below are suspended and should no longer be relied upon.

### Distribution of Ratings and Investment Banking Clients

BTIG must disclose in each research report the percentage of all securities rated by the member to which the member would assign a "buy", "neutral" or "sell" rating. The said ratings are updated on a quarterly basis. BTIG must also disclose the percentage of subject companies within each of these three categories for whom the member has provided investment banking services within the previous twelve months.

**Current Rating Distribution (as of November 8, 2021):**

| Coverage Universe | Count | Percent | Inv. Banking Relationships | Count | Percent |
|---|---|---|---|---|---|
| Buy | 334 | 72.9% | Buy | 128 | 38.3% |
| Neutral | 122 | 26.6% | Neutral | 22 | 18.0% |
| Sell | 2 | 0.4% | Sell | 0 | 0.0% |

For purposes of FINRA ratings distribution rules, BTIG's stock ratings of Buy, Neutral and Sell fall into Buy, Hold and Sell categories, respectively.

### Company Valuation and Risk Disclosures

**Lightspeed Commerce Inc. (LSPD, Buy, $112 PT)**

**Valuation:** Our price target of $112 for LSPD is based on a 16x EV/revenue multiple of our FY24E revenue of $967.4bn. The multiple we employ is based on comparable company analysis.
**Risks:** Risks to our price target include the company's focus on SMBs in retail and restaurant verticals, competition, negative cash flow, implementation risk, regulatory risks and geographic risks.



FINTECH EQUITY RESEARCH



**Lightspeed Commerce Inc. Rating History as of 11/05/2021**

| I:B:$24.00 03/31/2020 | B:$33.00 05/27/2020 | B:$36.00 09/17/2020 | B:$40.00 10/22/2020 | B:$44.50 11/05/2020 | N:NA 11/29/2020 | B:$77.00 03/09/2021 | B:$83.00 03/12/2021 | B:$95.00 05/21/2021 | B:$112.00 08/05/2021 |

— Closing Price   — Price Target

B:Buy N:Neutral S:Sell NR:Not rated UR:Under review I:Initiation of Coverage D:Dropped Coverage

On 31 March 2020, analyst Mark Palmer initiated coverage of shares of Lightspeed POS (LSPD-CA) listed on the Toronto exchange. The analyst began covering the US listed shares (LSPD-US) and updated his price target on 4 November 2021. The historical price targets in CAD currency have been updated in this chart to USD currency based on market conversion rates on those publishing dates. Please view the most recent rating, price target, and disclosures for ticker LSPD-US.

## Company–Specific Regulatory Disclosures

On 31 March 2020, analyst Mark Palmer initiated coverage of shares of Lightspeed POS (LSPD-CA) listed on the Toronto exchange. The analyst began covering the US listed shares (LSPD-US) and updated his price target on 4 November 2021. The historical price targets in CAD currency have been updated in this chart to USD currency based on market conversion rates on those publishing dates. Please view the most recent rating, price target, and disclosures for ticker LSPD-US.

## Other Disclosures

Additional Information Available Upon Request

## General Disclosures

Research reports produced by BTIG LLC ("BTIG") are published for and intended to be distributed solely to BTIG institutional and corporate clients. Recipients of BTIG reports will not be considered clients of BTIG solely because they may have received such BTIG report.

To the extent recipient accesses BTIG research, whether on a BTIG research website or through a third-party platform, BTIG is able to search, filter, download and review information on the readership of BTIG's research, including the specific research consumed and the name, company name, email address and, in certain circumstances, the location of the individual who accessed the research (the "Readership Information"). Recipient consents to BTIG's receipt of the Readership Information, including receipt of that information from a third party.

The research analyst(s) responsible for the preparation of this report receives compensation based upon a variety of factors, including the quality and accuracy of research, internal/client feedback, and overall Firm revenues.

BTIG reports are based on public information and BTIG considers the same to be reliable, comprehensive information, but makes no representation or warranty that the reports are accurate or complete. BTIG opinions and information provided in this report are as of the date of the report and may change without notice. An issuer may be classified as "Under Review" or "Research Restricted". In these cases, investors should consider any previous investment recommendation and/or rating to a subject company/issuer to no longer be current and should not be relied upon nor considered a solicitation.

This research report is not an offer to buy or sell or solicitation of an offer to buy or sell any security in any jurisdiction where such an offer or solicitation would be illegal. This research report was not drafted specifically for any particular individual or entity and is not a personal recommendation to participate in any particular trading strategy or transaction. Any recipient of this research report should obtain independent advice specific to their personal circumstances before undertaking any investment activity and must make their own independent evaluation of any securities or financial instruments.

**FINTECH EQUITY RESEARCH**

Facts, views or opinions presented in this report have not been reviewed by, and may not reflect information known to, employees or other professionals in the "BTIG Group" (BTIG Group includes, but is not limited to, BTIG and its parents, subsidiaries and/or affiliates). BTIG Group employees, including Sales Representatives and Traders, may provide oral or written commentary or advice that may be inconsistent with the opinions and/or views expressed in this research report. BTIG Group employees and/or its affiliates not involved in the preparation of this research report may have investments in securities or derivatives of securities of companies mentioned in this report that are inconsistent with the views discussed in this report.

Investors in securities products bear certain risks in conjunction with those investments. The value of, and income from, any investments may vary because of changes in interest rates or foreign exchange rates, securities prices or market indexes, operational or financial conditions of companies or other factors within or beyond the companies' control. Recipient of the research reports should be aware that investments in securities may pose significant risks due to the inherent uncertainty associated with relying on forecasts of various factors that can affect the earnings, cash flow and overall valuation of a company. Any investment in securities should be undertaken only upon consideration of issues relating to the recipient's overall investment portfolio and objectives (such as diversification by asset class, industry or company) as well as time horizon and liquidity needs. Further, past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. There may be time limitations on the exercise of options or other rights in any securities transactions.

Investing in foreign markets and securities, including ADRs, is subject to additional risks such as currency fluctuation, limited information, political instability, economic risk, and the potential for illiquid markets. Investing in emerging markets may accentuate these risks. Non-U.S. reporting issuers of foreign securities, however, may not make regular or complete public disclosure relating to their financial condition or the securities that they issue.

The trademarks and service marks contained herein are the property of their respective owners. Third-party data providers make no warranties or representations of any kind relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability of any damages of any kind relating to such data. The report or any portion hereof may not be reprinted, sold or redistributed without the written consent of BTIG. This report is intended only for use by the recipient. The recipient acknowledges that all research and analysis in this report are the property of BTIG and agrees to limit the use of all publications received from BTIG within his, or her or its, own company or organization. No rights are given for passing on, transmitting, re transmitting or reselling the information provided.

## Jurisdiction and Dissemination

BTIG is a U.S. broker-dealer and member of FINRA and SIPC.

BTIG Australia Limited ACN 128 554 601, member of ASIC and ASX; BTIG Hong Kong Limited, an Exchange Participant of SEHK and licensed and regulated by the SFC; BTIG Ltd, member of the LSE, authorized and regulated by the FSA; and BTIG Singapore Pte Ltd, registered and licensed with MAS; are all separate but affiliated entities of BTIG. Unless governing law permits otherwise, you must contact a BTIG entity in your home jurisdiction for further information, or if you want to use our services in effecting a transaction.

Issued and approved for distribution in the UK and EEA by BTIG Ltd. to eligible counterparties and professional clients only. Issued and distributed in Australia to "wholesale clients" only by BTIG Australia Limited. In Singapore and Hong Kong, further information may be obtained from BTIG Singapore Pte Ltd and BTIG Hong Kong Limited, respectively.