# EXHIBIT P-K

**FEBRUARY 04, 2021 / 1:00PM GMT, Q3 2021 Lightspeed POS Inc Earnings Call**

initiatives.

At times, the pressure on our people has been noticeable with our employees pushing themselves to the limit in order to deliver new solutions aimed at helping our customers. Despite this pressure, our employees have risen to the challenge, and I could not be prouder of them. I believe that their strong dedication is largely due to the fact that we, as an organization, deeply believe in our mission as a company. Lightspeed was founded on the belief that the resilience of the entrepreneurial spirit of small and medium-sized businesses is fundamental to maintaining vibrant cities and communities.

As difficult as the current situation has been, we know that it has been that much harder on our customers. We are proud to be the technology partner of choice for nearly 115,000 customer locations globally as they reinvent their business models and embrace our cloud-based platform. Notable customer wins in the quarter included Group (inaudible) with hotel, restaurant and spa properties in Lyon, France; Ski Banff, a legendary Canadian ski resort, where we will be supporting their 4 existing retail shops with plans for 3 more to open shortly; and Lan Kwai Fong Group, a household name in Asia with 21 restaurants and hotels in Hong Kong.

Our team's dedication continues to pay off for our customers and investors in Q3 as Lightspeed on a year-over-year basis delivered revenue growth of 79%, relocations by 74% and expanded GTV by 48%. Although the addition of Upserve and ShopKeep boosted our performance for the quarter, even without their contribution, Lightspeed delivered revenue ahead of our previously established guidance and reached Software and Payments organic revenue growth of 47% year-over-year, accelerating from the 42% we saw last quarter.

We had a very busy quarter, but I want to highlight some key themes: the continued success of Payments, the official launch of our Supplier Network, the completion and planned integration of our latest acquisitions and finally, a view into what a post-COVID world can look like for Lightspeed.

Payments had another stellar quarter with year-over-year revenue up almost 4x the levels of the same quarter last year. Adoption of our Payments offering amongst our customer base is growing rapidly, both in terms of the number of customer locations and the proportion of GTV. Payments remains a priority for us, and we expect to have the offering rolled out in all of our key geographies, including the U.K., Australia, Germany, the Netherlands, Belgium and France in calendar 2021. Payments is a highly compelling service offering for our company. We can simultaneously increase the long-term value of our customers and further entrench Lightspeed into their operations. It can also act as a gateway to other financial services, such as Capital. And although we have seen great success so far, the proportion of our total GTV that flows through Payments is still in the single-digit percent range and as such, we have a long runway and sizable opportunity ahead of us.

In mid-January, we announced the initial availability of the Lightspeed Supplier Network. I'm very excited about this initiative. We believe it will revolutionize how SMB's order and manage inventory interact with their suppliers, populate their e-commerce sites and eventually pay invoices. This is a product years in the making that places our independent merchants on the same strategic footing as enterprise retailers and e-commerce giants and a offering that truly speaks to our mission as a company. The Supplier Network will eliminate the time-consuming and frustrating experience of managing multiple B2B supplier portals, allow SMBs to more easily discover new products, keep merchants up-to-date on the latest product offerings and inventory levels and allow them to import high-resolution images directly from their suppliers onto their own Lightspeed-powered e-commerce sites.

In short, for our SMB customers, the Supplier Network offers a seamless supply chain that will save them time and frustration and hopefully help increase sales through better inventory management and e-commerce capabilities. But the benefits of this initiative are not only limited to our existing customers. In order to create a network effect, we need to offer value to all the participants in this ecosystem. In launch, we had signed over 100 suppliers to the network in key verticals. The motivation for these suppliers to join the network is clear. Not only does it simplify product discovery and ordering for their customers, it also provides them with real-time sell-through data. The benefits of this data should not be underestimated as suppliers can now see, almost instantly, what products are selling at what prices and where. This data should grant them far superior supply chain agility, ensuring that they are manufacturing the products that consumers are demanding so that they can maximize their revenue and profitability while minimizing working capital requirements.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.