UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
KISHORE NATH, Individually and On                   :
Behalf of All Others Similarly Situated,            :
                                                    :
                        Plaintiff                   :
                                                    :
            v.                                       :
                                                    :
LIGHTSPEED COMMERCE INC.,                            :
DAX DASILVA, and BRANDON BLAIR                       :
NUSSEY,                                              :
                                                    :
                        Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:21-cv-06365-BMC

ECF Case
Electronically Filed

Oral Argument Requested

**REPLY DECLARATION OF ALEXANDER C. DRYLEWSKI
IN FURTHER SUPPORT OF DEFENDANTS' MOTION
TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

I, Alexander C. Drylewski, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Lightspeed Commerce Inc., Dax Dasilva, and Brandon Blair Nussey (the "Defendants") in this action.

2.      I respectfully submit this declaration in connection with Defendants' Reply Memorandum of Law in Further Support of Their Motion to Dismiss the Amended Class Action Complaint, filed concurrently herewith, and to transmit true and correct copies of the following documents:

    Exhibit A....................LSPD Press Release dated December 1, 2020, filed on Form 6-K

    Exhibit B ....................LSPD Prospectus Supplement, filed on February 9, 2021

    Exhibit C ....................LSPD's Second Quarter 2022 Press Release for Period Ending
                                 September 30, 2021, filed on Form 6-K (November 4, 2021)

I declare under penalty of perjury that the foregoing is true and correct.

2

Executed on September 12, 2022, in New York, New York.

/s/ Alexander C. Drylewski
Alexander C. Drylewski