UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
KISHORE NATH, individually and on behalf
of all others similarly situated,

                Plaintiff,                  JUDGMENT
                                                          21-cv-6365 (BMC)

      v.

LIGHTSPEED COMMERCE INC., DAX DASILVA,
and BRANDON BLAIR NUSSEY,

                Defendants.
-------------------------------------------------------------- X

        A Memorandum, Decision, and Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on February 25, 2025, granting defendants' motion to dismiss [35]; and dismissing this case; it is

        ORDERED and ADJUDGED that defendants' motion to dismiss [35] is granted; and that this case is dismissed.

Dated: Brooklyn, NY                                                  Brenna B. Mahoney
       February 25, 2025                                      Clerk of Court

                                                                       By: */s/Jalitza Poveda*
                                                                           Deputy Clerk